UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------------------------------X

|  |  |  |
|---|---|---|
| IN RE ROY AGELOFF, | : | PETITION FOR WRIT OF MANDAMUS TO THE |
|  | : | UNITED STATES DISTRICT |
| Petitioner. | : | COURT FOR THE EASTERN |
|  | : | DISTRICT OF NEW YORK |
|  | : | DOCKET NO. **10-1598** _____ |

--------------------------------------------------------X

## RELIEF SOUGHT

NOW HERE COMES Roy Ageloff, (hereinafter the "Petitioner") seeking a writ of mandamus directing the United States District Court for the Eastern District of New York, by Chief Judge Raymond J. Dearie, to consider, in due course: (1) Petitioner's October 22, 2007 motion to vacate (the "October 22nd Motion"); (2) Petitioner's March 23, 2010, April 5, 2010, April 7, 2010, and April 19, 2010 applications for the appointment of expert services pursuant to the Criminal Justice Act; and (3) Petitioner's motion to dismiss Petitioner's pending restitution resentencing.

## ISSUE PRESENTED

I.     Whether the district court may repeatedly ignore Petitioner's various applications without consideration thereof.

## STATEMENT OF MATERIALS FACTS

### Petitioner's Conviction and Subsequent Appeal

Petitioner was convicted by guilty plea of one count of Racketeering, in violation of 18 U.S.C. §1962(c) and 1963, in August of 2000. Petitioner was sentenced in August of 2001 to, among other things, payment of restitution in the amount of $80,000,000.00. By decision dated April 16, 2003, this Court overturned the district court's $80,000,000.00 restitution sentence and remanded Petitioner's matter to the district court for the purpose of, among other things, "schedule[ing] a sentencing hearing on restitution forthwith." *See United States v. Catoggio*, 326 F.3d 323, 330 (2d Cir. 2003), *cert. denied* 540 U.S. 939. Petitioner has never been resentenced.

Petitioner's offense of conviction involved fraudulent securities transactions. As the result of an illegal short-selling attack occurring simultaneously to Petitioner's fraudulent conduct, numerous investors suffered losses. The illegal short selling scheme, which victimized Petitioner and a brokerage firm of which he was a principal named Hanover Sterling, began in January of 1995. Hanover Sterling failed on February 24, 1995 and the illegal short selling scheme wrapped up in March of 1995. *See Mishkin v. Ensminger*, 247 B.R. 51 (S.D.N.Y. 1999); *see also Mishkin v. Gurian*, 469 F.Supp.2d 112 (S.D.N.Y. 2007) ($50,000,000.00 judgment issued against leading short seller

targeting stocks of which Hanover Sterling was the market maker); *see also Jackson v. Mishkin*, 263 B.R. 406 (S.D.N.Y. 2001).

### Government's Resentencing Contentions

The government, in its arguments before the district court, contends that Hanover Sterling's demise was directly and solely attributable to Petitioner's fraudulent scheme. Based upon this position, which is unsupported by either fact or law, the government asserts that the losses suffered by Hanover Sterling investors as a result of these events are properly attributable to Petitioner in their entirety and that, as a consequence, Petitioner should be directed to pay restitution in the amount of $190,000,000.00, or so. According to the government's theory, between 9,000 and 10,500 victims suffered at Petitioner's hands. In support of its claims, the government has provided the Petitioner with a list of over 11,500 securities transactions that it claims form the basis of its restitution claim. The government apparently has no evidence causally connecting the purported losses to Petitioner's fraudulent conduct.

### Petitioner's Efforts to Defend

Petitioner seeks to defend against the government's $190,000,000.00 restitution claim in the district court by demonstrating that alternative causes contributed to losses suffered by the Hanover Sterling investors. These alternative causes of loss include, but are not limited to, the rampant illegal short selling that

caused the downfall of Hanover Sterling, market factors, industry-specific factors, firm-specific factors, or other alternative loss causation determinants unrelated to Petitioner's fraudulent conduct. *See Mishkin v. Gurian, supra.*; *see also Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336, 346 (2005) ("plaintiff [must] prove that the defendant's misrepresentation (or other fraudulent conduct) proximately caused the plaintiff's economic loss"); *see also United States v. Rutkoske*, 506 F.3d 170, 178-80 (2nd Cir. 2007) (applying *Dura Pharmaceuticals* to sentencing guidelines' loss determination); *see also United States v. Ebbers*, 458 F.3d 110 (2d Cir. 2006), *cert. denied* 549 U.S. 1274 (2007).

### The District Court's Refusal to Address Petitioner's Applications

On or about October 22, 2007, Petitioner's prior counsel, Hirschhorn & Bieber, P.A., filed a motion to vacate Petitioner's sentence of restitution. *See* April 29, 2010 Declaration of Scott L. Fenstermaker, Esq., Exhibit A thereto (the "Fenstermaker Declaration"). The government never responded to Petitioner's October 22, 2007 motion to vacate. Similarly, the district court has never considered Petitioner's October 22, 2007 motion to vacate and was, until recently, apparently unaware that the motion to vacate was pending.

On or about March 23, 2010, the district court scheduled an evidentiary hearing for May 17, 2010 to determine the amount of loss for restitution

resentencing purposes.[1] That same day, Petitioner, through his current counsel, the undersigned, filed a letter seeking, among other things, the appointment of forensic accounting experts pursuant to the Criminal Justice Act in order to better prepare for the May 17, 2010 evidentiary hearing. *See* Fenstermaker Declaration, Exhibit B. In response to Petitioner's March 23rd letter, the district court directed that "I will defer consideration of this request until the contemplated motion has been addressed."

The undersigned attempted to file the contemplated motion, which is one of the subjects of this petition, on April 5, 2010 via the district court's ECF system. For reasons that are unclear, the ECF filing was never docketed, although the undersigned hand delivered a copy of the motion papers to the district court and to the government on April 6, 2010. The undersigned ultimately filed the motion on April 26, 2010. The motion is docket number 1571 below. The April 5, 2010 notice of motion is attached as Exhibit C to the Fenstermaker Declaration. The April 5, 2010 supporting memorandum of law is attached as Exhibit D to the Fenstermaker Declaration. Petitioner's April 5, 2010 motion for miscellaneous relief sought an order (1) vacating the district court's August 2001 restitution order, (2) dismissing the Petitioner's resentencing matter as untimely pursuant to the Due Process and Speedy Trial clauses of the United States Constitution, Rule

---

[1] The scheduled May 17, 2010 hearing was scheduled in response to this Court's April 16, 2003 direction that a sentencing hearing be scheduled "forthwith."

32(b)(1) of the Federal Rules of Criminal Procedure, and 18 U.S.C. §3664(d)(5), (3) as a result of government misconduct, (4) finding, in the alternative, that no restitution is due as a matter of law, and (5) authorizing the expenditure of funds pursuant to the Criminal Justice Act for the purpose of "retaining forensic accounting experts and for private investigators."[2]

On April 7, 2010, Petitioner submitted a letter to the Court, following up Petitioner's March 23, 2010 and April 5, 2010 requests for the appointment of expert services and asking "that the Court consider the appointment of expert services at the Court's earliest convenience." The Court has never responded to, or acknowledged receiving, Petitioner's April 7, 2010 letter. A copy of Petitioner's April 7, 2010 letter is attached as Exhibit E to the Fenstermaker Declaration.

By letter dated April 19, 2010, Petitioner sought action on his March 23rd, April 5th, and April 7th applications for the appointment of expert services. *See* Fenstermaker Declaration, Exhibit F. The district court has never responded to, or acknowledged receiving Petitioner's April 19th letter. Petitioner's evidentiary hearing remains scheduled for May 17, 2010, notwithstanding the fact that the

---

[2] On March 23, 2010, when the district court required the submission of Petitioner's motion for miscellaneous relief by April 6, 2010, it did not require the government to respond to Petitioner's motion until after the May 17, 2010 restitution resentencing evidentiary hearing. The government has not, therefore, responded to Petitioner's April 5, 2010 motion, nor has it ever responded to Petitioner's October 22, 2007 motion to vacate. The district court has considered neither motion.

district court has failed to consider, and render a ruling upon, Petitioner's multiple requests for expert services or other relief.

## ARGUMENT

According to the Supreme Court, "[t]he traditional use of the writ [of mandamus] in aid of appellate jurisdiction both at common law and in the federal courts has been to confine an inferior court to a lawful exercise of its prescribed jurisdiction *or to compel it to exercise its authority when it is its duty to do so.*" *Roche v. United States*, 319 U.S. 21, 26 (1943) (emphasis added) ("a function of mandamus in aid of appellate jurisdiction is to remove obstacles to appeal"); *see also Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 308 (1989); *see also Thermtron Products, Inc. et. al. v. Hermansdorfer, U.S. District Judge*, 423 U.S. 336, 352 (1976), *quoting Insurance Co. v. Comstock*, 16 Wall. 258, 270 (1873) ("'the writ will lie in a proper case to direct a subordinate Federal court to decide a pending cause'"). In addition, "[t]o ensure that mandamus remains an extraordinary remedy, petitioners must show that they lack adequate alternative means to obtain the relief they seek." *Mallard, supra.; see also Helstoski v. Meanor, United States District Judge, et. al.*, 442 U.S. 500, 505 (1979) ("whatever can be done without the employ of [the writ of mandamus], *may not be done with it.* It lies only when there is practically *no other remedy*")

(emphasis in the original); *see also Chandler, U.S. District Judge v. Judicial Council of the Tenth Circuit*, 398 U.S. 74, 86 (1970).

Here, Petitioner does not request that this Court review an order, decision, or other pronouncement of the district court. Petitioner merely seeks an order of this Court directing the district court to decide the applications before it. Petitioner does not dispute that the district court has the authority to manage its docket and to decide matters before it in the ordinary course of the district court's business. It does not, however, have the discretion to repeatedly ignore Petitioner's applications, in the apparent hope that its ultimate decision sentencing Petitioner to pay restitution will resolve the pending applications. It will not.

This Court, by decision dated April 16, 2003, directed that the district court "schedule a sentencing hearing on restitution forthwith." *Catoggio, supra.* Because of the district court's inordinate delay in complying with this Court's April 16, 2003 order, Petitioner filed a motion with the district court, dated October 22, 2007, seeking an order vacating the district court's August 2001 restitution order. *See* Fenstermaker Declaration, Exhibit A. The government has never responded to Petitioner's October 22, 2007 motion to vacate. Similarly, the district court has never considered the motion and apparently, before March 23, 2010, was unaware that any such motion had been filed.

While the district court certainly has the discretion to either deny or grant Petitioner's October 22, 2007 motion, it has no discretion to simply ignore it. The Petitioner's October 22, 2007 motion, which was based upon the unreasonable delay following this Court's issuance of its April 16, 2003 decision, has sat in abeyance, without either government response or court consideration. While the district court certainly has some leeway in managing its docket, it does not have the discretion to, in effect, deny a motion by failing to consider it in the ordinary course of business.

The same reasoning holds for Petitioner's more recent April 5, 2010 motion to dismiss and his various applications for the appointment of expert services pursuant to the Criminal Justice Act. While the district court is certainly free to grant or deny Petitioner's motions and applications, it does not have the discretion to completely ignore them. Doing so would frustrate this Court's appellate jurisdiction by muddling the record by failing to generate an appealable decision.

On March 23, 2010, the district court set Petitioner's matter down for a May 17, 2010 restitution sentencing evidentiary hearing, at which the government is expected to present evidence in support of its claim that the Petitioner must pay $190,000,000.00 in restitution. As described above, there is ample evidence that the $190,000,000.00 in losses the government claims to have been suffered were

caused, in whole or in part, by factors unrelated to Petitioner's fraudulent conduct. Neither Petitioner nor counsel is in a position to prove the extent of the losses attributable to alternative causes, absent the appointment of qualified experts. Petitioner, an indigent who is represented by CJA counsel below, needs access to expert witnesses and private investigators to counter the government's arguments.

Petitioner made a timely application for the appointment of expert services on March 23, 2010. Petitioner followed up his March 23rd request with letters dated April 7, 2010 and April 19, 2010.

Similarly, on April 5, 2010, Petitioner filed a motion to dismiss the sentencing proceeding as untimely. Petitioner's April 5, 2010 motion also sought the appointment of expert services in preparation for the May 17, 2010 evidentiary hearing.

As with the October 22, 2007 motion to vacate, the district court has the discretion to either grant or deny Petitioner's requests for dismissal and for the appointment of experts. It does not, however, have the discretion to completely ignore these various applications.

Here, Petitioner has no means of securing alternative relief, other than this Court's issuance of a writ of mandamus. Making application to the district court would be of little use, as the actions complained of herein are the district court's refusal to consider Petitioner's applications. Petitioner cannot take the

matter up with other district court judges, as they have no authority to grant the relief requested. Appealing upon the district court's final determination in this matter would also fail to provide the necessary relief. After all, if the district court continues in its refusal to address Petitioner's applications, there will be no record upon which to base the appeal.

Failing to grant the Petitioner's request for a writ of mandamus will serve to frustrate this Court's appellate jurisdiction. Should Petitioner ultimately seek to appeal the denial of his October 22, 2007 and April 5, 2010 motions, he certainly cannot do so where the district court denied them by declining to rule thereon. Any such action by the district court will, by its very nature, leave the record incomplete and preclude this Court from engaging in meaningful appellate review.

Accordingly, failing to direct the district court to rule on Petitioner's various requests for the appointment of expert services will frustrate this Court's appellate jurisdiction. Petitioner faces a complex sentencing hearing involving the government's claim that at least 9,000 victims suffered losses totaling over $190,000,000.00 by way of approximately 11,500 securities transactions. At the same time that these purported victims' securities suffered losses, a sophisticated and extensive illegal short selling campaign was underway designed to destroy not only these very same victims, but Petitioner's brokerage firm, Hanover Sterling. Petitioner was, without question, a victim of this illegal short selling scheme, not a

participant. It is beyond reasonable dispute that the illegal short selling campaign led to considerable losses that the government, only now, seeks to attribute wholly to the Petitioner.

Not only were the losses the government seeks to attribute to the Petitioner caused, at least in part, by the short sellers, but there were also likely market-wide, industry-specific, and firm-unique forces that contributed to the losses. *See Dura Pharmaceuticals*, *supra*. As the Court is well-aware, the losses caused by Petitioner's criminal conduct must be isolated for restitution sentencing purposes. *See United States v. Reifler*, 446 F.3d 65, 135-38 (2d Cir. 2006) ("the district court cannot properly order restitution under the MVRA unless the victim's harm resulted *from the offense of conviction*") (emphasis added); *see also United States v. Silkowski*, 32 F.3d 682, 688 (2d Cir. 1994). Isolating the causal effects of Petitioner's fraudulent conduct from that of other securities' valuation factors is difficult under the best of circumstances. Here, it is next to impossible without the necessary tools. Petitioner simply cannot defend against the government's restitution arguments without the assistance of experts.

## CONCLUSION

For the foregoing reasons, this Court should grant Petitioner's petition for a writ of mandamus and order that the district court (1) issue an order deciding Petitioner's October 22, 2007 motion to vacate, (2) issue an order deciding

Petitioner's April 5, 2010 motion for miscellaneous relief, and (3) issue an order deciding Petitioner's March 23, 2010, April 7, 2010, and April 19, 2010 applications for the appointment of expert services.

Dated:    New York, New York
          April 29, 2010

                **The Law Offices of Scott L. Fenstermaker, P.C.**

By:   _Scott L. Fenstermaker_

         Scott L. Fenstermaker, Esq. (SF6862)
         *Attorney for Roy Ageloff*

         100 Park Avenue, 16th Floor
         New York, New York 10017
         scott@fenstermakerlaw.com
         212-302-0201 (o)
         917-817-9001 (c)
         212-302-0327 (f)

To:    Chambers of the Honorable Raymond J. Dearie
       United States District Chief Judge
       United States Courthouse
       225 Cadman Plaza East
       Brooklyn, New York 11201

       AUSA Daniel Spector
       Office of the United States Attorney
       271 Cadman Plaza East
       Brooklyn, New York 11201

       Clerk of the Court
       United States Court of Appeals
         for the Second Circuit
       40 Foley Square
       New York, New York 10007

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------------------------------X

IN RE ROY AGELOFF,                    :    DECLARATION PURSUANT
                                           TO 28 U.S.C. §1746

          Petitioner.              :    DOCKET NO. _____

--------------------------------------------------------X

     SCOTT L. FENSTERMAKER, ESQ., declares pursuant to 28 U.S.C. §1746 the following:

     1. I am an attorney at law and have been assigned to represent the Petitioner Roy Ageloff pursuant to the Criminal Justice Act in the United States District Court for the Eastern District of New York in the matter of *United States v. Ageloff*, 98 CR 1129 (RJD).

     2. On or about October 22, 2007, Petitioner filed a motion to vacate his sentence of restitution in the district court. The government has never responded to Petitioner's October 22, 2007 motion to vacate, nor has the district court ever considered Petitioner's October 22, 2007 motion. A copy of Petitioner's motion to vacate, which is document number 1478 below, is attached as Exhibit A hereto.

     3. On or about March 23, 2010, the undersigned filed a letter requesting the appointment of expert services with the district court. A copy of the undersigned's March 23, 2010 letter, which is document number 1558 below, is attached hereto as Exhibit B. The district court responded to the undersigned's

March 23, 2010 letter request by writing "I will defer consideration of this request until the contemplated motion has been addressed."

    4. On or about April 5, 2010, the undersigned attempted to file a motion in the district court on Petitioner's behalf seeking miscellaneous relief via the district court's electronic court filing ("ECF") system. For reasons that are unclear, the ECF system did not register the undersigned's attempt. On April 6, 2010, the undersigned hand delivered a copy of Petitioner's April 5, 2010 motion. A copy of the April 5, 2010 notice of motion is attached hereto as Exhibit C. A copy of the April 5, 2010 memorandum of law in support of Petitioner's motion for miscellaneous relief is attached as Exhibit D. Petitioner's April 5, 2010 motion papers are documents numbered 1571 below. Upon learning of the fact that the district court's ECF system failed to register the undersigned's April 5, 2010 attempt to file the April 5, 2010 motion via ECF, the undersigned immediately attempted to refile the April 5, 2010 motion.

    5. On or about April 7, 2010, the undersigned submitted a letter request to the district court, asking that the court consider Petitioner's March 23, 2010 and April 5, 2010 requests for the appointment of expert services at its earliest convenience. A copy of the undersigned's April 7, 2010 letter, which is document number 1568 below, is attached hereto as Exhibit E.

6. On or about April 19, 2010, the undersigned submitted a letter request to the district court, asking that the court consider Petitioner's March 23, 2010, April 5, 2010, and April 7, 2010 requests for the appointment of expert services at its earliest convenience. A copy of the undersigned's April 19, 2010 letter, which is document number 1570 below, is attached hereto as Exhibit F.

7. The district court has never considered Petitioner's March 23, 2010, April 5, 2010, April 7, 2010 or April 19, 2010 requests for miscellaneous relief.

Dated:    New York, New York
          April 29, 2010


Scott L. Fenstermaker, Esq. (SF6862)



- [Query](#)
- [Reports](#)
- [Utilities](#)
- [Logout](#)

CLOSED, APPEAL, MJSELECT

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:98-cr-01129-RJD All Defendants

Case title: USA v. Catoggio, et al

Date Filed: 12/11/1998
Date Terminated: 08/26/2008

---

Assigned to: Chief Judge Raymond J. Dearie

Appeals court case number: 105.00

**Defendant (1)**

**Robert Catoggio**
*TERMINATED: 06/18/2001*

represented by **Gustave H. Newman**
Newman & Schwartz
950 Third Avenue, 32nd Floor
New York, NY 10022
212-308-7900
Fax: 212-826-3273
Email: syurowitz@newmangreenberg.com
*TERMINATED: 06/18/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

Dft to be imprisoned for 141 months on counts 1(s) and 2(s) to run concurrently. Ten months of the sentence is imposed consecutively to the balance of the sentence pursuant to 18 U.S.C. 3147. (131 months plus 10 months pursuant to 18:3147 and Guideli ne 2J1.7). The court recommends that for family related reasons the dft be considered for designation to FCI Fort Dix if consistent with bureau of prisons policies and guidelines. Dft shall surrender to the US Marshal at 11:00 a.m. on 6/20/01. Upon r elease from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make full periodic

18:1962(c), 1963 and 3551 et seq.

RACKETEERING
(1s)

financial disclosure as required by the court to the probation dept. Dft to comply with the terms of the restitution order. Dft shall pay restitution in the amount of $80,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following dfts, Roy Ageloff. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments in an amount of $1,000 per month, this amount to be adjusted from time to time following financial d isclosure to the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

Dft to be imprisoned for 141 months on counts 1(s) and 2(s) to run concurrently. Ten months of the sentence is imposed consecutively to the balance of the sentence pursuant to 18 U.S.C. 3147. (131 months plus 10 months pursuant to 18:3147 and Guideli ne 2J1.7). The court recommends that for family related reasons the dft be considered for designation to FCI Fort Dix if consistent with bureau of prisons policies and guidelines. Dft shall surrender to the US Marshal at 11:00 a.m. on 6/20/01. Upon r elease from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make full periodic financial disclosure as required by the court to the probation dept. Dft to comply with the terms of the restitution order. Dft shall pay restitution in the amount of $80,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following dfts, Roy Ageloff. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments in an amount of $1,000 per month, this amount to be adjusted from time to time following financial d isclosure to the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2s)

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | All open counts are dismissed on the motion of the U.S. |
| 15:78j(b) and 78ff; 18:2 3551 et seq. MANIPULATIVE AND DECEPTIVE DEVICES (2) | All open counts are dismissed on the motion of the U.S. |
| 18:1956(a)(1)(B)(i), 2 and 3551 et seq. MONEY LAUNDERING - FRAUD, OTHER (3) | All open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3s) | All open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY - HANOVER (4s) | All open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5s) | All open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6s) | All open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM (7s) | All open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM (8s) | All open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- CPAI (9s) | All open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY --CPAI (10s) | All open counts are dismissed on the motion of the U.S. |
| 18:1956(h) and 3551 et seq. MONEY LAUNDERING CONSPIRACY (11s) | All open counts are dismissed on the motion of the U.S. |
| 18:1956(h) and 3551 et seq. MONEY LAUNDERING CONSPIRACY (12s) | All open counts are dismissed on the motion of the U.S. |
| 18:1957, 2 and 3551 et seq. MONEY LAUNDERING (13s-21s) | All open counts are dismissed on the motion of the U.S. |
| 18:1956(a)(1)(A)(i) and 3551 et seq. MONEY LAUNDERING (22s-30s) | All open counts are dismissed on the motion of the U.S. |

| | |
|---|---|
| 18:1957 and 3551 et seq. MONEY LAUNDERING (31s-32s) | All open counts are dismissed on the motion of the U.S. |
| 18:1956(a)(1)(A)(i) and 3551 et seq. MONEY LAUNDERING (33s-34s) | All open counts are dismissed on the motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (2)**

| | | |
|---|---|---|
| **Donald Messinger** *TERMINATED: 08/13/2001* | represented by | **Joel Winograd** Winograd & Winograd, P.C. 450 Seventh Avenue Suite 1308 New York, NY 10123 212-268-6900 Fax: 212-629-5825 Email: coreywinograd@gmail.com *TERMINATED: 08/13/2001* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES - knowingly and intentionally conspire willfully and unlawfully to use and employ manipulative and deceptive devices and contrivances. (5ss) | Probation for 3 years with 6 months home confinement. Defendant to serve 400 hours of community service during the first two years of the probationary period. Special assessment of $100. Restitution of $70,000.00 to be paid 30 days from tod ay at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the probation department, following full financial disclosure. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES | Dismissed on govt's motion |

(1)

| 15:78j(b) and 78ff; 18:2 and 3551 et seq. MANIPULATIVE AND DECEPTIVE DEVICES (2) | Dismissed on govt's motion |
|---|---|
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- CPAI (9s) | Dismissed on govt's motion |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI (10s) | Dismissed on govt's motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (3)**

| **Barry Miele**<br>*TERMINATED: 10/23/2000* | represented by | **Charles C. Clay**<br>Brock, Clay, Calhoun, Wilson & Rogers, P.C.<br>49 Atlanta Street<br>Marietta, GA 30060<br>(770) 442-1776<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Gerald L. Shargel**<br>570 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2330<br>Fax: 212-446-2330<br>Email: gshargel@shargellaw.com<br>*TERMINATED: 10/23/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Gino Josh Singer**<br>Gino Josh Singer, Esq.<br>299 Broadway<br>Suite 1405<br>New York, NY 10007<br>212-227-6655<br>Fax: 212-732-6972 |
|---|---|---|

Email: law299rico@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Lichtman**
Law Offices of Scott E. Leemon
41 Madison Avenue
34th Floor
New York, NY 10010
FAX (212) 689-7050
Email: jl@jeffreylichtman.com
*TERMINATED: 10/23/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John M. Murphy**
Law Offices of John M. Murphy, Jr., P.C.
60 Bay Street

Staten Island, NY 10301
718-442-4052
Fax: 718-448-8685
Email: jmurphylaw@aol.com
*TERMINATED: 03/22/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael L. Macklowitz**
Michael L. Macklowitz, Esq.
299 Broadway
Suite 1405
New York, NY 10007
212-227-6655
Fax: 212-732-6972
Email: Law299@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Pending Counts

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

18:371 and 3551 et seq. - CONSPIRACY TO
DEFRAUD THE UNITED STATES.
(1s)

## Disposition

Imprisonment 60 months on each count to run
concurrently. Supervised Release Three Years
on each count, to run concurrently. Special
Assessment $100.00 on each count for a total
$200.00 Restitution $12,500,000.00

Imprisonment 60 months on each count to run
concurrently. Supervised Release Three Years
on each count, to run concurrently. Special
Assessment $100.00 on each count for a total
$200.00 Restitution $12,500,000.00.

VIOLATION OF SR: Imprisonment of 24 months.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 15:78j(b) and 78ff; 18:2 and 3551 et seq. MANIPULATIVE AND DECEPTIVE DEVICES (2) | DISMISSED |
| 18:1956(a)(1)(B)(i), 2 and 3551 et seq. MONEY LAUNDERING - FRAUD, OTHER (4) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (4)**

| **Alan Koop** *TERMINATED: 01/23/2001* | represented by | **Michael L. Macklowitz** (See above for address) *TERMINATED: 01/23/2001* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
|---|---|---|
| | | **Neil Bruce Checkman** Law Office of Neil Checkman 111 Broadway, Suite 1305 New York, NY 10007 212-264-9940 Fax: 212-346-4665 Email: Neil@Checkmanlaw.com *TERMINATED: 03/30/1999* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| | Dft to be imprisoned for 30 months. If consistent with Bureau of Prisons policies and practices, the court recommends that the dft be designated to an institution in the |

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

Northeast Region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/28/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as requi red by the court to the probation dept. Dft to receive drug testing and treatment as directed by the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $5,000,000. Dft shall be jointly and seve rally liable for the full amount of restitution set forth in paragraph one with the following additional dfts: Barry Miele, Roy Ageloff, Robert Catoggio, Dominick Froncillo, Brent Calderone Longo, Jaime Scott Morrill, Donald Messinger, Marcelo Quinte ro and Michale Trocchio. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court a nd not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $100.00.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

15:78j(b) and 78ff; 18:2 and 3551 et seq.
MANIPULATIVE AND DECEPTIVE
DEVICES
(2)

18:1956(a)(1)(B)(i), 2 and 3551 et seq.
MONEY LAUNDERING - FRAUD, OTHER
(4)

## Disposition

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (5)**

**Marcelo Quintero**
*TERMINATED: 05/10/2000*

represented by **William J. Stampur**
Hurwitz Stampur & Roth
299 Broadway
Suite 800
New York, NY 10007
212-619-4240
Fax: 212-619-6743
Email: wjs@hsrlawyers.com
*TERMINATED: 05/10/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

**Disposition**

Dft to be imprisoned for a term of 30 months
on count 1 of the indictment. The court
recommends to the Bureau of Prisons that, if
consistent with bureau of prisons policy and
practice, the dft be designated to a facility in
the northeast region. Dft is remanded to the
custody of the U.S. Marshal. Upon release
from imprisonment, dft shall be on supervised
release for 3 years. Dft shall make full
financial disclosure as directed by the
probation dept. The dft shall make restitution
in the amount o f $7.6 million pursuant to a
monthly repayment schedule of $50.00 per
month after dft's release. Dft shall receive
substance-abuse treatment and counseling, as
may be deemed necessary by the probation
dept, upon consultation with the c ourt. If the
dft is deported, he shall not re-enter the U.S.
without the permission of attorney general.
Dft shall pay a special assessment of $100.00
due immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

15:78j(b) and 78ff; 18:2 and 3551 et seq.
MANIPULATIVE AND DECEPTIVE
DEVICES
(2)

18:1956(a)(1)(B)(i), 2 and 3551 et seq.
MONEY LAUNDERING - FRAUD, OTHER
(4)

**Disposition**

Counts Two and Four of the indictment are
dismissed on the motion of the U.S.

Counts Two and Four of the indictment are
dismissed on the motion of the U.S.

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Chief Judge Raymond J. Dearie

## Defendant (6)

| **Michael Trocchio**<br>*TERMINATED: 02/26/2001* | represented by | **Louis E. Diamond**<br>77 Targee Street |
| --- | --- | --- |

Staten Island, NY 10304
(718)448-4800
Fax: (718)876-0836
Email: targeelaw@aol.com
*TERMINATED: 02/26/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1962(c), 1963 and 3551 et seq.<br>RACKETEERING<br>(1s) | Dft to be imprisoned for a term of 63 months. The court recommends to the bureau of prisons that dft be designated to an institution in the NorthEast Region and that he be enrolled in a 500 hour drug and alcohol program. Dft is continued in the custo dy of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 3/19/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic f ull financial disclosure as required by the court to the probation dept. Dft to comply with the terms of the restitution order. Dft to file a financial affidavit within 2 weeks from today. Dft shall pay restitution to the victims of the offense of co nvictions in the amount of $10,000,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be d etermined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. It is |

ordered that dft shall pay a special assessment of $100.00 to be paid in f ull immediately.

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | Open counts are dismissed on the motion of the U.S. |
| 15:78j(b) and 78ff; 18:2 and 3551 et seq. MANIPULATIVE AND DECEPTIVE DEVICES (2) | Open counts are dismissed on the motion of the U.S. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2s) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3s) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY - HANOVER (4s) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5s) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6s) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM (7s) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM (8s) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- CPAI (9s) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY --CPAI (10s) | Open counts are dismissed on the motion of the U.S. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (7)**

**Dominick Froncillo**
*TERMINATED: 01/27/2000*

represented by **David Elliot Levine**
Law Offices of David E. Levine
291 Broadway
Suite 1100
New York, NY 10007
718-875-1212
Fax: 718-875-1717
Email: davidelevine@aol.com
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

**Disposition**

Dft to be imprisoned for 21 months. The
court recommends to the Bureau of Prisons
that, if consistent with the Bureau of Prisons
policy and practice, the dft be designated to a
facility as close to the new york city area as
possible. Dft is continued in the custody of
the U.S. Marsal. Upon release from
imprisonment, dft shall be on supervised
release for 3 years. Dft shall pay restitution in
the amount of $800,000. Dft shall deposit the
remaining $5,000 with the clerk of the court
as p er agreement with U.S. Attorney. Dft
shall pay a fine of $20,000 and Special
Assessment of $100.00.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

15:78j(b) and 78ff; 18:2 and 3551 et seq.
MANIPULATIVE AND DECEPTIVE
DEVICES
(2)

18:1956(a)(1)(B)(i), 2 and 3551 et seq.
MONEY LAUNDERING - FRAUD, OTHER
(5)

**Disposition**

Count Two and Five of the indictment are
dismissed upon the motion of the U.S.

Count Two and Five of the indictment are
dismissed upon the motion of the U.S.

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Chief Judge Raymond J. Dearie

Appeals court case numbers: 01-1367L,01-1481, 105.00

## Defendant (8)

| | | |
| --- | --- | --- |
| **Roy Ageloff** | represented by | **Benjamin Brafman** |
| *TERMINATED: 09/05/2001* | | Brafman & Ross, P.C. |
| | | 767 Third Avenue |
| | | 26th Floor |
| | | New York, NY 10017 |
| | | (212) 750-7800 |
| | | Fax: (212) 750-3906 |
| | | Email: bbrafman@braflaw.com |
| | | *TERMINATED: 09/05/2001* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

**Brian H. Bieber**
Hirschhorn & Bieber, P.A.
550 Biltmore Way, Penthouse Three A
Miami, FL 33134
305-445-5320
Fax: 305-446-1766
Email: bbieber@aquitall.com
*TERMINATED: 03/27/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Eric M. Cohen**
Law Office of Eric M. Cohen
9130 S. Dadeland Blvd.
Suite 1504, Datran II
Miami, FL 33156
(305) 670-0230
*TERMINATED: 08/01/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel Hirschhorn**
Hirschhorn & Bieber, P.A.
2600 Douglas Road, Penthouse One
Coral Gables, FL 33134
(305) 445-5320
*TERMINATED: 09/05/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Milton Hirsch**
Law Office of Milton Hirsch
9130 S. Dadeland Blvd.
Suite 1504, Datran II
Miami, FL 33156
(305) 670-0077
*TERMINATED: 08/01/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Lewin**
Lewin & Lewin LLP
1828 L Street, NW
Washington, DC 20037
(202) 293-6400
Fax: 2028280909
Email: nat@lewinlewin.com
*TERMINATED: 09/05/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Scott Lloyd Fenstermaker**
The Law Offices of Scott L. Fenstermaker,
P.C.
300 Park Avenue
17th Floor
New York, NY 10022
212-302-0201
Fax: 212-302-0327
Email: scott@fenstermakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2)

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER

**Disposition**

Imprisonment of 96 months; 3 years
supervised release. Special assessment of .00.

**Disposition**

Dismissed on govt's motion.

Dismissed on govt's motion.

(3)

| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER | Dismissed on govt's motion. |
| --- | --- |

(4)

| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK | Dismissed on govt's motion. |
| --- | --- |

(5)

| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK | Dismissed on govt's motion. |
| --- | --- |

(6)

| 18:371 and 3551 et seq- SECURITIES FRAUD CONSPIRACY -- PCM | Dismissed on govt's motion. |
| --- | --- |

(7)

| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES | Dismissed on govt's motion. |
| --- | --- |

(8)

| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- CPAI | Dismissed on govt's motion. |
| --- | --- |

(9)

| 18:371 AND 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI | Dismissed on govt's motion. |
| --- | --- |

(10)

| 18:1956(h) and 3551 et seq. MONEY LAUNDERING CONSPIRACY | Dismissed on govt's motion. |
| --- | --- |

(11)

| 18:1956(h) and 3551 et seq. MONEY LAUNDERING CONSPIRACY | Dismissed on govt's motion. |
| --- | --- |

(12)

| 18:1957, 2 and 3551 et seq. MONEY LAUNDERING | Dismissed on govt's motion.Dismissed on govt's motion. |
| --- | --- |

(13-21)

| 18:1956(a)(1)(A)(i) and 3551 et seq. MONEY LAUNDERING | Dismissed on govt's motion. |
| --- | --- |

(22-30)

| 18:1957 and 3551 et seq. MONEY LAUNDERING | Dismissed on govt's motion. |
| --- | --- |

(31-32)

| 18:1956(a)(1)(A)(i) and 3551 et seq. MONEY LAUNDERING | Dismissed on govt's motion. |
| --- | --- |

(33-34)

## Highest Offense Level (Terminated)

Felony

## Complaints                                        Disposition

None

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (9)**

**Stephen Agnese**
*TERMINATED: 11/30/2000*

represented by **Patrick V. Parrotta**
Patrick V. Parrotta
77 Targee Street
Staten Island, NY 10304
718-556-9800
Fax: 718-876-0836
Email: pvpesq1@aol.com
*TERMINATED: 11/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- CPAI
(9)

**Disposition**

Dft to be imprisoned for 15 months. The
court recommends with the bureau of prisons,
that the dft be designated to an institution in
the Northeast Region. Dft is continued in the
custody of the U.S. Marshal. Dft shall
surrender for service of sentenc e at the
institution designated by the bureau of prisons
by 3:00 p.m. on 1/18/01. Upon release from
imprisonment, dft shall be on supervised
release for 3 years. Dft to make periodic full
financial disclosure as required by the court to
the probation dept. Dft shall pay restitution to
the victims of the offense of conviction of in
the amount of $1,000,000. 30 days after
release from custody, it shall be a condition
of the dft's supervised release that the dft
make the following minimum monthly
restitution payments: Restitution payments at
a rate to be determined by the court and not
less than 10% of gross earnings. The rate to
be adjusted from time to time by the court in
consultation with the probation dept. Dft shall
be joi ntly and severally liable for the full
amount of restitution set forth in paragraph
one with the following additional dfts, (1)
Anthony Cavicchio (2) Michael Trocchio. Dft
shall pay a special assessment of $100.00 to
be paid in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371 AND 3551 et seq. MAIL AND WIRE

**Disposition**

Open counts are dismissed on the motion of

FRAUD CONSPIRACY -- CPAI
(10)

the U.S.

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                   **Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (10)**

**Arthur Alonzo**                      represented by   **Benjamin Brafman**
*TERMINATED: 06/09/2005*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

                                                       **Lee Ginsberg**
                                                       Freeman, Nooter & Ginsberg
                                                       30 Vesey Street, Suite 100
                                                       New York, NY 10007
                                                       (212) 608-0808
                                                       Email: leeloulaw@aol.com
                                                       *TERMINATED: 03/10/2000*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

**Pending Counts**                               **Disposition**

CONSPIRACY TO DEFRAUD THE                        Time Served. 3 years supervised release with
UNITED STATES                                    conditions. $100 special assessment.
(1s-2s)                                          VIOLATION OF SR: Imprisonment of 1 day.
                                                 Supervised release for 2 years with
                                                 conditions.

18:371 and 3551 et seq. SECURITIES               Time Served. 3 years supervised release with
FRAUD CONSPIRACY -- HANOVER                      conditions. $100 special assessment.
(3)

MONEY LAUNDERING - FRAUD, OTHER                  Time Served. 3 years supervised release with
(3s)                                             conditions. $100 special assessment.

18:371 and 3551 et seq. MAIL AND WIRE            Time Served. 3 years supervised release with
FRAUD CONSPIRACY -- HANOVER                      conditions. $100 special assessment.
(4)

INTERFERENCE WITH COMMERCE BY                    Time Served. 3 years supervised release with
THREAT OR VIOLENCE                               conditions. $100 special assessment.
(4s)

18:371 and 3551 et seq- SECURITIES               Time Served. 3 years supervised release with
FRAUD CONSPIRACY -- PCM

(7)

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES
(8)

conditions. $100 special assessment.

Time Served. 3 years supervised release with
conditions. $100 special assessment.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Dismissed on govt's motion. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (11)**

| John Asaro | represented by | **Lawrence M. Fagenson** |
| --- | --- | --- |
| *TERMINATED: 05/07/2002* | | 225 West 34th Street |
| | | Suite 1000 |
| | | New York, NY 10122 |
| | | (212) 268-2128 |
| | | *TERMINATED: 05/07/2002* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371 and 3551 et seq- SECURITIES FRAUD CONSPIRACY -- PCM (7) | 3 years probation. Special assessment of $100. Restitution in the amount of $100,000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:371 and 3551 et seq. SECURITIES | |

| | |
|---|---|
| FRAUD CONSPIRACY -- NORFOLK (5) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES (8) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (12)**

| | | |
|---|---|---|
| **Randy Ashenfarb**<br>*TERMINATED: 04/11/2002* | represented by | **Jerry L. Tritz**<br>319 Broadway<br>Suite 500<br>New York, NY 10007<br>(212) 964-0455<br>Fax: 212-732-8460<br>Email: jtritz3@aol.com<br>*TERMINATED: 04/11/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5) | Probation for 3 years with conditions. $100 Special assessment. Restitution in the amount of $800,000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Dismissed on motion of the govt. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Dismissed on motion of the govt. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER | Dismissed on motion of the govt. |

(3)

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- HANOVER                     Dismissed on motion of the govt.
(4)

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- NORFOLK                     Dismissed on motion of the govt.
(6)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                  **Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (13)**

**Rocco Basile**                    represented by   **Michael F. Bachner**
*TERMINATED: 11/27/2001*                            Bachner & Herskovits, P.C.
                                                    26 Broadway
                                                    Suite 2310
                                                    New York, NY 10004
                                                    (212) 344-7778
                                                    Fax: 212-344-7774
                                                    Email: mb@bhlawfirm.com
                                                    *TERMINATED: 11/27/2001*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

                                                    **Stephen P. Scaring**
                                                    Stephen P. Scaring, P.C.
                                                    666 Old Country Road, Suite 501
                                                    Garden City, NY 11530
                                                    516/683/8500
                                                    Fax: 516-683-8410
                                                    Email: sscaring@scaringlaw.com
                                                    *TERMINATED: 11/27/2001*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

**Pending Counts**                              **Disposition**

18:371 and 3551 et seq. SECURITIES              Imprisonment of 44 months on each count to
FRAUD CONSPIRACY -- HANOVER                     run concurrently. Supervised release for 3
(3)                                             years on each count to run concurrently.
                                                Special assessment of $200. Restitution of
                                                $5,000,000.00. AMENDED to include that
                                                defendant receive treatment for substance

abuse.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (14)**

| **William Joseph Battista** *TERMINATED: 10/20/2000* | represented by | **Julius M. Wasserstein** 130 William Street Suite 925 New York, NY 10038 (212) 964-3333 *TERMINATED: 10/20/2000* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
|---|---|---|

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Receivess thirty (30) months imprisonment; Three (3) yrs supervised release; $50.00 special assessment (in CR 98-1129); $537,000.00 restitution. Sentence to run concurrently with sentenced imposed in CR 99-139. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING | Dismissed on govt's motion. |

(1)

| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Dismissed on govt's motion. |

| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Dismissed on govt's motion. |

| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (15)**

| **Michael A. Bengen** | represented by | **John F. Kaley** |

*TERMINATED: 08/13/2001*
*also known as*
Bam Bam

Doar Rieck & Mack
217 Broadway
Suite 707
New York, NY 10007
212-619-3730
Fax: 212-962-5037
Email: jkaley@doarlaw.com
*TERMINATED: 08/13/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- CPAI
(9)

Imprisonment of 18 months. Defendant to
surrender to the designated institution on
10/2/01 by 12 PM. The court recommends
that defendant be designated to an institution
in the Northeast region and further invites
consideration of boot camp. Supervise d
release of 3 years. Special conditions:
Periodic full financial disclosure as required
by the court to the probation department.
Defendant to comply with the terms of the
restitution order. Special assessment of
$100.00. Restitution of $1 .5 million with
following co-defendants: 1. Steven Agnese, 2.
Neil Brauner, 3. Anthony Cavicchio, 4.
Damon Gerard Cohen, 5. Jaime Scott Morrill,

6. Victor Vernaci, 7. Michael Trocchio.
Restitution payments to begin 30 days from
release of custody at a rate to be determined
by the Court and not less than 10% of gross
earnings. The rate to be adjusted from time to
time by the Court in consultation with the
Probation department, following full financial
disclosure.

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Dismissed on government's motion. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Dismissed on government's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Dismissed on government's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Dismissed on government's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5) | Dismissed on government's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Dismissed on government's motion. |
| 18:371 and 3551 et seq- SECURITIES FRAUD CONSPIRACY -- PCM (7) | Dismissed on government's motion. |
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES (8) | Dismissed on government's motion. |
| 18:371 AND 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI (10) | Dismissed on government's motion. |

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (16)**

**John Besarany**
*TERMINATED: 02/04/2003*

represented by **Harry Conrad Batchelder , Jr.**
Law Offices of Harry C. Batchelder, Jr.
40 Wall Street - 24th Floor
New York, NY 10005-1338
(212) 504-5629
Fax: (212) 504-6090
Email: lubiyanka@aol.com
*TERMINATED: 08/24/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Patrick T. Burke**
Burke, McGlinn & Miele
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901
(914) 357-7500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert Tate**
1539 Franklin Avenue
Mineola, NY 11501
(516) 741-6010
*TERMINATED: 02/04/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES -
knowingly and intentionally conspire
willfully and unlawfully to use and employ
manipulative and deceptive devices and
contrivances.
(3s)

**Disposition**

Imprisonment of one year and one day. 3
years supervised release with conditions.
$100 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

**Disposition**

Dismissed on govt's motion.

| | |
|---|---|
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING - Interstate and Foreign Commerce. (1s) | Dismissed on govt's motion. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Dismissed on govt's motion. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING - Interstate and Foreign Commerce. (2s) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES - knowingly and intentionally conspire willfully and unlawfully to use and employ manipulative and deceptive devices and contrivances. (4s) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                    **Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (17)**

**Nicholas Bosco**                    represented by    **Robert T. Wolf**
*TERMINATED: 04/26/2001*                               Gerstein, Savage & Kaplowitz
                                                       101 east 52nd Street 9th Floor
                                                       New York, NY 10022
                                                       (212) 752-9700
                                                       *TERMINATED: 04/26/2001*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Pending Counts**

**Disposition**

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES -
willfully conspire to use and employ
manipulative and deceptive devices and
contrivances.
(1s)

Dft to be sentenced to probation for a period
of 4 years on each count to run concurrently.
Dft is subject to home confinement for a term
of 1 year. Dft is permitted to work at his
business 4 hours a day. Dft is permitted
medical visits. Dft to make periodic full
financial disclosure as to business and
personal finances as required by the court to
the probation dept. Dft to comply with the
terms of the restitution order. Restitution in
the amount of $800,000. Dft is jointly and
severally li able with co-dft Thomas
Gucciardo. Restitution payment to begin in 1
year at a rate to be determined by the court
and not less than 10% of gross earnings. The
rate to be adjusted from time to time by the
court and not less than 10% of gross earnings.
The rate to be adjusted from time to time by
the court in consultation with the probation
dept, following full financial disclosure. Dft
shall pay a special assessment of $150.00 to
be paid in full immediately.

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER
(3)

Dft to be sentenced to probation for a period
of 4 years on each count to run concurrently.
Dft is subject to home confinement for a term
of 1 year. Dft is permitted to work at his
business 4 hours a day. Dft is permitted
medical visits. Dft to make periodic full
financial disclosure as to business and
personal finances as required by the court to
the probation dept. Dft to comply with the
terms of the restitution order. Restitution in
the amount of $800,000. Dft is jointly and
severally li able with co-dft Thomas
Gucciardo. Restitution payment to begin in 1
year at a rate to be determined by the court
and not less than 10% of gross earnings. The
rate to be adjusted from time to time by the
court and not less than 10% of gross earnings.
The rate to be adjusted from time to time by
the court in consultation with the probation
dept, following full financial disclosure. Dft
shall pay a special assessment of $150.00 to
be paid in full immediately.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Open counts are dismissed on the motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (18)**

| **Fabio Borgognone**<br>*TERMINATED: 02/23/2001* | represented by | **Gerald J. DiChiara**<br>Law Offices of Gerald J. DiChiara<br>404 Park Avenue South<br>New York, NY 10016<br>212-679-1958<br>Fax: 212-689-3315<br>Email: jdichiarag@aol.com<br>*TERMINATED: 02/23/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| | Dft to be imprisoned for 1 year and 1 day. If consistent with the bureau of prison policies and practices, the court recommends that dft be designated to an institution in the Northeast Region, and further invites consideration of FCI, Fort Dix. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00p.m on 3/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft to comply with the terms of the restitution order. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Dft shall pay res titution to the victims of the offense of conviction in the amount of $800,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dft, Vincent Minerva. 30 |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | |

days a fter release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments: Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept.

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Open counts are dismissed on the motion of the U.S. |

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

## Defendant (19)

| **Neil Brauner** *TERMINATED: 11/06/2000* | represented by | **Maurice H. Sercarz** Sercarz & Riopelle 152 West 57th Street 24th Floor New York, NY 10019 212-586-4900 Fax: 212-586-1234 Email: sercarzlaw@worldnet.att.net *TERMINATED: 11/06/2000* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
|---|---|---|

| **Pending Counts** | **Disposition** |
|---|---|
| | Dft to be imprisoned for 12 months and one day. The court recommends that the dft be designated to an institution near Boca Raton, Florida. The court further recommends that dft be designated to a medical facility for appropriate treatment. Dft is co ntinued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the |

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- CPAI
(9)

institution designated by the bureau of prisons before 2:00 p.m. 11/27/00. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft shall pay restitution in the amount of $1,500,000.00. Dft shall pay the Clerk of Court, EDNY $18,000 by October 30, 2000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the f ollowing additional dfts. (1) Rico Locasio (2) Jaime Scott Morrill (3) Michael Trocchio (4) Stephen Agenese (5) Robert Catoggio (6) Roy Ageloff. Restitution payments to begin 30 days after release from custody at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure as required. Dft shall pay a special assessment of $100.00 to be pa id in full immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2)

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER
(3)

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- HANOVER
(4)

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- NORFOLK
(5)

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- NORFOLK
(6)

18:371 AND 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- CPAI
(10)

## Highest Offense Level (Terminated)

## Disposition

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Felony

## **Complaints**                                          **Disposition**

None

Assigned to: Chief Judge Raymond J. Dearie

## **Defendant (20)**

**Nicholas Briganti**                    represented by    **Charles D. Adler**
*TERMINATED: 01/19/2001*                                   Goltzer & Adler
                                                           110 East 59th Street
                                                           New York, NY 10022
                                                           (212)421-7600
                                                           *TERMINATED: 01/19/2001*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Retained*

                                                           **Maurice H. Sercarz**
                                                           (See above for address)
                                                           *TERMINATED: 01/19/2001*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Retained*

## **Pending Counts**                                      **Disposition**

                                                           Dft to be imprisoned for 27 months. Dft is
                                                           continued in the custody of the U.S. Marshal.
                                                           Dft shall surrender for service of sentence at
                                                           the facility designated by the bureau of
                                                           prisons by 3:00 p.m. on 2/19/01. Upon release
                                                           from imprisonment, dft shal l be on
                                                           supervised release for 3 years. Dft to make
                                                           full financial disclosure as required by the
                                                           court to the probation dept. Dft shall serve 10
                                                           hours of community service the first year of
                                                           supervised release, as directed by the
                                                           probation dept. Dft s hall pay restitution to
18:371 and 3551 et seq. SECURITIES                         the victims of the offense of the conviction in
FRAUD CONSPIRACY -- HANOVER                                the amount of $2,500,000. Dft shall be jointly
(3)                                                        and severally liable for the full amount of
                                                           restitution set forth in paragraph one with the
                                                           following additional dfts, John Cl audino,
                                                           Christopher Mormando, William Battista. 30
                                                           days after release from custody, it shall be a
                                                           condition of the dft's supervised release that
                                                           dft make the following minimum monthly
                                                           restitution payments. Restitution payments at
                                                           a rate to be de termined by the court and not
                                                           less than 10% of gross earnings. The rate to
                                                           be adjusted from time to time by the court in

consultation with the probation dept. Dft shall pay a $50.00 special assessment to be paid in full immediately.

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Open counts are dismissed on the motion of the U.S. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq- SECURITIES FRAUD CONSPIRACY -- PCM (7) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES (8) | Open counts are dismissed on the motion of the U.S. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

## Defendant (21)

**Ronald Cataggio**
*TERMINATED: 07/24/2001*

represented by **Peter Kirchheimer**
Federal Defenders of New York, Inc.
16 Court Street
3rd Floor
Brooklyn, NY 11241
(718) 330-1200
Fax: (718) 855-0760
Email: Peter_Kirchheimer@fd.org

*TERMINATED: 07/24/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Pending Counts**

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

**Disposition**

Imprisonment of 41 months, Special
Assessment of $100.00. Supervised release
for 3 years with special conditions that the
defendant is to make periodic full financial
disclosure as required by the court to the
Probation Department. Defendant is to
comply with the terms of the restitution order.
The defendant shall pay restitution to the
victims of the offense of conviction in the
amount of $10,000,000.00. The defendant
shall be jointly and severally liable for the
full amount of restit ution with the following
co-defendants: Robert Catoggio, Roy ageloff,
Arthur Alonzo, Nicholas Briganti, Joesph
Dibella, Vito Gili, Gregory Groeller, John
Lembo III, Brent Calderone Longo, Mark
Mancino, Christopher Miano, Scott
Piccininni, Frank Pizzo lato, Keith Ruffler,
Kirk Ruffler, Michael Scaramellino, Joseph
Scarfone, Paul Tahan, Michael Trocchio, and
Victor Vernaci. Restitution shall be paid 30
days after release from custody, it shall be a
condition of the defendant's supervised relea
se that the defendant make the following
minimum monthly restitution payments:
Restitution payments at a rate to be
determined by the court and not less than
10% of gross earning. The rate to be adjusted
from time to time by the court in consult
ation with the Probation Department. See
attached order of resitution signed by Hon.
Trager on 7/20/01.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2)

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER
(3)

18:371 and 3551 et seq. MAIL AND WIRE

**Disposition**

Dismissed on govt's motion.

Dismissed on govt's motion.

| | |
|---|---|
| FRAUD CONSPIRACY -- HANOVER (4) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq- SECURITIES FRAUD CONSPIRACY -- PCM (7) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES (8) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                    **Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (22)**

**Anthony Cavicchio**                  represented by   **Mitchell Alan Golub**
*TERMINATED: 10/31/2000*                              Golub & Golub LLP
                                                      225 Broadway
                                                      Suite 1515
                                                      New York, NY 10007
                                                      (212) 693-1000, x12
                                                      Fax: (212) 693-0090
                                                      Email: mgolub@golublaw.com
                                                      *TERMINATED: 10/31/2000*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

**Pending Counts**                                **Disposition**

                                                  Dft to be imprisoned for a term of 12 months
                                                  and 1 day. The court recommends that dft be
                                                  designated to an institution in the northeast
                                                  region. Dft is continued in the custody of the
                                                  U.S. Marshal. Dft shall surrender for service
                                                  of sentence at the ins titution designated by
                                                  the bureau of prisons on 1/2/01. Upon release
                                                  from imprisonment, dft shall be on supervised
                                                  release for 3 years. Dft shall pay restitution to
                                                  the victims if the offense of conviction, in the

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- CPAI
(9)

amount of $1,000,000. Dft shall be jointly
and severally liable for the full amount of
restitution set forth in paragraph one with the
following additional dfts, (1) Stephen Agnese
(2) Michael Trocchio. Restitution payment to
begin 30 days after release from custody at a
rate to b e determined by the court and not
less than 10% of gross earnings. The rate to
be adjusted from time to time by the court in
consultation with the probation dept,
following full financial disclosure, as
required. Dft shall pay a special assessme nt
of $100.00 in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371 AND 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- CPAI
(10)

**Disposition**

Open counts are dismissed on the motion of
the U.S.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (23)**

**John Claudino**
*TERMINATED: 01/19/2001*

represented by **Paul Peter Rinaldo**
Grossman & Rinaldo
108-18 Queens Boulevard
Forest Hills, NY 11375
718- 520-8722
Fax: 718-793-0893
Email: grossmanrinaldo@aol.com
*TERMINATED: 01/19/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

Dft to be imprisoned for a term of 24 months.
Dft is continued in the custody of the U.S.
Marshal. Upon release from imprisonment,
dft shall be on supervised release for 3 years.

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER
(3)

Dft to make full financial disclosure as
required by the court to the p robation dept.
Dft to continue in substance abuse and
mental health treatment and shall contribute
to any costs, including medications, as
directed by the probation dept. Dft shall pay
restitution to the victims of the offense of
conviction in the am ount of $1,500,000. Dft
shall be jointly and severally liable for the
full amount of restitution set forth with the
following additional dfts, Christopher
Mormando, Nicholas Briganti, William
Batista. 30 days after release from custody, it
shall be a condition of the dft's supervised
release that the dft make the following
minimum monthly restitution payments.
Restitution payments at a rate to be
determined by the court and not less than
10% of gross earnings. The rate to be adjus
ted from time to time by the court in
consultation with the probation dept. Dft shall
pay a special assessment of $50.00 to be paid
in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- HANOVER
(4)

**Disposition**

Open counts are dismissed on the motion of
the U.S.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (24)**

Damon Gerard Cohen
*TERMINATED: 11/13/2000*

represented by **Neil Bruce Checkman**
(See above for address)
*TERMINATED: 11/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5)

Dft to be imprisoned for a total term of 1 year and one day. The court recommends that dft be designated to an institution in the NY metropolitan area or the northeast region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender f or service of sentence at the institution designated by the bureau of prisons before 2:00 on 12/11/00. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft shall make periodic full financial disclosure as required by th e court to the probation dept. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Dft shall pay restitution to the victims in the offense of conviction in the amount of $500,000. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

| | Disposition |
|---|---|
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Open counts are dismissed on the motion of the U.S. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- CPAI (9) | Open counts are dismissed on the motion of the U.S. |
| 18:371 AND 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI (10) | Open counts are dismissed on the motion of the U.S. |

## Highest Offense Level (Terminated)

Felony

**Complaints**                                    **Disposition**
None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (25)**

**William Cosidente**          represented by   **David Stern**
*TERMINATED: 01/23/2001*                        Rothman, Schneider, Soloway & Stern, P.C.
                                                100 Lafayette Street,
                                                Suite 501
                                                New York, NY 10013
                                                212-571-5500
                                                Fax: 212-571-5507
                                                Email: dstern@rssslaw.com
                                                *TERMINATED: 01/23/2001*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: CJA Appointment*

**Pending Counts**                                **Disposition**

18:371 and 3551 et seq. SECURITIES                Dft to be imprisoned for 1 year. Dft is
FRAUD CONSPIRACY -- HANOVER                        continued in the custody of the U.S. Marshal.
(3)                                                Dft shall surrender for service of sentence at
                                                   the institution designated by the bureau of
                                                   prisons before 3:00 p.m. on 2/20/01. Upon
                                                   release from imprisonment, dft shall be on
                                                   supervised release for 3 years. Dft to make
                                                   periodic full financial disclosure as required
                                                   by the court to the probation dept. The first
                                                   two years of supervised release, the dft shall
                                                   serve 1500 hours of community service
                                                   subject to court approval and under the
                                                   guidelines of the probation dept. Dft shall pay
                                                   restitution to the victims of the offense of
                                                   conviction in the amount of $2,500,000. Dft
                                                   shall be jointly and severally liable for the
                                                   full amount of restitution set forth i n
                                                   paragraph one with the following additional
                                                   dfts: Ronald Cropper, Jr.; Michael Orlino;
                                                   Joseph Scarfone; John Lembo; Michael
                                                   Trocchio; Keith Ruffler and Joseph Dibella.
                                                   30 days after release from custody, it shall be
                                                   a condition of dft's superv ised release that
                                                   the dft make the following minimum monthly
                                                   restitution payments. Restitution payments at
                                                   a rate to be determined by the court and not
                                                   less than 10% of gross earnings. The rate to
                                                   be adjusted from time to time by the court in
                                                   co nsultation with the probation dept. Dft

shall pay a special assessment of $50.00 to be paid in full immediately.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Open counts are dismissed on the motion of the U.S. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq- SECURITIES FRAUD CONSPIRACY -- PCM (7) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES (8) | Open counts are dismissed on the motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (26)**

| | | |
| --- | --- | --- |
| **Ronald Cropper, Jr.**<br>*TERMINATED: 10/31/2000* | represented by | **Joseph R. Corozzo , Jr.**<br>Rubinstein & Corozzo LLP<br>260 Madison Avenue<br>New York, NY 10016<br>(212) 545-8777<br>Fax: 212-679-1844<br>Email: rcorozzo@aol.com<br>*TERMINATED: 10/31/2000*<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Dft to be imprisoned for 27 months. The court recommends that the dft be designated to an institution in the Northeast Region, and that he be enrolled in a 500 hour drug program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrende r for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on 11/15/00. Upon release from imprisonment, dft shall be on supervised release for 3 years. Drug treatment and therapy under the supervision of the pro bation department. Dft shall pay restitution to the victims of the offense of conviction in the amount of $2,500,000.00. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following a dditional dfts: (1) Joseph DiBella (2) Michael Orlino (3) William Cosidente (4) John Lembo (5) Joseph Scarfone (6) Michael Trocchio (7) Keith Ruffler. Restitution payment to begin 30 days after release from custody at a rate to be determined by the c ourt and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure, as required. Dft shall pay a special assessment of $100.00 to be paid in full immediately. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Open counts are dismissed on the motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Chief Judge Raymond J. Dearie

## Defendant (27)

**Joseph Dibella**
*TERMINATED: 01/19/2001*

represented by **Michael Rosen**
Law Office of Michael Rosen
61 Broadway
Suite 1105
New York, NY 10006
212-742-1717
Fax: 212-248-4068
Email: mrosenlaw@aol.com
*TERMINATED: 01/19/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William John Keahon**
William J. Keahon, P.C.
One Suffolk Square
Suite 500
Islandia, NY 11749
631-582-6924
Fax: 631-342-9573
Email: keahonpc@hotmail.com
*ATTORNEY TO BE NOTICED*

## Pending Counts

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

## Disposition

Dft to be imprisoned for a total term of seventy eight months as follows: Fifty Seven months on the rico violation alleged in count one and 21 months consecutively as per U.S.C. 18:1347 and guideline 2J1.7. If consistent with bureau of prisons polici es and practics, the court recommends that dft be designated to an institution in the Northeast Region, and further invites consideration of FCI Fort Dix. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentenc e at the institution designated by the bureau of prisons by 3:00 p.m. on 2/26/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $2,500,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following dfts, Ronald Cro pper, Michael Orlino, Joseph Scarfone, John Lembo, Michael Trocchio, Keith Ruffler, William Cosidente. Dft shall make by 1/16/01 the

lump sum payment of $100,000. 30 days after release from custody, it shall be a condition of the dft's supe rvised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rtae to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $100.00 to be paid in full immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

**Disposition**

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER
(3)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- HANOVER
(4)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- NORFOLK
(5)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- NORFOLK
(6)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq- SECURITIES
FRAUD CONSPIRACY -- PCM
(7)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES
(8)

Open counts are dismissed on the motion of the U.S.

## Highest Offense Level (Terminated)

Felony

## Complaints

**Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

## Defendant (28)

**David Dunham**
*TERMINATED: 08/20/2001*

represented by **David Elliot Levine**
(See above for address)
*TERMINATED: 08/20/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gail E. Laser**
260 Madison Avenue
New York, NY 10016
(212) 447-9209
Fax: 212-679-1844
Email: laserdefenseatty@aol.com
*TERMINATED: 08/20/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- CPAI
(9)

**Disposition**

Probation for 2 years, 10 months in a
community confinement halfway house.
Special assessment of $100.00. Restitution of
$500,000.00 jointly and severally liable with
co-defendants Brent Calderone Longo and
Jonathan Durinda. Defendant shall make,
commencing 30 days from today the
following minimum monthly restitution
payments: at a rate to be determined by the
court and not less than 10% of gross earnings.
The rate to be adjusted from time to time by
the court in consultation with the probation
department.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371 AND 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- CPAI
(10)

18:1957 and 3551 et seq. MONEY
LAUNDERING
(31-32)

**Disposition**

Dismissed on govt's motion.

Dismissed on govt's motion.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (29)**

| | | |
|---|---|---|
| **Jonathan Durinda**<br>*TERMINATED: 08/13/2001* | represented by | **Felix T. Gilroy ,**<br>Attorney At Law<br>60 Bay Street<br><br>Staten Island, NY 10301<br><br>718-981-8181<br>Fax: 718-981-5147<br>Email: fgilroylaw@aol.com<br>*TERMINATED: 08/13/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Jonathan D. Sims**<br>Siegle & Sims<br>299 Broadway<br>Suite 1600<br>New York, NY 10021<br>212-406-0110<br>Fax: 212-406-5259<br>Email: J.Sims@siegleandsims.com<br>*TERMINATED: 08/13/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Pending Counts**

18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES - knowingly and intentionally conspire willfully and unlawfully to use and employ manipulative and deceptive devices and contrivances.
(5s)

**Disposition**

4 years probation with the following conditions: Defendant to participate in mental health treatment as directed by the court through the probation department. Defendant to contribute to the cost of such services to the extent defendant is able to pa y. Defendant to participate in substance abuse treatment, as directed by the court through the probation department. Defendant to contribute to the cost of such services according to ability to pay. Defendant to comply with the terms of the restituti on order. Defendant to make periodic full financial disclosure as required by the court to the probation department. Special assessment of $100. Restitution: $100,000.00 jointly and severally liable with David Dunham and Brent Longo. Restit ution payments to begin 30 days from today at a rate to be determined by the court

and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department, following full fina ncial disclosure.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- CPAI (9) | Dismissed on government's motion. |
| 18:371 AND 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI (10) | Dismissed on government's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (30)**

Rui Reis Figueiredo
*TERMINATED: 01/19/2001*

represented by **Dominic A. Barbara**
Barbara & Barbara
1100 Stewart Avenue
Garden City, NY 11530
516 222-2333
*TERMINATED: 01/19/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gerald B. Lefcourt**
148 East 78th Street
New York, NY 10021
212-737-0400
Fax: 212-988-6192
Email: lefcourt@lefcourtlaw.com
*TERMINATED: 01/19/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sheryl E. Reich**
Gerald B.Lefcourt P.C.

148 East 78th Street
New York, NY 10025
212-737-0400
Fax: 212-988-6192
Email: reich@lefcourtlaw.com
*TERMINATED: 01/19/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

## Disposition

Dft to be imprisoned for 30 months on each count to run concurrently. If consistent with the bureau of prisons and practices, the court recommends the ICC Program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service o f sentence at the facility designated by the bureau of prisons by 3:00 p.m. on 2/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Any proceeds from the sale of the Royal Hutton Securities Corporation should be applied to the restitution payment. Dft shall pay restitution to the victims of the offense of conviction in the amount of & #036;10,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Medaglia, Robert Figueroa, Richard Scarsella, Joseph Rosetti. Dft shall make by 12/29/00 the following lump sum of $10,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restituion payments. Restitution payments at a rate to be determ ined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

18:1962(c), 1963 and 3551 et seq.
RACKETEERING - Securities Fraud
Conspiracy.
(1s)

Dft to be imprisoned for 30 months on each count to run concurrently. If consistent with the bureau of prisons and practices, the court recommends the ICC Program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service o f sentence at the facility designated by the bureau of

18:1962(d), 1963 and 3551 et seq.
RACKETEERING - Conspiracy.
(2s)

prisons by 3:00 p.m. on 2/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Any proceeds from the sale of the Royal Hutton Securities Corporation should be applied to the restitution payment. Dft shall pay restitution to the victims of the offense of conviction in the amount of & #036;10,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Medaglia, Robert Figueroa, Richard Scarsella, Joseph Rosetti. Dft shall make by 12/29/00 the following lump sum of $10,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restituion payments. Restitution payments at a rate to be determ ined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2)

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER
(3)

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- HANOVER
(4)

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- NORFOLK
(5)

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- NORFOLK
(6)

**Disposition**

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (31)**

| | | |
|---|---|---|
| **Robert Figueroa**<br>*TERMINATED: 01/22/2001* | represented by | **Allen Lashley**<br>16 Court Street<br>Room 1210<br>Brooklyn, NY 11241<br>(718) 875-1128<br>Fax: 718-797-4911<br>Email: allenlashley@verizon.net<br>*TERMINATED: 01/22/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **James R. Froccaro**<br>20 Vanderventer Avenue<br>Suite 103W<br>Port Washington, NY 11050<br>(516) 944-5062<br>Fax: 516-944-5066<br>Email: jrfesq61@aol.com<br>*TERMINATED: 01/22/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Pending Counts**

**Disposition**

Dft to be imprisoned for 30 months on each count to run concurrently. The court makes the following recommendations to the Bureau of Prisons. If consistent with the bureau of prisons policies and practices, the court recommends that the dft be design ated to an institution in the NorthEast Region, and invites consideration of FCI Fort Dix. The court further recommends that the dft be enrolled in a 500 hour drug program for appropriate treatment. Dft is continued in the custody of the U.S. Marshal . Dft shall surrender for service of sentence at the insitution designated by the bureau of prisons by 3:00 p.m. on 1/29/01. Upon release from

18:1962(c), 1963 and 3551 et seq.
RACKETEERING - Securities Fraud
Conspiracy.
(1s)

imprisonment, dft shall be on supervised
release for 3 years on each count to run
concurrently. Dft to make periodic full
financial disclosure as required by the court to
the probation dept. Dft to continue in drug
and alcohol therapy as directed by the
probation dept. Dft shall pay restitution to the
victims of the offense of conviction in the
amount of $10,000,000. Dft shall be jointly
and severally liable for the full amount of
restitution set forth in paragraph one with the
following additional dfts, Paul Medaglia, Rui
Reis Figueiredo, Richard Scarsella, Joseph
Rosetti. 30 days after release from custody, it
shall be a condition of the dft's supervised
release that dft make the following montly
restitution payments. Restitution payments at
a rate to be determined by the court and not
less than 10% of gross earnings. The rate t o
be adjusted from time to time by the court in
consultation with the probation dept. Dft shall
pay a special assessment of $200.00 to be
paid in full immediately.

Dft to be imprisoned for 30 months on each
count to run concurrently. The court makes
the following recommendations to the Bureau
of Prisons. If consistent with the bureau of
prisons policies and practices, the court
recommends that the dft be design ated to an
institution in the NorthEast Region, and
invites consideration of FCI Fort Dix. The
court further recommends that the dft be
enrolled in a 500 hour drug program for
appropriate treatment. Dft is continued in the
custody of the U.S. Marshal . Dft shall
surrender for service of sentence at the
insitution designated by the bureau of prisons
by 3:00 p.m. on 1/29/01. Upon release from
imprisonment, dft shall be on supervised
release for 3 years on each count to run
concurrently. Dft to make periodic full
financial disclosure as required by the court to
the probation dept. Dft to continue in drug
and alcohol therapy as directed by the
probation dept. Dft shall pay restitution to the
victims of the offense of conviction in the
amount of $10,000,000. Dft shall be jointly
and severally liable for the full amount of
restitution set forth in paragraph one with the
following additional dfts, Paul Medaglia, Rui
Reis Figueiredo, Richard Scarsella, Joseph
Rosetti. 30 days after release from custody, it
shall be a condition of the dft's supervised

18:1962(d), 1963 and 3551 et seq.
RACKETEERING - Conspiracy.
(2s)

release that dft make the following montly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate t o be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Open counts are dismissed on the motion of the U.S. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Open counts are dismissed on the motion of the U.S. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

## Defendant (32)

**Vito Gili**
*TERMINATED: 11/30/2000*

represented by **Arnold Y. Steinberg**
Law Offices of Arnold Y. Steinberg
The Washington Plaza 1420 Center Avenue #1711
Pittaburgh, Pa 15219
(954) 202-0911

*TERMINATED: 11/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

Dft to be imprisoned for 15 months. The court recommends to the bureau of prisons that dft be designated to an institution in the south florida region and further recommends a minimum security facility. Dft is continued in the custody of the U.S. Mar shal. Dft shall surrender for service of sentence at the institution designated by bureau of prisons by 3:00 on 1/8/01. Upon release from imprisonment, dft shall be on supervised released for 3 years. Dft to make full financial disclosure as required by the court to the probation department. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Dft shall pay restitution in the amount of $800,000 to the victims of the offense of conviction. Dft shall be jointly a nd severally liable for the full amount of restitution set forth in paragraph one with following additional dfts, (1) Joseph Scarfone (2) Michael Scaramellino (3) Christopher Miano (4) Joseph Dibella. 30 days after release from custody, it shall be a condition of the dfts supervised release that dft make the following minimum monthly restitution payments: Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time t o time by the court in consultation with the probation dept.

18:371 and 3551 et seq- SECURITIES
FRAUD CONSPIRACY -- PCM
(7)

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES
(8)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

None

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (33)**

**Valery Goldberg**
*TERMINATED: 12/22/2000*

represented by **Eugene Neal Kaplan**
Kaplan, Thomashower & Landau LLP
26 Broadway
20th Floor
New York, NY 10004
(212) 593-1700
*TERMINATED: 12/22/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Magda Maria Jimenez Train**
Barrett Gravante Carpinello & Stern LLP
570 Lexington Avenue
New York, NY 10022
(212) 446-2300
*TERMINATED: 07/26/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Rachel Schwartz**
Kaplan, Thomashower & Landau LLP
26 Broadway
20th Floor
New York, NY 10004
212-593-1700
Fax: 212-593-1707
*TERMINATED: 12/22/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

Dft to be imprisoned for 1 year and 1 day on both counts to run concurrently. The court recommends to the bureau of prisons that the dft be designated to a facility in the Northeast region, and further invites consideration of a camp assignment. Dft is continued in the custody of the U.S. Marshall. Dft shall surrender for service of sentence at the facility designated by the bureau of prisons by 3:00 p.m. on 1/31/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on both counts to run

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES - Stock

Fraud.
(1s)

concurrently. Dft shall pay restitution to the victims of the offense of conviction in the amount of $5,000,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probat ion dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

Dft to be imprisoned for 1 year and 1 day on both counts to run concurrently. The court recommends to the bureau of prisons that the dft be designated to a facility in the Northeast region, and further invites consideration of a camp assignment. Dft is continued in the custody of the U.S. Marshall. Dft shall surrender for service of sentence at the facility designated by the bureau of prisons by 3:00 p.m. on 1/31/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on both counts to run concurrently. Dft shall pay restitution to the victims of the offense of conviction in the amount of $5,000,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probat ion dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK
(5)

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2)

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER

### Disposition

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of

| | |
|---|---|
| (3) | the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Open counts are dismissed on the motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (34)**

| **Gregory Groeller**<br>*TERMINATED: 10/16/2003* | represented by | **Alan M. Nelson**<br>Alan Nelson Esq<br>3000 Marcus Avenue<br>Lake Success, NY 11042<br>(516) 328-6200<br>Fax: 516-328-6354<br>Email: anelsonlaw@aol.com<br>*TERMINATED: 05/22/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Geoffrey N. Rosamond**<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>PO Box 652<br>Newark, NJ 07101<br>(973) 639-8461<br>Fax: (973) 624-7070<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Robert A. Mintz**<br>McCarter & English, LLP<br>One World Trade Center<br>Suite 2247<br>New York, NY 10048<br>(212) 466-9018<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Designation: Retained*

**Seth T. Taube**
McCarter & English, LLP
One World Trade Center
Suite 2247
New York, NY 10048
(212) 466-9018
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES - agreed with others to manipulate the share price of, and defraud investors in, the house stock of D.L. Cromwell.<br>(1s) | 3 years probation with conditions on all counts to run concurrently. $100 special assessment on all counts for a total of $300. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM<br>(7) | 3 years probation with conditions on all counts to run concurrently. $100 special assessment on all counts for a total of $300. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- CPAI<br>(9) | 3 years probation with conditions on all counts to run concurrently. $100 special assessment on all counts for a total of $300. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM<br>(8) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI<br>(10) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (35)**

**Thomas Gucciardo**             represented by **Brian J. Gucciardo**

*TERMINATED: 11/30/2000*

256 Main Street
Northport, NY 11768
(516)262-6911
*TERMINATED: 11/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Glenn E. Gucciardo**
Glenn E. Gucciardo, Esq.
256 Main Street
Northport, NY 11768
516-385-2323
*TERMINATED: 11/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

## Disposition

Dft to be imprisoned for 24 months on each count to run concurrently. The court recommends to the bureau of prisons that dft be designated to an institution in the northeast region. Dft is continued in the custody of the U.S. Marshal. Dft shall surre nder for service of sentence at the institution designated by the bureau of prisons by 3:00 on 1/8/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financi al disclosure as required by the court to the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Dft shall pay restitution to the victims of the offense of conviction in the amount of $1,500,000. D ft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Nicholas Bosco. 30 days after release from custody, it shall be a condition of the dft's supervised releas e that the dft make the following monthly restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept.

18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES (1s)

Dft to be imprisoned for 24 months on each count to run concurrently. The court recommends to the bureau of prisons that dft be designated to an institution in the northeast region. Dft is continued in the custody of the

18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3)

U.S. Marshal. Dft shall surre nder for service of sentence at the institution designated by the bureau of prisons by 3:00 on 1/8/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financi al disclosure as required by the court to the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Dft shall pay restitution to the victims of the offense of conviction in the amount of $1,500,000. D ft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Nicholas Bosco. 30 days after release from custody, it shall be a condition of the dft's supervised releas e that the dft make the following monthly restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept.

## **Highest Offense Level (Opening)**

Felony

## **Terminated Counts**

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2)

18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4)

18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5)

18:371 and 3551 et seq MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6)

## **Disposition**

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

## **Highest Offense Level (Terminated)**

Felony

## **Complaints**

None

## **Disposition**

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (36)**

**John Lembo, III**                           represented by    **Andrew J. Weinstein**
*TERMINATED: 11/30/2000*                                        Weinstein & Mazurek PLLC
                                                                521 Fifth Avenue
                                                                Suite 3300
                                                                New York, NY 10175-3399
                                                                212-582-8900
                                                                Fax: 212-582-8989
                                                                Email: ajw@weinsteinmazurek.com
                                                                *TERMINATED: 11/30/2000*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Retained*

**Pending Counts**                                            **Disposition**

                                                              Dft to be imprisoned for 57 months. The
                                                              court recommends to the bureau of prisons
                                                              that dft be designated to FCI, Fort Dix and
                                                              that dft be enrolled in a 500 hour drug
                                                              program for appropriate treatment. Dft is
                                                              continued in the custody of the U.S. Marsh al.
                                                              Dft shall surrender for service of sentence at
                                                              the institution designated by the bureau of
                                                              prisons by 12:00 p.m. on 1/8/01. Upon release
                                                              from imprisonment, dft shall be on supervised
                                                              release for 3 years. Dft to make full financial
                                                              disclosure as r equired by the court to the
                                                              probation dept. Dft to receive treatment for
18:1962(c), 1963 and 3551 et seq.                             drug usage. Dft shall pay a special
RACKETEERING - Security Fraud                                 assessment of .00 to be paid in full
Conspiracy                                                    immediately. Dft shall pay restitution to the
(1s)                                                          victims of the offense of conviction in the
                                                              amoun t of ,000,000. Dft shall pay within 60
                                                              days after release from custody over and
                                                              above the monthly payment, the sum of ,000.
                                                              30 days after release from custody, it shall be
                                                              a condition of the dft's supervised release that
                                                              dft mak e the following monthly minimum
                                                              monthly restitution payments of ,000 per
                                                              month. The rate to be adjusted from time to
                                                              time by the court in consultation with the
                                                              probation dept, following full financial
                                                              disclosure.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                         **Disposition**

| | |
|---|---|
| 18:1962(c), 1963 and 3551 et seq.<br>RACKETEERING<br>(1) | Open counts are dismissed on the motion of the U.S. |
| 18:1962(d), 1963 and 3551 et seq.<br>RACKETEERING CONSPIRACY<br>(2) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES<br>FRAUD CONSPIRACY -- HANOVER<br>(3) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE<br>FRAUD CONSPIRACY -- HANOVER<br>(4) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITIES<br>FRAUD CONSPIRACY -- PCM<br>(7) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE<br>FRAUD CONSPIRACY -- PCM<br>(8) | Open counts are dismissed on the motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                     **Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (37)**

**Rico Locascio**
*TERMINATED: 07/28/2008*

**Pending Counts**                                 **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                              **Disposition**

| | |
|---|---|
| 18:371 and 3551 et seq. SECURITIES<br>FRAUD CONSPIRACY -- HANOVER<br>(3) | Dismissed on govt's motion |
| 18:371 and 3551 et seq. MAIL AND WIRE<br>FRAUD CONSPIRACY -- HANOVER<br>(4) | Dismissed on govt's motion |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                          **Disposition**

None

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (38)**

**Brent Calderone Longo**          represented by   **David Elliot Levine**
*TERMINATED: 10/23/2000*                            (See above for address)
                                                    *TERMINATED: 10/23/2000*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

                                                    **Jeffrey H. Lichtman**
                                                    Law Offices of Jeffrey H. Lichtman
                                                    41 Madison Avenue
                                                    34th Floor
                                                    New York, NY 10010
                                                    (212) 689-8555
                                                    Email: jl@jeffreylichtman.com
                                                    *TERMINATED: 10/23/2000*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

**Pending Counts**                                      **Disposition**

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- CPAI                                 DISMISSED
(9)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

18:1962(c), 1963 and 3551 et seq.
RACKETEERING                                            DISMISSED
(1)

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY                                 DISMISSED
(2)

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- NORFOLK                             DISMISSED
(5)

18:371 and 3551 et seq MAIL AND WIRE
FRAUD CONSPIRACY -- NORFOLK                             DISMISSED

(6)

| | | |
|---|---|---|
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM (7) | | DISMISSED |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM (8) | | DISMISSED |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI (10) | | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (39)**

| | | |
|---|---|---|
| **Mark Mancino**<br>*TERMINATED: 11/07/2000* | represented by | **Joy Lucielle Vastola**<br>17 Battery Place<br>Suite 610<br>New York, NY 10004<br>(212) 248-2694<br>*TERMINATED: 11/07/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Kenneth J. Kaplan**<br>Kaplan & Katzberg<br>767 3rd Ave<br>26th Flr.<br>NYC, NY 10017<br>212-750-3100<br>Fax: 212-750-8628<br>Email: kenkaplanlaw@yahoo.com<br>*TERMINATED: 11/07/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| | Dft to be imprisoned for 18 months. The court recommends that the dft be designated to an institution in the Miami, Florida Region. Dft is continued in the custody of the U.S. Marsal. Dft shall surrender for service of |

18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3)

sentence at the institution des ignated by the bureau of prisons before 2:00 on 12/4/00. Upon release from imprisonment, dft shall be on supervised release for 3 years. The court recommends substance abuse and mental health treatment, at dft's expense. Dft shall pay restitutio n to the victims of the offense of conviction in the amount of $800,000. Dft shall make by 11/27/00 the lump sum of $25,000 payable to the clerk of the court, EDNY. Restitution payment to begin 30 days after release from custody at a rate t o be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consulation with the probation dept, following full financial disclosure, as required. Dft to pay a special assessmen t of $50.00 to be paid in full immediately. AMENDED JUDGMENT - Dft to be imprisoned for 18 months. The court recommends to the bureau of prisons that dft be designated to a facility in the Miami, Florida region, and invites consideration of a ca mp assignment. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 1/8/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. The court recommends substance abuse and mental health treatment, at dft's expense. Dft shall pay a special assessment of $50.00 to be paid in full immediately. Dft shall pay restitution in the amount of $800,000. $25,000 restitution due within 30 days payable to the clerk of court, EDNY. Restitution payment to begin 30 days after release from custody at a rate to be determinated by the court and no less than 10% of gross earnings. The rate to be adj usted from time to time by the court in consultation with the probation dept, following full financial disclosure as required.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4)

## Disposition

Open counts are dismissed on the motion of the U.S.

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                          **Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (40)**

**Paul Medaglia**                          represented by     **Dominic A. Barbara**
*TERMINATED: 01/22/2001*                                      (See above for address)
                                                              *TERMINATED: 01/22/2001*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

                                                              **Eric R. Levine**
                                                              Solovay Edlin & Eiseman, P.C.
                                                              845 Third Avenue

                                                              New York, NY 10022
                                                              NEW Y
                                                              212-752-1000
                                                              Fax: 212-355-4608
                                                              Email: elevine@ellklaw.com
                                                              *TERMINATED: 01/22/2001*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

                                                              **Richard Ware Levitt**
                                                              Law Offices of Richard W. Levitt
                                                              148 E. 78th Street
                                                              New York, NY 10021
                                                              212-737-0400
                                                              Fax: 212-396-4152
                                                              Email: rlevitt@richardlevitt.com
                                                              *TERMINATED: 01/22/2001*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

**Pending Counts**                                      **Disposition**

                                                        Dft to be imprisoned for a term of 30 months
                                                        on each count to run concurrently. If
                                                        consistent with the bureau of prisons policies
                                                        and practices, the court recommends that dft
                                                        be designated to an institution in the

18:1962(c), 1963 and 3551 et seq.
RACKETEERING - Securities Fraud
Conspiracy.
(1s)

NorthEast Region. Dft is continued i n the
custody of the U.S. Marshal. Dft shall
surrender for service of sentence at the
institution designated by the bureau of prisons
by 3:00 on 2/5/01. Upon release from
imprisonment, dft shall be on supervised
release for 3 years on each count to r un
concurrently. Dft to make periodic full
financial disclosure as required by the court to
the probation dept. Any proceeds from the
sale of Royal Hutton Securities Corporation
should be applied to the restitution payment.
Dft shall pay restitution to the victims of the
offense of conviction in the amount of
$10,000,000. Dft shall be jointly and
severally liable for the full amount of
restitution set forth in paragraph one with the
following additional dfts, Robert Figueroa,
Rui Reis Figue iredo, Richard Scarsella and
Joseph Rosetti. Dft shall make by 12/28/00
the lump sum restitition payment of $10,000.
30 days after release from custody, it shall be
a condition of the dft's supervised release that
the dft make the following minimum monthly
restitution payments. Restitution payments at
a rate to be determined by the court and not
less than 10% of gross earnings. The rate to
be adjusted from time to time by the court in
consultation with probation dept. Dft shall pa
y a special assessment of $200.00 to be paid
in full immediately.

Dft to be imprisoned for a term of 30 months
on each count to run concurrently. If
consistent with the bureau of prisons policies
and practices, the court recommends that dft
be designated to an institution in the
NorthEast Region. Dft is continued i n the
custody of the U.S. Marshal. Dft shall
surrender for service of sentence at the
institution designated by the bureau of prisons
by 3:00 on 2/5/01. Upon release from
imprisonment, dft shall be on supervised
release for 3 years on each count to r un
concurrently. Dft to make periodic full
financial disclosure as required by the court to
the probation dept. Any proceeds from the
sale of Royal Hutton Securities Corporation
should be applied to the restitution payment.
Dft shall pay restitution to the victims of the
offense of conviction in the amount of
$10,000,000. Dft shall be jointly and
severally liable for the full amount of
restitution set forth in paragraph one with the

18:1962(d), 1963 and 3551 et seq.
RACKETEERING - Conspiracy.
(2s)

following additional dfts, Robert Figueroa, Rui Reis Figue iredo, Richard Scarsella and Joseph Rosetti. Dft shall make by 12/28/00 the lump sum restitition payment of $10,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with probation dept. Dft shall pa y a special assessment of $200.00 to be paid in full immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:1962(c), 1963 and 3551 et seq. RACKETEERING (1)

18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2)

18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3)

18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4)

18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5)

18:371 and 3551 et seq MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6)

## Disposition

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

Open counts are dismissed on the motion of the U.S.

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

Assigned to: Chief Judge Raymond J. Dearie

## Defendant (41)

**Christopher L. Miano**
*TERMINATED: 07/24/2003*

represented by **Mark S. Arisohn**
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017
212-907-0840
Fax: 212-818-0477
Email: marisohn@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas F.X. Dunn**
7 Dey Street
Suite 1101
New York, NY 10007
(212) 941-9940
Fax: 212-941-9947
Email: ThomasDunnLaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| | |
|---|---|
| <u>**Pending Counts**</u> | <u>**Disposition**</u> |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM (7) | Probation for a term of (3) years with conditions. Restitution in the amount $25,000. Special Assessment: $100.00. |
| <u>**Highest Offense Level (Opening)**</u> | |
| Felony | |
| <u>**Terminated Counts**</u> | <u>**Disposition**</u> |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM (8) | Dismissed on Government's motion. |
| <u>**Highest Offense Level (Terminated)**</u> | |
| Felony | |
| <u>**Complaints**</u> | <u>**Disposition**</u> |
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

<u>**Defendant (42)**</u>

**Vincent Minerva**
*TERMINATED: 12/22/2000*

represented by **Frank T. Geoly**
8118 13th Avenue

Brooklyn, NY 11228
718-833-8365
Fax: 718-921-3292
Email: fgeoly5684@hotmail.com
*TERMINATED: 08/10/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ronald Rubinstein**
Rubinstein & Corozzo
260 Madison Avenue
22nd. Floor
New York, NY 10016
2125458777
Fax: (212) 679-1844
Email: rcorozzo@aol.com
*TERMINATED: 12/22/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER
(3)

**Disposition**

Dft to be imprisoned for a total term of 17
months. The court recommends to the bureau
of prisons that dft be designated to a facility
in the Northeast region, and further invites
consideration of a camp assignment. Dft is
continued in the custody of the U.S. Marshal.
Dft shall surrender for service of sentence at
the facility designated by the bureau of
prisons by 3:00 p.m. on 1/31/01. Upon release
from imprisonment, dft shall be on supervised
release for 3 years. Dft shall pay restitution to
t he victims of the offense of conviction in
the amount of $800,000. Dft shall be jointly
and severally liable for the full amount of
restitution set forth in paragraph one with the
following additional dfts, Fabio Borgognone.
30 days after releas e from custody, it shall
be a condition of the dft's supervised release
that dft make the following minimum
monthly restitution payments. Restitution
payments at a rate to be determined by the
court and not less than 10% of gross earnings.
The rate to be adjusted from time to time by
the court in consultation with the probation
dept. Dft shall pay special assessment in the
amount of $100.00 to be paid in full
immediately.

**Highest Offense Level (Opening)**

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- HANOVER
(4)

Open counts are dismissed on the motion of
the U.S.

**Highest Offense Level (Terminated)**

Felony

| | |
|---|---|
| **Complaints** | **Disposition** |

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (43)**

**Christopher Mormando**
*TERMINATED: 10/30/2001*

represented by **Bettina Schein**
41 Madison Avenue
34th Floor
New York, NY 10010
(212) 679-6605
Email: scheinbet@aol.com
*TERMINATED: 03/16/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jason L. Solotaroff**
Giskan & Soltaroff
11 Broadway
Suite 2150
New York, NY 10004
(212) 847-8315
Fax: (212) 646-9618
Email: jsolotaroff@gslawny.com
*TERMINATED: 10/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jeffrey H. Lichtman**
(See above for address)
*TERMINATED: 03/23/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph V. Sorrentino**
Law Offices of Joseph V. Sorrentino, Esq.
404 Manor Road

Staten Island, NY 10314
(718) 720-4943
Fax: (718) 720-5009
Email: jvs.law@verizon.net
*TERMINATED: 03/16/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Imprisonment of 57 months on each count to run concurrently. Supervised release of 3 years on each count to run concurrently. $100 special assessment on each count for a total of $300. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- NORFOLK (5) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Dismissed on govt's motion. |
| 18:1957, 2 and 3551 et seq. MONEY LAUNDERING (13-21) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (44)**

**Jaime Scott Morrill**
*TERMINATED: 10/31/2000*

represented by **Joel S. Walter**
Joel S. Walter & Associates, P.C.
225 Broadway, Suite 1608
New York, NY 10007
212-566-3900
Fax: 212-566-6699
Email: jwalter310@aol.com
*TERMINATED: 10/31/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- CPAI
(9)

**Disposition**

Dft to be imprisoned for 18 months. The
court recommends that the dft be designated
to an institution in the Florida region. Dft is
continued in the custody of the U.S. Marshal.
Dft shall surrender for service of sentence at
the institution designate d by the Bureau of
Prisons before 2:00 on 1/2/01. Upon release
from imprisonment, dft shall be on supervised
release for 3 years. Dft shall pay restitution to
the victims of the offense of conviction in the
amount of $1,691,000.00. Dft shall be jointly
and severally liable for the full amount of
restitution set forth in paragraph one with the
following additional dfts (1) Barry Miele, (2)
Marcelo Quintero (3) Michael Bengen (4)
Neil Brauner. Restitution payment to begin
30 days after releas e from custody at a rate
to be determined by the court and not less
than 10% of gross earnings. The rate to be
adjusted from time to time by the court in
consultation with the probation department,
following full financial disclosure, as require
d. Dft to get his GED within 12 months from
release of custody. Dft shall pay a special
assessment of $100.00 in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2)

**Disposition**

Open counts are dismissed on the motion of
the U.S.

Open counts are dismissed on the motion of
the U.S.

| | |
|---|---|
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- HANOVER (4) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI (10) | Open counts are dismissed on the motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

Appeals court case numbers: 02-1097, 105.00

**Defendant (45)**

| | | |
|---|---|---|
| **Joel Nazareno**<br>*TERMINATED: 01/30/2002* | represented by | **Maranda E. Fritz**<br>Fritz & Miller<br>565 Fifth Avenue<br>9th Floor<br>New York, NY 10017<br>(212) 983-0909<br>*TERMINATED: 01/30/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Roger Jon Schwarz**<br>Attorney at Law<br>555 Fifth Avenue, 14th Floor<br>New York, NY 10017<br>(212) 818-0909<br>Fax: (212) 986-5316<br>Email: rjscounsel@speakeasy.net<br>*TERMINATED: 03/08/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Roger Jon Schwarz**<br>(See above for address)<br>*TERMINATED: 03/08/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Steven Lloyd Brounstein**
Papa, DePaola & Brounstein
42-40 Bell Blvd., Suite 500
Bayside, NY 11361
718-281-4000
Fax: 718-281-4030
Email: sbpdb@aol.com
*TERMINATED: 01/30/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER          Dismissed on govt's motion.
(3)

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES -
knowingly and intentionally conspire         60 months imprisonment. 3 years supervised
willfully and unlawfully to use and employ   release. Special assessment.
manipulative and deceptive devices and
contrivances.
(3s)

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- HANOVER          Dismissed on govt's motion.
(4)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                        **Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (46)**

**Vito Padulo**                   represented by   **Bernard H. Udell**
*TERMINATED: 07/24/2001*                           26 Court Street
                                                   Suite 412
                                                   Brooklyn, NY 11242
                                                   (718) 596-2410

Fax: (718) 797-2718
*TERMINATED: 07/24/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Irwin Rochman**
666 3rd Ave.
New York, NY 10017
(212) 697-4090
*TERMINATED: 07/24/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| | Imprisonment of 1 year and 1 day. Supervised release of 3 years. Special assessment of $50.00. Court recommends that the defendant participate in a drug program for appropriate treatment. Conditions of supervision: defendant to make periodic ful l financial disclosure as required by the court to the probation department. Defendant to comply with the terms of the restitution order. Payment to begin 30 days after release from custody. Restitution payments at a rate to be determined by the cour t and not less than 10% of gross earning. The rate to be adjusted from time to time by the court in consultation with the probation department. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Dismissed on govt's motion. |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY - HANOVER (4) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM (7) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM | Dismissed on govt's motion. |

(8)

18:371 and 3551 et seq. SECURITES
FRAUD CONSPIRACY -- CPAI
(9)

Dismissed on govt's motion.

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- CPAI
(10)

Dismissed on govt's motion.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (47)**

**Michael Perrine**
*TERMINATED: 08/04/2003*

represented by **Edward M. Shaw**
Edward M. Shaw, Esq.
420 Fifth Avenue
25th Floor
New York, NY 10018
212-703-5430
Fax: 212-703-5514
Email: emcmshaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Samantha Julie Leventhal**
Stillman & Friedman
425 Park Avenue
New York, NY 10022-2729
(212) 223-0200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

18:1956(h) and 3551 et seq. MONEY
LAUNDERING - INTERSTATE
COMMERCE
(1s)

**Disposition**

3 years probation with special conditions to
run concurrently. Special assessment $100.00
on each count for a total assessment of
$200.00.

3 years probation with special conditions to
run concurrently. Special assessment $100.00
on each count for a total assessment of
$200.00.

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Dismissed on goverments motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Dismissed on goverments motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY - HANOVER (4) | Dismissed on goverments motion. |
| 18:371 and 3551 et seq. SECURITES FRAUD CONSPIRACY -- NORFOLK (5) | Dismissed on goverments motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Dismissed on goverments motion. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

### Defendant (48)

| | | |
|---|---|---|
| **Scott Piccininni** *TERMINATED: 07/05/2001* *also known as* Scott Palmer *also known as* Scooter | represented by | **Brian D. Linder** Clayman & Rosenberg 305 Madison Avenue suite 1301 New York, NY 10165 212-922-1080 Fax: 212-949-8255 Email: linder@clayro.com *TERMINATED: 07/05/2001* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Charles E. Clayman** Clayman & Roseberg 305 Madison Avenue New York, NY 10165 (212) 922-1080 *TERMINATED: 07/05/2001* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Roberto D. Stanziale**
6209 West Commercial Blvd.
Suite 2
Fort Lauderdale, FL 33319
Fax: (954) 724-5532
*TERMINATED: 01/26/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371 and 3551 et seq. CONSPIRACY TO
DEFRAUD THE UNITED STATES -
Securities Fraud Conspiracy -- D.L.
Cromwell
(1s)

**Disposition**

Dft to be imprisoned for a term of 41 months,
of which 36 months to run concurrently on
count 7 of 98 cr 1129, counts 1 & 2 of 98 cr
1129(S-11) and count 1 of 00 cr 206. Five
months to run consecutively on count 3 of 98
cr 1129(S-11), pursuant to 18: 3147. If
consistent with bureau of prisons policies and
practices, the court recommends that the dft
be designated to an institution in central
florida, and invites consideration of FCI,
Coleman. The court further recommends that
dft be participate i n a drug and alcohol
program for appropriate treatment. Dft is
continued in the custody of the U.S. Marshal.
Dft shall surrender for service of sentence at
the institution designated by the bureau of
prisons by 2:00 p.m. on 9/5/01. Upon release
from imprisonment, dft shall be on supervised
release for 3 years on each count to run
concurrently. Dft to make periodic full
financial disclosure as required by the court to
the probation dept. Dft to comply with terms
of the restitution order. Dft shal l pay
restitution to the victims of the offense of
conviction in the amount of $5,000,000.00.
Dft shall be jointly and severally liable for
the full amount of restitution set forth in
paragraph one with the following additional
dfts, Paul Tahan. 30 days after release from
custody, it shall be a condition of the dft's
supervised release that the dft make the
following minimum monthly restitution
payments. Restitution payments at a rate to
be determined by the court and not less than
10& #037; of gross earnings. The rate to be
adjusted from time to time by the court in
consultation with the probation dept. Dft shall
pay a special assessment in the amount of

18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES - Securities Fraud Conspiracy -- Silver Capital (2s)

$500 to be paid in full immediately.

Dft to be imprisoned for a term of 41 months, of which 36 months to run concurrently on count 7 of 98 cr 1129, counts 1 & 2 of 98 cr 1129(S-11) and count 1 of 00 cr 206. Five months to run consecutively on count 3 of 98 cr 1129(S-11), pursuant to 18: 3147. If consistent with bureau of prisons policies and practices, the court recommends that the dft be designated to an institution in central florida, and invites consideration of FCI, Coleman. The court further recommends that dft be participate i n a drug and alcohol program for appropriate treatment. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 2:00 p.m. on 9/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft to comply with terms of the restitution order. Dft shal l pay restitution to the victims of the offense of conviction in the amount of $5,000,000.00. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Tahan. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10& #037; of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment in the amount of $500 to be paid in full immediately.

Dft to be imprisoned for a term of 41 months, of which 36 months to run concurrently on count 7 of 98 cr 1129, counts 1 & 2 of 98 cr 1129(S-11) and count 1 of 00 cr 206. Five months to run consecutively on count 3 of 98 cr 1129(S-11), pursuant to 18: 3147. If consistent with bureau of prisons policies and practices, the court recommends that the dft be designated to an institution in central florida, and invites consideration of FCI, Coleman. The court further recommends that dft be participate i n a drug and alcohol program for appropriate treatment. Dft is

18:371, 3147 and 3551 et seq.
CONSPIRACY TO DEFRAUD THE
UNITED STATES - Securities Fraud
Conspiracy -- E4Online.com
(3s)

continued in the custody of the U.S. Marshal.
Dft shall surrender for service of sentence at
the institution designated by the bureau of
prisons by 2:00 p.m. on 9/5/01. Upon release
from imprisonment, dft shall be on supervised
release for 3 years on each count to run
concurrently. Dft to make periodic full
financial disclosure as required by the court to
the probation dept. Dft to comply with terms
of the restitution order. Dft shal l pay
restitution to the victims of the offense of
conviction in the amount of $5,000,000.00.
Dft shall be jointly and severally liable for
the full amount of restitution set forth in
paragraph one with the following additional
dfts, Paul Tahan. 30 days after release from
custody, it shall be a condition of the dft's
supervised release that the dft make the
following minimum monthly restitution
payments. Restitution payments at a rate to
be determined by the court and not less than
10& #037; of gross earnings. The rate to be
adjusted from time to time by the court in
consultation with the probation dept. Dft shall
pay a special assessment in the amount of
$500 to be paid in full immediately.

Dft to be imprisoned for a term of 41 months,
of which 36 months to run concurrently on
count 7 of 98 cr 1129, counts 1 & 2 of 98 cr
1129(S-11) and count 1 of 00 cr 206. Five
months to run consecutively on count 3 of 98
cr 1129(S-11), pursuant to 18: 3147. If
consistent with bureau of prisons policies and
practices, the court recommends that the dft
be designated to an institution in central
florida, and invites consideration of FCI,
Coleman. The court further recommends that
dft be participate i n a drug and alcohol
program for appropriate treatment. Dft is
continued in the custody of the U.S. Marshal.
Dft shall surrender for service of sentence at
the institution designated by the bureau of
prisons by 2:00 p.m. on 9/5/01. Upon release
from imprisonment, dft shall be on supervised
release for 3 years on each count to run
concurrently. Dft to make periodic full
financial disclosure as required by the court to
the probation dept. Dft to comply with terms
of the restitution order. Dft shal l pay
restitution to the victims of the offense of
conviction in the amount of $5,000,000.00.
Dft shall be jointly and severally liable for
the full amount of restitution set forth in

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- PCM
(7)

paragraph one with the following additional dfts, Paul Tahan. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10& #037; of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment in the amount of $500 to be paid in full immediately.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM
(8)

### Disposition

Open counts are dismissed on the motion of the U.S.

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

---

Assigned to: Chief Judge Raymond J. Dearie

### Defendant (49)

**Frank J. Pizzolato**
*TERMINATED: 10/16/2002*
*also known as*
Frankie the Fish

represented by **Susan Gail Kellman**
Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
718-783-8200
Fax: 718-783-8226
Email: kellmanesq@aol.com
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM
(7)

### Disposition

15 months imprisonment (one year and one day attributable to 98-cr-1129; 3 months to run consecutive attributable to 02-cr-138); 3 years supervised release with conditions to run concurrently with count 9 of 02-cr-138.

$100 special assessment on each count for a total of $200.

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1962(c), 1963 and 3551 et seq.<br>RACKETEERING<br>(1) | Dismissed on govt's motion. |
| 18:1962(d), 1963 and 3551 et seq.<br>RACKETEERING CONSPIRACY<br>(2) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES<br>FRAUD CONSPIRACY -- HANOVER<br>(3) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE<br>FRAUD CONSPIRACY - HANOVER<br>(4) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITES<br>FRAUD CONSPIRACY -- NORFOLK<br>(5) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE<br>FRAUD CONSPIRACY -- NORFOLK<br>(6) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE<br>FRAUD CONSPIRACY -- PCM<br>(8) | Dismissed on govt's motion. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

## Defendant (50)

**Thomas Plamenco**
*TERMINATED: 01/30/2002*

represented by **Eric Michael Schlosser**
350 Broadway, Suite 1202
New York, NY 10013
(212) 226-2703
Fax: (212) 274-1189
Email: eschlosser@verizonmail.com
*TERMINATED: 03/17/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Herbert Jacobi**
8 West 38th Street
New York, NY 10018
(212) 840-6550
*TERMINATED: 03/17/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael S. Washor**
Law Offices of Michael S. Wahsor
233 Broadway, Suite 1800

New York, NY 10279
212-697-5900
Fax: 212-406-2313
Email: mswesq2000@aol.com
*TERMINATED: 01/30/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Steven Lloyd Brounstein**
(See above for address)
*TERMINATED: 01/30/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 18:371 and 3551 et seq. CONSPIRACY TO DEFRAUD THE UNITED STATES - knowingly and intentionally conspire willfully and unlawfully to use and employ manipulative and deceptive devices and contrivances. (3s) | Imprisonment of 60 months. 3 years supervised release. $50 special assessment. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY - HANOVER (4) | Dismissed on govt's motion. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

### Defendant (51)

**Joseph Rosetti**
*TERMINATED: 01/22/2001*

represented by **Diarmuid White**
White & White
148 East 78 Street
New York, NY 10021
(212) 861-9850
Fax: 212-861-9870
Email: diarmuid@whiwhi.com
*TERMINATED: 01/22/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John S. Wallenstein**
220 Old Country Road
Mineola, NY 11501
516-742-5600
Fax: 516-742-5040
Email: jswallensteinesq@aol.com
*TERMINATED: 01/22/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert S. Wolf**
Gersten, Savage, Kaplowitz, Wolf & Marcus,
LLP
600 Lexington Avenue
9th Floor
New York, NY 10022
212-752-9700
Fax: 212-752-3868
Email: rwolf@gskny.com
*TERMINATED: 01/22/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| | Dft to be imprisoned for 20 months on each count to run concurrently. If consistent with |

18:1962(c), 1963 and 3551 et seq.
RACKETEERING - Securities Fraud
Conspiracy.
(1s)

18:1962(d), 1963 and 3551 et seq.

bureau of prisons policies and practices, the
court recommends that the dft be designated
to an institution in the Northeast Region and
invites consideration of FCI, Fort Dix. The
court further recommends that dft be enrolled
in a 500 hour drug program for appropriate
treatment. Dft is continued in the custody of
the U.S. Marshal. Dft shall surrender for
service of sentence at the institution
designated by t he bureau of prisons by 3:00
on 2/5/01. Upon release from imprisonment,
dft shall be on supervised release for 3 years
on each count to run concurrently. Dft to
make periodic full financial disclosure as
required by the court to the probation dept. A
ny procedds from the sale of Royal Hutton
Securites Corporation should be applied to
the restitution payment. Dft shall pay
restitution to the victims of the offense of
conviction in the amount of $10,000,000. Dft
shall be jointly and severally liale for the full
amount of restitution set forth in paragraph
one with the following additional dfts, Paul
Medaglia, Robert Figueroa, Rui Reis
Figueiredo, Richard Scarsella. 30 days after
release from custody, it shall be a condition
of dft's supervised release that dft make the
following minimum monthly restitution
payments. Restitution payments at a rate to
be determined by the court and not less than
10% of gross earnings. The rate to be
adjusted from time to time by the court in
consultation with the probation dept. Dft shall
pay a special assessment of $200.00 to be
paid in full immediately.

Dft to be imprisoned for 20 months on each
count to run concurrently. If consistent with
bureau of prisons policies and practices, the
court recommends that the dft be designated
to an institution in the Northeast Region and
invites consideration of FCI, Fort Dix. The
court further recommends that dft be enrolled
in a 500 hour drug program for appropriate
treatment. Dft is continued in the custody of
the U.S. Marshal. Dft shall surrender for
service of sentence at the institution
designated by t he bureau of prisons by 3:00
on 2/5/01. Upon release from imprisonment,
dft shall be on supervised release for 3 years
on each count to run concurrently. Dft to
make periodic full financial disclosure as
required by the court to the probation dept. A
ny procedds from the sale of Royal Hutton

RACKETEERING - Conspiracy.
(2s)

Securites Corporation should be applied to the restitution payment. Dft shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000. Dft shall be jointly and severally liale for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Medaglia, Robert Figueroa, Rui Reis Figueiredo, Richard Scarsella. 30 days after release from custody, it shall be a condition of dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

**Disposition**

18:1962(c), 1963 and 3551 et seq.
RACKETEERING
(1)

Open counts are dismissed on the motion of the U.S.

18:1962(d), 1963 and 3551 et seq.
RACKETEERING CONSPIRACY
(2)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- HANOVER
(3)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY - HANOVER
(4)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. SECURITES
FRAUD CONSPIRACY -- NORFOLK
(5)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- NORFOLK
(6)

Open counts are dismissed on the motion of the U.S.

## Highest Offense Level (Terminated)

Felony

## Complaints

**Disposition**

None

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (52)**

**Keith Ruffler**
*TERMINATED: 12/18/2002*

represented by **Barry S. Zone**
Gersten, Savage, Kaplowitz, Wolf & Marcus, LLP
600 Lexington Avenue
9th Floor
New York, NY 10022
212-752-9700
Fax: 212-752-3868
Email: bzone@gskny.com
*TERMINATED: 12/18/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William I. Aronwald**
Aronwald & Pykett
81 Main Street
Suite 450
White Plains, NY 10601
(914) 946-6565
*TERMINATED: 12/18/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1962(d), 1963 and 3551 et seq. RACKETEERING CONSPIRACY (2) | Probation for 3 years with conditions. Special assessment of . Restitution in the amount of ,000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY - HANOVER (4) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITES FRAUD CONSPIRACY -- NORFOLK (5) | Dismissed on govt's motion. |

| | |
|---|---|
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM (7) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM (8) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITES FRAUD CONSPIRACY -- CPAI (9) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI (10) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**           **Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (53)**

**Kirk Ruffler**      represented by    **Lawrence Hochheiser**
*TERMINATED: 12/18/2002*          Hochheiser & Hochheiser, LLP
270 Madison Avenue
Suite 1203
New York, NY 10016-2202
Fax: (212) 481-3424
Fax: 212-481-3424
Email: lh@hochheiser.com
*TERMINATED: 12/18/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert S. Wolf**
(See above for address)
*TERMINATED: 12/18/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**           **Disposition**

18:1962(d), 1963 and 3551 et seq.      Probation for 3 years with conditions. Special assessment of $100. Restitution in the amount

RACKETEERING CONSPIRACY
(2)

of $600,000. VIOLATION OF SR: Imprisonment of 18 months. RE-SENTENCE ON VIOLATION OF SR: Time served. One year supervised release with condition.

## **Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING (1) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER (3) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY - HANOVER (4) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITES FRAUD CONSPIRACY -- NORFOLK (5) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM (7) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM (8) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITES FRAUD CONSPIRACY -- CPAI (9) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- CPAI (10) | Dismissed on govt's motion. |

## **Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Chief Judge Raymond J. Dearie

## **Defendant (54)**

**Michael Scaramellino**
*TERMINATED: 08/26/2008*

represented by **Michael H. Handwerker**

Ross, Suchoff, Hankin, Maidenbaum,
Handwerker & Mazel, P.C.
7 Penn Place
Suite 904
New York, NY 10001
212-349-1668
Fax: 212-227-7317
Email: mhandwerker@hhmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- PCM
(7)

**Disposition**

Dft to be imprisoned for 5 months. The court
recommends to the bureau of prison that dft
serve his sentence at a community
confinement center in Florida pursuant to
U.S. Sentencing Commission Guidelines
Manual. Dft is continued in the custody of the
U.S. Marshal. Dft shall surrender for service
of sentence at the institution designated by
the bureau of prisons by 2:00 p.m. on 7/5/01.
Upon release from imprisonment, dft shall be
on supervised release for 3 years with 5
months home detention. Dft shall pay
restitution to the victims of the offense of
conviction in the amount of $350,000. 30
days after release from custody, it shall be a
condition of dft's supervised release that the
dft make the following minimum monthly
restitution payments. Restitution payments at
a monthly rate of not less than $50.00. The
rate to be adjusted from time to time by the
court in consultation with the probation dept,
following full financial disclosure. Dft shall
pay a special assessment of $100.00 to be
paid in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- PCM
(8)

**Disposition**

Open counts are dismissed on the motion of
the U.S.

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (55)**

| **Joseph Scarfone, Jr.**<br>*TERMINATED: 05/07/2002* | represented by | **Edward S. Panzer**<br>Edward S. Panzer<br>111 Broadway<br>Suite 1706<br>New York, NY 10006<br>212-514-5335<br>Fax: 212-363-6978<br>Email: edwardspanzer@yahoo.com<br>*TERMINATED: 05/07/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| --- | --- | --- |

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1962(c), 1963 and 3551 et seq.<br>RACKETEERING<br>(1) | Probation for 3 years with conditions. Special assessement of $150 ($100 in cr-98-1129, $50 in cr-00-358). Restitution of $5,000,000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1962(d), 1963 and 3551 et seq.<br>RACKETEERING CONSPIRACY<br>(2) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- HANOVER<br>(3) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY - HANOVER<br>(4) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. SECURITIES FRAUD CONSPIRACY -- PCM<br>(7) | Dismissed on govt's motion. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- PCM<br>(8) | Dismissed on govt's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (56)**

**Richard Scarsella**           represented by   **Joy L. Vastola**
*TERMINATED: 01/19/2001*                          17 Battery Place
                                                  Suite 610
                                                  New York, NY 10004
                                                  (212) 248-2694
                                                  *TERMINATED: 01/19/2001*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| | Dft to be imprisoned for 30 months on each count to run concurrently. If consistent with bureau of prisons policies and practices, the court invites consideration of the ICC Program or alternatively, that dft be designated to a facility in the SouthE ast Region of Florida and be enrolled in the 500 hour drug program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/26/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court the probation dept. Any proceeds from the sale of Royal Hutton Securi ties Corporation should be applied to the restitution payment. Dft to continue in Alcohol and Drug Therapy as directed by the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Medaglia, Robert Figueroa, Rui Reis Figueiredo, Joseph Rosetti. Dft shall make by 1/10/01 the lump sum resti tution payment of $10,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments at a rate to |
| 18:1962(c), 1963 and 3551 et seq. RACKETEERING - Securities Fraud Conspiracy. (1s) | |

be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. - AMENDED JUDGMENT - Dft to be imprisoned for 33 months on each count to run concurrently. The court invites consideration of the ICC Program or alternatively, that dft be designated to a facility in the SouthEast Region of Florida and be enrolled in the 500 hour drug program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/26/01. Upon release from imprisonment, dft shall be on supervised relea se for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Any proceeds from the sale of Royal Hutton Securites Corporation should be applied to the restitution pay ment. Dft to continue in Alcohol and Drug Therapy as directed by the probation dept. Dft shall pay restitution in the amount of $10,000,000. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

Dft to be imprisoned for 30 months on each count to run concurrently. If consistent with bureau of prisons policies and practices, the court invites consideration of the ICC Program or alternatively, that dft be designated to a facility in the SouthE ast Region of Florida and be enrolled in the 500 hour drug program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/26/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court the probation dept. Any proceeds from the sale of Royal Hutton Securi ties Corporation should be applied to the restitution payment. Dft to continue in Alcohol and Drug Therapy as directed by the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000. Dft shall be jointly and severally liable for the

18:1962(d), 1963 and 3551 et seq.
RACKETEERING - Conspiracy.
(2s)

full amount of restitution set forth in paragraph one with the following additional dfts, Paul Medaglia, Robert Figueroa, Rui Reis Figueiredo, Joseph Rosetti. Dft shall make by 1/10/01 the lump sum resti tution payment of $10,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. - AMENDED JUDGMENT - Dft to be imprisoned for 33 months on each count to run concurrently. The court invites consideration of the ICC Program or alternatively, that dft be designated to a facility in the SouthEast Region of Florida and be enrolled in the 500 hour drug program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/26/01. Upon release from imprisonment, dft shall be on supervised relea se for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Any proceeds from the sale of Royal Hutton Securites Corporation should be applied to the restitution pay ment. Dft to continue in Alcohol and Drug Therapy as directed by the probation dept. Dft shall pay restitution in the amount of $10,000,000. Dft shall pay a special assessment of $200.00 to be paid in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                                    **Disposition**

18:1962(c), 1963 and 3551 et seq.                     Open counts are dismissed on the motion of
RACKETEERING                                                      the U.S.
(1)

18:1962(d), 1963 and 3551 et seq.                     Open counts are dismissed on the motion of
RACKETEERING CONSPIRACY                             the U.S.
(2)

18:371 and 3551 et seq. SECURITIES               Open counts are dismissed on the motion of

| | |
|---|---|
| FRAUD CONSPIRACY -- HANOVER (3) | the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY - HANOVER (4) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. SECURITES FRAUD CONSPIRACY -- NORFOLK (5) | Open counts are dismissed on the motion of the U.S. |
| 18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6) | Open counts are dismissed on the motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                                    **Disposition**

None

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (57)**

**Paul Tahan**                  represented by   **Michael A. Haber**
*TERMINATED: 08/04/2003*                        The White Building
                                                One Northeast 2nd Avenue
                                                Suite No. 200
                                                Miami, FL 33132
                                                Fax: (305) 358-2503
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

**Pending Counts**                              **Disposition**

18:371 and 3551 et seq. CONSPIRACY TO           Time served, on each count, to run
DEFRAUD THE UNITED STATES -                     concurrently. 3 years supervised release, on
Securities Fraud Conspiracy -- D.L.             each count to run concurrently with
Cromwell                                        conditions. Special Assessment $100.00 on
(1s)                                            each count for a total of $500.00. (Counts
                                                1,2,3 and 7 in 98cr1129, and count 1 in
                                                00cr206).

18:371 and 3551 et seq. CONSPIRACY TO           Time served, on each count, to run
DEFRAUD THE UNITED STATES -                     concurrently. 3 years supervised release, on
Securities Fraud Conspiracy -- Silver Capital   each count to run concurrently with
(2s)                                            conditions. Special Assessment $100.00 on
                                                each count for a total of $500.00. (Counts
                                                1,2,3 and 7 in 98cr1129, and count 1 in
                                                00cr206).

18:371, 3147 and 3551 et seq.                   Time served, on each count, to run
                                                concurrently. 3 years supervised release, on

CONSPIRACY TO DEFRAUD THE
UNITED STATES - Securities Fraud
Conspiracy -- E4Online.com
(3s)

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- PCM
(7)

each count to run concurrently with
conditions. Special Assessment $100.00 on
each count for a total of $500.00. (Counts
1,2,3 and 7 in 98cr1129, and count 1 in
00cr206).

Time served, on each count, to run
concurrently. 3 years supervised release, on
each count to run concurrently with
conditions. Special Assessment $100.00 on
each count for a total of $500.00. (Counts
1,2,3 and 7 in 98cr1129, and count 1 in
00cr206).

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- PCM
(8)

**Disposition**

Dismissed on governments motion.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (58)**

**Jeffrey Van Blarcom**
*TERMINATED: 04/27/2001*

represented by **Joyce Balaban David**
Joyce B. David
16 Court St
Brooklyn, NY 11241
718-875-2000
Fax: 718-852-8716
Email: jbd@joycedavid.com
*TERMINATED: 04/27/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

Dft to be imprisoned for 18 months. The
court recommends to the bureau of prisons
that dft be designated to an institution in the
Northeast Region. Dft is continued in the
custody of the U.S. Marshal. Dft shall

18:371 and 3551 et seq. MAIL AND WIRE FRAUD CONSPIRACY -- NORFOLK (6)

surrender for service of sentence at th e institution designated by the bureau of prisons by 2:00 on 5/30/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft t o comply with the terms of the restitution order. Dft shall pay restitution to the victims of the offense of conviction in the amount of $5,000,0000. 30 days after release from custody, it shall be a condition of dft's supervised release th at the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less that 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay special assessment of $100.00 to be paid in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371 and 3551 et seq. SECURITES FRAUD CONSPIRACY -- NORFOLK (5)

**Disposition**

Open counts are dismissed on the motion of the U.S.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Chief Judge Raymond J. Dearie

**Defendant (59)**

**Victor Vernaci**
*TERMINATED: 01/23/2001*

represented by **Mario F. Gallucci**
Helbock Nappa & Gallucci
732 Castleton Avenue
Staten Island, NY 10310
718-273-9000
Fax: 718-816-0718
Email: mfg7102@aol.com
*TERMINATED: 01/23/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

18:371 and 3551 et seq. SECURITES
FRAUD CONSPIRACY -- CPAI
(9)

Dft to be imprisoned for 15 months. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 4/3/01. Upon release from imprisonment, dft sh all be on supervised release for 3 years. Dft to make periodic full financal disclosure as required by the court to the probation dept. Dft to satisfy all outstanding tax obligations, meaning to file, and to supply proof to the probation dept prior t o the surrender date of 4/2/01. Dft to pay restituion to the victims of the offense of conviction in the amount of $800,000. 30 days after release from custody, it shall be a condition of dft's supervised release that dft make the following minimum monthly resitution payments. Restituion payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $100.00 to be paid in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

18:371 and 3551 et seq. SECURITIES
FRAUD CONSPIRACY -- PCM
(7)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- PCM
(8)

Open counts are dismissed on the motion of the U.S.

18:371 and 3551 et seq. MAIL AND WIRE
FRAUD CONSPIRACY -- CPAI
(10)

Open counts are dismissed on the motion of the U.S.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

**Disposition**

None

**Interested Party**

**Securities and Exchange Commission**
*TERMINATED: 08/26/2008*

---

**Plaintiff**

**USA**                          represented by      **Andrew Weissman**
United States Attorneys Office
Criminal Division
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-7000
*TERMINATED: 02/23/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A. Spector**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
718-254-6345
Fax: 718-254-6076
Email: daniel.spector@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E. Green**
United States Attorneys Office
Eastern District of New York
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
718-254-6297
Fax: 718-254-6076
Email: jonathan.green2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Mothner**
United States Attorneys Office
Criminal Division
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
254-6350
*TERMINATED: 02/23/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Mothner**
United States Attorney's Office
Criminal Division

One Pierrepont Plaza
Brooklyn, NY 11201
254-6350
*TERMINATED: 02/23/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Ragon Caldwell**
United States Attorneys Office
Criminal Division
225 Cadman Plaza East
Brooklyn, NY 11201
(718)330-7014
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne McDermott**
United States Attorneys Office
Eastern District of New York
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
718-254-6459
Fax: 718-254-7499
*TERMINATED: 02/23/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/1998 | 1 | INDICTMENT as to Robert Catoggio (1) count(s) 1, 2, 3, Donald Messinger (2) count(s) 1, 2, Barry Miele (3) count(s) 1, 2, 4, Alan Koop (4) count(s) 1, 2, 4, Marcelo Quintero (5) count(s) 1, 2, 4, Michael Trocchio (6) count(s) 1, 2, Dominick Froncillo (7) count(s) 1, 2, 5 (Piper, Francine) (Entered: 01/05/1999) |
| 12/11/1998 | | Magistrate Pollak has been selected by random selection to handle any matters that may be referred in this case. (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 2 | Arrest WARRANT Returned Executed as to Robert Catoggio on 12/17/98 (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 3 | CALENDAR ENTRY as to Robert Catoggio ; Case called before Magistrate Roanne L. Mann on date of 12/17/98 for Arraignment; AUSA Leslie Caldwell; Defense Counsel, Gus Newman; Arrested 12/17/98; No Bail. Not Guilty: Robert Catoggio (1) count(s) 1, 2, 3 . (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 4 | NOTICE of Appearance for Robert Catoggio by Attorney Gustave H. Newman (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 5 | ORDER OF DETENTION PENDING TRIAL as to Robert Catoggio ( Signed by Magistrate Roanne L. Mann , dated: 12/17/98) (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 6 | Arrest WARRANT Returned Executed as to Alan Koop on 12/17/98 (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 7 | CALENDAR ENTRY as to Alan Koop ; Case called before Magistrate Roanne L. Mann |

| | | |
|---|---|---|
| | | on date of 12/17/98 for Arraignment, Arrested 12/17/98; AUSA Leslie Caldwell; Defense Counsel, Neil Checkman; Not Guilty: Alan Koop (4) count(s) 1, 2, 4 . (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 8 | ORDER, setting conditions of release and bond. $100,000 Unsecured Bond for Alan Koop. Dft must remain in and may not leave New York. Dft shall surrender any and all passports to Pretrial by 12/21/98 and shall not apply for any passport. Dft is placed under supervision of pretrial services. Dft is subject to random visits by a pretrial officer at dft's home and/or place of work. Dft must report by telephone 1 time per week. ( Signed by Magistrate Roanne L. Mann , dated: 12/17/98) (Piper, Francine) Modified on 01/05/1999 (Entered: 01/05/1999) |
| 12/17/1998 | 9 | Arrest WARRANT Returned Executed as to Marcelo Quintero on 12/17/98 (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 10 | CALENDAR ENTRY as to Marcelo Quintero ; Case called before Magistrate Roanne L. Mann on date of 12/17/98 for Arraignment, Arrested 12/17/98; Bail Set at $100,000. AUSA Leslie Caldwell; Not Guilty: , Marcelo Quintero (5) count(s) 1, 2, 4 . (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 11 | ORDER setting conditions of release and bond. $100,000 Unsecured Bond for Marcelo Quintero. Dft must remain in New York State. Dft shall surrender and any all passports by 12/21/98 and shall not apply for any other passport. Dft is subject to random visits by a pretrial services officer at dft's home and/or work. Dft must report in person 1 time per week. Dft is subject to random drug testing. ( Signed by Magistrate Roanne L. Mann , dated: 12/17/98) (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 12 | Arrest WARRANT Returned Executed as to Michael Trocchio on 12/17/98 (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 13 | CALENDAR ENTRY as to Michael Trocchio ; Case called before Magistrate Roanne L. Mann on date of 12/17/98 for Arraignment. Arrested 12/17/98. Bail Set at $100,000. AUSA Leslie Caldwell; Defense Counsel, Louis Diamond. Not Guilty: Michael Trocchio (6) count(s) 1, 2 . (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 14 | NOTICE of Appearance for Michael Trocchio by Attorney Louis Diamond (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 16 | Arrest WARRANT Returned Executed as to Dominick Froncillo on 12/17/98 (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 17 | CALENDAR ENTRY as to Dominick Froncillo ; Case called before Magistrate Roanne L. Mann on date of 12/17/98 for Arraignment; AUSA Andrew Weissman; Defense Counsel, David Levine; Arrested 12/17/98; Bail Set at $100,000, Not Guilty: , Dominick Froncillo (7) count(s) 1, 2, 5 (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 19 | ORDER, setting conditions of release and bond. $100,000 Unsecured Bond for Dominick Froncillo. Dft must remain in and not leave New York State. Dft shall surrender and any all passports to pretrial services by today and shall not apply for any other passport. Dft is subject to random visits by a pretrial services officer at dft's home and/or place of work. Dft must report to that agency by telephone 1 time per week. ( Signed by Magistrate Roanne L. Mann , dated: 12/17/98) (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 24 | Arrest WARRANT Returned Executed as to Barry Miele on 12/17/98 (Piper, Francine) (Entered: 01/05/1999) |
| 12/17/1998 | 25 | CALENDAR ENTRY as to Barry Miele ; Case called before Magistrate Roanne L. Mann on date of 12/17/98 for Arraignment. Arrested 12/17/98. Dft enters not guilty plea as to |

| | | |
|---|---|---|
| | | all counts entered. 12/29/98 at 10:00 before Judge Gleeson for Status Conference. AUSA Andrew Weissman; Defense Counsel, John Murphy Jr. (Piper, Francine) (Entered: 01/05/1999) |
| 12/18/1998 | 15 | ORDER, setting conditions of release bond. $100,000 Unsecured Bond for Michael Trocchio. Dft must remain in New York State & New Jersey. Dft shall surrender any and all passports to the U.S. Pretrial Services Agency. Dft must report by telephone 1 time per week. ( Signed by Magistrate Roanne L. Mann , dated: 12/18/98) (Piper, Francine) (Entered: 01/05/1999) |
| 12/24/1998 | 21 | Rule 40 Documents as to Donald Messinger received from District of New Jersey (Piper, Francine) (Entered: 01/05/1999) |
| 12/29/1998 | 22 | CALENDAR ENTRY as to Robert Catoggio, Donald Messinger, Barry Miele, Alan Koop, Marcelo Quintero, Michael Trocchio, Dominick Froncillo ; Case called before Judge John Gleeson on date of 12/29/98 for Status Conference; AUSA Leslie Caldwell; Defense Counsel, Gus Newman for Catoggio; Joel Winnograd for Messinger; John Murphey for Miele; Neil Checkman for Koop; Bill Stampur for Quintero; Lou Diamond for Trocchio; All dfts enter plea of not guilty. Not Guilty: Donald Messinger (2) count(s) 1, 2, Barry Miele (3) 1, 2, 4 . Discovery to be turned over by 2/12/99; Motion 3/19/99; Response 4/9/99; Reply 4/16/99; Arguments 4/29/99 at 9:30. (Piper, Francine) (Entered: 01/05/1999) |
| 12/29/1998 | 27 | CALENDAR ENTRY as to Barry Miele ; Case called before Magistrate Steven M. Gold on date of 12/29/98 for Status Conference. 2 Suretors sign bond. AUSA N/A; Defense Counsel, John Murphy. Tape # 98/162(1508-1787). (Piper, Francine) (Entered: 01/05/1999) |
| 12/30/1998 | 36 | CJA 20 as to Alan Koop : Appointment of Attorney Voucher # 1071421 ( Signed by Judge Roanne L. Mann. , Dated 12/30/99) (Polanco, Marcie) (Entered: 03/05/1999) |
| 01/05/1999 | 18 | NOTICE of Appearance for Dominick Froncillo by Attorney David Elliot Levine (Piper, Francine) (Entered: 01/05/1999) |
| 01/05/1999 | 20 | ORDER as to Robert Catoggio, Donald Messinger, Barry Miele, Alan Koop, Marcelo Quintero, Michael Trocchio, Dominick Froncillo, Unsealing Indictment ( Signed by Magistrate Roanne L. Mann , dated: 12/17/98) (Piper, Francine) (Entered: 01/05/1999) |
| 01/05/1999 | 23 | CJA 20 as to Marcelo Quintero : Appointment of Attorney William J. Stampur Voucher # 1071419 ( Signed by Magistrate Roanne L. Mann , Dated 12/30/98) (Piper, Francine) (Entered: 01/05/1999) |
| 01/05/1999 | 26 | ORDER, setting conditions of release and bond. $250,000 Secured Appearance Bond for Barry Miele. Dft must remain in New York State, New Jersey & Georgia. Dft has no passport. Dft is subject to random visits by a Pretrial Services officer at dft's home and/or place of work. Dft must report to that agency by telephone 1 time per week. ( Signed by Magistrate Roanne L. Mann , 12/17/98) (Piper, Francine) (Entered: 01/05/1999) |
| 01/06/1999 | 28 | NOTICE of Appearance for Barry Miele by Attorney John Murphy (Piper, Francine) (Entered: 01/06/1999) |
| 01/07/1999 | 29 | (SEALED DOCUMENT) LETTER placed in vault as per order of Judge Gleeson. AUSA Leslie Caldwell. Sealed 12/29/98. (Piper, Francine) (Entered: 01/07/1999) |
| 02/11/1999 | 30 | LETTER dated 2/11/99 from Andrew Weissman and Jonathan Mothner to Counsel, Providing discovery and requesting reciprocal discovery. (Piper, Francine) (Entered: 02/16/1999) |
| 02/22/1999 | 31 | ORDER SETTING CONDITIONS OF RELEASE AND BOND. PRB Bond reset to |

| | | |
|---|---|---|
| | | $100,000 for Dominick Froncillo. Dft must remain in and not leave NYS. Dft shall surrender and any all passports to pretrial services by today and shall not apply for any other passport. Dft is subject to random visits by a pretrial services officer at dft's home and/or place of work. Dft must report to pretrial by telephone 1 time per week. ( Signed by Magistrate Roanne L. Mann , dated: 12/17/98) (Piper, Francine) (Entered: 02/22/1999) |
| 02/22/1999 | 32 | ORDER SETTING CONDITIONS OF RELEASE AND BOND. PRB Bond reset to $100,000 for Alan Koop. Dft must remain in and not leave New York. Dft shall surrender any passports to Pretrial Services by 12/21/98 and shall not apply for any other passport. Dft is subject to random visits by a pretrial services officer at dft's home and/or place of work. Dft must report by telephone 1 time per week. ( Signed by Magistrate Robert M. Levy , dated: 12/17/98) (Piper, Francine) (Entered: 02/22/1999) |
| 02/22/1999 | 33 | ORDER SETTING CONDITIONS OF RELEASE AND BOND. Secured Appearance Bond reset to $250,000 for Barry Miele. Dft must remain in and not leave New York State, New Jersey & Georgia. Dft shall surrender any and all passports to Pretrial Services. Dft has not passport. Dft is subject to random visits by a pretrial services officer. Dft must report to pretrial services by 1 time per week. ( Signed by Magistrate Roanne L. Mann , dated: 12/17/98) (Piper, Francine) (Entered: 02/22/1999) |
| 02/22/1999 | 34 | ORDER SETTING CONDITIONS OF RELEASE AND BOND. Unsecured Bond reset to $100,000 for Marcelo Quintero. Dft must remain in and not leave New York State. Dft shall surrender any passports to Pretrial Services by 12/21/98 and shall not apply for any other passport. Dft is subject to random visits by a Pretrial Services officer at dft's home/and or place of work. Dft must report to that agency in person 1 time per wekk. Dft is subject to random drug testing. ( Signed by Magistrate Roanne L. Mann , dated: 12/17/98) (Piper, Francine) (Entered: 02/22/1999) |
| 02/22/1999 | 35 | ORDER SETTING CONDITONS OF RELEASE AND BOND, Unsecured Bond reset to $100,000 for Michael Trocchio. Dft must remain in an not leave NYS and New Jersey. Dft shall surrender any all passports to Pretrial Services and shall not apply for any other passport. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate Roanne L. Mann , dated: 12/18/98) (Piper, Francine) (Entered: 02/22/1999) |
| 03/19/1999 | 37 | LETTER dated 3/15/99 from Richard A. Greenberg to Judge Gleeson, requesting that dft Catoggio's time to file his pretrial motions be extended from 3/19 to and including 4/9/99. (Piper, Francine) (Entered: 03/19/1999) |
| 03/19/1999 | | ENDORSED ORDER as to Robert Catoggio, Granted. Dft granted until 4/9/99 to file pretrial motions. ( Judge John Gleeson , dated 3/17/99) c/m (endorsed on letter, document #37) (Piper, Francine) (Entered: 03/19/1999) |
| 03/22/1999 | 38 | LETTER dated 3/15/99 from Louis E. Diamond to Judge Gleeson, joining in the request of Richard A. Greenberg, that the time to file pretrial motions be extended to 4/9/99. (Piper, Francine) (Entered: 03/22/1999) |
| 03/22/1999 | 39 | LETTER dated 3/16/99 from William J. Stampur to Judge Gleeson, requesting that the court grant the extension of time to file pre-trial motions from 3/19/99 until 4/9/99. (Piper, Francine) (Entered: 03/22/1999) |
| 03/22/1999 | 40 | LETTER dated 3/17/99 from Gerald Shargel to Judge Gleeson, requesting a three week extension to file pretrial motions on behalf of dft Miele. (Piper, Francine) (Entered: 03/22/1999) |
| 03/22/1999 | | ENDORSED ORDER as to Barry Miele, Dft granted a three week adjournment to file pretrial motions. ( Judge John Gleeson , dated 3/18/99) c/m (endorsed on letter, document #40) (Piper, Francine) (Entered: 03/22/1999) |

| | | |
|---|---|---|
| 03/22/1999 | 41 | ORDER as to Barry Miele, substituting attorney terminated attorney John Murphy for Barry Miele Added Gerald L. Shargel ( Signed by Judge John Gleeson , dated: 3/18/99) c/m (Piper, Francine) (Entered: 03/22/1999) |
| 03/22/1999 | 42 | ORDER as to Robert Catoggio, Donald Messinger, Barry Miele, Alan Koop, Marcelo Quintero, Michael Trocchio, Dominick Froncillo, Dft motions shall be filed and served and on or before 4/9/99; Govt's opposition 4/30/99; Dft's reply papers 5/7/99; Oral Argument 5/21/99 at 11:30. All counsel are directed to appear at a status conference at 4:30 on 3/25/99. ( Signed by Judge John Gleeson , dated: 3/18/99) c/m (Piper, Francine) (Entered: 03/22/1999) |
| 03/22/1999 | 51 | MOTION by Donald Messinger to compel the govt to turn over discovery . [51-1] motion (Piper, Francine) (Entered: 04/02/1999) |
| 03/22/1999 | 52 | MEMORANDUM OF LAW by Donald Messinger in support of [51-1] motion to compel the govt to turn over discovery (Piper, Francine) (Entered: 04/02/1999) |
| 03/24/1999 | 43 | ORDER as to Barry Miele, substituting attorney terminated attorney John Murphy for Barry Miele Added Gerald Shargel . ( Signed by Judge John Gleeson , dated: 3/19/99) c/m (Piper, Francine) (Entered: 03/24/1999) |
| 03/24/1999 | 44 | LETTER dated 3/5/99 from Andrew Weissman and Jonathan Mothner to Judge Gleeson, seeking permission not to disclose the identify of the dft in the first case. (Piper, Francine) (Entered: 03/24/1999) |
| 03/24/1999 | 45 | LETTER dated 3/18/99 from David E. Levine to Judge Gleeson, requesting that dft Froncillo's time to file his pretrial motions be extended for three weeks, from 3/19 to 4/19/99. (Piper, Francine) (Entered: 03/24/1999) |
| 03/25/1999 | 50 | CALENDAR ENTRY as to Robert Catoggio, Donald Messinger, Barry Miele, Alan Koop, Marcelo Quintero, Michael Trocchio, Dominick Froncillo ; Case called before Judge John Gleeson on date of 3/25/99 for Status Conference. Govt defense motion now due 4/30/99; Govt opposition 5/21/99; Reply 5/28/99; Argument 6/25/99 at 11:00. Govt to respond to Mr. Newman letters dated 3/25/99 is due 4/1/99. AUSA Andrew Weissman; Defense Counsel, Gustave H. Newman for Cattagio; Joel Winograd and Corey Winograd for Messinger; Gerald Shargel for Miele; Jeffrey Shupack for Koop; William Stampur for Quintero; Louis Diamond for Trocchio; David Elliot Levine for Froncillo; Court Reporter/ESR Henri LeGendre. (Piper, Francine) (Entered: 03/30/1999) |
| 03/29/1999 | 46 | LETTER dated 3/25/99 from Richard A. Greenberg to Judge Gleeson, requesting that the govt's motion to relate this case to an earlier case be denied. (Piper, Francine) (Entered: 03/29/1999) |
| 03/29/1999 | 47 | LETTER dated 3/25/99 from Richard A. Greenberg to Judge Gleeson, enclosing a corrected original of the letter opposing the govt's motion to relate the case with another one pending before the court. (Piper, Francine) (Entered: 03/29/1999) |
| 03/29/1999 | 48 | LETTER dated 3/25/99 from Richard A. Greenberg to Judge Gleeson, requesting that the govt's motion to relate this case to an earlier case be denied. (Piper, Francine) (Entered: 03/29/1999) |
| 03/30/1999 | 49 | NOTICE of Appearance for Alan Koop by Attorney Michael L. Macklowitz (Piper, Francine) (Entered: 03/30/1999) |
| 04/01/1999 | 53 | LETTER dated 4/1/99 from Andrew Weissman to Judge Gleeson, in reply to dft Catoggio's letter dated 3/25/99, objecting to relation of this case to a prior filed case. (Piper, Francine) (Entered: 04/02/1999) |
| 04/02/1999 | | CASE reassigned to Judge Raymond J. Dearie from Judge John Gleeson. (Chow, Alice) |

| | | (Entered: 04/07/1999) |
|---|---|---|
| 04/07/1999 | 54 | ORDER as to Robert Catoggio, Donald Messinger, Barry Miele, Alan Koop, Marcelo Quintero, Michael Trocchio, Dominick Froncillo, The Clerk of the Court is directed to reassign the case at random to another judge. The decision to order reassignment is not based on a determination that the case was improperly related to me, and thus is without prejudice to an application by any party to seek to relate the case another judge. ( Signed by Judge John Gleeson , dated: 4/2/99) (Piper, Francine) (Entered: 04/07/1999) |
| 04/19/1999 | 55 | ORDER as to Robert Catoggio, Donald Messinger, Barry Miele, Alan Koop, Marcelo Quintero, Michael Trocchio, Dominick Froncillo. Dft's Motion to be filed by 4/30/99; Govt's response 5/21/99; Dft's Reply, if any 5/28/99. The Next Status Conference is set for 6/25/99 at 10:30. ( Signed by Judge Raymond J. Dearie , dated: 4/15/99) c/m (Piper, Francine) (Entered: 04/19/1999) |
| 04/23/1999 | 56 | MOTION by Marcelo Quintero for the govt to provida a Bill of Particulars; et al [56-1] motion (Piper, Francine) (Entered: 04/26/1999) |
| 04/29/1999 | 59 | MOTION by Dominick Froncillo directing the govt to produce grand jury transcripts, grand jury information, et al [59-1] motion (Piper, Francine) (Entered: 05/05/1999) |
| 04/30/1999 | 57 | MOTION by Barry Miele to compel the govt to disclose the search warrant and supporting affidavit for the search of Capital Planning Associates; permit dft join in motions made by co-dfts [57-1] motion (Piper, Francine) (Entered: 05/05/1999) |
| 04/30/1999 | 58 | MEMORANDUM OF LAW by Barry Miele in support of [57-1] motion to compel the govt to disclose the search warrant and supporting affidavit for the search of Capital Planning Associates; permit dft join in motions made by co-dfts (Piper, Francine) (Entered: 05/05/1999) |
| 05/05/1999 | 60 | MOTION by Alan Koop for discovery , for joinder all motion and arguments advanced in support of such motions by his co-deft's herein, to extent such motions are relevant to the charges concerning deft. [60-1] motion, [60-2] motion (Jackson, Ramona) (Entered: 05/05/1999) |
| 05/05/1999 | 61 | Affirmation of MICHAEL L MACKLOWITZ by Alan Koop Re:in support [60-1] motion for discovery, [60-2] motion for joinder all motion and arguments advanced in support of such motions by his co-deft's herein, to extent such motions are relevant to the charges concerning deft. (Jackson, Ramona) (Entered: 05/05/1999) |
| 05/06/1999 | 62 | LETTER dated 3/5/99 from AUSA'S to Judge Gleeson regarding related case. Gov't seeks permission not to disclose the identity of the deft. in the first case. (Jackson, Ramona) (Entered: 05/06/1999) |
| 05/06/1999 | 63 | LETTER dated 3/25/99 from Richard A Greenberg to Judge Gleeson The Gov't relatedness motion should be DENIED, and the case should be sent back to the Clerk's Office for random selection (Jackson, Ramona) (Entered: 05/06/1999) |
| 05/25/1999 | 64 | CALENDAR ENTRY as to Donald Messinger ; Case called before Magistrate-Judge Joan M. Azrack on date of 5/25/99 for Conference. Amended Bond will remain in place during dft's trip to Belgium & Paris 6/12 - 6/19. When dft returns to NY original bond will become in effect. Dft's passport to be released to dft from 6/10 through 6/21/99. AUSA Andrew Weissman; Defense Counsel, Joel Winegrad. Tape # 99/38 (0-285). (Piper, Francine) (Entered: 05/27/1999) |
| 05/27/1999 | 65 | AMENDED PRB BOND entered by Donald Messinger in Amount $ 100,000. Amend travel to Belgium & Paris - Release passport from 6/10 - 6/21. (Signed by Magistrate-Judge Joan M. Azrack , dated 5/25/99) (Piper, Francine) (Entered: 05/27/1999) |

| | | |
|---|---|---|
| 05/28/1999 | 66 | LETTER dated 5/26/99 from Jonathan Mothner to Judge Dearie, requesting an extension of two days to file responses to dft's pretrial motions. (Piper, Francine) (Entered: 05/28/1999) |
| 06/02/1999 | 67 | LETTER dated 6/2/99 from Jonathan Mothner to Counsel, enclosing the govt's response to dft's pretrial motions. (Piper, Francine) (Entered: 06/02/1999) |
| 06/02/1999 | 68 | MEMORANDUM OF LAW by USA as to Robert Catoggio, Donald Messinger, Barry Miele, Alan Koop, Marcelo Quintero, Michael Trocchio, Dominick Froncillo in opposition to dft's pretrial motions. (Piper, Francine) (Entered: 06/02/1999) |
| 06/04/1999 | 71 | REPLY MEMORANDUM OF LAW by Robert Catoggio in support of [69-1] motion to dismiss the indictment (Piper, Francine) (Entered: 06/09/1999) |
| 06/08/1999 | 72 | CALENDAR ENTRY as to Marcelo Quintero. Case called before Magistrate-Judge Cheryl L. Pollak on 6/8/99 for Pleading. Defense Counsel: William Stampur. AUSA: Jonathan Mothner. Tape # 99/41 (0 - 2615). Defendant pleads Guilty: Marcelo Quintero (5) count(s) 1 . Defendant's sentencing to be set by the probation department. (Johnson, Tanya) (Entered: 06/11/1999) |
| 06/08/1999 | 73 | FELONY INFORMATION as to Barry Miele (3) count(s) 1s. (Johnson, Tanya) Modified on 06/11/1999 (Entered: 06/11/1999) |
| 06/08/1999 | 74 | WAIVER OF INDICTMENT by Barry Miele (Johnson, Tanya) (Entered: 06/11/1999) |
| 06/08/1999 | 75 | CALENDAR ENTRY as to Barry Miele. Case called before Magistrate-Judge Cheryl L. Pollak on 6/8/99 for Pleading. Defense Counsel: Gerald Shargel. AUSA: Jonathan Mothner. Tape # 99/41 (0 - 2615). Defendant pleads Guilty: Barry Miele (3) count(s) 1s, 1 . Defendant's sentencing to be set by the Probation Department. (Johnson, Tanya) Modified on 06/11/1999 (Entered: 06/11/1999) |
| 06/08/1999 | 76 | LETTER dated 6/2/99 from Richard A. Greenberg, Esq., to Judge Dearie proposing to serve defendant Robert Catoggio's reply memorandum of law by 6/9/99 and at the same time file all papers in support of defendant's motion. (Johnson, Tanya) (Entered: 06/11/1999) |
| 06/08/1999 | 76 | ENDORSED ORDER on document #76 granting the request to serve defendant Robert Catoggio's reply memorandum of law by 6/9/99. A status conference will be held on 6/25/99 at 10:30 before Judge Raymond J. Dearie . (Signed by Judge Raymond J. Dearie on 6/8/99) c/m (Johnson, Tanya) (Entered: 06/11/1999) |
| 06/09/1999 | 69 | MOTION by Robert Catoggio to dismiss the indictment . [69-1] motion. (Piper, Francine) (Entered: 06/09/1999) |
| 06/09/1999 | 70 | MEMORANDUM OF LAW by Robert Catoggio in support of [69-1] motion to dismiss the indictment (Piper, Francine) (Entered: 06/09/1999) |
| 06/09/1999 | 77 | ORDER as to Alan Koop, Consent to have a plea taken before Mag. Pollak. ( Signed by Magistrate-Judge Cheryl L. Pollak , on 6/9/99) (Piper, Francine) (Entered: 06/14/1999) |
| 06/09/1999 | 78 | ORDER as to Dominick Froncillo, Consent to have a plea taken before Mag. Pollak. ( Signed by Magistrate-Judge Cheryl L. Pollak , on 6/9/99) (Piper, Francine) (Entered: 06/14/1999) |
| 06/09/1999 | 79 | CALENDAR ENTRY as to Alan Koop ; Case called before Magistrate-Judge Cheryl L. Pollak on date of 6/9/99 for Pleading; AUSA Andrew Weissman; Defense Counsel, Michael Macklowitz; Tape # 99/41 (2615-6163). Guilty: Alan Koop (4) count(s) 1 . Sentencing to be set by probation dept. Bail continued for dft. (Piper, Francine) (Entered: 06/14/1999) |

| | | |
|---|---|---|
| 06/09/1999 | 80 | CALENDAR ENTRY as to Dominick Froncillo ; Case called before Magistrate-Judge Cheryl L. Pollak on date of 6/9/99 for Pleading. AUSA Andrew Weissman; Defense Counsel, David Levine; Tape # 99/41 (2615-6163), Guilty: Dominick Froncillo (7) count(s) 1 . Sentencing to be set by probation dept. Bail continued for dft. (Piper, Francine) (Entered: 06/14/1999) |
| 06/10/1999 | 83 | SUPERSEDING INDICTMENT as to Robert Catoggio (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, 12s, 13s-21s, Michael Trocchio (6) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s , Roy Ageloff (8) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13-21, Stephen Agnese (9) count(s) 9, 10, Arthur Alonzo (10) count(s) 1, 2, 3, 4, 7, 8, John Asaro (11) count(s) 5, 6, 7, 8, Randy Ashenfarb (12) count(s) 1, 2, 3, 4, 5, 6, Rocco Basile (13) count(s) 3, 4, William Joseph Battista (14) count(s) 1, 2, 3, 4, 5, 6, Michael A. Bengen (15) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, John Besarany (16) count(s) 1, 2, 3, 4, 5, 6, Nicholas Bosco (17) count(s) 3, 4, Fabio Borgognone (18) count(s) 3, 4, Neil Brauner (19) count(s) 1, 2, 3, 4, 5, 6, 9, 10, Nicholas Briganti (20) count(s) 2, 3, 4, 5, 6, 7, 8, Ronald Cataggio (21) count(s) 1, 2, 3, 4, 5, 6, 7, 8, Anthony Cavicchio (22) count(s) 9, 10, John Claudino (23) count(s) 3, 4, Damon Gerard Cohen (24) count(s) 1, 2, 3, 4, 5, 6, 9, 10, William Cosidente (25) count(s) 1, 2, 3, 4, 5, 6, 7, 8, Ronald Cropper (26) count(s) 3, 4, Joseph Dibella (27) count(s) 1, 2, 3, 4, 5, 6, 7, 8, David Dunham (28) count(s) 9, 10, Jonathan Durinda (29) count(s), 9, 10 (Piper, Francine) Modified on 06/21/1999 (Entered: 06/18/1999) |
| 06/10/1999 | | Count(s) added David Dunham (28) count(s) 31-32 (Piper, Francine) Modified on 06/18/1999 (Entered: 06/18/1999) |
| 06/10/1999 | | Count(s) added Robert Catoggio (1) count(s) 22s-30s, 31s-32s, 33s-34s, Roy Ageloff (8) count(s) 22-30, 31-32, 33-34 (Piper, Francine) Modified on 06/18/1999 (Entered: 06/18/1999) |
| 06/10/1999 | | Count(s) added Donald Messinger (2) count(s) 9s, 10s (Piper, Francine) (Entered: 06/21/1999) |
| 06/10/1999 | 83 | SUPERSEDING INDICTMENT as to Valery Goldberg (61) count(s) 1, 2, 3, 4, 5, 6, Gregory Groeller (62) count(s) 7, 8, 9, 10, Thomas Gucciardo (63) count(s) 1, 2, 3, 4, 5, 6, John Lembo (64) count(s) 1, 2, 3, 4, 7, 8, Rico Locascio (65) count(s) 3, 4, Brent Calderone Longo (66) count(s) 1, 2, 5, 6, 7, 8, 9, 10, Mark Mancino (67) count(s) 3, 4, Paul Medaglia (68) count(s) 1, 2, 3, 4, 5, 6, Christopher L. Miano (69) count(s) 7, 8, Vincent Minerva (70) count(s) 3, 4, Christopher Mormando (71) count(s) 1, 2, 3, 4, 5, 6, 13-21, Jaime Scott Morrill (72) count(s) 1, 2, 3, 4, 9, 10, Joel Nazareno (73) count(s) 3, 4 (Piper, Francine) (Entered: 06/21/1999) |
| 06/10/1999 | 83 | SUPERSEDING INDICTMENT as to Vito Padulo (74) count(s) 1, 2, 3, 4, 7, 8, 9, 10, Michael Perrine (75) count(s) 1, 2, 3, 4, 5, 6, Scott Piccininni (76) count(s) 7, 8, Frank J. Pizzolato (77) count(s) 1, 2, 3, 4, 5, 6, 7, 8, Thomas Plamenco (78) count(s) 3, 4, Joseph Rosetti (79) count(s) 1, 2, 3, 4, 5, 6, 7, 8, Keith Ruffler (80) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, Kirk Ruffler (81) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, Michael Scaramellino (82) count(s) 7, Joseph Scarfone (83) count(s) 1, 2, 3, 4, 7, 8, Richard Scarsella (84) count(s) 1, 2, 3, 4, 5, 6, Paul Tahan (85) count(s) 7, 8, Jeffrey Van Blarcom (86) count(s) 5, 6, Victor Vernaci (87) count(s) 7, 8, 9, 10 (Piper, Francine) (Entered: 06/21/1999) |
| 06/10/1999 | | Count(s) added Nicholas Briganti (20) count(s) 1 (Piper, Francine) Modified on 07/06/1999 (Entered: 06/21/1999) |
| 06/10/1999 | | Count(s) added Michael Scaramellino (82) count(s) 8 (Piper, Francine) Modified on 07/06/1999 (Entered: 06/21/1999) |
| 06/10/1999 | | Arrest WARRANT issued as to Robert Catoggio, Donald Messinger, Michael Trocchio, |

| | | |
|---|---|---|
| | | Roy Ageloff, John Asaro, Randy Ashenfarb, Rocco Basile, Michael A. Bengen, Neil Brauner, Nicholas Briganti, Ronald Cataggio, John Claudino, Damon Gerard Cohen, William Cosidente, Joseph Dibella, David Dunham, Vito Gili, Valery Goldberg, John Lembo III, Rico Locascio, Brent Calderone Longo, Mark Mancino, Christopher L. Miano, Vincent Minerva, Joel Nazareno, Michael Perrine, Thomas Plamenco, Kirk Ruffler, Michael Scaramellino, Richard Scarsella (Piper, Francine) (Entered: 06/22/1999) |
| 06/15/1999 | 81 | CONSENT TO HAVE A PLEA TAKEN BEFORE A MAGISTRATE JUDGE as to Marcelo Quintero. ( Signed by Magistrate-Judge Cheryl L. Pollak , on 6/8/99) (Signed by Judge Raymond J. Dearie on 6/14/99) (Piper, Francine) (Entered: 06/15/1999) |
| 06/15/1999 | 82 | CONSENT TO HAVE A PLEA TAKEN BEFORE A MAGISTRATE JUDGE as to Barry Miele ( Signed by Magistrate-Judge Cheryl L. Pollak , on 6/8/99) (Signed by Judge Raymond J. Dearie on 6/14/99) (Piper, Francine) (Entered: 06/15/1999) |
| 06/15/1999 | 84 | ORDER as to Robert Catoggio, Donald Messinger, Barry Miele, Alan Koop, Marcelo Quintero, Michael Trocchio, Dominick Froncillo, Roy Ageloff, Stephen Agnese, Arthur Alonzo, John Asaro, Randy Ashenfarb, Rocco Basile, William Joseph Battista, Michael A. Bengen, John Besarany, Nicholas Bosco, Fabio Borgognone, Neil Brauner, Nicholas Briganti, Ronald Cataggio, Anthony Cavicchio, John Claudino, Damon Gerard Cohen, William Cosidente, Ronald Cropper Jr., Joseph Dibella, David Dunham, Jonathan Durinda, Rui Reis Figueiredo, Robert Figueroa, Vito Gili, Valery Goldberg, Gregory Groeller, Thomas Gucciardo, John Lembo III, Rico Locascio, Brent Calderone Longo, Mark Mancino, Paul Medaglia, Christopher L. Miano, Vincent Minerva, Christopher Mormando, Jaime Scott Morrill, Joel Nazareno, Vito Padulo, Michael Perrine, Scott Piccininni, Frank J. Pizzolato, Thomas Plamenco, Joseph Rosetti, Keith Ruffler, Kirk Ruffler, Michael Scaramellino, Joseph Scarfone Jr., Richard Scarsella, Paul Tahan, Jeffrey Van Blarcom, Victor Vernaci, Unsealing Superseding Indictment . ( Signed by Judge Raymond J. Dearie , on 6/15/99) (Piper, Francine) (Entered: 06/21/1999) |
| 06/16/1999 | 85 | NOTICE of Appearance for Thomas Gucciardo by Attorney Brian J. Gucciardo (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 86 | NOTICE of Appearance for John Lembo III by Attorney Andrew J Weinstein (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 87 | NOTICE of Appearance for Ronald Cropper Jr. by Attorney Joseph R. Corozzo Jr. (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 88 | NOTICE of Appearance for John Asaro by Attorney Lawrence M. Fagenson (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 89 | NOTICE of Appearance for Jonathan Durinda by Attorney Jonathan D. Sims (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 90 | NOTICE of Appearance for Vincent Minerva by Attorney Frank T. Geoly (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 91 | NOTICE of Appearance for Nicholas Briganti by Attorney Maurice H. Sercarz (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 92 | NOTICE of Appearance for Joseph Rosetti by Attorney John S. Wallenstein (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 93 | NOTICE of Appearance for Michael A. Bengen by Attorney John F. Kaley (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 94 | NOTICE of Appearance for Rui Reis Figueiredo by Attorney Dominic A. Barbara (Piper, Francine) (Entered: 06/22/1999) |

| | | |
|---|---|---|
| 06/16/1999 | 95 | NOTICE of Appearance for Paul Medaglia by Attorney Dominic A. Barbara (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 96 | NOTICE of Appearance for Thomas Plamenco by Attorney Herbert Jacobi (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 97 | NOTICE of Appearance for Roy Ageloff by Attorney Benjamin Brafman (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 98 | NOTICE of Appearance for Fabio Borgognone by Attorney Gerald J. DiChiara (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 99 | NOTICE of Appearance for Stephen Agnese by Attorney Patrick V. Parrotta (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 100 | NOTICE of Appearance for Rocco Basile by Attorney Michael F. Bachner (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 101 | NOTICE of Appearance for Michael Perrine by Attorney Samantha Julie Leventhal (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 103 | NOTICE of Appearance for John Besarany by Attorney Harry C. Batchelder Jr. (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 105 | NOTICE of Appearance for Brent Calderone Longo by Attorney David Elliot Levine (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 106 | NOTICE of Appearance for David Dunham by Attorney David Elliot Levine (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 107 | NOTICE of Appearance for Nicholas Bosco by Attorney Robert T. Wolf (Piper, Francine) (Entered: 06/22/1999) |
| 06/16/1999 | 108 | Arrest WARRANT Returned Executed as to Stephen Agnese, Arthur Alonzo, William Joseph Battista, John Besarany, Nicholas Bosco, Fabio Borgognone, Anthony Cavicchio, Ronald Cropper Jr., Rui Reis Figueiredo, Robert Figueroa, Gregory Groeller, Thomas Gucciardo on 6/16/99 (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 109 | Arrest WARRANT Returned Executed as to Paul Medaglia, Jaime Scott Morrill, Vito Padulo, Scott Piccininni, Joseph Rosetti, Paul Tahan on 6/16/99 (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 126 | CALENDAR ENTRY as to Rocco Basile, Joel Nazareno, Vito Padulo, Michael Perrine ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment. AUSA John Mothner; Defense Counsel, Roger Schwarz for Nazareno; Mike Bachner for Basile; Irwin Rochman for Padulo; Allen Lashley/Samantha Leventhal for Perrine. Tape # 99/106 (2601-3426) (5009-5293), Not Guilty: Rocco Basile (13) count(s) 3, 4, Joel Nazareno (45) count(s) 3, 4, Vito Padulo (46) count(s) 1, 2, 3, 4, 7, 8, 9, 10, Michael Perrine (47) count(s) 1, 2, 3, 4, 5, 6 . Status Conference 6/22 at 11:00 before Judge Dearie. $750,000 PRB as to Basile; $500,000 PRB as to Nazareno; $600,000 PRB as to Padulo; $400,000 PRB as to Perrine. (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 127 | CALENDAR ENTRY as to Stephen Agnese, Thomas Gucciardo ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment. AUSA John Mothner; Defense Counsel, Brian Gucciardo for Thomas Gucciardo; Pat Pamotta for Agnese. Tape # 99/106 (1527-2000), Not Guilty: Stephen Agnese (9) count(s) 9, 10, Thomas Gucciardo (35) count(s) 1, 2, 3, 4, 5, 6 . Status Conference 6/22 at 11:00. $250,000 PRB as to Agnese. $300,000 PRB as to Gucciardo. (Piper, Francine) (Entered: 06/23/1999) |

| 06/16/1999 | 128 | CALENDAR ENTRY as to Nicholas Bosco, Joseph Rosetti, Kirk Ruffler ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, John Wallenstein for Rosett; Robert Wolf for Bosco; Robert Wolf for Ruffler. Tape # 99/106(5669-End) 107(0-260), Not Guilty: Nicholas Bosco (17) count(s) 3, 4, Joseph Rosetti (51) count(s) 1, 2, 3, 4, 5, 6, Kirk Ruffler (53) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 . Status Conference 6/22 at 11:00 before Judge Dearie. Bonds entered to all dfts. (Piper, Francine) (Entered: 06/23/1999) |
| --- | --- | --- |
| 06/16/1999 | 129 | CALENDAR ENTRY as to Fabio Borgognone, Jonathan Durinda ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, John Simms for Durinda; Gerald Dichiara for Borgognone. Tape # 99/106(5669-end) 107(0-260), Not Guilty: Fabio Borgognone (18) count(s) 3, 4, Jonathan Durinda (29) count(s) 9, 10 . Status Conference 6/22 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 130 | CALENDAR ENTRY as to John Besarany, Vincent Minerva ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, Harry Batchelder for Besarany; Frank Geoly for Minerva. Tape # 99/106(5669-end). Status Conference 6/22 at 11:00 before Judge Dearie. 107(0-260), Not Guilty: John Besarany (16) count(s) 1, 2, 3, 4, 5, 6, Vincent Minerva (42) count(s) 3, 4 (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 131 | CALENDAR ENTRY as to Rui Reis Figueiredo, Valery Goldberg, Paul Medaglia ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, Dominic Barbara for Figueiredo; Magda Jimenez for Goldberg; Dominic Barbara for Medaglia. Tape # 99/106(3526-4917), Not Guilty: Rui Reis Figueiredo (30) count(s) 1, 2, 3, 4, 5, 6, Valery Goldberg (33) count(s) 1, 2, 3, 4, 5, 6, Paul Medaglia (40) count(s) 1, 2, 3, 4, 5, (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 132 | CALENDAR ENTRY as to Michael A. Bengen, Thomas Plamenco ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, John Kaley for Bengen; Herbert Jacobi for Plamenco. Tape # 99/106 (3526-4917), Not Guilty: Michael A. Bengen (15) count(s) 2, 3, 4, 5, 6, 7, 8, 9, 10, Thomas Plamenco (50) count(s) 4 . Status Conference Set for 6/22 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 133 | CALENDAR ENTRY as to Damon Gerard Cohen ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, Neil Checkman. Tape # 99/107(2378-5807), Not Guilty: Damon Gerard Cohen (24) count(s) 1, 2, 3, 4, 5, 6, 9, 10 . Status Conference 6/22 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 134 | CALENDAR ENTRY as to Gregory Groeller, Ronald Cropper Jr., Paul Tahan ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, Alan Nelson for Groeller; Michael Haber for Tahan; Joseph Conozzo for Cropper. Tape # 99/107(2378-5807), Not Guilty: Gregory Groeller (34) count(s) 7, 8, 9, 10, Ronald Cropper (26) count(s) 3, 4, Paul Tahan (57) count(s) 7, 8 . Status Conference set for 6/22 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 135 | CALENDAR ENTRY as to David Dunham, Brent Calderone Longo, Scott Piccininni ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, David Levine for Dunham; David Levine for Longo; Robert Stanziale for Piccininni. Court Reporter/ESR 99/107(2378-5807), Not Guilty: David Dunham (28) count(s) 9, 10, 31-32, Brent Calderone Longo (38) count(s) 1, 2, 5, 6, 7, 8, 9, 10, Scott Piccininni (48) count(s) 7, 8 . Status Conference 6/22 at 11:00 |

| | | before Judge Dearie. (Piper, Francine) (Entered: 06/23/1999) |
|---|---|---|
| 06/16/1999 | 136 | CALENDAR ENTRY as to John Lembo III, Mark Mancino, Jaime Scott Morrill ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment. AUSA John Mothner; Defense Counsel, Joel Walter for Morrill; Andrew Weinstein for Lembo; Joy Vastola for Mancino. Tape # 99/107(2378-5807), Not Guilty: John Lembo (36) count(s) 1, 2, 3, 4, 7, 8, Mark Mancino (39) count(s) 3, 4, Jaime Scott Morrill (44) count(s) 1, 2, 3, 4, 9, 10 . Status Conference 6/22 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 137 | CALENDAR ENTRY as to William Joseph Battista, Ronald Cataggio, William Cosidente ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, Peter Kirchheimer for Ronald Cataggio; Julius Wasserstein for Batista; David Stern for Cosidente. Tape # 99/107 (2378-5807), Not Guilty: William Joseph Battista (14) count(s) 1, 2, 3, 4, 5, 6, Ronald Cataggio (21) count(s) 1, 2, 3, 4, 5, 6, 7, 8, William Cosidente (25) count(s) 1, 2, 3, 4, 5, 6, 7, 8 . Status Conference set for 6/22 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 138 | CALENDAR ENTRY as to John Asaro, Anthony Cavicchio, Robert Figueroa ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, Lawrence Fagenion for Asaro; Mitch Golub for Cavicchio; Allen Lashley for Figueroa. Tape # 99/106(5669-End) 107(0-260), Not Guilty: John Asaro (11) count(s) 5, 6, 7, 8, Anthony Cavicchio (22) count(s) 9, 10, Robert Figueroa (31) count(s) 1, 2, 3, 4, 5, 6 . Status Conference set for 6/22 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/23/1999) |
| 06/16/1999 | 142 | NOTICE of Appearance for Scott Piccininni by Attorney Roberto D. Stanziale (Piper, Francine) (Entered: 06/24/1999) |
| 06/16/1999 | 143 | NOTICE of Appearance for Paul Tahan by Attorney Michael A. Haber (Piper, Francine) (Entered: 06/24/1999) |
| 06/16/1999 | 144 | NOTICE of Appearance for Mark Mancino by Attorney Joy Lucielle Vastola (Piper, Francine) (Entered: 06/24/1999) |
| 06/16/1999 | 145 | NOTICE of Appearance for Valery Goldberg by Attorney Magda Maria Jimenez (Piper, Francine) (Entered: 06/24/1999) |
| 06/16/1999 | 159 | ORDER, Unsecured Bond set to $250,000 for Stephen Agnese. Dft shall not leave NYS. Dft shall surrender passports to pretrial services by 6/18/99 and shall not apply for any other passport. Dft must report to pretrial agency by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 160 | ORDER, Bond set to $750,000 for Rocco Basile. Dft must remain and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99 and shall not apply for any other passport. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 161 | ORDER Unsecured Bond set to $400,000 for Michael A. Bengen. Dft must remain and not leave NYS & N.J. Dft shall surrender any passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 162 | ORDER, Bond set to $250,000 for John Besarany. Dft must remain in and not leave NYS & NJ. Dft shall surrender any passports to pretrial services by 6/18/99. Dft must report to |

| | | |
|---|---|---|
| | | pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 163 | ORDER, Bond set to $300,000 for Fabio Borgognone. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 164 | ORDER, Bond set to $400,000 for Nicholas Bosco. Dft must remain in and not leave NYS & NJ. Dft shall surrender all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 165 | ORDER, Unsecured Bond set to $250,000 for Nicholas Briganti. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 166 | ORDER, Unsecured Bond set to $500,000 for Ronald Cataggio. Dft must remain in and not leave NYS, FLA. Dft shall surrender any and all passports to U.S. Pretrial Services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 167 | ORDER, Bond set to $350,000 for Anthony Cavicchio. Dft must remain in and not leave NYS & NJ. Dft shall surrender and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 168 | ORDER, Unsecured Bond set to $300,000 for John Claudino. Dft must remain in and leave NYS. Dft shall surrender any and all passports to Pretrial Services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 169 | ORDER, Unsecured Bond set to $300,000 for Damon Gerard Cohen. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 170 | ORDER, Unsecured Bond set to $350,000 for William Cosidente. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 171 | ORDER, Unsecured Bond set to $400,000 for Ronald Cropper. Dft must remain in and not leave NYS & NJ. Dft shall surrender any and all passports to pretrial servies by 6/18/99. Dft must report by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 172 | ORDER, Unsecured Bond set to $350,000 for David Dunham. Dft must remain and not leave NYS and NJ. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial servies by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 173 | ORDER, Bond set to $300,000 for Jonathan Durinda. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must |

| | | |
|---|---|---|
| | | report to pretrial services in person 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 174 | ORDER, Unsecured Bond set to $500,000 for Rui Reis Figueiredo. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial servies by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 175 | ORDER, Bond set to $350,000 for Robert Figueroa. Dft must remain and not leave NYS & NJ. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services in person 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 176 | ORDER, Unsecured Bond set to $350,000 for Valery Goldberg. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 177 | ORDER, Unsecured Bond set to $300,000 for Gregory Groeller. Dft must remain in and not leave NYS & NJ. Dft shall surrendr any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services in person 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 178 | ORDER, Bond set to $300,00 for Thomas Gucciardo. Dft must remain and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 179 | ORDER, Bond set to $1,000,000 for John Lembo. Dft must remain in and not leave NYS & FLA. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial servies by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 180 | ORDER, Unsecured Bond set to $500,000 for Paul Medaglia. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial servies by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 181 | ORDER, Unsecured Bond set to $350,000 for Brent Calderone Longo. Dft must remain in and not leave NYS, NJ. Dft shall surrender any and all passports to pretrial servies by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated:) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 182 | ORDER, Bond set to $300,000 for Vincent Minerva. Dft must remain and not leave NYS & NJ. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 183 | ORDER, Bond set to $500,000 for Joel Nazareno. Dft shall remain in and not leave NYS & FLA & travel between. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |

| | | |
|---|---|---|
| 06/16/1999 | 184 | ORDER, Unsecured Bond set to $600,000 for Vito Padulo. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 185 | ORDER, Unsecured Bond set to $400,000 for Michael Perrine. Dft must remain in not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 186 | ORDER, Unsecured Bond set to $250,000 for Mark Mancino. Dft must remain in and not leave NYS, FLA, N.J. Dft shall surrender any and all passports by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 187 | ORDER, Unsecured Bond set to $300,000 for Jaime Scott Morrill. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 188 | ORDER, Bond set to $500,000 for Scott Piccininni. Dft must remain in and not leave NYS - FL. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 189 | ORDER, Unsecured Bond set to $300,000 for Frank J. Pizzolato. Dft must remain in and not leave NYS, FLA, NV. Dft shall surrender any and all passports to pretrial services by 6/21/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 190 | ORDER, Unsecured Bond set to $500,000 for Thomas Plamenco. Dft must remain in and not leave NYS, NJ, FLA for business. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 191 | ORDER, Bond set to $550,000 for Joseph Rosetti. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/16/1999 | 192 | ORDER, Bond set to $500,000 for Kirk Ruffler. Dft must remain in and not leave NYS & NJ. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephne 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 193 | ORDER, Bond set to $500,000 for Paul Tahan. Dft must remain in and not leave NYS - FL. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 194 | ORDER, Unsecured Bond set to $300,000 for Victor Vernaci. Dft must remain in and not |

| | | |
|---|---|---|
| | | leave NYS. Dft must report to pretrial servies by telephone 1 time per week. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 195 | ORDER, Unsecured Bond set to $125,000 for William Joseph Battista. Dft must remain in and not leave EDNY & SDNY. Dft must report to pretrial services in person 5 times per week and by telephone 1 time per week until signed. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/16/1999 | 202 | ORDER, Unsecured Bond reset to $1,000,000 for John Lembo. Dft must remain in and not leave NYS & FLA. Dft shall surrender any and all passports to pretrial services 6/18/99. Dft must report by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) (Entered: 06/29/1999) |
| 06/16/1999 | 210 | ORDER, Bond set to $300,000 for John Asaro. Dft must remain in and not leave NYS & NJ. Dft shall surrender passport to pretrial services by 6/18/99. Dft must report to pretrial by telephone 1 time per week. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 6/16/99) (Piper, Francine) (Entered: 06/30/1999) |
| 06/16/1999 | 240 | CALENDAR ENTRY as to Roy Ageloff, Nicholas Briganti, John Claudino ; Case called before Magistrate-Judge Steven M. Gold on date of 6/16/99 for Arraignment; AUSA John Mothner; Defense Counsel, Ben Brafman for Ageloff; Maurize Sercarz for Briganti; Paul Rinaldo for Claudino. Tape # 99/106(3526-4917), Not Guilty: Roy Ageloff (8) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13-21, 22-30, 31-32, 33-34, Nicholas Briganti (20) count(s) 2, 3, 4, 5, 6, 7, 8, 1, John Claudino (23) count(s) 3, 4 . Status Conference set for 6/22 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 07/07/1999) |
| 06/17/1999 | 110 | Arrest WARRANT Returned Executed as to Christopher Mormando, Scott Piccininni, Keith Ruffler, Joseph Scarfone Jr., Jeffrey Van Blarcom, Victor Vernaci on 6/17/99 (Piper, Francine) (Entered: 06/23/1999) |
| 06/17/1999 | 139 | NOTICE of Appearance for Christopher Mormando by Attorney Joseph V. Sorrentino (Piper, Francine) (Entered: 06/23/1999) |
| 06/17/1999 | 147 | NOTICE of Appearance for Joseph Scarfone Jr. by Attorney Edward S. Panzer (Piper, Francine) (Entered: 06/25/1999) |
| 06/17/1999 | 196 | ORDER, Unsecured Bond set to $400,000 for Arthur Alonzo. Dft must remain in and not leave NYS & FLA & NJ. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 6/17/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/17/1999 | 197 | ORDER, Unsecured Bond set to $300,000 for Jeffrey Van Blarcom. Dft must remain in and not leave NYS, NJ, CT, PA. Dft shall report by telephone to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 6/17/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/17/1999 | 198 | ORDER, Unsecured Bond reset to $125,000 for William Joseph Battista. Dft must remain in and not leave NYS. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. (Signed by Magistrate-Judge Joan M. Azrack , dated: 6/17/99) (Piper, Francine) (Entered: 06/28/1999) |
| 06/17/1999 | 212 | ORDER, Secured Appearance Bond set to $300,000 for Joseph Scarfone. Dft must remain in not leave NYS, NJ, Fl. Dft shall surrender passport by 6/18/99. Dft must report to pretrial by telephone 1 time per week. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 6/17/99) (Piper, Francine) (Entered: 06/30/1999) |

| | | |
|---|---|---|
| 06/17/1999 | 213 | ORDER, Secured Appearance Bond set to $500,000 for Christopher Mormando. Dft must remain in NYS and NJ. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 6/17/99) (Piper, Francine) (Entered: 06/30/1999) |
| 06/17/1999 | 217 | CALENDAR ENTRY as to Arthur Alonzo ; Case called before Magistrate-Judge Joan M. Azrack on date of 6/17/99 for Arraignment, AUSA Andrew Weissman and Jonathan Mothner; Defense Counsel, Michael Bachner. Dft pleads Not Guilty: Arthur Alonzo (10) count(s) 1, 2, 3, 4, 7, 8 . Status Conference set 6/22/99 at 11:00 before Judge Dearie. $50,000 cash bail to be deposited by 6/23. Bail set at $400,000 PRB. Tape #99/46 (3172-3412) (Piper, Francine) (Entered: 06/30/1999) |
| 06/17/1999 | 218 | CALENDAR ENTRY as to Christopher Mormando ; Case called before Magistrate-Judge Joan M. Azrack on date of 6/17/99 for Arraignment; AUSA Andrew Weissmann & Jonathan Mothner; Defense Counsel, not listed. Tape # 99/46 (2907-3172), Dft pleads Not Guilty: Christopher Mormando (43) count(s) 1, 2, 3, 4, 5, 6, 13-21 . Status Conference set for 6/22/99 at 11:00 before Judge Dearie. Bail Set at $500,000 PRB. (Piper, Francine) (Entered: 06/30/1999) |
| 06/17/1999 | 219 | CALENDAR ENTRY as to Frank J. Pizzolato ; Case called before Magistrate-Judge Joan M. Azrack on date of 6/17/99 for Arraignment; AUSA Andrew Weissmann & Jonathan Mothner; Defense Counsel, Susan Kellman. Tape # 99/46 (1446-1793), Dft pleads Not Guilty: Frank J. Pizzolato (49) count(s) 1, 2, 3, 4, 5, 6, 7, 8 . Bail set at $300,000 PRB. Status Conference set for 6/20/99 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/30/1999) |
| 06/17/1999 | 220 | NOTICE of Appearance for Frank J. Pizzolato by Attorney Susan G. Kellman (Piper, Francine) (Entered: 06/30/1999) |
| 06/17/1999 | 221 | CALENDAR ENTRY as to Keith Ruffler ; Case called before Magistrate-Judge Joan M. Azrack on date of 6/17/99 for Arraignment; AUSA Andrew Weissman & Jonathan Mothner; Defense Counsel, Barry Zone. Tape # 99/46 (3412-3621). Dft pleads Not Guilty: Keith Ruffler (52) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 . Bail Set at $400,000 PRB. Status Conference set for 6/22/99 at 11:00. (Piper, Francine) (Entered: 06/30/1999) |
| 06/17/1999 | 223 | CALENDAR ENTRY as to Joseph Scarfone Jr.; Case called before Magistrate-Judge Joan M. Azrack on date of 6/17/99 for Arraignment; AUSA Andrew Weissman & Jonathan Mothner; Defense Counsel, Edward Panzer. Dft pleads Not Guilty: Joseph Scarfone (55) count(s) 1, 2, 3, 4, 7, 8 . Bail set at $300,000 PRB. Status Conference set for 6/22/99 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/30/1999) |
| 06/17/1999 | 224 | CALENDAR ENTRY as to Jeffrey Van Blarcom ; Case called before Magistrate-Judge Joan M. Azrack on date of 6/17/99 for Arraignment; AUSA Andrew Weissman & Jonathan Mothner; Defense Counsel, Joyce David. Tape # 99/46 (3621 - ), Dft pleads Not Guilty: Jeffrey Van Blarcom (58) count(s) 5, 6 . Status Conference 6/22/99 at 11:00 be Judge Dearie. (Piper, Francine) (Entered: 06/30/1999) |
| 06/17/1999 | 225 | CALENDAR ENTRY as to Victor Vernaci ; Case called before Magistrate-Judge Joan M. Azrack on date of 6/17/99 for Arraignment; AUSA Andrew Weissman & Jonathan Mothner; Defense Counsel, Mario Gallucci. Tape # 99/46 (1446-1793), Dft pleads Not Guilty: Victor Vernaci (59) count(s) 7, 8, 9, 10 . Bail Set at $300,000 PRB. Status Conference 6/2/99 at 11:00 before Judge Dearie. (Piper, Francine) (Entered: 06/30/1999) |
| 06/17/1999 | 226 | NOTICE of Appearance for Victor Vernaci by Attorney Mario F. Gallucci (Piper, Francine) (Entered: 06/30/1999) |
| 06/18/1999 | 211 | ORDER, Secured Appearance Bond set to $2,000,000 for Rico Locascio. Dft must remain in and not leave NYS. Dft shall surrender passport to pretrial services by 6/18/99. |

| | | |
|---|---|---|
| | | Dft must report to pretrial services in person 1 time per week. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 6/18/99) (Piper, Francine) (Entered: 06/30/1999) |
| 06/19/1999 | 104 | NOTICE of Appearance for Kirk Ruffler by Attorney Robert S. Wolf (Piper, Francine) (Entered: 06/22/1999) |
| 06/22/1999 | 102 | NOTICE of Appearance for Vito Padulo by Attorney Irwin Rochman (Piper, Francine) (Entered: 06/22/1999) |
| 06/22/1999 | 111 | Arrest WARRANT Returned Executed as to Randy Ashenfarb, Joseph Dibella on 6/22/99 (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 112 | NOTICE of Appearance for Damon Gerard Cohen by Attorney Neil B. Checkman (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 113 | NOTICE of Appearance for Jeffrey Van Blarcom by Attorney Joyce B. David (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 114 | NOTICE of Appearance for Brent Calderone Longo by Attorney Jeffrey H. Lichtman (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 115 | NOTICE of Appearance for Donald Messinger by Attorney Joel Winograd (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 116 | NOTICE of Appearance for Joel Nazareno by Attorney Roger J. Schwarz (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 117 | NOTICE of Appearance for Richard Scarsella by Attorney Joy L Vastola (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 118 | NOTICE of Appearance for Keith Ruffler by Attorney William I. Aronwald (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 119 | NOTICE of Appearance for William Joseph Battista by Attorney Julius M. Wasserstein (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 120 | NOTICE of Appearance for Thomas Gucciardo by Attorney Glenn E. Gucciardo (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 121 | NOTICE of Appearance for Gregory Groeller by Attorney Alan M. Nelson (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 122 | NOTICE of Appearance for Neil Brauner by Attorney Maurice H. Sercarz (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 123 | NOTICE of Appearance for Kirk Ruffler by Attorney Lawrence Hochheiser (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 124 | NOTICE of Appearance for Joseph Dibella by Attorney Michael Rosen (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 125 | NOTICE of Appearance for Arthur Alonzo by Attorney Benjamin Brafman (Piper, Francine) (Entered: 06/23/1999) |
| 06/22/1999 | 146 | LETTER dated 6/21/99 from Susan Kellman to AUSA Jonathan Mothner, requesting discovery on behalf of Frank Pizzolato. (Piper, Francine) (Entered: 06/25/1999) |
| 06/22/1999 | 150 | MOTION by Paul Tahan for Michael A. Haber to appear pro hac vice [150-1] motion (Piper, Francine) (Entered: 06/25/1999) |
| 06/22/1999 | 151 | NOTICE of Appearance for Paul Tahan by Attorney Michael A. Haber. (Piper, Francine) |

(Entered: 06/25/1999)

| | | |
|---|---|---|
| 06/22/1999 | 153 | MOTION by Scott Piccininni for Roberto D. Stanziale to appear pro hac vice [153-1] motion (Piper, Francine) (Entered: 06/25/1999) |
| 06/22/1999 | 154 | NOTICE of Appearance for Scott Piccininni by Attorney Roberto D. Stanziale (Piper, Francine) (Entered: 06/25/1999) |
| 06/22/1999 | 215 | ORDER, Bond set to $200,000 for Richard Scarsella. Dft must remain in NYS, NJ and Florida. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Judge Raymond J. Dearie , dated: 6/22/99) (Piper, Francine) (Entered: 06/30/1999) |
| 06/22/1999 | 216 | ORDER, Bond set to $250,000 for Vito Gili. Dft must remain in NYS, NJ and Florida. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Judge Raymond J. Dearie , dated: 6/22/99) (Piper, Francine) (Entered: 06/30/1999) |
| 06/22/1999 | 241 | CALENDAR ENTRY as to Robert Catoggio, Donald Messinger, Michael Trocchio, Randy Ashenfarb, Neil Brauner, Joseph Dibella, Vito Gili, Christopher L. Miano, Michael Scaramellino, Richard Scarsella ; Case called before Judge Raymond J. Dearie on date of 6/22/99 for Status Conference. All dfts present. All attorneys present except Joseph Sorrentino. Dft's arraigned. Not Guilty: Robert Catoggio (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, 12s, 13s-21s, 22s-30s, 31s-32s, 33s-34s, Donald Messinger (2) count(s) 10s, Michael Trocchio (6) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, Randy Ashenfarb (12) count(s) 1, 2, 3, 4, 5, 6, Neil Brauner (19) count(s) 1, 2, 3, 4, 5, 6, 9, 10, Joseph Dibella (27) count(s) 1, 2, 3, 4, 5, 6, 7, 8, Vito Gili (32) count(s) 7, 8, Christopher L. Miano (41) count(s) 7, 8, Michael Scaramellino (54) count(s) 7, 8, Richard Scarsella (56) count(s) 1, 2, 3, 4, 5, 6 . $250,000 Appearance bond are signed for Vito Gili & Richard Scarsella. Status Conference set for 7/14/99 at 10:30. Only for dfts with counsel issues. Status Conference set for 9/14/99 at 9:30 where all dfts must be present. (Piper, Francine) (Entered: 07/07/1999) |
| 06/22/1999 | 288 | CALENDAR ENTRY as to Randy Ashenfarb ; Case called before Magistrate-Judge Cheryl L. Pollak on date of 6/22/99 for Detention Hearing. Dft released on a $250,000 Bond. CJA Jerry Tritz appointed. AUSA Jonathan Mothner; Defense Counsel, Marc Masters. Tape # 99/46 (16-487). (Piper, Francine) (Entered: 07/20/1999) |
| 06/23/1999 | 140 | ORDER of ENGAGEMENT as to Joel Nazareno Engagement shall take precedence over any civil action, proceeding or arbitration in which Mr Schwarz may be counsel of record. ( Signed by Judge Raymond J. Dearie , on 6/16/99) (Jackson, Ramona) (Entered: 06/23/1999) |
| 06/23/1999 | 230 | Confession of Judgment by Thomas Gucciardo and Jennifer Gucciardo. (Piper, Francine) (Entered: 07/06/1999) |
| 06/24/1999 | 141 | ORDER setting conditions of release and Bond in the amount of $400.000. Deft shall surrender any and all passport to the U.S. Pretrial by 6/18/99 and shall not apply for any other passport, must report by phone (1) times per week as to Keith Ruffler. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 6/17/99) (Drayton, Lorraine) (Entered: 06/24/1999) |
| 06/25/1999 | 148 | LETTER dated 6/18/99 from Roger J. Schwarz to Judge Dearie, requesting leave to represent dft Nazareno as retained counsel. (Piper, Francine) (Entered: 06/25/1999) |
| 06/25/1999 | | ENDORSED ORDER as to Joel Nazareno, Application Granted for counsel Roger J. Schwarz to represent dft. ( Signed by Judge Raymond J. Dearie , on 6/18/99) (endorsed on letter, document #148) (Piper, Francine) (Entered: 06/25/1999) |
| 06/25/1999 | 149 | LETTER dated 6/21/99 from Susan Kellman to Jonathan Mothner, requesting discovery |

| | | |
|---|---|---|
| | | on behalf of dft Frank Pizzolato. (Piper, Francine) (Entered: 06/25/1999) |
| 06/25/1999 | 152 | ORDER as to Paul Tahan granting [150-1] motion for Michael A. Haber to appear pro hac vice as to Paul Tahan (57) ( Signed by Judge Raymond J. Dearie , on 6/22/99) (Piper, Francine) (Entered: 06/25/1999) |
| 06/25/1999 | 155 | ORDER as to Scott Piccininni granting [153-1] motion for Roberto D. Stanziale to appear pro hac vice as to Scott Piccininni (48) ( Signed by Judge Raymond J. Dearie , on 6/22/99) (Piper, Francine) (Entered: 06/25/1999) |
| 06/25/1999 | 156 | Rule 40 Documents as to Christopher L. Miano received from Southern District of Florida (Piper, Francine) (Entered: 06/28/1999) |
| 06/25/1999 | 157 | LETTER dated 6/23/99 from Marc E. Masters to Judge Dearie, advising that Mag. Pollak has removed this firm as counsel and appointed Jerry Tritz to represent Mr. Ashenfarb. (Piper, Francine) (Entered: 06/28/1999) |
| 06/28/1999 | 158 | ORDER, Unsecured Bond set to 2,000,000 for Roy Ageloff. Dft shall not leave NYS & Florida. Dft shall surrender any and all passports to pretrial by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Steven M. Gold , dated: 6/16/99) (Piper, Francine) Modified on 06/28/1999 (Entered: 06/28/1999) |
| 06/28/1999 | 200 | LETTER dated 6/25/99 from Andrew Weissman to Lawrence Hochheiser, enclosing a disk containing the indictment and the attorney's list. (Piper, Francine) (Entered: 06/29/1999) |
| 06/28/1999 | 203 | AFFIDAVIT OF CONFESSION OF JUDGMENT by Theresa Cosidente as to William Cosidente Re: In the amount of $350,000. (Piper, Francine) (Entered: 06/29/1999) |
| 06/28/1999 | 204 | Rule 40 Documents as to Richard Scarsella received from Southern District of Florida (Piper, Francine) (Entered: 06/29/1999) |
| 06/28/1999 | 205 | Rule 40 Documents as to Neil Brauner received from Southern District of Florida (Piper, Francine) (Entered: 06/29/1999) |
| 06/28/1999 | 206 | Rule 40 Documents as to Michael Scaramellino received from Southern District of Florida (Piper, Francine) (Entered: 06/29/1999) |
| 06/29/1999 | 199 | LETTER dated 6/23/99 from Andrew J. Weinstein to Patricia E. Notopoulos, enclosing copies of the deeds and appraisals for the various properties posted to secure Mr. Locasio's bail. (no attachments) (Piper, Francine) (Entered: 06/29/1999) |
| 06/29/1999 | 201 | ORDER as to Barry Miele, that dft deposit $250,000 with the Clerk of the Court within 14 days of the plea. It is ordered that dft shall deposit $250,000 with the Clerk of the court within 3 months of the plea. It is ordered that dft shall deposit $125,000 with the Clerk of the court within 4 months and 15 days of the plea. It is ordered that the clerk of the court shall accept such depositions from dft. ( Signed by Magistrate-Judge Cheryl L. Pollak , on 6/25/99) (copy sent to financial) (Piper, Francine) (Entered: 06/29/1999) |
| 06/29/1999 | 207 | LETTER dated 6/22/99 from William I. Aronwald to Judge Dearie, advising the court that counsel has filed a notice of appearance on behalf of dft Keith Ruffler. (Piper, Francine) (Entered: 06/29/1999) |
| 06/29/1999 | 208 | LETTER dated 6/23/99 from Marc E. Masters to Judge Dearie, advising that Mag. Pollak has removed this counsel to represent dft Ashenfarb and appointed Jerry Tritz. (Piper, Francine) (Entered: 06/29/1999) |
| 06/29/1999 | 209 | LETTER dated 6/23/99 from Neil B. Checkman to AUSA Jonathan S. Mothner, dft |

| | | |
|---|---|---|
| | | Gerard Cohen requests discovery and inspection, and a bill of particulars to the indictment. (Piper, Francine) (Entered: 06/29/1999) |
| 06/30/1999 | 214 | ORDER as to Barry Miele, that dft shall deposit $250,000 with the Clerk of the Court within 14 days of the plea. It is ordered that dft shall deposit $125,000 with the clerk of the court within 3 months of the plea. It is ordered that dft deposit $125,00 with the clerk of the court within 4 months and 15 days of the plea. It is ordered that the clerk shall accept such depositis from dft. ( Signed by Magistrate-Judge Cheryl L. Pollak , on 6/25/99) (copy sent to financial) (Piper, Francine) (Entered: 06/30/1999) |
| 06/30/1999 | 222 | NOTICE of Appearance for Keith Ruffler by Attorney Barry Zone (Piper, Francine) (Entered: 06/30/1999) |
| 06/30/1999 | 227 | Rule 40 Documents as to Vito Gili received from Southern District of Florida (Piper, Francine) (Entered: 06/30/1999) |
| 06/30/1999 | 228 | LETTER dated 6/29/99 from Andrew Weissman and Jonathan Mothner to All Defense Counsel, providing discovery and requesting reciprocal discovery. (Piper, Francine) (Entered: 07/01/1999) |
| 06/30/1999 | 229 | NOTICE of Appearance for Vito Gili by Attorney Arnold Y. Steinberg (Piper, Francine) (Entered: 07/01/1999) |
| 06/30/1999 | 295 | LETTER dated 6/28/99 from Joel S. Walter to Andrew Weissmann, in response to the letter dated 6/23/99 regarding potential conflicts as to dft Jamie Morrill as well as a follow-up to the telephone conversation of 6/24/99. (Piper, Francine) (Entered: 07/28/1999) |
| 07/01/1999 | 233 | TRANSCRIPT of Guilty Plea before Mag. Pollak filed in case as to Barry Miele, Marcelo Quintero for dates of 6/8/99 ; Court Reporter/ESR: not listed; AUSA Jonathan Mothner; Defense Counsel, Gerald Shargel, Jeffrey Lipman, William J. Stampur; Transcribing Firm, Writer's Cramp, Inc. (Piper, Francine) (Entered: 07/06/1999) |
| 07/01/1999 | 234 | TRANSCRIPT of Guilty Plea before Mag. Pollak filed in case as to Alan Koop, Dominick Froncillo for dates of 6/9/99 ; Court Reporter/ESR: not listed; AUSA Andrew Weissman; Defense Counsel, Michael Macklowitz, David Levine; Transcribing Firm, Writer's Cramp, Inc. (Piper, Francine) (Entered: 07/06/1999) |
| 07/01/1999 | 235 | LETTER dated 6/30/99 from Kathryn Cintron to All Defense Counsel, informing that in the govt's discovery letter dated 6/29/99, the telephone number for Carroll Audio Services was incorrect. (Piper, Francine) (Entered: 07/06/1999) |
| 07/01/1999 | 236 | LETTER dated 7/1/99 from Andrew Weissman to William I. Aronwald, enclosing a disk containing the indictment and the most recent attorney's list. (Piper, Francine) (Entered: 07/06/1999) |
| 07/01/1999 | 237 | NOTICE of Appearance for Brent Calderone Longo by Attorney Jeffrey Litchtman. (Piper, Francine) (Entered: 07/06/1999) |
| 07/06/1999 | 231 | LETTER dated 6/24/99 from Neil B. Checkman to AUSA Jonathan Mothner, advising that in counsel's rule 16 letter dated 6/23/99, the first paragraph contained errors and the replacement letter is attached. (see next entry for letter) (Piper, Francine) (Entered: 07/06/1999) |
| 07/06/1999 | 232 | LETTER dated 6/23/99 from Neil B. Checkman to AUSA Jonathan Mothner, requesting discovery and inspection, and a Bill of Particulars to the indictment. (Piper, Francine) (Entered: 07/06/1999) |
| 07/06/1999 | 238 | CJA 21 as to Anthony Cavicchio Authorization to Pay Commerce Photoprint $ 550.00 for |

| | | |
|---|---|---|
| | | Expert Services Voucher # 0733496 ( Signed by Judge Raymond J. Dearie , dated 7/1/99) (Piper, Francine) (Entered: 07/06/1999) |
| 07/06/1999 | 239 | ORDER, Unsecured Bond set to $250,000 for Randy Ashenfarb. Dft must remain in and not leave NYS and the State of New Jersey. Dft shall surrender all passports and shall not apply for any other passport. Dft must report by telephone 1 time per week to pretrial services. Suretors to sign bond by 6/29/99. ( Signed by Magistrate-Judge Cheryl L. Pollak , ) (Piper, Francine) (Entered: 07/06/1999) |
| 07/07/1999 | 242 | CJA 23 FINANCIAL AFFIDAVIT by Michael A. Bengen (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 243 | CJA 23 FINANCIAL AFFIDAVIT by Damon Gerard Cohen (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 244 | CJA 23 FINANCIAL AFFIDAVIT by Ronald Cataggio (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 245 | CJA 23 FINANCIAL AFFIDAVIT by Vincent Minerva (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 246 | CJA 23 FINANCIAL AFFIDAVIT by Jaime Scott Morrill (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 247 | CJA 23 FINANCIAL AFFIDAVIT by William Joseph Battista (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 248 | CJA 23 FINANCIAL AFFIDAVIT by John Claudino (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 249 | CJA 23 FINANCIAL AFFIDAVIT by Joel Nazareno (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 250 | CJA 23 FINANCIAL AFFIDAVIT by Joseph Rosetti (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 251 | CJA 23 FINANCIAL AFFIDAVIT by Thomas Plamenco (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 252 | CJA 23 FINANCIAL AFFIDAVIT by Michael Perrine (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 253 | CJA 23 FINANCIAL AFFIDAVIT by Valery Goldberg (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 254 | CJA 23 FINANCIAL AFFIDAVIT by Anthony Cavicchio (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 255 | CJA 23 FINANCIAL AFFIDAVIT by Vito Padulo (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 256 | CJA 23 FINANCIAL AFFIDAVIT by Jonathan Durinda (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 257 | CJA 23 FINANCIAL AFFIDAVIT by Gregory Groeller (Piper, Francine) (Entered: 07/07/1999) |
| 07/07/1999 | 258 | LETTER dated 7/7/99 from Andrew J. Weinstein to Mag. Caden, requesting that dft Locasio's bail conditions be extended to permit him to take a family vacation with his fiance and her parents to Orlando Florida on 7/16/99 and return on 7/21/99. (Piper, Francine) (Entered: 07/08/1999) |

| | | |
|---|---|---|
| 07/08/1999 | 259 | LETTER dated 7/8/99 from Jeffrey Lichtman to Judge Dearie, advising that dft Barry Miele, a codft in the previous indictment and Brent Calderone Longo in this action have both agreed to waive any claim of conflict of interest during a Curcio hearing. (Piper, Francine) (Entered: 07/08/1999) |
| 07/09/1999 | 260 | LETTER dated 7/9/99 from Andrew Weissman to Judge Dearie, advising the court that it is necessary to conduct a curcio hearing. (Piper, Francine) (Entered: 07/12/1999) |
| 07/09/1999 | 261 | NOTICE of Appearance for Thomas Plamenco by Attorney Eric Schlosser (Piper, Francine) (Entered: 07/12/1999) |
| 07/09/1999 | 262 | NOTICE of Appearance for Rui Reis Figueiredo by Attorney Gerald P. Lefcourt, Sheryl Reich (Piper, Francine) (Entered: 07/12/1999) |
| 07/12/1999 | 263 | LETTER dated 7/9/99 from Andrew Weissmann to Judge Dearie, advising the court of an additional conflict of interest as to counsel Michael Bachner who represents dft Basile, who in turn represented dfts Alonzo, Miano, Nazareno, Plamenco and Scarsella. (Piper, Francine) (Entered: 07/13/1999) |
| 07/12/1999 | 264 | LETTER dated 7/8/99 from Andrew J. Weinstein to Jonathan Mothner, counsel advises that he no longer represents John Lembo and Dominic Dionisio but will continue to represent Locasio in both cases. (Piper, Francine) (Entered: 07/13/1999) |
| 07/14/1999 | 265 | LETTER dated 7/9/99 from Eric M. Schlosser to Judge Dearie, enclosing a copy of the notice of appearance on behalf of dft Plamenco. (Piper, Francine) (Entered: 07/14/1999) |
| 07/14/1999 | 266 | LETTER dated 7/9/99 from Maurice H. Secarz to Judge Dearie, requesting that the court excuse Mr. Brauner's appearance at the conference set for 7/14/99. (Piper, Francine) (Entered: 07/14/1999) |
| 07/14/1999 | | ENDORSED ORDER as to Neil Brauner, Application Granted. Dft is excused from the 7/14/99 conference. ( Signed by Judge Raymond J. Dearie , on 7/13/99) c/m (endorsed on letter, document #266) (Piper, Francine) (Entered: 07/14/1999) |
| 07/14/1999 | 267 | CJA 23 FINANCIAL AFFIDAVIT by Vito Padulo (Piper, Francine) (Entered: 07/14/1999) |
| 07/14/1999 | 269 | NOTICE of Appearance for Paul Medaglia by Attorney Eric R. Levine (Piper, Francine) (Entered: 07/15/1999) |
| 07/14/1999 | 270 | LETTER dated 7/12/99 from Andrew J. Weinstein to Patricia Notopoulos, confirming the phone call from Mag. Caden's chambers indicating that Mr. Locasio's request to travel to Florida has been granted. (Piper, Francine) (Entered: 07/15/1999) |
| 07/14/1999 | 271 | NOTICE of Appearance for Christopher Mormando by Attorney Bettina Schein (Piper, Francine) (Entered: 07/15/1999) |
| 07/14/1999 | 280 | ORDER, Unsecured Bond set to $250,000 for Christopher L. Miano. Dft must remain in and not leave NYS and Florida. Dft shall surrender any and all passports to pretrial services. Dft is placed under the supervision of pretrial services. Dft must undergo random drug testing. Dft must report once a week by telephone to pretrial. ( Signed by Judge Raymond J. Dearie , dated: 7/14/99) (Piper, Francine) (Entered: 07/19/1999) |
| 07/14/1999 | 281 | NOTICE of Appearance for Christopher L. Miano by Attorney Mark S. Arisohn (Piper, Francine) (Entered: 07/19/1999) |
| 07/14/1999 | 282 | NOTICE of Appearance for Nicholas Briganti by Attorney Charles D. Adler (Piper, Francine) (Entered: 07/19/1999) |

| 07/14/1999 | 283 | NOTICE of Appearance for Roy Ageloff by Attorney Nathan Lewin (Piper, Francine) (Entered: 07/19/1999) |
|---|---|---|
| 07/14/1999 | 289 | CALENDAR ENTRY as to William Cosidente ; Case called before Magistrate-Judge Marilyn D. Go on date of 7/14/99 for bail modification. Tape # 99/75 (400-525). AUSA P. Notopolous present. Dft. present with cja David Stern. Upon dft.'s motion, bail modified to allow travel to N.J. (Barsky, Josh) (Entered: 07/20/1999) |
| 07/14/1999 | 306 | CALENDAR ENTRY as to Roy Ageloff, Arthur Alonzo, Neil Brauner, Nicholas Briganti, Damon Gerard Cohen, William Cosidente, Robert Figueroa, Vito Gili, John Lembo III, Rico Locascio, Brent Calderone Longo, Mark Mancino, Jaime Scott Morrill, Scott Piccininni, Frank J. Pizzolato, Thomas Plamenco, Joseph Rosetti, Joseph Scarfone Jr., Richard Scarsella, Paul Tahan ; Case called before Judge Raymond J. Dearie on date of 7/14/99 for Status Conference. Only defense counsel listed were present and all other defense attorneys were not present. Bruce Cutler has filed a notice of appearance for Christopher Mormando; Curcio Hearing set for 8/17/99 at 11:00 for attorneys with any potential or actual conflicts. Status Conference with all dfts present will be held on 9/14/99 at 9:30. AUSA Andrew Weissman & Jonathan Mothner; Defense Counsel, Nathan Lewin for Ageloff; Ben Brafman for Alonzo; Michael Bachner for Basile; Harry Batchelder for Besarany; Charles Adler for Briganti; Neil Checkman for Cohen; David Stern for Cosidente; Allen Lashley for Figueroa; Arnold Steinberg for Gili; James LaRossa for Lembo, III; Andrew Weinstein for Locasio; Jeffrey Lichtman for Long; Joy Vastola for Mancino; Joel Walter for Morrill; John Wallenstein for Rosetti; Edward Panzer for Scarfone; Joy Vastola for Scarsella. Court Reporter/ESR Fred Guerino. (Piper, Francine) (Entered: 08/10/1999) |
| 07/15/1999 | 268 | LETTER dated 7/7/99 from Andrew Weinstein to Mag. Caden, requesting that Mr. Locasio's bail conditions be extended to permit him to take a family vacation with his fiance and her parents to Orlando Florida. (Piper, Francine) (Entered: 07/15/1999) |
| 07/15/1999 | 272 | CJA 20 as to John Besarany : Appointment of Attorney Harry Batchelder Voucher # 1073642 ( Signed by Magistrate-Judge Steven M. Gold , Dated 7/16/99) (Karaska, Robert) (Entered: 07/15/1999) |
| 07/15/1999 | 273 | CJA 20 as to John Claudino : Appointment of Attorney Paul Rinaldo Voucher # 1073641 ( Signed by Magistrate-Judge Steven M. Gold , Dated 7/16/99) (Karaska, Robert) (Entered: 07/15/1999) |
| 07/15/1999 | 274 | CJA 20 as to Damon Gerard Cohen : Appointment of Attorney Neil Checkman Voucher # 1073640 ( Signed by Magistrate-Judge Steven M. Gold , Dated 7/16/99) (Karaska, Robert) (Entered: 07/15/1999) |
| 07/15/1999 | 275 | CJA 20 as to Joel Nazareno : Appointment of Attorney Roger J. Schwarz Voucher # 1073644 ( Signed by Magistrate-Judge Steven M. Gold , Dated 7/16/99) (Karaska, Robert) (Entered: 07/15/1999) |
| 07/15/1999 | 276 | CJA 20 as to Christopher L. Miano : Appointment of Attorney Thomas F.X. Dunn Voucher # 1073636 ( Signed by Magistrate-Judge Steven M. Gold , Dated 7/16/99) (Karaska, Robert) (Entered: 07/15/1999) |
| 07/15/1999 | 277 | CJA 20 as to Gregory Groeller : Appointment of Attorney Alan Nelson Voucher # 1073637 ( Signed by Magistrate-Judge Steven M. Gold , Dated 7/16/99) (Karaska, Robert) (Entered: 07/15/1999) |
| 07/15/1999 | 278 | CJA 20 as to Robert Figueroa : Appointment of Attorney Allen Lashley Voucher # 1073638 ( Signed by Magistrate-Judge Steven M. Gold , Dated 7/16/99) (Karaska, Robert) (Entered: 07/15/1999) |

| | | |
|---|---|---|
| 07/15/1999 | 279 | CJA 20 as to William Cosidente : Appointment of Attorney David Stern Voucher # 1073639 ( Signed by Magistrate-Judge Steven M. Gold , Dated 7/16/99) (Karaska, Robert) (Entered: 07/15/1999) |
| 07/16/1999 | 298 | CALENDAR ENTRY as to Stephen Agnese ; Case called before Magistrate-Judge Marilyn D. Go on date of 7/16/99 for Bail Modification. Upon motion of the dft, bond modified to allow travel to N.J. AUSA Jonathan Mothner; Defense Counsel, Patrick Parrotta. Tape # 99/78 (1055-1113). (Piper, Francine) (Entered: 07/28/1999) |
| 07/19/1999 | 284 | NOTICE of Appearance for Vito Padulo by Attorney Bernard H. Udell (Piper, Francine) (Entered: 07/19/1999) |
| 07/19/1999 | 285 | LETTER dated 7/13/99 from Joyce B. David to Judge Dearie, requesting permission for dft Van Blarcom to leave the jurisdiction on business on 7/18 to Concord New Hampshire and return on 7/20. (Piper, Francine) (Entered: 07/19/1999) |
| 07/19/1999 | | ENDORSED ORDER as to Jeffrey Van Blarcom, Application Granted for dft to leave the jurisdiction on business to Concord New Hampshire on 7/18/99 and return on 7/20/99. ( Signed by Judge Raymond J. Dearie , on 7/15/99) (endorsed on letter, document #285) (Piper, Francine) (Entered: 07/19/1999) |
| 07/19/1999 | 286 | LETTER dated 7/14/99 from Alexandra Militano to Judge Dearie, dft Fabio Borgogone request that he be allowed to travel to Palm Beach, Florida from 7/16/99 to 7/20/99. (Piper, Francine) (Entered: 07/19/1999) |
| 07/19/1999 | | ENDORSED ORDER as to Fabio Borgognone, dft granted permission to travel to Palm Beach, Florida from 7/16/99 to 7/20/99. ( Signed by Judge Raymond J. Dearie , ) c/m (endorsed on letter, document #286) (Piper, Francine) (Entered: 07/19/1999) |
| 07/19/1999 | 287 | NOTICE of Appearance for Paul Medaglia by Attorney Richard Ware Levitt (Piper, Francine) (Entered: 07/20/1999) |
| 07/23/1999 | 301 | CALENDAR ENTRY as to Nicholas Bosco ; Case called before Magistrate-Judge Joan M. Azrack on date of 7/23/99 for Conference. Amend Bail conditions. AUSA Jonathan Mothner; Defense Counsel, Barry Zone. Tape # 99/54 (800-931). (Piper, Francine) (Entered: 08/05/1999) |
| 07/23/1999 | 302 | AMENDED SECOND ORDER SETTING CONDITIONS OF RELEASE AND BOND Bond reset to $400,000 for Nicholas Bosco. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Joan M. Azrack , dated: 7/23/99) (Piper, Francine) (Entered: 08/05/1999) |
| 07/26/1999 | 290 | MOTION by Vito Gili for Arnold Y. Steinberg to appear pro hac vice [290-1] motion (Piper, Francine) (Entered: 07/26/1999) |
| 07/26/1999 | 291 | ORDER as to Vito Gili granting [290-1] motion for Arnold Y. Steinberg to appear pro hac vice as to Vito Gili (32). ( Signed by Judge Raymond J. Dearie , on 7/23/99) (Piper, Francine) (Entered: 07/26/1999) |
| 07/26/1999 | 292 | ORDER as to Valery Goldberg, substituting attorney terminated attorney Magda Maria Jimenez for Valery Goldberg Added Eugene Neal Kaplan, Rachel Schwartz ( Signed by Judge Raymond J. Dearie , ) (Piper, Francine) (Entered: 07/26/1999) |
| 07/26/1999 | 293 | LETTER dated 7/21/99 from Andrew Weissman to All Defense Counsel, providing additional discovery. (Piper, Francine) (Entered: 07/26/1999) |
| 07/27/1999 | 294 | CJA 20 as to William Joseph Battista : Appointment of Attorney Julius Wasserstein Voucher # 1073643 ( Signed by Magistrate-Judge Steven M. Gold , Dated 7/16/99) |

| | | |
|---|---|---|
| | | (Karaska, Robert) (Entered: 07/27/1999) |
| 07/28/1999 | 296 | LETTER dated 7/28/99 from Sheryl E. Reich to Judge Dearie, requesting that dft Figueredo be permitted to travel to California from 8/4 through 8/6/99. (Piper, Francine) (Entered: 07/28/1999) |
| 07/28/1999 | | ENDORSED ORDER as to Rui Reis Figueiredo, Application Granted. Dft granted permission to travel to California from 8/4 through 8/6/99. ( Signed by Judge Raymond J. Dearie , on 7/28/99) (endorsed on letter, document #296) (Piper, Francine) (Entered: 07/28/1999) |
| 07/28/1999 | 297 | LETTER dated 7/26/99 from Samantha J. Leventhal to Judge Dearie, dft Michael Perrine requests permission to travel to Toms River, NJ on 7/31/99 from 12:00 p.m. until 9:00 p.m. (Piper, Francine) (Entered: 07/28/1999) |
| 07/28/1999 | | ENDORSED ORDER as to Michael Perrine, Application Granted. Dft granted permission to travel to Toms River, New Jersey on 7/31/99 from 12:00 p.m. until 9:00 p.m. ( Signed by Judge Raymond J. Dearie , on 7/28/99) c/m (endorsed on letter, document #297) (Piper, Francine) (Entered: 07/28/1999) |
| 08/02/1999 | 299 | LETTER dated 7/28/99 from Andrew Weinstein to Mag. Mann, requesting that Mr. Locascio's bail conditions be extended to permit him to travel to Maryland on 8/2 - 8/4. (Piper, Francine) (Entered: 08/02/1999) |
| 08/02/1999 | | ENDORSED ORDER as to Rico Locascio, Application to permit dft to travel to Maryland on 8/2 - 8/4 is granted. ( Signed by Magistrate-Judge Roanne L. Mann , on 7/29/99) (endorsed on letter, document #299) (Piper, Francine) (Entered: 08/02/1999) |
| 08/02/1999 | 300 | LETTER dated 7/27/99 from Alyza D. Lewisn to Judge Dearie, requesting on behalf of dft Roy Ageloff, that bail limits be extended to Washington D.C. (Piper, Francine) (Entered: 08/02/1999) |
| 08/02/1999 | | ENDORSED ORDER as to Roy Ageloff, Application for dft bail limits to be extended to Washington D.C. is granted. ( Signed by Judge Raymond J. Dearie , on 7/29/99) c/m (endorsed on letter, document #300) (Piper, Francine) (Entered: 08/02/1999) |
| 08/05/1999 | 372 | CJA 20 as to Vito Padulo : Appointment of Attorney Voucher # 1071344 (Signed by Magistrate A. S. Chrein, Dated 8/5/99) (Coleman, Daphine) (Entered: 11/04/1999) |
| 08/06/1999 | 303 | NOTICE of Appearance for Joseph Rosetti by Attorney Robert S. Wolf (Piper, Francine) (Entered: 08/09/1999) |
| 08/09/1999 | 304 | LETTER dated 8/5/99 from Jennifer M. O'Connor to Judge Dearie, requesting an extension of the bail limits for Roy Ageloff to include New Jersey. (Piper, Francine) (Entered: 08/09/1999) |
| 08/09/1999 | | ENDORSED ORDER as to Roy Ageloff, Application to extend the bail limits for dft to include New Jersey is Granted. ( Signed by Judge Raymond J. Dearie , on 8/5/99) c/m (endorsed on letter, document #304) (Piper, Francine) (Entered: 08/09/1999) |
| 08/09/1999 | 305 | LETTER dated 8/5/99 from Sheryl E. Reich to Judge Dearie, request that dft Rui Figueredo be permitted to travel to California from 8/11 through 8/13/99. (Piper, Francine) (Entered: 08/09/1999) |
| 08/09/1999 | | ENDORSED ORDER as to Rui Reis Figueiredo, Application for dft to travel to California from 8/11 through 8/13/99 is Granted. ( Signed by Judge Raymond J. Dearie , on 8/6/99) (endorsed on letter, document #305) (Piper, Francine) (Entered: 08/09/1999) |
| 08/10/1999 | 309 | NOTICE of Appearance for Vincent Minerva by Attorney Ronald Rubinstein. (Asreen, |

| | | |
|---|---|---|
| | | Wendy) (Entered: 08/12/1999) |
| 08/11/1999 | 307 | LETTER dated 8/6/99 from Richard Levitt to Judge Dearie, requesting that dft Medaglia be permitted to travel to California from 8/11 through 8/13/99. (Piper, Francine) (Entered: 08/11/1999) |
| 08/11/1999 | | ENDORSED ORDER as to Paul Medaglia, Application for dft to travel to California from 8/11 through 8/13/99 is Granted. ( Signed by Judge Raymond J. Dearie , on 8/9/99) c/m (endorsed on letter, document #307) (Piper, Francine) (Entered: 08/11/1999) |
| 08/11/1999 | 308 | ORDER, Joseph Scarfone, Jr., Jaime Morrill, Roy Ageloff, Arthur Alonzo, Vito Gili, Neil Brauner, Nicholas Brigante, Mark Mancino, Richard Scarsella, Damon Cohen, Brent Long, William Cosidente, John Lembo, Rico Locascio, Robert Figueroa, Joseph Rosetti, Rocco Basile, dft's are reminded that the court will conduct Curcio hearings on 8/17/99 at 11:00. ( Signed by Judge Raymond J. Dearie , on 8/10/99) c/m (Piper, Francine) (Entered: 08/11/1999) |
| 08/17/1999 | 310 | NOTICE of Appearance for Mark Mancino by Attorney Kenneth J. Kaplan (Piper, Francine) (Entered: 08/18/1999) |
| 08/17/1999 | 326 | CALENDAR ENTRY as to Arthur Alonzo, Rocco Basile, Nicholas Bosco, Damon Gerard Cohen, William Cosidente, John Lembo III, Rico Locascio, Brent Calderone Longo, Mark Mancino, Jaime Scott Morrill, Vito Padulo, Joseph Scarfone Jr., Richard Scarsella ; Case called before Judge Raymond J. Dearie on date of 8/17/99 for Curcio Waivers. No appearance necessary for all other dfts and their attorneys. Next Status Conference is scheduled for 9/14/99 at 9:30 when all dfts must be present. AUSA Weissman & Jonathan Mothner; Defense Counsel, Jennifer Liang for Alonzo; Michael Bachner for Basile; Robert Wolf for Bosco; Neal Checkman for Cohen; David Stern for Cosidente; Michael Ross for Lembo; Andrew Weinstein for Locasio; Jeffrey Lichtman for Longo; Kenneth Kaplan for Mancino; Joel Walter for Morrill; Bernard Udell for Padulo; Edward Panzer for Scarfone and Joy Vastola for Scarsella. Court Reporter/ESR Lourdes Vazquez. (Piper, Francine) (Entered: 09/15/1999) |
| 08/18/1999 | 311 | NOTICE of Appearance for Vito Padulo by Attorney Bernard Udell. (Piper, Francine) (Entered: 08/18/1999) |
| 08/18/1999 | 312 | SUPERSEDING INFORMATION as to Michael Perrine (47) count(s) 1s (Piper, Francine) (Entered: 08/20/1999) |
| 08/18/1999 | 313 | WAIVER OF INDICTMENT by Michael Perrine before Judge Dearie on 8/18/99. (Piper, Francine) (Entered: 08/20/1999) |
| 08/18/1999 | 314 | CALENDAR ENTRY as to Michael Perrine ; Case called before Judge Raymond J. Dearie on date of 8/18/99 for Guilty Plea. AUSA Andrew Weissmann/Jonathan Mothner; Defense Counsel, Samantha J. Leventhal. Court Reporter/ESR Burt Sulzer. Guilty: Michael Perrine (47) count(s) 1s . Sentencing will be set by probation. Transcript of the proceeding shall be sealed. (Piper, Francine) (Entered: 08/20/1999) |
| 08/19/1999 | 317 | CALENDAR ENTRY as to Barry Miele, Robert Figueroa ; Case called before Judge Raymond J. Dearie on date of 8/19/99 for Curcio Waivers. Dft Robert Figueroa has hired retained counsel. Retained counsel and CJA attorney Lashley must appear at the status conference set for 9/14/99 at 9:30 where dfts must be present. AUSA Andrew Weissmann/Jonathan Mothner; Defense Counsel, Barry Lichtman. Court Reporter/ESR Burt Sulzer. (Piper, Francine) (Entered: 08/23/1999) |
| 08/20/1999 | 315 | NOTICE of Appearance for Michael Perrine by Attorney Edward M. Shaw (Piper, Francine) (Entered: 08/20/1999) |

| | | |
|---|---|---|
| 08/20/1999 | 316 | NOTICE of Appearance for Robert Figueroa by Attorney James R. Froccaro (Piper, Francine) (Entered: 08/20/1999) |
| 08/23/1999 | 318 | NOTICE of Appearance for Michael Perrine by Attorney Samantha Leventhal. (Piper, Francine) (Entered: 08/23/1999) |
| 08/23/1999 | 319 | LETTER dated 8/19/99 from Bettina Schein to Andrew Weissman, requesting material in the nature of discovery and inspection. (Piper, Francine) (Entered: 08/24/1999) |
| 08/24/1999 | 320 | CJA 23 FINANCIAL AFFIDAVIT by William Cosidente (Piper, Francine) (Entered: 08/24/1999) |
| 09/03/1999 | 322 | NOTICE of Appearance for David Dunham by Attorney Gail E. Laser (Piper, Francine) (Entered: 09/07/1999) |
| 09/07/1999 | 321 | LETTER dated 9/2/99 from Joyce B. David to Judge Dearie, requesting permission to leave the jurisdiction for a business trip to chicago from 9/20 through 9/23. (Piper, Francine) (Entered: 09/07/1999) |
| 09/07/1999 | | ENDORSED ORDER as to Jeffrey Van Blarcom, Application for dft to leave the jurisdiction for a business trip to Chicago from 9/20/ to 9/23/99 is granted. ( Signed by Judge Raymond J. Dearie , on 9/2/99) c/m (endorsed on letter, document on #321) (Piper, Francine) (Entered: 09/07/1999) |
| 09/13/1999 | 323 | LETTER dated 9/13/99 from AUSA Andrew Weissmann to Judge Dearie, setting forth the government's position re: whether a waiver of confilct of interest can be made by dft. Vito Gili, Jr. (Reddy, Lisa) (Entered: 09/13/1999) |
| 09/13/1999 | 324 | LETTER dated 9/13/99 from AUSAs Weissman and Mothner to Judge Dearie, advising that dft. Michael Perrine intends to attend the court appearance in this case on 9/14/99. (Reddy, Lisa) (Entered: 09/13/1999) |
| 09/13/1999 | 325 | LETTER dated 9/13/99 from James M. LaRossa to Judg Dearie, requesting that Mr. Lembo's appearance be waived for purposes of the hearing set for 9/14/99. (Piper, Francine) (Entered: 09/14/1999) |
| 09/13/1999 | 1368 | Letter dated 9/13/1999 from AUSA Andrew Weissmann and Jonathan Mothner to USDJ Dearie responding to dft Joseph DiBella's request for an order setting bail. (Nieves, Adrian) (Entered: 07/25/2003) |
| 09/14/1999 | 327 | LETTER dated 9/13/99 from Gail E. Laser to Jonathan Mothner, formal request for discovery. (Piper, Francine) (Entered: 09/15/1999) |
| 09/14/1999 | 367 | NOTICE of Appearance for Joseph Rosetti by Attorney Diarmuid White (Piper, Francine) (Entered: 10/28/1999) |
| 09/14/1999 | 368 | CALENDAR ENTRY as to All dfts, Case called before Judge Raymond J. Dearie on date of 9/14/99 for Status Conference. Defense will form a defanse committee to coordinate all efforts, Re: Discovery documents shall be bate stamped. 2 copies of docoments, relevant to trial will be made available to the committee & counsel. Trial liability to be fall 2000 (Oct). Dft's motions will be set at status conference on 11/3/99 at 9:30. (dft's excused). Bail applications heard. Dft Miele, Dft Dibella. Court Reporter/ESR Michael Picozzi. (Piper, Francine) (Entered: 10/28/1999) |
| 09/15/1999 | 328 | TRANSCRIPT for Cucio Waiver filed in case as to Roy Ageloff, Arthur Alonzo, Rocco Basile, Nicholas Bosco, Neil Brauner, Damon Gerard Cohen, William Cosidente, Robert Figueroa, Vito Gili, John Lembo III, Rico Locascio, Brent Calderone Longo, Mark Mancino, Jaime Scott Morrill, Vito Padulo, Joseph Rosetti, Joseph Scarfone Jr., Richard Scarsella for dates of ; Court Reporter/ESR: Lourdes Vazquez; Court Transcriber, Cindy |

|  |  | Savoia; TypeWrite Word Processing Service. (Piper, Francine) (Entered: 09/16/1999) |
| --- | --- | --- |
| 09/16/1999 | 329 | LETTER dated 9/15/99 from Andrew Weissman to Gustave H. Newman, enclosing two sets of (1) Catoggio consensual prison tapes (15); (b) Ageloff consensual tapes (7); and (c) a Christopher Miano consensual tape. (Piper, Francine) (Entered: 09/17/1999) |
| 09/16/1999 | 330 | LETTER dated 9/15/99 from Jonathan Mothner to Gustave Newman, advising that two sets of documents, with bate stamps, are being copied at the govt's expense by Commerce Photo and will be delivered 9/16. (Piper, Francine) (Entered: 09/17/1999) |
| 09/20/1999 | 331 | TRANSCRIPT filed in case as to Robert Catoggio, Donald Messinger, Barry Miele, Alan Koop, Marcelo Quintero, Michael Trocchio, Dominick Froncillo, Roy Ageloff, Stephen Agnese, Arthur Alonzo, John Asaro, Randy Ashenfarb, Rocco Basile, William Joseph Battista, Michael A. Bengen, John Besarany, Nicholas Bosco, Fabio Borgognone, Neil Brauner, Nicholas Briganti, Ronald Cataggio, Anthony Cavicchio, John Claudino, Damon Gerard Cohen, William Cosidente, Ronald Cropper Jr., Joseph Dibella, David Dunham, Jonathan Durinda, Rui Reis Figueiredo, Robert Figueroa, Vito Gili, Valery Goldberg, Gregory Groeller, Thomas Gucciardo, John Lembo III, Rico Locascio, Brent Calderone Longo, Mark Mancino, Paul Medaglia, Christopher L. Miano, Vincent Minerva, Christopher Mormando, Jaime Scott Morrill, Joel Nazareno, Vito Padulo, Michael Perrine, Scott Piccininni, Frank J. Pizzolato, Thomas Plamenco, Joseph Rosetti, Keith Ruffler, Kirk Ruffler, Michael Scaramellino, Joseph Scarfone Jr., Richard Scarsella, Paul Tahan, Jeffrey Van Blarcom, Victor Vernaci for dates of 9/14/99 ; Court Reporter/ESR: Michael Picozzi (Yuen, Sui May) (Entered: 09/20/1999) |
| 09/22/1999 | 332 | LETTER dated 9/13/99 from J. Bradley Bennett, Esq. to Judge Dearie submitted on behalf of deft. Ageloff as a motion for a waiver of Mr. Ageloff's presence at the 9/15/99 status conference. (Permaul, Jenny) (Entered: 09/22/1999) |
| 09/23/1999 | 333 | LETTER dated 9/21/99 from Jonathan Mothner to Benjamin Brafman, enclosing a copy of a report containing the substance of statements made by Arthur Alonzo to law enforcement officers on 7/17/99. (Piper, Francine) (Entered: 09/23/1999) |
| 09/23/1999 | 334 | LETTER dated 9/21/99 from Jonatan Mothner to Michael Rosen, enclosing copies of reports containing statements made by Joseph DiBella to FBI agents on 5/10/96 and 5/2/97. (Piper, Francine) (Entered: 09/23/1999) |
| 09/24/1999 | 336 | LETTER dated 9/22/99 from Andrew J. Weinstein to Mag. Caden, requesting that dft Locasio's bail conditions be extended to permit him to attend a wedding in Aventura Florida from 9/30/99 and returning on 10/5/99. (Piper, Francine) Modified on 09/27/1999 (Entered: 09/27/1999) |
| 09/24/1999 | 337 | INTER-OFFICE MEMO from Melony C. Bedford to Judge Dearie dated 9/20/99, requesting that dft Victor Vernaci's bail be modified to include the States of New Jersey and Florida in his travel restrictions. (Piper, Francine) (Entered: 09/27/1999) |
| 09/27/1999 | 335 | LETTER dated 9/23/99 from Gerald J. Di Chiara to Mag. Pollak, requesting that dft Borgonone's bond restrictions be modified so as to allow for travel to the District of New Jersey. (Piper, Francine) (Entered: 09/27/1999) |
| 09/27/1999 |  | ENDORSED ORDER as to Fabio Borgognone, Dft's bond restrictions is modified as to allow for travel to the District of New Jersey. ( Signed by Magistrate-Judge Cheryl L. Pollak , on 9/23/99) (endorsed on letter, document #335) (Piper, Francine) (Entered: 09/27/1999) |
| 09/27/1999 |  | ENDORSED ORDER as to Victor Vernaci, dft's travel restrictions are amended to include New Jersey and Florida. ( Signed by Judge Raymond J. Dearie , on 9/23/99) (endorsed on interoffice memorandum, document #337))) (Piper, Francine) (Entered: |

| | | 09/27/1999) |
|---|---|---|
| 09/27/1999 | 338 | TRANSCRIPT of Proceedings before Judge Dearie filed in case as to Robert Figueroa, Barry Miele for dates of 8/19/99 ; Court Reporter/ESR: Burton H. Sulzer; AUSA Jonathan Mothner, Andrew Weissmann; Defense Counsel, Alan Lashley for Figueroa; Jeffrey Lichtman for Miele. (Piper, Francine) (Entered: 09/27/1999) |
| 09/29/1999 | 339 | LETTER dated 9/14/99 from Joel S. Walter to Mag. Pollak, requesting that the court appoint Elena Lazarou, to assist in a para-legal capacity regarding dft Jaime Morrill. (Piper, Francine) (Entered: 09/29/1999) |
| 09/29/1999 | | ENDORSED ORDER as to Jaime Scott Morrill, Request to appoint Elena Lazaour to assist in a para-legal capacity regarding dft is granted. ( Signed by Magistrate-Judge Cheryl L. Pollak , on 9/27/99) (endorsed on letter, document #339) (Piper, Francine) (Entered: 09/29/1999) |
| 09/29/1999 | 342 | CALENDAR ENTRY as to ALL DEFENDANTS, Case called before Magistrate-Judge Cheryl L. Pollak on date of 9/29/99 for Conference. Discovery dispute read. AUSA Andrew Weissmann; Jonathan Mothner. Court Reporter/ESR Fred Guerino. (Piper, Francine) (Entered: 10/08/1999) |
| 10/01/1999 | 340 | ORDER as to Rui Reis Figueiredo, directing counsel to refer all travel requests to the Pretrial Services officer for recommendation to the Court. Pretrial response due by 10/6/99. (Signed by Judge Raymond J. Dearie on 9/30/99). C/M by Chambers. See letter dated 9/27/99 from Sheryl E. Reich to Judge Dearie. (Reddy, Lisa) (Entered: 10/01/1999) |
| 10/01/1999 | 341 | CALENDAR ENTRY as to Neil Brauner ; Case called before Judge Raymond J. Dearie on date of 10/1/99 for Curcio Hearing. Court once again advises dft of his Curcio rights. Dft wishes to continue with Mr. Sercarz and waives any possible conflict of interest. Next Conference 11/3/99 at 9:30. AUSA Jonathan Mothner; Defense Counsel, Maurice Sercarz. . Court Reporter/ESR Dominick Tursi. (Piper, Francine) (Entered: 10/07/1999) |
| 10/05/1999 | 345 | ORDER SETTING CONDITIONS OF RELEASE AND Bond, Personal Recognizance Bond for $300,000 for John Asaro. Dft must remain in and not leave NYS & NJ. Dft shall surrender any and all passports to pretrial services by 10/10/99. Dft must report to pretrial services by telephone 1 time per week. ( Signed by Magistrate-Judge Cheryl L. Pollak , dated: 10/5/99) (Piper, Francine) (Entered: 10/08/1999) |
| 10/05/1999 | 1270 | CALENDAR ENTRY as to John Asaro ; Case called before Magistrate Cheryl L. Pollak on date of 10/5/99 for pleading. AUSA Jonathan Mothner, Lawrence Fagenson for deft. Tape # 99/70 (1202-3520). Deft sworn and informed of rights. Deft waives trial before District Court. Deft enters plea of Guilty: John Asaro (11) count(s) 7 . Court finds factual basis for plea. Sentencing set for 12/17/99 at 10:45 AM. Bail continued for deft. Bond is modified. New bond signed . New suretors signed bond, 2 new properties posted by these suretors. (Chee, Alvin) (Entered: 05/07/2002) |
| 10/08/1999 | 343 | LETTER dated 9/24/99 from Richard A. Greenberg to Mag. Pollak, advising that counsel Richard A. Greenberg, J.B. Bennett, Philip Katowitz, Richard Ware Levitt, Jeffrey Lichtman, Joy L. Vastola and Joel S. Walter will appear before Mag. Pollak on 9/29/99 at 5:00. (Piper, Francine) (Entered: 10/08/1999) |
| 10/08/1999 | 344 | LETTER dated 9/22/99 from Andrew J. Weinstein to Mag. Mann, requesting that Mr. Locasio's bail conditions be extended to permit him to attend a wedding in Aventura Florida on 10/2/99 leaving New York on 9/30 and returning on 10/5/99. (Piper, Francine) (Entered: 10/08/1999) |
| 10/08/1999 | | ENDORSED ORDER as to Rico Locascio, Defense counsel has advised that dft Locasio's application is withdrawn. ( Signed by Magistrate-Judge Roanne L. Mann , on |

| | | 9/23/99) (endorsed on letter, document #344) (Piper, Francine) (Entered: 10/08/1999) |
|---|---|---|
| 10/08/1999 | 346 | SEALED DOCUMENT as to John Asaro placed in vault. (Piper, Francine) (Entered: 10/08/1999) |
| 10/08/1999 | 347 | LETTER dated 10/7/99 from Michael Rosen to Judge Dearie, reply to the govt's 9/13/99 letter in which it contends that Mr. Dibella is both a flight risk and a danger to the community. (Piper, Francine) (Entered: 10/12/1999) |
| 10/12/1999 | 348 | SEALED DOCUMENT as to Christopher L. Miano placed in vault. (Piper, Francine) (Entered: 10/12/1999) |
| 10/20/1999 | 349 | LETTER dated 10/5/99 from Richard Levitt to Mag. Pollak, requesting that the govt be required to provide giglio material. (Piper, Francine) (Entered: 10/20/1999) |
| 10/21/1999 | 350 | LETTER dated 10/14/99 from Joyce B. David to Judge Dearie, requesting permission for dft Van Blarcom to leave the jurisdiction for a business trip to Boston on 10/20 and 21 to teach a class and also a trip to Chicago the 1st week in November to teach a class. (Piper, Francine) (Entered: 10/21/1999) |
| 10/21/1999 | | ENDORSED ORDER as to Jeffrey Van Blarcom, Application for dft to leave the jurisdiction for a business trip to boston on 10/20 and 21 and to chicago the 1st week in November to teach a class is Granted. ( Signed by Judge Raymond J. Dearie , on 10/19/99) (endorsed on letter, document #350) (Piper, Francine) (Entered: 10/21/1999) |
| 10/21/1999 | 351 | LETTER dated 10/18/99 from Eric M. Schlosser to Judge Dearie, dft Plamenco requests permission to travel with his family to Lancaster, Pennsylvania for three days starting on 10/20. (Piper, Francine) (Entered: 10/21/1999) |
| 10/21/1999 | | ENDORSED ORDER as to Thomas Plamenco, Application to travel to Pennsylvania with his family for three days starting on 10/20 is Granted. ( Signed by Judge Raymond J. Dearie , on 10/19/99) (endorsed on letter, document #351) (Piper, Francine) (Entered: 10/21/1999) |
| 10/22/1999 | 352 | LETTER dated 10/12/99 from Alan Nelson to Judge Dearie, requesting that the conditions of Gregory Groeller's release be modified permitting him to report to pretrial services on a weekly basis by telephone. (Piper, Francine) (Entered: 10/22/1999) |
| 10/22/1999 | | ENDORSED ORDER as to Gregory Groeller, Application to modify dft's conditions of release permitting him to report to pretrial services on a weekly basis by telephone is Granted. ( Signed by Judge Raymond J. Dearie , on 10/20/99) c/m (endorsed on letter, document #352) (Piper, Francine) (Entered: 10/22/1999) |
| 10/22/1999 | 353 | LETTER dated 10/20/99 from Nathan Lewin to All Defense Counsel, confirming that the date of the next status conference has been rescheduled to 11/3/99 at 9:30 before Judge Dearie. (Piper, Francine) (Entered: 10/22/1999) |
| 10/22/1999 | 355 | LETTER dated 10/20/99 from Andrew J. Weinstein to Patricia E. Notopoulos, enclosing the dead, appraisal and recent mortgage statement for a property located at 6 Oxholm Ave, Staten Island, NY, to be substituted for the property at 360 Mount Pleasant Ave to secure Mr. Locasio's bail. (Piper, Francine) (Entered: 10/25/1999) |
| 10/25/1999 | 354 | LETTER dated 10/19/99 from David E. Levine to Judge Dearii, requesting that dft Dominick Froncillo be allowed to surrender prior to sentencing. (Piper, Francine) (Entered: 10/25/1999) |
| 10/25/1999 | | ENDORSED ORDER as to Dominick Froncillo, As per the request of dft, he shall surrender to U.S. Marshal, EDNY by three p.m. on 10/25/99. The dft will be detained pending sentence on 11/29/99 at 12:30. ( Signed by Judge Raymond J. Dearie , on |

| | | 10/22/99) (endorsed on letter, document #354) (Piper, Francine) (Entered: 10/25/1999) |
|---|---|---|
| 10/25/1999 | 357 | LETTER dated 10/25/99 from AUSA Andrew Weissman to all defense counsel, advising that the trustee of the Adler Coleman clearing firm will permit defense counsel access to documents pertaining to Hanover Sterling, provided reasonable notice is provided re: the timing of such access. (Reddy, Lisa) (Entered: 10/26/1999) |
| 10/26/1999 | 356 | ORDER as to Dominick Froncillo, granting defendant's request to surrender by 3:00 p.m. on 10/27/99 to the U.S. Marshal. (Signed by Judge Raymond J. Dearie on 10/25/99). C/M by Chambers. See letter dated 10/25/99 from David E. Levine to Judge Dearie. (Reddy, Lisa) (Entered: 10/26/1999) |
| 10/26/1999 | 358 | LETTER dated 10/26/99 from Andrew Weissman to Mag. Pollak, advising that dft Medaglia is not entitled to additional Giglio material at this state of the proceeding. (Piper, Francine) (Entered: 10/27/1999) |
| 10/26/1999 | 359 | LETTER dated 10/26/99 from Andrew Weissman to J. Bradley Bennett, providing counsel with the case law in support of the proposition that counsel is not entitled to grand jury transcripts of witnesses who may have information favorable to the defense. (Piper, Francine) (Entered: 10/27/1999) |
| 10/28/1999 | 360 | LETTER dated 9/13/99 from James M. LaRossa to Judge Dearie, requesting that dft Lembo's appearance be waived for purposes of the 9/14/99 hearing. (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | 361 | LETTER dated 9/13/99 from Mark S. Arisohn to Judge Dearie, requesting that dft Miano be excused from the status conference set for 9/14/99 due to severe weather conditions in florida. (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | | ENDORSED ORDER as to Christopher L. Miano, Application Granted. Dft excused from status conference set for 9/13/99. ( Signed by Judge Raymond J. Dearie , on 9/13/99) (endorsed on letter, document #361) (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | 362 | LETTER dated 9/13/99 from J. Bradley Bennett to Judge Dearie, requesting a waiver of Mr. Ageloff's presence at the status conference set for 9/14/99. (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | | ENDORSED ORDER as to Roy Ageloff, Dft Ageloff excused from the conference set for 9/14/99. ( Signed by Judge Raymond J. Dearie , on 9/13/99) (endorsed on letter, document #362) (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | 363 | LETTER dated 9/13/99 from Joy L. Vastol to Judge Dearie, requesting that the court waive dft Scarsella's appearance at the status conference set for 9/14/99 at 9:30. (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | | ENDORSED ORDER as to Richard Scarsella, Dft excused from the status conference set for 9/14/99 at 9:30. ( Signed by Judge Raymond J. Dearie , on 9/13/99) (endorsed on letter, document #363) (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | 364 | LETTER dated 9/13/99 from Roberto D. Stanziale to Judge Dearie, requesting that the court excuse dft Scott Piccininni from the status conference set for 9/14/99 at 9:30. (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | | ENDORSED ORDER as to Scott Piccininni, Dft & counsel excused from the status conference set for 9/14/99 at 9:30. ( Signed by Judge Raymond J. Dearie , on 9/13/99) (endorsed on letter, document #364) (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | 365 | LETTER dated 9/13/99 from Arnold Y. Steinberg to Judge Dearie, requesting that dft Gili be excused from the status conference set for 9/14/99. (Piper, Francine) (Entered: |

| | | |
|---|---|---|
| | | 10/28/1999) |
| 10/28/1999 | | ENDORSED ORDER as to Vito Gili, Dft and counsel is excused from the status conference set for 9/14/99. ( Signed by Judge Raymond J. Dearie , on 9/13/99) (endorsed on letter, document #365) (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | 366 | LETTER dated 9/13/99 from Chad D. Seigel to Judge Dearie, requesting that the court excuse Mr. Brauner's appearance at the conference set for 9/14/99. (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | | ENDORSED ORDER as to Neil Brauner, Dft is excused from the status conference set for 9/14/99. ( Signed by Judge Raymond J. Dearie , on 9/13/99) (endorsed on letter, document #366) (Piper, Francine) (Entered: 10/28/1999) |
| 10/28/1999 | 369 | LETTER dated 10/27/99 from Andrew Weissman, Johnathan Mothner to All defense counsel, enclosing the govts estimated U.S.S.G. 2F1.1 range for each dft. (Piper, Francine) (Entered: 11/02/1999) |
| 11/01/1999 | 370 | LETTER dated 11/1/99 from Andrew Weissman to J. Bradley Bennett, declining to provide the third-party transcripts. (Piper, Francine) (Entered: 11/02/1999) |
| 11/03/1999 | 371 | LETTER dated 11/2/99 from Andrew Weissman, Jonathan Mothner, to All Defense Counsel, advising that the govt has prepared an index of the Hanover, Sterling documents which will be sent by mail and the copies of the index will be available at tomorrow's status conference. (Piper, Francine) (Entered: 11/03/1999) |
| 11/03/1999 | 375 | CALENDAR ENTRY as to dfts. Case called before Judge Raymond J. Dearie on date of 11/3/99 for Status Conference. Counsel report on-going discovery disputes. The court reminds counsel that may contact Mag. Pollak to resolve the disputes. Dft Catoggio will make a written bail application in the next few weeks. The court reminds all CJA counsel to be "task specific" when recording out-of-court time on their vouchers. Arguments heard from dft Dibella's bail application. Counsel will supplement the proposed security and advise the court in writing of the new proposed bail package - the court will defer decision until then. Next Status Conference 1/14/00 at 9:30. Dft continue to be excused, at their option. AUSA Andrew Weissman & Jonathan Mothner. Court Reporter/ESR Gene Rudolph. (Piper, Francine) (Entered: 11/09/1999) |
| 11/08/1999 | 373 | LETTER dated 11/2/99 from Nathan Lewin to Mr. Weissman, acknowledging receipt of letter, advising that an index of the Hanover, Sterling and Co. documents will be provided to defense counsel. The documents themselves -- which relate to the most significant brokerage firm in the indictment -- have not heretofore been available for defense counsel review. (Greene, Donna) (Entered: 11/08/1999) |
| 11/08/1999 | 374 | LETTER dated 9/22/99 from Nathan Lewin to All Defense Counsel, advising that the status conference will be held on 11/3/99 at 9:30 before Judge Dearie. (Piper, Francine) (Entered: 11/08/1999) |
| 11/08/1999 | 376 | LETTER dated 11/4/99 from Joel S. Walter to Mag. Pollak, requesting permission to have the documents related to dft Morrell currently at Commerce Photo in Manhattan copied and paid from CJA funds. (Piper, Francine) (Entered: 11/10/1999) |
| 11/10/1999 | | ENDORSED ORDER as to Jaime Scott Morrill. Requests for permission for documents currently at Commerce Photo to be copied and paid from CJA funds is Granted. ( Signed by Magistrate Cheryl L. Pollak , on 11/9/99) (endorsed on letter, document #376) (Piper, Francine) (Entered: 11/10/1999) |
| 11/15/1999 | 377 | LETTER dated 11/10/99 from Andrew Weissmann and Jonathan Mothner to All defense counsel, advising that the govt has sent to commerce photo and Mr. Newman, a copy of |

| | | |
|---|---|---|
| | | the expert's report regarding handwriting and the backup documentation report as per the court's discovery order. (Piper, Francine) (Entered: 11/15/1999) |
| 11/15/1999 | 378 | LETTER dated 11/10/99 from Kathryn Cintron to Gustave Newman, advising that two Bates-stamped copies of the PCM Search Warrant Affidavit are being provided. (Piper, Francine) (Entered: 11/15/1999) |
| 11/19/1999 | 379 | LETTER dated 11/15/99 from Joyce B. David to Judge Dearie, advising that Jeffrey Van Blarcom has requested permission to travel to Chicago on business on 11/17 - 11/20/99 and permission to visit his grandmother in Venice, Florida from 12/12 - 12/20/99. (Piper, Francine) (Entered: 11/19/1999) |
| 11/22/1999 | 380 | LETTER dated 11/9/99 from Mitchell A. Golub to Judge Dearie, requesting modification of dft Cavicchio's bail conditions to allow him to travel to Pittsburgh, Pennsylvania with his family by car from 11/24 and return on 11/28. (Piper, Francine) (Entered: 11/22/1999) |
| 11/22/1999 | | ENDORSED ORDER as to Anthony Cavicchio, Application for dft to travel to Pittsburgh, Pennsylvania on 11/24 and return on 11/28 is granted. ( Signed by Judge Raymond J. Dearie , on 11/17/99) c/m (endorsed on letter, document #380) (Piper, Francine) (Entered: 11/22/1999) |
| 11/24/1999 | 384 | LETTER dated 11/24/99 from Andrew Weissmann and Jonathan to Defense Counsel, enclosing information supporting the govt's estimate of dft's loss calculation. (Piper, Francine) (Entered: 11/30/1999) |
| 11/30/1999 | 381 | LETTER dated 11/19/99 from Harry C. Batchelder to Judge Dearie, advising that dft John Besarany will be traveling to the Redwood Inn in Berkshire, Massachusetts for the period 11/26 through 11/28/99 and the govt has no objection to the request. (Piper, Francine) (Entered: 11/30/1999) |
| 11/30/1999 | | ENDORSED ORDER as to John Besarany, Dft is granted permission to travel to the Redwood Inn in Berkshire, Massachusetts from 11/26 through 11/28/99. ( Signed by Judge Raymond J. Dearie , on 11/24/99) (endorsed on letter, document #381) (Piper, Francine) (Entered: 11/30/1999) |
| 11/30/1999 | 382 | LETTER dated 11/22/99 from Chad D. Seigel to Judge Dearie, requesting permission to travel to Maryland between 11/24 and 11/28/99. (Piper, Francine) (Entered: 11/30/1999) |
| 11/30/1999 | | ENDORSED ORDER as to Neil Brauner, Application for dft to travel to Maryland between 11/24 and 11/28/99 is granted. ( Signed by Judge Raymond J. Dearie , on 11/23/99) c/m (endorsed on letter, document #382) (Piper, Francine) (Entered: 11/30/1999) |
| 11/30/1999 | 383 | LETTER dated 11/19/99 from David E. Levine to Judge Dearie, confirming the adjournment of dft Froncillo's sentencing from 11/29/99 to 1/14/00 at 12:00. (Piper, Francine) (Entered: 11/30/1999) |
| 12/16/1999 | 385 | LETTER dated 12/15/99 from Gustave H. Newman to Judge Dearie, requesting that dft Robert Catoggio be released on bail, with conditions. (Piper, Francine) (Entered: 12/17/1999) |
| 12/20/1999 | 386 | CALENDAR ENTRY as to Robert Catoggio ; Case called before Judge Raymond J. Dearie on date of 12/20/99 for Bail Application. Parties to agree on a bail package within 24 hours. AUSA Jonathan Mothner; Defense Counsel, Gustave Newman. Court Reporter/ESR Mike Picozzi. (Piper, Francine) (Entered: 12/22/1999) |
| 12/22/1999 | 388 | CALENDAR ENTRY as to Robert Catoggio ; Case called before Judge Raymond J. Dearie on date of 12/22/99 for Conference on Bail. Bail package presented to the court. Bond modified. Paragraph 2 of order, travel to Florida will be a request basis with all |

| | | |
|---|---|---|
| | | parties notified. Paragraph 3, dft will pay for polygraph tests. Paragraph 14, 7 days to complete financials. Dft will not be released until suretires in florida sign the bond. AUSA J. Mothner; Defense Counsel, Richard Greenberg. Court Reporter/ESR M. Picozzi. (Piper, Francine) (Entered: 12/30/1999) |
| 12/28/1999 | 387 | ORDER SETTING CONDITIONS OF RELEASE AND BOND, Secured Appearance Bond for Robert Catoggio. Dft must remain in and not leave EDNY, SDNY & Florida. Dft is subject to home detention with electronic monitoring. Dft can leave his home for visits with his attorneys, to review documents at the govt's document room and to visit his mother as set forth in the attached rider. Dft must pay the cost of treatment electronic monitoring. ( Signed by Judge Raymond J. Dearie , dated: 12/22/99) (Piper, Francine) (Entered: 12/28/1999) |
| 01/07/2000 | 389 | SEALED DOCUMENT placed in vault . (Piper, Francine) (Entered: 01/07/2000) |
| 01/12/2000 | 392 | NOTICE of Change of Address by Jeffrey Lichtman,as attorney for Barry Miele to 41 Madison Avenue, 34th Floor, NY, NY 10010. (Piper, Francine) (Entered: 01/18/2000) |
| 01/13/2000 | 393 | NOTICE of Change of Address by Jeffrey Lichtman, attorney for Brent Calderone Longo to 41 Madison Avenue, 34th Floor, NY, NY 10010. (Piper, Francine) (Entered: 01/18/2000) |
| 01/14/2000 | 390 | LETTER dated 1/7/00 from Kenneth J. Kaplan to Judge Dearie, requesting permission for dft Mark Mancino to travel to Atlanta, Georgia on 1/27/00 and return to his home in Florida on 1/31/00. (Piper, Francine) (Entered: 01/14/2000) |
| 01/14/2000 | | ENDORSED ORDER as to Mark Mancino, Dft's application to travel to Atlanta Georgia from 1/27/00 and return to Florida on 1/31/00 is Granted. ( Signed by Judge Raymond J. Dearie , on 1/12/00) c/m (endorsed on letter, document #390) (Piper, Francine) (Entered: 01/14/2000) |
| 01/14/2000 | 391 | LETTER dated 1/11/00 from William J. Aronwald to Judge Dearie, counsel and Lawrence Hochheiser requests to be excused from attending the pretrial conference set for 1/14 since dft Kirk Ruffler and Keith Ruffler are scheduled to plead guilty on 1/25. (Piper, Francine) (Entered: 01/14/2000) |
| 01/14/2000 | | ENDORSED ORDER as to Keith Ruffler, Kirk Ruffler, Counsels request to be excused from the conference set for 1/14 is granted. ( Signed by Judge Raymond J. Dearie , on 1/13/00) (endorsed on letter, document #391) "OK TO DOCKET" (Piper, Francine) (Entered: 01/14/2000) |
| 01/14/2000 | 396 | CALENDAR ENTRY as to all defendants, Case called before Judge Raymond J. Dearie on date of 1/14/00 for Status Conference. Dft counsel may meet in courtroom 304 after the status conference. Pro Hac Vice motion granted as to AUSA Bruce Bettigold. Govt informs the court that 2/1 is the plea cut-off date. The govt shall submit a preliminary proposal on how the case will break up. Dft's motions by 4/3/00. Govt's response by 5/1/00. Next Status Conference 4/14/00 at 9:30 (dfts are excused). The court hears argument on bail, re: Dft DiBella. The parties shall fashion a bail package which will include electronic monitoring. $2 million Bond and at least the same conditions as dft Catoggio's bond. Court Reporter/ESR Mike Picozzi. AUSA Andrew Weissman, Jonathan Mother, Bruce Bettigold. (Piper, Francine) (Entered: 01/20/2000) |
| 01/14/2000 | 401 | CALENDAR ENTRY as to Dominick Froncillo ; Case called before Judge Raymond J. Dearie on date of 1/14/00 for Sentencing. AUSA J. Mothner; Defense Counsel, David Levine. Court Reporter/ESR M. Picozzi. (Piper, Francine) (Entered: 01/27/2000) |
| 01/14/2000 | | Sentencing held Dominick Froncillo (7) count(s) 1 (Piper, Francine) (Entered: 01/27/2000) |

| | | |
|---|---|---|
| 01/19/2000 | 394 | LETTER dated 1/12/00 from Andrew Weissman to Judge Dearie, requesting tht dft Dominick Froncillo's motion for a downward departure be denied. (Piper, Francine) (Entered: 01/19/2000) |
| 01/19/2000 | 395 | LETTER dated 1/14/00 from James M. LaRossa to Judge Dearie, requesting that dft John Lembo bail conditions be extended to permit him to travel to Lake Tahoe from 2/3/00 and return on 2/7/00. (Piper, Francine) (Entered: 01/19/2000) |
| 01/19/2000 | | ENDORSED ORDER as to John Lembo III, Application Granted. Dft is granted permission to travel to Lake Tahoe from 2/3/00 to 2/7/00. Counsel is reminded to make travel requests through pretrial services initially. ( Signed by Judge Raymond J. Dearie , on 1/18/00) (endorsed on letter, document #395) (Piper, Francine) (Entered: 01/19/2000) |
| 01/19/2000 | 397 | INTER-OFFICE MEMO, from Luis Piedra to Judge Dearie dated 1/19/00, requesting that the court allow the dft John Besarany to travel to Berkshire, Massachusetts for days from 1/21 to 1/23. (Piper, Francine) (Entered: 01/20/2000) |
| 01/20/2000 | | ENDORSED ORDER as to John Besarany, Dft is granted permission to travel to Massachusetts on 1/21/ to 1/23. ( Signed by Judge Raymond J. Dearie , on 1/20/00) (endorsed on document #397) (Piper, Francine) (Entered: 01/20/2000) |
| 01/26/2000 | 398 | LETTER dated 1/12/00 from Andrew Weissman to Judge Dearie, requesting that dft Froncillo's motion for a downward departure be denied. (Piper, Francine) (Entered: 01/26/2000) |
| 01/26/2000 | 399 | LETTER dated 12/30/99 from David E. Levine to Judge Dearie, requesting downward departure as to dft Dominick Froncillo. (Piper, Francine) (Entered: 01/26/2000) |
| 01/27/2000 | 400 | LETTER dated 1/19/00 from Ronald Rubinstein to Judge Dearie, requesting that dft Vincent Minerva's bail restrictions be modified so that he may travel to Puerto Rico from 2/12/00 to 2/19/00. (Piper, Francine) (Entered: 01/27/2000) |
| 01/27/2000 | | ENDORSED ORDER as to Vincent Minerva, Dft granted to travel to Puerto Rico from 2/12/00 to 2/19/00. ( Signed by Judge Raymond J. Dearie , on 1/26/00) c/m & faxed. (endorsed on letter, document #400) (Piper, Francine) (Entered: 01/27/2000) |
| 01/27/2000 | 402 | JUDGMENT Dominick Froncillo (7) count(s) 1. Dft to be imprisoned for 21 months. The court recommends to the Bureau of Prisons that, if consistent with the Bureau of Prisons policy and practice, the dft be designated to a facility as close to the new york city area as possible. Dft is continued in the custody of the U.S. Marsal. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft shall pay restitution in the amount of $800,000. Dft shall deposit the remaining $5,000 with the clerk of the court as per agreement with U.S. Attorney. Dft shall pay a fine of $20,000 and Special Assessment of $100.00. Counts Two and 5 of the indictment are dismissed upon the motion of the U.S. ( Signed by Judge Raymond J. Dearie on 1/25/00) c/m (copy also sent to Financial) (Piper, Francine) (Entered: 01/27/2000) |
| 01/27/2000 | 402 | DISMISSAL of Count(s) on Government Motion as to Dominick Froncillo terminating [59-1] motion directing the govt to produce grand jury transcripts, grand jury information, et al as to Dominick Froncillo (7) Counts Dismissed: Dominick Froncillo (7) count(s) 2, 5 (Piper, Francine) (Entered: 01/27/2000) |
| 02/01/2000 | 403 | LETTER dated 1/27/00 from Andrew Weissman and Jonathan Mothner to Defense Counsel, producing to defense counsel two sets of Bates stamped documents. (Piper, Francine) (Entered: 02/02/2000) |
| 02/01/2000 | 406 | LETTER dated 1/31/00 from Kathryn Cintron to Defense Counsel, producing transcripts of dft's prior testimony. (Piper, Francine) (Entered: 02/02/2000) |

| | | |
|---|---|---|
| 02/02/2000 | 404 | LETTER dated 1/28/00 from Michael Rosen to Judge Dearie, requesting 2 hours each weekday and 6 hours on Saturday and Sunday for dft DiBella for personal/family time off electronic monitoring. (Piper, Francine) (Entered: 02/02/2000) |
| 02/02/2000 | | ENDORSED ORDER as to Joseph Dibella, A total of 6 hours on weekends, 2 hours per day during the week for family activities only - approved. ( Signed by Judge Raymond J. Dearie , on 2/1/00) c/m (endorsed on letter, document #404) (Piper, Francine) (Entered: 02/02/2000) |
| 02/02/2000 | 405 | LETTER dated 1/28/00 from Richard A. Greenberg to Judge Dearie, dft Robert Catoggio request permission to travel to Florida from NY on 2/4/00 and returning to NY on 2/8/00. (Piper, Francine) (Entered: 02/02/2000) |
| 02/02/2000 | | ENDORSED ORDER as to Robert Catoggio, Dft granted permission to travel to Florida from NY on 2/4/00 and return on 2/8/00. ( Signed by Judge Raymond J. Dearie , on 2/1/00) c/m and faxed (endorsed on letter, document #405) (Piper, Francine) (Entered: 02/02/2000) |
| 02/03/2000 | 407 | LETTER dated 1/27/00 from AUSA Andrew Weissman to Defense Counsel, consistent with the court's order, to date, the government has produced to defense counsel two sets of Bates stamped documents. (Greene, Donna) (Entered: 02/03/2000) |
| 02/08/2000 | 408 | LETTER dated 1/31/00 from Harry C. Batchelder to Judge Dearie, advising that dft John Besarany will be traveling to Mount Snow located in Dover, Vermont for the dates of 2/4 and 2/5. (Piper, Francine) (Entered: 02/08/2000) |
| 02/08/2000 | 409 | SEALED DOCUMENT plaed in vault as per order of Judge Dearie. (Piper, Francine) (Entered: 02/08/2000) |
| 02/08/2000 | 410 | arrest WARRANT Returned Executed as to Arthur Alonzo on 2/8/00 (Piper, Francine) (Entered: 02/09/2000) |
| 02/08/2000 | 411 | CALENDAR ENTRY as to Arthur Alonzo ; Case called before Judge Raymond J. Dearie on date of 2/8/00 for Status Conference. Dft Alonso's bail is revoked and a permanent order of detention is entered. The matter is adjourned sine die. Dft shall make a bail application in the future and contact the clerk. Govt's motion to unseal affidavit in support of arrest warrant is granted. AUSA Jon Mothner; Defense Counsel, Benjamin Brafman/Melinda Sarafa. Court Reporter/ESR Henry Legendre. (Piper, Francine) (Entered: 02/09/2000) |
| 02/09/2000 | 412 | COMMITMENT ORDER as to Arthur Alonzo, The U.S. Marshal is commanded to take the custody of dft and commit him with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the U.S. where the dft shall be received and safely kept until discharge in due course of law. ( Signed by Judge Raymond J. Dearie , on 2/8/00) (certified copy sent to U.S. Marshals) (Piper, Francine) (Entered: 02/09/2000) |
| 02/09/2000 | 413 | (CORRECTED COPY) LETTER dated 2/8/00 from Andrew Weissman to Judge Dearie, requesting that dft Arthur Alonzo be remanded. (Piper, Francine) (Entered: 02/09/2000) |
| 02/09/2000 | 414 | SEALED DOCUMENT as to Kirk Ruffler placed in vault. (Piper, Francine) (Entered: 02/09/2000) |
| 02/09/2000 | 415 | SEALED DOCUMENT as to Keith Ruffler placed in vault. (Piper, Francine) (Entered: 02/09/2000) |
| 02/09/2000 | 1315 | CALENDAR ENTRY as to Kirk Ruffler ; Case called before Magistrate Cheryl L. Pollak on date of 2/9/00 for pleading. AUSA Andrew Weissman and Jonathan Mothner, Lawrence Hochheiser for deft. Tape # 00/11 (0-2759). Deft sworn, informed of rights and |

| | | |
|---|---|---|
| | | waives trial before District court. Deft enters plea of Guilty: Kirk Ruffler (53) count(s) 2 . Court finds factual basis for plea. Sentencing date set for 5/5/00 at 11 AM. Bail continued for deft. Plea marked as exhibit 2. Calendar unsealed on 12/18/02 to facilitate docketing. (Chee, Alvin) (Entered: 12/18/2002) |
| 02/09/2000 | 1316 | CALENDAR ENTRY as to Keith Ruffler ; Case called before Magistrate Cheryl L. Pollak on date of 2/9/00 for pleading. AUSA Andrew Weissman and Jonathan Mothner, William Aronwald for deft. Tape # 00/11 (0-2759). Deft sworn, informed of rights and waives trial before District court. Deft enters plea of Guilty: Keith Ruffler (52) count(s) 2 . Sentencing set for 5/5/00 at 11 AM. Bail continued for deft. Calendar was unsealed on 12/18/02 to facilitate docketing. (Chee, Alvin) (Entered: 12/18/2002) |
| 02/10/2000 | 416 | LETTER dated 11/19/99 from Harry C. Batchelder, Jr. to Judge Dearie, advising that John Besarany will be traveling to Mont Snow located in Dover, Vermon for the dates 2/4 and 2/5. (Greene, Donna) (Entered: 02/10/2000) |
| 02/11/2000 | 417 | ORDER as to Brent Calderone Longo referring the guilty plea to the Magsitrate Judge. Signed by Judge Raymond J. Dearie on 1/18/00 and by Magistrate Pollak on 2/11/00. (Asreen, Wendy) (Entered: 02/11/2000) |
| 02/11/2000 | 418 | CALENDAR ENTRY as to Brent Calderone Longo ; Case called before Magistrate Cheryl L. Pollak on 2/11/00 for pleading. AUSA: Andrew Weissman and Jonathan Mothner. Defense counsel: Jeffrey Lichtman. Tape # 00/12 (1577-3208). The defendant pleads Guilty: Brent Calderone Longo (38) count(s) 9 . t Sentencing set for 11:30 on 3/31/00 before Judge Raymond J. Dearie . (Asreen, Wendy) (Entered: 02/11/2000) |
| 02/14/2000 | 419 | LETTER dated 2/10/00 from Andrew J. Weinstein to Mag. Chrein, requesting that dft Locasio's bail conditions be extended to permit him to travel to florida for a family vacation. (Piper, Francine) (Entered: 02/15/2000) |
| 02/17/2000 | 420 | LETTER dated 2/10/00 from Andrew J. Weinstein to Mag. Chrein, requesting that dft Locasio's bail conditions be extended to permit him to take a family vacation to Florida. (Piper, Francine) (Entered: 02/17/2000) |
| 02/17/2000 | | ENDORSED ORDER as to Rico Locascio, Application for dft to travel to florida from 2/17/00 and return on 2/25/00 is granted. ( Signed by Magistrate A. S. Chrein , on 2/11/00) (endorsed on letter, document #420) (Piper, Francine) (Entered: 02/17/2000) |
| 02/18/2000 | 421 | CALENDAR ENTRY as to Arthur Alonzo, Michael A. Bengen ; Case called before Judge Raymond J. Dearie on date of 2/18/00 for Status Conference. Brafman asks to be relieved, granted. Status Conference set for new counsel on 3/3/00 at 11:00 for dft Alonso. AUSA Andrew Weissmann; Defense Counsel, Jennifer A. Liang & Melinda Sarafa for Alonso; Phil Katowitz by Joel Walter for Bengen. Court Reporter/ESR Janet Hamilton. (Piper, Francine) (Entered: 02/18/2000) |
| 02/23/2000 | 422 | ORDER as to Jeffrey Van Blarcom, CJA attorney Joyce B. David is authorized to submit interim vouchers for the representation of her client. ( Signed by Judge Raymond J. Dearie , on 2/18/00) c/m (Piper, Francine) (Entered: 02/23/2000) |
| 02/23/2000 | 469 | ORDER OF REFERRAL as to Robert Figueroa, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/23/00) (Signed by Magistrate JUdge Cheryl Pollak 3/10/00) (Piper, Francine) (Entered: 03/14/2000) |
| 02/23/2000 | 472 | ORDER OF REFERRAL as to Rui Reis Figueiredo, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/23/00) (Signed by Magistrate Cheryl Mag. Pollak 3/10/00) (Piper, Francine) (Entered: 03/14/2000) |
| 02/23/2000 | 475 | ORDER OF REFERRAL as to Paul Medaglia, referring the taking of the guilty plea to |

| | | |
|---|---|---|
| | | Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/23/00) (Signed by Magistrate Judge Cheryl Pollak on 3/10/00) (Piper, Francine) (Entered: 03/14/2000) |
| 02/23/2000 | 478 | ORDER OF REFERRAL as to Joseph Rosetti, referring the taking of the guilty plea before Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/23/00) (Signed by Magistrate Judge Pollak 3/10/00) (Piper, Francine) (Entered: 03/14/2000) |
| 02/23/2000 | 481 | ORDER OF REFERRAL as to Richard Scarsella, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/23/00) (Signed by Magistrate Judge Cheryl Pollak on 3/10/00. (Piper, Francine) (Entered: 03/14/2000) |
| 02/24/2000 | 426 | ORDER OF REFERRAL as to Anthony Cavicchio, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/24/00) (Signed by Magistrate Judge Cheryl Pollak 2/28/00) (Piper, Francine) (Entered: 03/02/2000) |
| 02/24/2000 | 427 | ORDER OF REFERRAL as to Stephen Agnese, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/24/00) (Signed by Magistrate Judge Cheryl Pollak 2/28/00) (Piper, Francine) (Entered: 03/02/2000) |
| 02/24/2000 | 432 | ORDER OF REFERRAL as to John Claudino, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/24/00) (Signed by Magistrate Judge Cheryl Pollak on 3/3/00) (Piper, Francine) (Entered: 03/07/2000) |
| 02/24/2000 | 446 | ORDER OF REFERRAL as to Damon Gerard Cohen, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/24/00) (Signed by Magistrate Judge Cheryl Pollak 3/8/00) (Piper, Francine) (Entered: 03/09/2000) |
| 02/24/2000 | 497 | ORDER OF REFERRAL as to Neil Brauner, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/24/00) (Signed by Magistrate Judge Cheryl Pollak 3/9/00) (Piper, Francine) (Entered: 03/15/2000) |
| 02/25/2000 | 423 | INTER-OFFICE MEMO from Leslie S. Lockwood to Judge Dearie dated 2/7/00, requesting a two-week adjournment of sentencing for dft Alan Koop and Barry Miele. (Piper, Francine) (Entered: 02/25/2000) |
| 02/25/2000 | | ENDORSED ORDER as to Barry Miele, Alan Koop, Sentencing adjourned to 3/31/00 at 10:30. ( Signed by Judge Raymond J. Dearie ) c/m (Piper, Francine) (Entered: 02/25/2000) |
| 02/28/2000 | 428 | CALENDAR ENTRY as to Stephen Agnese ; Case called before Magistrate Cheryl L. Pollak on date of 2/28/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Patrick Parotta. Tape # 00/15 (1992-4261), Guilty: Stephen Agnese (9) count(s) 9 . Sentencing set for 5/19/00 at 9:30. Bail continued for dft. (Piper, Francine) (Entered: 03/02/2000) |
| 02/28/2000 | 429 | CALENDAR ENTRY as to Anthony Cavicchio ; Case called before Magistrate Cheryl L. Pollak on date of 2/28/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Mitchell Golub. Tape # 00/15 (1992-4261), Guilty: Anthony Cavicchio (22) count(s) 9 . Sentencing set for 5/19/00 at 9:30. Bail continued for dft. (Piper, Francine) (Entered: 03/02/2000) |
| 02/28/2000 | 440 | CALENDAR ENTRY as to Joseph Dibella ; Case called before Magistrate Joan M. Azrack on date of 2/28/00 for Bail Hearing. 10 Suretors sign bond. Dft to be released on wednesday 3/1/00. AUSA Jonathan Mothner; Defense Counsel, not listed. Tape # 00/15 (205-723). (Piper, Francine) (Entered: 03/08/2000) |
| 02/29/2000 | 424 | LETTER dated 2/23/00 from Harry C. Batchelder, Jr. to Judge Dearie, advising that dft John Besarany will be traveling to St Jovite, Province de Quebec from 2/25 to 2/7/00. (Piper, Francine) (Entered: 02/29/2000) |

| | | |
|---|---|---|
| 03/01/2000 | 425 | LETTER dated 2/24/00 from Michael Rosen to Jonathan Mothner, advising that dft Joseph DiBella will not be available on 2/28/00. (Piper, Francine) (Entered: 03/01/2000) |
| 03/02/2000 | 434 | ORDER OF REFERRAL, referring the taking of the guilty plea to Mag. Pollak as to David Dunham. ( Signed by Judge Raymond J. Dearie , on 3/2/00) (Signed by Magistrate Judge Cheryl Pollak 3/3/00) (Piper, Francine) (Entered: 03/07/2000) |
| 03/02/2000 | 436 | ORDER OF REFERRAL, as to Paul Tahan, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/2/00) (Signed by Magistrate Judge Cheryl Pollak on 3/3/00) (Piper, Francine) (Entered: 03/07/2000) |
| 03/02/2000 | 438 | ORDER OF REFERRAL as to Scott Piccininni, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/2/00) (Signed by Magistrate Judge Cheryl Pollak 3/3/00) (Piper, Francine) (Entered: 03/07/2000) |
| 03/03/2000 | 430 | Judgment Returned Executed as to Dominick Froncillo ; on 2/28/00; Defendant delivered to FPC Schuylkill at Minersville, PA. (Piper, Francine) (Entered: 03/06/2000) |
| 03/03/2000 | 433 | CALENDAR ENTRY as to John Claudino ; Case called before Magistrate Cheryl L. Pollak on date of 3/3/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Paul Rinaldo. Tape # 00/6C (2941-5237), Guilty: John Claudino (23) count(s) 3 . Sentencing set for 5/19/00 at 10:30. Bail continued for dft. (Piper, Francine) (Entered: 03/07/2000) |
| 03/03/2000 | 435 | CALENDAR ENTRY as to David Dunham ; Case called before Magistrate Cheryl L. Pollak on date of 3/3/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Gail Laser. Tape # 00/6C (2941-5237); Guilty: David Dunham (28) count(s) 9 . Sentencing date set for 6/9/00 at 11:00. Bail continued for dft. (Piper, Francine) (Entered: 03/07/2000) |
| 03/03/2000 | 437 | CALENDAR ENTRY as to Paul Tahan ; Case called before Magistrate Cheryl L. Pollak on date of 3/3/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Michael Haber. Tape # 00/6C (401-2941), Guilty: Paul Tahan (57) count(s) 7 . Sentencing set for 6/9/00 at 10:30. (Piper, Francine) (Entered: 03/07/2000) |
| 03/03/2000 | 439 | CALENDAR ENTRY as to Scott Piccininni ; Case called before Magistrate Cheryl L. Pollak on date of 3/3/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Roberto Stanziale. Tape # 00/6C (401-2941), Guilty: Scott Piccininni (48) count(s) 7 . Sentencing set for 6/9/00 at 10:30. Bail continued for dft. (Piper, Francine) (Entered: 03/07/2000) |
| 03/03/2000 | 441 | CALENDAR ENTRY as to Joseph Dibella ; Case called before Magistrate Joan M. Azrack on date of 3/3/00 for Status Hearing. Dft released. AUSA Andrew Weissman; Defense Counsel, Michael Rosen. Tape # 00/14 (3810 - 4524). (Piper, Francine) (Entered: 03/08/2000) |
| 03/03/2000 | 442 | ORDER SETTING CONDITIONS OF RELEASE AND BOND, 2 Million Secured Appearance Bond for Joseph Dibella. Dft must remain in and not leave NY State. Dft is subject to home detention with electronic monitoring (see attached rider of supplemental bail conditions). ( Signed by Magistrate Joan M. Azrack , dated: 3/3/00) (Piper, Francine) (Entered: 03/08/2000) |
| 03/06/2000 | 431 | LETTER dated 3/2/00 from Jennifer M. O'Connor to Judge Dearie, requesting an extension of the bail limits for dft Roy Ageloff so that he may travel to California from 3/3/00 to 3/10 for non-securites related business meetings. (Piper, Francine) (Entered: 03/06/2000) |
| 03/06/2000 | | ENDORSED ORDER as to Roy Ageloff, dft granted permission to travel to california from 3/3/00 to 3/10/00 for non-securites related business meetings. ( Signed by Judge |

| | | |
|---|---|---|
| | | Raymond J. Dearie , on 3/3/00) c/m (endorsed on letter, document #431) (Piper, Francine) (Entered: 03/06/2000) |
| 03/06/2000 | 448 | ORDER OF REFERRAL as to William Cosidente, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/6/00) (Signed by Magistrate Judge Cheryl Pollak on 3/8/00) (Piper, Francine) (Entered: 03/09/2000) |
| 03/06/2000 | 450 | ORDER OF REFERRAL as to Nicholas Briganti, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/6/00) (Signed by Magistrate Judge Cheryl Pollak) (Piper, Francine) (Entered: 03/09/2000) |
| 03/06/2000 | 459 | ORDER OF REFERRAL as to Mark Mancino, referring the taking of the guilty plea before Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/6/00) (Signged by Magistrate Judge Cheryl Pollak 3/7/00) (Piper, Francine) (Entered: 03/09/2000) |
| 03/06/2000 | 461 | ORDER OF REFERRAL as to John Lembo III, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/6/00) (Signed by Magistrate Judge Cheryl Pollak on 3/7/00) (Piper, Francine) (Entered: 03/10/2000) |
| 03/06/2000 | 484 | ORDER OF REFERRAL as to Vincent Minerva, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/6/00) (Signed by Magistrate Judge Cheryl Pollak on 3/10/00) (Piper, Francine) (Entered: 03/14/2000) |
| 03/06/2000 | 486 | ORDER as to Fabio Borgognone, referring the taking of guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/6/00) (Signed by Magistrate Pollak on 3/10/00) (Piper, Francine) (Entered: 03/14/2000) |
| 03/06/2000 | 495 | ORDER OF REFERRAL as to Ronald Cropper Jr., referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/6/00) (Signed by Magistrate Cheryl Pollak 3/10/00) (Piper, Francine) (Entered: 03/15/2000) |
| 03/06/2000 | 502 | ORDER OF REFERRAL as to Nicholas Bosco, referring the taking of guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/6/00) (Signed by Magistrate Judge Cheryl Pollak 3/10/00) (Piper, Francine) (Entered: 03/16/2000) |
| 03/06/2000 | 508 | ORDER OF REFERRAL as to Michael A. Bengen, referring the taking of guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/6/00) (Signed by Magistrate Judge Cheryl Pollak 3/10/00) (Piper, Francine) (Entered: 03/16/2000) |
| 03/07/2000 | 443 | AFFIDAVIT OF CONFESSION of Judgment as to William Cosidente in the amount of $350,000. (Piper, Francine) (Entered: 03/08/2000) |
| 03/07/2000 | 444 | ORDER OF REFERRAL as to Michael Trocchio, referring the taking of the guilty plea to Mag. Pollak ( Signed by Judge Raymond J. Dearie , on 3/7/00) (Signed by Magistrate Judge Cheryl Pollak 3/8/00) (Piper, Francine) (Entered: 03/09/2000) |
| 03/07/2000 | 453 | ORDER OF REFERRAL as to Valery Goldberg, referring the taking of the guilty plea to Mag. Pollak ( Signed by Judge Raymond J. Dearie , on 3/7/00) (Signed by Magistrate Judge Cheryl Pollak 3/8/00) (Piper, Francine) (Entered: 03/09/2000) |
| 03/07/2000 | 457 | ORDER OF REFERRAL as to William Joseph Battista, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/7/00) (Signed by Magistrate Judge Cheryl Pollak 3/8/00) (Piper, Francine) (Entered: 03/09/2000) |
| 03/07/2000 | 460 | CALENDAR ENTRY as to Mark Mancino ; Case called before Magistrate Cheryl L. Pollak on date of 3/7/00 for Pleading; Jonathan Mothner; Defense Counsel, Kenneth Kaplan. Tape # 00/16 (3900-end) 00/17 (0-418). Guilty: Mark Mancino (39) count(s) 3 . Sentencing set for 6/9/00 at 11:00. Bail continued to dft. (Piper, Francine) (Entered: 03/09/2000) |

| | | |
|---|---|---|
| 03/07/2000 | 462 | WAIVER OF INDICTMENT by John Lembo III before Mag. Pollak on 3/7/00. (Piper, Francine) (Entered: 03/10/2000) |
| 03/07/2000 | 463 | SUPERSEDING INFORMATION as to John Lembo (36) count(s) 1s (Piper, Francine) (Entered: 03/10/2000) |
| 03/07/2000 | 464 | CALENDAR ENTRY as to John Lembo III; Case called before Magistrate Cheryl L. Pollak on date of 3/7/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, James LaRossa; Tape # 00/16 (3900-end) 00/17 (0-418), Guilty: John Lembo (36) count(s) 1s . Sentencing set for 6/9/00 at 11:00. Bail continued for dft. (Piper, Francine) (Entered: 03/10/2000) |
| 03/07/2000 | 491 | ORDER OF REFERRAL as to Michael Scaramellino, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/7/00) (Signed by Magistrate Judge Pollak 3/9/00) (Piper, Francine) (Entered: 03/15/2000) |
| 03/07/2000 | 499 | ORDER OF REFERRAL as to Frank J. Pizzolato, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/7/00) (Signed by Magistrate Judge Cheryl Pollak 3/9/00) (Piper, Francine) (Entered: 03/15/2000) |
| 03/08/2000 | 445 | CALENDAR ENTRY as to Michael Trocchio ; Case called before Judge Raymond J. Dearie on date of 3/8/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Louis Diamond. Tape # 00/17 (3318-end) 00/18 (0-1092) Guilty: Michael Trocchio (6) count(s) 1s . Sentencing set for 7/14/00 at 9:30. Bail continued for the dft. (Piper, Francine) (Entered: 03/09/2000) |
| 03/08/2000 | 447 | CALENDAR ENTRY as to Damon Gerard Cohen ; Case called before Magistrate Cheryl L. Pollak on date of 3/8/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Neil Checkman; Tape # 00/17 (3318-end) 00/18 (0-1092, Guilty: Damon Gerard Cohen (24) count(s) 5 . Sentencing set for 5/19/00 at 11:00. (Piper, Francine) (Entered: 03/09/2000) |
| 03/08/2000 | 449 | CALENDAR ENTRY as to William Cosidente ; Case called before Magistrate Cheryl L. Pollak on date of 3/8/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, David Stern; Tape # 00/17 (3318-end) 00/18 (0-1092) Guilty: William Cosidente (25) count(s) 3 . Sentencing set for 6/16/00 at 2:15. Bail continued for dft. (Piper, Francine) (Entered: 03/09/2000) |
| 03/08/2000 | 451 | CALENDAR ENTRY as to Nicholas Briganti ; Case called before Magistrate Cheryl L. Pollak on date of 3/8/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Maurice Sercarz. Tape # 00/17 (3318-end) 00/18 (0-1092) Guilty: Nicholas Briganti (20) count(s) 3 . Sentencing set for 6/16/00 at 2:15. Bail continued for dft. (Piper, Francine) (Entered: 03/09/2000) |
| 03/08/2000 | 454 | WAIVER OF INDICTMENT by Valery Goldberg on 3/8/00. (Piper, Francine) (Entered: 03/09/2000) |
| 03/08/2000 | 455 | SUPERSEDING INFORMATION as to Valery Goldberg (33) count(s) 1s (Piper, Francine) (Entered: 03/09/2000) |
| 03/08/2000 | 456 | CALENDAR ENTRY as to Valery Goldberg ; Case called before Magistrate Cheryl L. Pollak on date of 3/8/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Eugene Kaplan. Tape # 00/17 (418 - 3318), Dft pleads guilty to count 1 one superseding information and count 5 of the superseding indicment. Guilty: Valery Goldberg (33) count(s) 1s, 5 . Sentencing set for 7/14/00 at 9:30. Bail continued for dft. Bond modified as to allow the dft to travel to CT, PA; NJ. (Piper, Francine) (Entered: 03/09/2000) |
| 03/08/2000 | 458 | CALENDAR ENTRY as to William Joseph Battista ; Case called before Magistrate |

| | | |
|---|---|---|
| | | Cheryl L. Pollak on date of 3/8/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Julius Wasserstein; Tape # 00/17 (418 - 3318), Guilty: William Joseph Battista (14) count(s) 3 . Sentencing date set for 7/14/00 at 10:30. Bail continued for dft. (Piper, Francine) (Entered: 03/09/2000) |
| 03/09/2000 | 452 | ORDER as to Nicholas Briganti, substituting property from the old bond. ( Signed by Magistrate Cheryl L. Pollak, , ) (Piper, Francine) (Entered: 03/09/2000) |
| 03/09/2000 | 492 | CALENDAR ENTRY as to Michael Scaramellino ; Case called before Magistrate Cheryl L. Pollak on date of 3/9/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Michael Handwalker; Tape # 00/18 (1092-3289), Guilty: Michael Scaramellino (54) count(s) 7 . Sentencing set for 7/14/00 at 11:00. Bail continued for dft. (Piper, Francine) (Entered: 03/15/2000) |
| 03/09/2000 | 498 | CALENDAR ENTRY as to Neil Brauner ; Case called before Magistrate Cheryl L. Pollak on date of 3/9/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Maurice Sercarez; Tape # 00/18 (1092-3289), Guilty: Neil Brauner (19) count(s) 9 . Sentencing set for 5/19/00. Bond is modified as to the travel restrictions. Dft is allowed to travel to the whole state of Florida - So ordered on the record by the court. (Piper, Francine) (Entered: 03/15/2000) |
| 03/09/2000 | 500 | CALENDAR ENTRY as to Frank J. Pizzolato ; Case called before Magistrate Cheryl L. Pollak on date of 3/9/00 for Pleading; AUSA Andrew Weissman & Jonathan Mothner; Defense Counsel, Susan Kellman. Court Reporter/ESR Andrew Weissman & Jonathan Mothner. Guilty: Frank J. Pizzolato (49) count(s) 7 . Sentencing set for 7/14/00 at 11:00. (Piper, Francine) (Entered: 03/15/2000) |
| 03/10/2000 | 465 | CALENDAR ENTRY as to Arthur Alonzo ; Case called before Judge Raymond J. Dearie on date of 3/10/00 for Status Conference. Lee Ginsberg, Esq. files a notice of appearance. Next Status Conference set for 4/14/00 at 9:30. AUSA Andrew Weissman; Defense Counsel, Lee Ginsberg. Court Reporter/ESR Henry Shapiro. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 466 | NOTICE of Appearance for Arthur Alonzo by Attorney Lee Ginsberg (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 468 | SUPERSEDING INFORMATION as to Rui Reis Figueiredo (30) count(s) 1s, 2s, Robert Figueroa (31) count(s) 1s, 2s, Paul Medaglia (40) count(s) 1s, 2s, Joseph Rosetti (51) count(s) 1s, 2s, Richard Scarsella (56) count(s) 1s, 2s (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 470 | WAIVER OF INDICTMENT by Robert Figueroa before Mag. Pollak on 3/10/00. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 471 | CALENDAR ENTRY as to Robert Figueroa ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, James Froccaro; Tape # 00/19 (2113-end) 00/20 (0-318), Guilty: Robert Figueroa (31) count(s) 2s . Sentencing set for 5/12/00 at 9:30. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 473 | WAIVER OF INDICTMENT by Rui Reis Figueiredo before Mag. Pollak on 3/10/00. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 474 | CALENDAR ENTRY as to Rui Reis Figueiredo ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Gerald Lefcourt; Tape # 00/19 (2113-end) 00/20 (0-318), Guilty: Rui Reis Figueiredo (30) count(s) 2s . Sentencing set for 5/12/00 at 12:00. Bail continued for dft. (Piper, Francine) (Entered: 03/14/2000) |

| | | |
|---|---|---|
| 03/10/2000 | 476 | WAIVER OF INDICTMENT by Paul Medaglia before Mag. Pollak on 3/10/00. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 477 | CALENDAR ENTRY as to Paul Medaglia ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Richard Ware Levitt. Tape # 00/19 (2113-end) 00/20 (0-318), Guilty: Paul Medaglia (40) count(s) 2s . Sentencing set for 5/12/00 at 11:00. Bail continued for dft. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 479 | WAIVER OF INDICTMENT by Joseph Rosetti before Mag. Pollak on 3/10/00. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 480 | CALENDAR ENTRY as to Joseph Rosetti ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Diarmuid White/Brendan White. Tape # 00/19 (2113-end) 00/20 (0-318), Guilty: Joseph Rosetti (51) count(s) 2s . Sentencing set for 5/12/00 at 11:00. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 482 | WAIVER OF INDICTMENT by Richard Scarsella before Mag. Pollak on 3/10/00. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 483 | CALENDAR ENTRY as to Richard Scarsella ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Joy Vastola; Tape # 00/19 (2113 - end) 00/20 (0-318) Guilty: Richard Scarsella (56) count(s) 2s . Sentencing set for 5/12/00 at 9:30. Bail continued for dft. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 485 | CALENDAR ENTRY as to Vincent Minerva ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading. Guilty: Vincent Minerva (42) count(s) 3 . Sentencing set for 6/23/00 at 12:00. Bail continued for dft. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 487 | CALENDAR ENTRY as to Fabio Borgognone ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Gerald DiChiara; Court Reporter/ESR 00/20 (318 - 3007), Guilty: Fabio Borgognone (18) count(s) 3 . Sentencing set for 6/23/00 at 11:30. Bail continued for dft. (Piper, Francine) (Entered: 03/14/2000) |
| 03/10/2000 | 488 | ORDER OF REFERRAL as to Victor Vernaci, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/10/00) (Signed by Magistrate Judge Cheryl Pollak 3/10/00) (Piper, Francine) (Entered: 03/15/2000) |
| 03/10/2000 | 489 | CALENDAR ENTRY as to Victor Vernaci ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Mario Gallucci; Court Reporter/ESR 00/20 (318-3007), Guilty: Victor Vernaci (59) count(s) 9 . Sentencing set for 7/21/00 at 11:00. Bail continued for dft. (Piper, Francine) (Entered: 03/15/2000) |
| 03/10/2000 | 490 | CALENDAR ENTRY as to Michael A. Bengen ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading. Case adjourned to 3/15/00 at 9:30 for guilty plea. John Kaly retained. CJA Katowitz relieved. AUSA Jonathan Mothner; Defense Counsel, John Kaley & Philip Katowitz. Tape # 00/19 (0-90). (Piper, Francine) (Entered: 03/15/2000) |
| 03/10/2000 | 493 | ORDER OF REFERRAL as to Jaime Scott Morrill, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/10/00) (Signed by Magistrate Judge Cheryl Pollak on 3/10/00) (Piper, Francine) (Entered: 03/15/2000) |

| | | |
|---|---|---|
| 03/10/2000 | 494 | CALENDAR ENTRY as to Jaime Scott Morrill ; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Joel Walter. Tape # 00/19 (90-2113), Guilty: Jaime Scott Morrill (44) count(s) 9 . Sentencing set for 7/21/00 at 11:00. Bail continued for dft. Bond modified: State of Florida. (Piper, Francine) (Entered: 03/15/2000) |
| 03/10/2000 | 496 | CALENDAR ENTRY as to Ronald Cropper Jr.; Case called before Magistrate Cheryl L. Pollak on date of 3/10/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Joseph Corozzo; Tape # 00/19 (90-2113), Guilty: Ronald Cropper (26) count(s) 3 . Sentencing set for 6/23/00 at 11:00. (Piper, Francine) (Entered: 03/15/2000) |
| 03/10/2000 | 512 | ORDER OF REFERRAL as to Vito Padulo, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/10/00) (Signed by Magistrate Judge Cheryl Pollak 3/15/00) (Piper, Francine) (Entered: 03/17/2000) |
| 03/10/2000 | | PLEA entered by Rui Reis Figueiredo, Robert Figueroa, Paul Medaglia, Joseph Rosetti, Richard Scarsella . Court accepts plea. Guilty: Rui Reis Figueiredo (30) count(s) 1s, Robert Figueroa (31) count(s) 1s, Paul Medaglia (40) count(s) 1s, Joseph Rosetti (51) count(s) 1s, Richard Scarsella (56) count(s) 1s (Piper, Francine) (Entered: 01/19/2001) |
| 03/14/2000 | 467 | LETTER dated 3/8/00 from Jennifer O'Connor to Andrew Weissman, informing the court of a change in dft Roy Ageloff's contact information in California. (Piper, Francine) (Entered: 03/14/2000) |
| 03/15/2000 | 501 | TRANSCRIPT for Guilty Plea before Mag. Pollak filed in case as to Brent Calderone Longo for dates of 2/11/00; AUSA Loretta Lynch, Andrew Weissman and Jonathan Mothner; Defense Counsel, Jeffrey Lichtman; Court Transcriber, Rosalie Lombardi, Transcriptions Plus II. (Piper, Francine) (Entered: 03/16/2000) |
| 03/15/2000 | 503 | WAIVER OF INDICTMENT by Nicholas Bosco before Mag. Pollak on 3/15/00. (Piper, Francine) (Entered: 03/16/2000) |
| 03/15/2000 | 504 | SUPERSEDING INFORMATION as to Nicholas Bosco (17) count(s) 1s (Piper, Francine) (Entered: 03/16/2000) |
| 03/15/2000 | 505 | TRANSCRIPT before Magistrate Pollak of the Guilty Plea filed in case as to Rui Reis Figueiredo, Robert Figueroa, Paul Medaglia for dates of 2/10/00. Transcript produced by Carla Nutter of Typewrite Word Processing. (Gonzalez, Mary) (Entered: 03/16/2000) |
| 03/15/2000 | 507 | CALENDAR ENTRY as to Nicholas Bosco ; Case called before Magistrate Cheryl L. Pollak on date of 3/15/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Robert Wolf; Tape # 00/21 (490-4769); Waiver of Indictment executed for dft. Superseding Information filed. Dft enters guilty plea to count 1 of the superseding information and count 3 of the superseding indictment. Guilty: Nicholas Bosco (17) count(s) 1s, 3 . Sentencing set for 6/16/00 at 3:00. Bond modified to allow dft to travel to Orlando for one week vacation. (Piper, Francine) (Entered: 03/16/2000) |
| 03/15/2000 | 509 | CALENDAR ENTRY as to Michael A. Bengen ; Case called before Magistrate Cheryl L. Pollak on date of 3/15/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, John Kaley; Tape # 00/21 (490-4769), Guilty: Michael A. Bengen (15) count(s) 9 . Sentencing set for 6/23/00 at 12:00. Bail condition for the dft. (Piper, Francine) (Entered: 03/16/2000) |
| 03/15/2000 | 510 | ORDER OF REFERRAL as to Vito Gili, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie on 3/15/00) (Signed by Magistrate Judge Cheryl Pollak on 3/15/00) (Piper, Francine) (Entered: 03/16/2000) |
| 03/15/2000 | 511 | CALENDAR ENTRY as to Vito Gili ; Case called before Magistrate Cheryl L. Pollak on |

| | | |
|---|---|---|
| | | date of 3/15/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Arnold Steinberg Tape # 00/21 (490-4769), Guilty: Vito Gili (32) count(s) 7 . Sentencing set for 7/21/00 at 9:30. Bail continued for dft. (Piper, Francine) (Entered: 03/17/2000) |
| 03/15/2000 | 513 | CALENDAR ENTRY as to Vito Padulo ; Case called before Magistrate Cheryl L. Pollak on date of 3/15/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Bernard Udell; Tape # 00/21 (490-4769), Guilty: Vito Padulo (46) count(s) 3 . Sentencing set for 7/21/00 at 10:30. Bail continued for dft. (Piper, Francine) (Entered: 03/17/2000) |
| 03/15/2000 | 514 | NOTICE of Appearance for Michael A. Bengen by Attorney John Kaley. (Piper, Francine) (Entered: 03/20/2000) |
| 03/15/2000 | 517 | ORDER OF REFERRAL as to Randy Ashenfarb, referring the taking of the guilty plea to Chrein. ( Signed by Judge Raymond J. Dearie , on 3/15/00) (Signed by Magistrate Judge Simon A. Chrein 3/27/00) (Piper, Francine) (Entered: 03/30/2000) |
| 03/15/2000 | 527 | ORDER OF REFERRAL as to Christopher Mormando, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/15/00) (Signed by Magistrate Judge Cheryl Pollak 4/6/00) (Piper, Francine) (Entered: 04/07/2000) |
| 03/16/2000 | 506 | TRANSCRIPT before Magistrate Pollak of the Guilty Plea filed in case as to Ronald Cropper Jr., Jaime Scott Morrill for dates of 2/10/00. Transcript produced by Carla Nutter Typewrite. (Gonzalez, Mary) (Entered: 03/16/2000) |
| 03/17/2000 | 515 | NOTICE of Appearance for Thomas Plamenco by Attorney Michael S. Washor (Piper, Francine) (Entered: 03/20/2000) |
| 03/22/2000 | 580 | MOTION by Gregory Groeller for Geoffrey N. Rosamond to appear pro hac vice Fee #: 25.00 Receipt #: 230053 [580-1] motion (Piper, Francine) (Entered: 05/22/2000) |
| 03/22/2000 | 581 | AFFIDAVIT of Seth T. Taube Re: In support of [580-1] motion for Geoffrey N. Rosamond to appear pro hac vice Fee #: 25.00 Receipt #: 230053 (Piper, Francine) (Entered: 05/22/2000) |
| 03/22/2000 | 583 | NOTICE of Appearance for Gregory Groeller by Attorney Seth T. Taube (Piper, Francine) (Entered: 05/22/2000) |
| 03/27/2000 | 516 | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to Fabio Borgognone, Vincent Minerva, Victor Vernaci for dates of 3/10/00; AUSA Andrew Weissman; Defense Counsel, Mario Gallucci, Gerald DiChiara, Joseph Corozzo; Court Transcriber, Mary Greco, TypeWrite Word Processing Service. (Piper, Francine) (Entered: 03/28/2000) |
| 03/27/2000 | 518 | CALENDAR ENTRY as to Randy Ashenfarb ; Case called before Magistrate A. S. Chrein on date of 3/27/00 for Pleading; AUSA Jonathon Mothner; Defense Counsel, Jerry Tritz; Tape # 00/15 (3607-7020) 00/16 (0-158) Guilty: Randy Ashenfarb (12) count(s) 5 . Dft continued on current bond. Sentencing set for 7/21/00 at 9:30. (Piper, Francine) (Entered: 03/30/2000) |
| 03/30/2000 | 519 | LETTER dated 3/21/00 from Richard A. Greenberg to Judge Dearie, requesting an extension from 4/3 to 5/15/00 to prepare and file pretrial motions on behalf of Robert Cataggio. (Piper, Francine) (Entered: 03/30/2000) |
| 03/30/2000 | 520 | LETTER dated 3/22/00 from Seth T. Taube to Judge Dearie, dft Gregory Groeller joins in the request of dft Robert Catoggio's counsel for an extension of five weeks to prepare and file pretrial motions. (Piper, Francine) (Entered: 03/30/2000) |
| 03/30/2000 | 521 | ORDER as to Robert Catoggio, Donald Messinger, Roy Ageloff, Arthur Alonzo, Rocco Basile, John Besarany, Ronald Joseph Dibella, Jonathan Durinda, Gregory Groeller, Rico |

| | | |
|---|---|---|
| | | Locascio, Joel Nazareno, Thomas Plamenco, Joseph Scarfone Jr., Jeffrey Van Blarcom, By letter written on behalf of all remaining dfts dated 3/21/00, counsel jointly request an extension of time to file pretrial motions on 5/15/00. The application is granted. The Status Conference previously set for 4/14/00 is adjourned to 5/19/99 at 9:15. ( Signed by Judge Raymond J. Dearie , on 3/29/00) c/m (Piper, Francine) (Entered: 03/30/2000) |
| 03/30/2000 | 522 | LETTER dated 3/24/00 from Bernard Udell to Judge Dearie, requesting that the court assign Dolores Andrews at an hourly rate of $60 with a cap of $1500.00 on behalf of dft Vito Padulo for a detailed historical and psychological workup. (Piper, Francine) (Entered: 03/30/2000) |
| 03/30/2000 | | ENDORSED ORDER as to Vito Padulo, approving the request for Dolores Andrews at an hourly rate of $60.00 with a cap of $1500.00. Submit Voucher. ( Signed by Judge Raymond J. Dearie , on 3/27/00) c/m (endorsed on letter, document #522) (Piper, Francine) (Entered: 03/30/2000) |
| 03/30/2000 | 523 | LETTER dated 3/24/00 from Michael L. Macklowitz to Judge Dearie, requesting an adjournment of dft Alan Koop's sentencing. (Piper, Francine) (Entered: 03/30/2000) |
| 03/30/2000 | | ENDORSED ORDER as to Alan Koop, Sentencing adjourned to 5/12/00 at 11:30. ( Signed by Judge Raymond J. Dearie , on 3/29/00) c/m (endorsed on letter, document #523) (Piper, Francine) (Entered: 03/30/2000) |
| 03/30/2000 | 524 | TRANSCRIPT of Guilty Plea before Mag. Pollak filed in case as to Stephen Agnese, Anthony Cavicchio for dates of 2/28/00 ; Court Reporter/ESR: not listed; AUSA John Mothner; Defense Counsel, Patrick V. Parotta, Mitchell Golub; Transcribing Firm, Writer's Cramp, Inc. (Piper, Francine) (Entered: 03/31/2000) |
| 03/30/2000 | 534 | CALENDAR ENTRY as to Ronald Cataggio ; Case called before Magistrate Cheryl L. Pollak on date of 3/30/00 for Conference. Bond modified: Substitution of property. New property located in Florida. Bond will be faxed to Fort Myers, Florida for suretor to sign bond. AUSA Pam Chen for Jonathan Mothner; Defense Counsel, Peter Kirschheimer. Tape # 00/29 (5332-5687). (Piper, Francine) (Entered: 04/11/2000) |
| 04/05/2000 | 525 | LETTER dated 3/15/00 from Julius M. Wasserstein to Andrew Weissman, requesting that dft William Battista have one sentencing proceeding instead of two. (Piper, Francine) Modified on 04/05/2000 (Entered: 04/05/2000) |
| 04/06/2000 | 528 | CALENDAR ENTRY as to Christopher Mormando ; Case called before Magistrate Cheryl L. Pollak on date of 4/6/00 for Pleading; AUSA Jonathan Mothner; Defense Counsel, Bettina Shine; Tape # 00/34 (1522-4082), Guilty: Christopher Mormando (43) count(s) 1 . Sentencing set for 7/21/00 at 9:30. Bail continued for dft. (Piper, Francine) (Entered: 04/07/2000) |
| 04/07/2000 | 526 | LETTER dated 4/6/00 from Andrew Weissman to Judge Dearie, advising that the govt has no objection to the courts directing that a single report be prepared for dft Battista and no objection to one court sentencing dft. (Piper, Francine) (Entered: 04/07/2000) |
| 04/07/2000 | 529 | SEALED DOCUMENT as to Joseph Scarfone Jr. (Piper, Francine) (Entered: 04/07/2000) |
| 04/07/2000 | 1275 | CALENDAR ENTRY as to Joseph Scarfone Jr.; Case called before Magistrate Cheryl L. Pollak on date of 4/7/00 for pleading. AUSA Jonathan Mothner, Edward Panzer for deft. Tape # 00/27 (3613-6157). Deft sworn, informed of rights and waives trial before District Court. Deft enters plea of Guilty: Joseph Scarfone (55) count(s) 1 . Court finds factual basis for plea. Bail continued for deft. MJ recommends that plea be accepted. (Chee, Alvin) (Entered: 05/07/2002) |
| 04/10/2000 | 530 | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to Frank J. Pizzolato for |

| | | |
|---|---|---|
| | | dates of 3/9/00; AUSA Andrew Weissman; Defense Counsel, Susan Kellman; Court Transcriber, Mary Greco, TypeWrite Word Processing Service. (Piper, Francine) (Entered: 04/10/2000) |
| 04/10/2000 | 531 | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to Neil Brauner, Michael Scaramellino for dates of 3/9/00; AUSA Jonathan Mothner; Defense Counsel, Maurice Sercarz, Michael Handwalker; Court Transcriber, Mary Greco, TypeWrite Word Processing Service. (Piper, Francine) (Entered: 04/10/2000) |
| 04/10/2000 | 532 | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to Nicholas Briganti, William Cosidente, Damon Gerard Cohen, Michael Trocchio for dates of 3/8/00; AUSA John Mothner, Andrew Weissman; Defense Counsel, Charles D. Adler, David Stern, Louis Diamond, Neil Checkman; Court Transcriber, Mary Greco, TypeWrite Word Processing Service. (Piper, Francine) (Entered: 04/10/2000) |
| 04/10/2000 | 533 | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to John Lembo III, Mark Mancino for dates of 3/7/00; AUSA Andrew Weissman, Jonathan Mothner; Defense Counsel, James M. LaRossa, Kenneth Kaplan; Court Transcriber, TypeWrite Word Processing Service. (Piper, Francine) (Entered: 04/10/2000) |
| 04/11/2000 | 535 | ORDER SETTING CONDITONS OF RELEASE AND Unsecured Bond reset to $500,000 for Ronald Cataggio. Dft must remain in and not leave NYS, Florida. Dft shall surrender any and all passports to pretrial services by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. Subsituting 2530 SouthEast 22nd Ave Cape Coral, Florida owned by Sophie Rainero; Old bond not to be released until signed (4/4/00) (Signed by Magistrate Judge Douglas N. Frazer in the Middle of Florida dated: 4/5/00) (Piper, Francine) Modified on 04/11/2000 (Entered: 04/11/2000) |
| 04/11/2000 | 536 | Rule 40 Documents as to Ronald Cataggio received from Middle District of Florida. (Agreement to Forfeit Property and Order Setting Conditions of Release and Bond) (Piper, Francine) (Entered: 04/11/2000) |
| 04/11/2000 | | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to William Joseph Battista, Valery Goldberg for dates of 3/8/00; AUSA Jonathan Mothner; Defense Counsel, Julius Wasserstein, Eugene Kaplan, Rachel Schwartz; Court Transcriber, Mary Greco, TypeWrite Word Processing Service. (DOCUMENT FILED ONLY IN 99 CR 139, DOCUMENT #110) (Piper, Francine) (Entered: 04/12/2000) |
| 04/11/2000 | 537 | LETTER dated 4/10/00 from Andrew Weissman to Judge Dearie, advising the court that 45 of the 60 dfts have plead guilty. (Piper, Francine) (Entered: 04/13/2000) |
| 04/12/2000 | 538 | TRANSCRIPT of Guilty Pleas before Mag. Pollak filed in case as to John Claudino, David Dunham for dates of 3/3/00; AUSA Jonathan Mothner; Defense Counsel, Gail Laser for D. Dunham; Paul Rinaldo for Claudino. (Piper, Francine) (Entered: 04/13/2000) |
| 04/13/2000 | | Sentencing held Marcelo Quintero (5) count(s) 1 (Piper, Francine) (Entered: 05/10/2000) |
| 04/13/2000 | 557 | CALENDAR ENTRY as to Marcelo Quintero ; Case called before Judge Raymond J. Dearie on date of 4/13/00 for Sentencing. AUSA Jonathan Mothner/Andrew Weissman; Defense Counsel, William Stampur. Court Reporter/ESR Marsha Diamond. (Piper, Francine) (Entered: 05/10/2000) |
| 04/14/2000 | 539 | TRANSCRIPT of Guilty Plea before Mag. Pollak filed in case as to Scott Piccininni, Paul Tahan for dates of 3/3/00; AUSA Jonathan Mothner; Defense Counsel, Roberto Stanziale. (Piper, Francine) (Entered: 04/17/2000) |
| 04/17/2000 | 540 | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to Michael A. Bengen, Vito Gili, Vito Padulo, Nicholas Bosco for dates of 3/15/00; AUSA Jonathan Mothner; |

| | | |
|---|---|---|
| | | Defense Counsel, Robert Wolf, John Kaley, Arnold Steinberg, Bernard Udell; Court Transcriber, Linda Ferrara, TypeWrite Word Processing Service. (Piper, Francine) (Entered: 04/17/2000) |
| 04/20/2000 | 541 | LETTER dated 4/17/00 from Richard A. Greenberg to Judge Dearie, requesting that the court enlarge dft Robert Catoggio's geographic bail restrictions to permit him to travel to Florida from 4/20/00 to 4/25/00. (Piper, Francine) (Entered: 04/20/2000) |
| 04/20/2000 | | ENDORSED ORDER as to Robert Catoggio, Dft's is granted permission to travel to Florida from 4/20/00 to 4/25/00. ( Signed by Judge Raymond J. Dearie , on 4/18/00) c/m (endorsed on letter, document #541) (Piper, Francine) (Entered: 04/20/2000) |
| 04/20/2000 | 543 | MOTION by Roy Ageloff for Bill of Particulars [543-1] motion (Piper, Francine) (Entered: 04/25/2000) |
| 04/20/2000 | 544 | MEMORANDUM OF LAW by Roy Ageloff in support of [543-1] motion for Bill of Particulars (Piper, Francine) (Entered: 04/25/2000) |
| 04/20/2000 | 545 | AFFIDAVIT of J. Bradley Bennett Re: In support of [543-1] motion for Bill of Particulars (Piper, Francine) (Entered: 04/25/2000) |
| 04/20/2000 | 546 | CERTIFICATE OF SERVICE by Jennifer M. O'Coonor Re: [545-1] affidavit, [544-1] support memorandum, [543-1] motion for Bill of Particulars by mail on 4/19/00 upon counsel. (Piper, Francine) (Entered: 04/25/2000) |
| 04/24/2000 | 542 | LETTER dated 4/20/00 from Thomas Cappello to Judge Dearie, confirming that dft Vincent Minerva's bail restrictions have been modified to permit him to travel to Pennsylvania on 4/21/00. (Piper, Francine) (Entered: 04/25/2000) |
| 04/26/2000 | 547 | LETTER dated 4/24/00 from Andrew J. Weinstein to Mag. Azrack, requesting that Mr. Locasio's bail conditions be extended to permit him to travel to Orlando from 5/10/00 to 5/17/00. (Piper, Francine) (Entered: 04/27/2000) |
| 05/01/2000 | | ENDORSED ORDER as to Rico Locascio, Application Granted. Dft is granted permission to travel to Orlando, Florida from 5/10/00 to 5/17/00. ( Signed by Magistrate Joan M. Azrack , on 4/25/00) c/m (endorsed on letter, document #547) (Piper, Francine) (Entered: 05/01/2000) |
| 05/01/2000 | 548 | ORDER as to Roy Ageloff, referring the motion for a bill of particulars to Mag. Pollak for appropriate resolution. ( Signed by Judge Raymond J. Dearie , on 4/25/00) (ENDORSED ON COPY OF MOTION FOR BILL OF PARTICULARS, ORIGINAL DOCKETED AS DOCUMENT #543) (copy sent to Mag. Pollak) (Piper, Francine) (Entered: 05/01/2000) |
| 05/01/2000 | 549 | LETTER dated 4/29/00 from Andrew Weissman to Judge Dearie, advising the court of the 14 remaining dfts. (Piper, Francine) (Entered: 05/01/2000) |
| 05/02/2000 | 550 | INTER-OFFICE MEMO from Helen Georgopoulos to Judge Dearie dated 4/27/00, requesting an adjournment of sentencing for dft John Claudino to 6/9/00. (Piper, Francine) (Entered: 05/02/2000) |
| 05/02/2000 | | ENDORSED ORDER as to John Claudino, A sentence date of 6/9/00 at 10:00 is acceptable to the court. ( Signed by Judge Raymond J. Dearie , on 5/1/00) (endorsed on letter, document #550) (Piper, Francine) (Entered: 05/02/2000) |
| 05/04/2000 | 551 | LETTER dated 4/25/00 from Maranda E. Fritz to Judge Dearie, requesting permission for dft Joel Nazareno to travel to Hawaii for his honeymoon from 5/21/00 to 6/6. (Piper, Francine) (Entered: 05/04/2000) |

| | | |
|---|---|---|
| 05/04/2000 | | ENDORSED ORDER as to Joel Nazareno, Application Granted. Dft is granted permission to travel to Hawaii from 5/21/00 to 6/6/00 for his honeymoon. ( Signed by Judge Raymond J. Dearie , on 5/3/00) c/m (endorsed on letter, document #551) (Piper, Francine) (Entered: 05/04/2000) |
| 05/04/2000 | 552 | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to Christopher Mormando for dates of 4/6/00; AUSA Jonathan Mothner; Defense Counsel, Bettina Schein; Court Transcriber, Elizabeth Barron. (Piper, Francine) (Entered: 05/05/2000) |
| 05/08/2000 | 554 | LETTER dated 5/8/00 from Andrew Weissman to Mag. Pollak, requesting a conference to set a time for the govt to submit opposition papers and for the trial dfts to reply. (Piper, Francine) (Entered: 05/09/2000) |
| 05/09/2000 | 553 | LETTER dated 5/2/00 from Albert J. Brackley to Judge Dearie, counsel advises that he has been retained by dft Rocco Brasile and a notice of appearance has been filed. (Piper, Francine) (Entered: 05/09/2000) |
| 05/09/2000 | 555 | LETTER dated 5/9/00 from Andrew Weissman to Judge Dearie, confirming that the court has adjourned the sentences of dfts Figueroa, Koop, Medaglia, Rosetti and Scarsella to 5/30/00 at 10:00. (Piper, Francine) (Entered: 05/10/2000) |
| 05/10/2000 | 556 | JUDGMENT Marcelo Quintero (5) count(s) 1. Dft to be imprisoned for a term of 30 months on count 1 of the indictment. The court recommends to the Bureau of Prisons that, if consistent with bureau of prisons policy and practice, the dft be designated to a facility in the northeast region. Dft is remanded to the custody of the U.S. Marshal. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft shall make full financial disclosure as directed by the probation dept. The dft shall make restitution in the amount of $7.6 million pursuant to a monthly repayment schedule of $50.00 per month after dft's release. Dft shall receive substance-abuse treatment and counseling, as may be deemed necessary by the probation dept, upon consultation with the court. If the dft is deported, he shall not re-enter the U.S. without the permission of attorney general. Dft shall pay a special assessment of $100.00 due immediately. Counts Two and Four of the indictment are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 4/26/00) c/m (copy also sent to financial) (Piper, Francine) (Entered: 05/10/2000) |
| 05/10/2000 | 556 | DISMISSAL of Count(s) on Government Motion as to Marcelo Quintero terminating [56-1] motion for the govt to provida a Bill of Particulars; et al as to Marcelo Quintero (1) Counts Dismissed: Marcelo Quintero (5) count(s) 2, 4 (Piper, Francine) (Entered: 05/10/2000) |
| 05/10/2000 | 558 | LETTER dated 5/10/00 from Paul Schoeman to J. Bradley Bennett, advising that the attached trial subpoena is unlawful. (Piper, Francine) (Entered: 05/11/2000) |
| 05/11/2000 | 559 | LETTER dated 4/20/00 from Thomas Cappello to Judge Dearie, confirming that dft Vincent Minerva's bail restrictions have been modified to permit him to travel to Pennsylvania on 4/21/00 and return to NY on 4/22/00. (Piper, Francine) (Entered: 05/11/2000) |
| 05/12/2000 | 560 | LETTER dated 4/25/00 from Renato C. Stabile to Judge Dearie, requesting an adjournment of dft Rui Figueiredo's sentencing to 6/2/00. (Piper, Francine) (Entered: 05/12/2000) |
| 05/12/2000 | | ENDORSED ORDER as to Rui Reis Figueiredo, sentencing adjourned to 6/2/00 at 3:00. ( Signed by Judge Raymond J. Dearie , on 5/10/00) c/m (endorsed on letter, document #560) (Piper, Francine) (Entered: 05/12/2000) |
| 05/12/2000 | 561 | LETTER dated 5/9/00 from Andrew Weissman to Judge Dearie, confirming that the court |

| | | |
|---|---|---|
| | | has adjourn the sentences of Figueroa, Koop, Medaglia, Rosetti and Scarsella to 5/30/00 at 10:00. (Piper, Francine) (Entered: 05/12/2000) |
| 05/12/2000 | | ENDORSED ORDER as to Rui Reis Figueiredo, Alan Koop, Paul Medaglia, Joseph Rosetti, Richard Scarsella, sentencing is adjourned to 5/30/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 5/10/00) (endorsed on letter, document #561) (Piper, Francine) (Entered: 05/12/2000) |
| 05/15/2000 | 562 | LETTER dated 5/10/00 from Edward M. Shaw to Judge Dearie, requesting that dft Michael Perrine be permitted to travel from from his Staten Island home to NJ for Mother's Day. (Piper, Francine) (Entered: 05/15/2000) |
| 05/15/2000 | | ENDORSED ORDER as to Michael Perrine, dft granted permission to travel from his Staten Island home to NJ for Mother's Day. ( Signed by Judge Raymond J. Dearie , on 5/12/00) (endorsed on letter, document #562) (Piper, Francine) (Entered: 05/15/2000) |
| 05/15/2000 | 563 | LETTER dated 5/9/00 from Maurice H. Sercarz to Judge Dearie, requesting that dft Neil Braunder be permitted to travel to Baltimore to visit with his in-laws from 5/12 - 5/14. (Piper, Francine) (Entered: 05/15/2000) |
| 05/15/2000 | | ENDORSED ORDER as to Neil Brauner, dft is granted permission to travel to Baltimore to visit his in laws from 5/12 to 5/14. ( Signed by Judge Raymond J. Dearie , on 5/11/00) c/m (endorsed on letter, document #563) (Piper, Francine) (Entered: 05/15/2000) |
| 05/15/2000 | 564 | LETTER dated 5/12/00 from Jean Marie Graziano to Judge Dearie, requesting an extensions of time off the electronic monitor on behalf of Joseph Dibella. (Piper, Francine) (Entered: 05/15/2000) |
| 05/15/2000 | | ENDORSED ORDER as to Joseph Dibella, granting the extension of time off the electronic monitor. ( Signed by Judge Raymond J. Dearie , on 5/12/00) c/m (endorsed on letter, document #564) (Piper, Francine) (Entered: 05/15/2000) |
| 05/15/2000 | 566 | MOTION by Roy Ageloff to dismiss counts 1, 2, 11, 22-30, 33-34 of the superseding indictment. [566-1] motion (Piper, Francine) (Entered: 05/16/2000) |
| 05/16/2000 | 565 | MAIL RETURNED. Document #561 returned on 5/16/00. Mailed to James Froccaro. Envelope Stamped, Return to Sender, Attempted Not Known. (returned to chambers) (Piper, Francine) (Entered: 05/16/2000) |
| 05/16/2000 | 567 | MEMORANDUM OF LAW by Roy Ageloff in support of [566-1] motion to dismiss counts 1, 2, 11, 22-30, 33-34 of the superseding indictment. (Piper, Francine) (Entered: 05/16/2000) |
| 05/16/2000 | 568 | MEMORANDUM OF LAW by Gregory Groeller in support of pretrial motions. (Piper, Francine) (Entered: 05/16/2000) |
| 05/16/2000 | 569 | MOTION by Robert Catoggio to dismiss the indictment [569-1] motion (Piper, Francine) (Entered: 05/17/2000) |
| 05/16/2000 | 570 | MEMORANDUM OF LAW by Robert Catoggio in support of [569-1] motion to dismiss the indictment (Piper, Francine) (Entered: 05/17/2000) |
| 05/17/2000 | 571 | LETTER dated 5/15/00 from Jonathan D. Sims to Judge Dearie, dft Jonathan Durinda request to join in the motions filed on behalf of dft Robert Catoggio. (Piper, Francine) (Entered: 05/17/2000) |
| 05/17/2000 | 572 | LETTER dated 4/25/00 from Maranda E. Fritz to Judge Dearie, requesting permission for dft Joel Nazarano to travel to Hawaii for his honeymoon from 5/21/00 to 6/6/00. (Piper, Francine) (Entered: 05/17/2000) |

| | | |
|---|---|---|
| 05/17/2000 | | ENDORSED ORDER as to Joel Nazareno, Application for dft to travel to Hawaii for his honeymoon from 5/21 to 6/6/ is granted. ( Signed by Judge Raymond J. Dearie , on 5/16/00) c/m, faxed. (endorsed on letter, document #572) (Piper, Francine) (Entered: 05/17/2000) |
| 05/17/2000 | 573 | MOTION by Joel Nazareno, Thomas Plamenco for severance of counts; separate trials . [573-1] motion (Piper, Francine) (Entered: 05/19/2000) |
| 05/17/2000 | 574 | MEMORANDUM OF LAW by Joel Nazareno, Thomas Plamenco in support of [573-1] motion for severance of counts; separate trials (Piper, Francine) (Entered: 05/19/2000) |
| 05/19/2000 | 575 | LETTER dated 5/16/00 from Neil B. Checkman to Judge Dearie, confirming that dft Damon G. Cohen sentence has been adjourned to 9/15/00 at 9:30. (Piper, Francine) (Entered: 05/19/2000) |
| 05/19/2000 | 576 | LETTER dated 5/8/00 from Mitchell A. Golub to Judge Dearie, requesting an adjournment of sentencing until 7/28/00 for dft Anthony Cavicchio. (Piper, Francine) (Entered: 05/19/2000) |
| 05/19/2000 | 577 | LETTER dated 5/16/00 from Seth Taube to Judge Dearie, enclosing courtesy copies of several motions by dft Gregory Groeller. (Piper, Francine) (Entered: 05/19/2000) |
| 05/19/2000 | 578 | LETTER dated 5/10/00 from Neil B. Checkman to Judge Dearie, requesting an adjournment in sentencing for dft Damon Gerard Cohen until the middle August 2000. (Piper, Francine) (Entered: 05/19/2000) |
| 05/19/2000 | 579 | LETTER dated 5/11/00 from Paul P. Rinaldo to Judge Dearie, confirming that the court granted the request for adjournment of sentencing for dft John Claudino until 7/28/00 at 2:00. (Piper, Francine) (Entered: 05/19/2000) |
| 05/19/2000 | 589 | CALENDAR ENTRY as to Robert Catoggio, Donald Messinger, Roy Ageloff, Arthur Alonzo, Rocco Basile, John Besarany, Ronald Cataggio, Joseph Dibella, Jonathan Durinda, Gregory Groeller, Joel Nazareno, Thomas Plamenco, Jeffrey Van Blarcom; Govt's response on dft's double jeopardy motions is due by 6/5/00; Dft's reply by 6/12/00. Oral argument on double jeopardy motions set for 6/14/00 at 11:00. Govt's response to all other dft's motions is due by 6/12/00; Dft's replies, if any by 6/26/00; Oral argument on those motions set for 7/13/00 at 2:15. Dft DiBella joins in double jeopardy motions of dft Robert Catoggio. Rule 17(c) subpoenas, response from NASD/SEC due by 6/5/00. All dfts join in each others motions to the extent relevant to each dft. Attorney Geoffrey Rosamond admitted Pro Hac Vice. Jury Selection and Trial for Catoggio #1 set for 10/30/00 at 9:30. Govt estimates 8 weeks for trial. Remaining dfts set for trial 3/19/01 at 9:30 in Catoggio #2. Michael Washor substituted for Thomas Plamenco; Eric Schlosser relieved with thanks of the court. Case called before Judge Raymond J. Dearie on date of 5/19/00 for Status Conference Court Reporter/ESR Gene Rudolph. (Piper, Francine) (Entered: 05/22/2000) |
| 05/22/2000 | 582 | ORDER as to Gregory Groeller granting [580-1] motion for Geoffrey N. Rosamond to appear pro hac vice Fee #: 25.00 Receipt #: 230053 as to Gregory Groeller (34). ( Signed by Judge Raymond J. Dearie , on 5/19/00) c/m (Piper, Francine) (Entered: 05/22/2000) |
| 05/22/2000 | 584 | ORDER as to Gregory Groeller, substituting attorney terminated attorney Alan M. Nelson for Gregory Groeller Added Seth T. Taube and Geoffrey N. Rosamond . ( Signed by Judge Raymond J. Dearie , on 5/19/00) c/m (Piper, Francine) (Entered: 05/22/2000) |
| 05/22/2000 | 585 | LETTER dated 5/2/00 from Michael Rosen to Jeffrey Steimel and Andrew Prozeller, advising counsel of the request to be so ordered by the court regarding the schedule for Joseph DiBella's during the month of May and June. (Piper, Francine) (Entered: 05/22/2000) |

| | | |
|---|---|---|
| 05/22/2000 | 586 | LETTER dated 5/4/00 from Mitchell A. Golub to Judge Dearie, requesting that the court grant dft Anthony Cavicchio's request for a downward departure to the extent of allowing him to receive a non-incarceratory sentence. (Piper, Francine) (Entered: 05/22/2000) |
| 05/22/2000 | 587 | NOTICE of Appearance for Thomas Plamenco by Attorney Michael Washor (Piper, Francine) Modified on 05/22/2000 (Entered: 05/22/2000) |
| 05/22/2000 | 588 | ORDER as to Robert Catoggio, et al, The court has adopted the following schedule to expedite disposition of the pending motions. Double Jeopardy - Govt's response by 6/5/00 reply by 6/12/00; Oral Argument 6/14/00; Remaining Motions Govt's response by 6/12/00; Dft's reply by 6/26/00; Oral Argument 7/13/00 at 2:15. Rule 17(c) Motion, Motion, if by 6/5/00. At the status conference on 5/19/00, the court determined that jury selection and the first trial will commence on 10/30/00. The second trial will commence on 3/19/01. ( Signed by Judge Raymond J. Dearie , on 5/19/00) c/m (Piper, Francine) Modified on 05/22/2000 (Entered: 05/22/2000) |
| 05/22/2000 | 591 | AFFIDAVIT by Robert Catoggio (Piper, Francine) (Entered: 05/24/2000) |
| 05/23/2000 | 590 | LETTER dated 5/23/00 from Paul Schoeman to Judge Dearie, requesting that all sentencings set for May or June 2000 be rescheduled for dates in July. (Piper, Francine) (Entered: 05/24/2000) |
| 05/24/2000 | 592 | LETTER dated 5/24/00 from Andrew Weissman to Judge Dearie, confirming that the court has adjourned the sentences of dfts Keith Ruffler and Kirk Ruffler to 1/12/01 at 9:30. (Piper, Francine) (Entered: 05/25/2000) |
| 05/25/2000 | 1370 | Letter dated 5/25/00 from J. Bradley Bennett to USDJ Dearie. Dft Roy Ageloff respectfully joins in all motions by co-dfts in this case to the extent that they are not inconsistent with his Motion to Dismiss in chief. (Nieves, Adrian) (Entered: 07/25/2003) |
| 05/26/2000 | 593 | LETTER dated 5/17/00 from Joel Winograd to Judge Dearie, informing the court Mr. Donald Messinger joins in the motions filed on behalf of the co-dfts. (Piper, Francine) (Entered: 05/26/2000) |
| 05/26/2000 | 594 | LETTER dated 5/26/00 from Andrew Weissman to Judge Dearie, confirming that the court has adjourned the sentences of dft Figueroa, Koop, Medaglia, Rosetta and Scarsella to 7/7/00 at 3:00. (Piper, Francine) (Entered: 05/30/2000) |
| 05/30/2000 | 595 | LETTER dated 5/26/00 from Andrew Weissman to Judge Dearie, confirming that the the court has adjourned the sentences of dft Figueroa, Koop, Medaglia, Rosetti and Scarsell until 7/7/00 at 3:00. (Piper, Francine) (Entered: 05/30/2000) |
| 05/30/2000 | | ENDORSED ORDER as to Robert Figueroa, Alan Koop, Paul Medaglia, Joseph Rosetti, Richard Scarsella, sentencing adjourned to 7/7/00 at 3:00. ( Signed by Judge Raymond J. Dearie , on 5/26/00) (endorsed on letter, document #595) c/m (Piper, Francine) (Entered: 05/30/2000) |
| 05/30/2000 | 596 | LETTER dated 5/26/00 from Paul Schoeman to Judge Dearie, requesting information from the court on whether Dft Christopher Mormando cases 98 cr 1129 and 99 cr 589 will be consolidated. (Piper, Francine) (Entered: 05/31/2000) |
| 05/31/2000 | 597 | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to John Lembo III, Mark Mancino for dates of 3/7/00; AUSA Andrew Weissman, Jonathan Mothner; Defense Counsel, James M. LaRossa for Lembo; Kenneth Kaplan for Mancino; Court Transcriber, Transcription Plus II. (Piper, Francine) (Entered: 05/31/2000) |
| 06/01/2000 | 598 | LETTER dated 5/23/00 from Paul Schoeman to Judge Dearie, requesting that all sentencings set for May or June 2000 be rescheduled for dates in July. (Piper, Francine) |

| | | |
|---|---|---|
| | | (Entered: 06/01/2000) |
| 06/01/2000 | | ENDORSED ORDER as to all dfts. Pending any objections from defense counsel, the request is approved. Clerk shall reschedule sentencing and advise probation. ( Signed by Judge Raymond J. Dearie , on 5/24/00) c/m (endorsed on letter, document #598) (Piper, Francine) (Entered: 06/01/2000) |
| 06/05/2000 | 615 | MOTION by Securities and Exchange Commission to quash the subpoena issued on 5/18, and returnable on 6/15/00 by dft Roy Ageloff to the Commission Motion Hearing/Return date of 6/15/00 for Roy Ageloff [615-1] motion (Piper, Francine) (Entered: 06/13/2000) |
| 06/05/2000 | 1367 | The Government's Memorandum of Law in Opposition to the dfts' Double Jeopardy Motion. (Nieves, Adrian) (Entered: 07/25/2003) |
| 06/06/2000 | 599 | ORDER as to William Joseph Battista Probation is authorized to prepare a single, consolidated presentence report. This court will confer with Judge Gershon regarding sentencing on 99 CR 139. The Probation Dept. and counsel are directed to foward copies of all relevant sentencing materials to Judge Gershon. ( Signed by Judge Raymond J. Dearie , on 6/1/2000) (Jackson, Ramona) (Entered: 06/06/2000) |
| 06/06/2000 | 600 | ORDER as to Robert Catoggio granting a temporary lift of the deft.'s bail restrictions to permit him to attend a wedding reception on 6/10/00. Signed by Judge Raymond J. Dearie , on 5/3/00. (See letter dated 5/26/00 from Steven Yorowitz, Esq. to Judge Dearie) c/m by chambers. (Permaul, Jenny) (Entered: 06/06/2000) |
| 06/06/2000 | 605 | LETTER dated 6/2/00 from Jeffrey Lichtman to Judge Dearie on behalf of defendnats Brent Longo and Barry Miele to confirm the adjournment of their sentences from 7/14/00 to 7/20/00 at 12:00. (Guzzi, Roseann) (Entered: 06/07/2000) |
| 06/06/2000 | | MEMORANDUM by non-party NASD, Inc. in further support of [607-1] its motion to quash the subpoenna issued by defendant Roy Ageloff. (Annexed to document #607) (Johnson, Tanya) (Entered: 06/07/2000) |
| 06/07/2000 | 601 | OBJECTION by Scott Piccininni to Presentence Investigation Report (Jackson, Ramona) (Entered: 06/07/2000) |
| 06/07/2000 | 602 | ORDER as to Stephen Agnese, Michael A. Bengen, Fabio Borgognone, Ronald Cropper Jr., Vincent Minerva, set Sentencing for 10:00 7/19/00 for Stephen Agnese, for Michael A. Bengen, for Fabio Borgognone, for Ronald Cropper Jr., for Vincent Minerva before Judge Raymond J. Dearie , adjn. to Sentencing for 11:00 7/20/00 for Nicholas Bosco, for Nicholas Briganti, for William Cosidente before Judge Raymond J. Dearie , On ltr. dtd.6/5/2000 from Andrew Weissman terminated past due deadlines ( Signed by Judge Raymond J. Dearie , on 6/6/00) (Jackson, Ramona) (Entered: 06/07/2000) |
| 06/07/2000 | 603 | ORDER as to Mark Mancino resetting sentencing to 7/27/00 at 10:00a.m. ( Signed by Judge Raymond J. Dearie , on 6/6/00)(endorsed on letter dated 6/1/00 from Kenneth Kaplan to Judge Dearie). (Dobkin, David) (Entered: 06/07/2000) |
| 06/07/2000 | 604 | ORDER as to John Asaro, Christopher L. Miano resetting sentencing to 1/19/01 at 10:00a.m. ( Signed by Judge Raymond J. Dearie , on 6/6/00)(endorsed on letter dated 6/5/00 from Andrew Weissman to Judge Dearie). (Dobkin, David) (Entered: 06/07/2000) |
| 06/07/2000 | 606 | LETTER dated 6/2/00 from Jeffrey Lichtman, Esq., to Judge Dearie confirming that the sentencing of defendants Brent Longo and Barry Miele has been adjourned from 7/14/00 until 7/20/00. (Johnson, Tanya) (Entered: 06/07/2000) |
| 06/07/2000 | | ENDORSED ORDER on document #606, that the sentencing of defendants Barry Miele and Brent Calderone Longo has been adjourned until 7/20/00 at 12:00 before Judge Raymond J. Dearie . (Signed by Judge Raymond J. Dearie on 6/6/00) (Johnson, Tanya) |

| | | |
|---|---|---|
| | | (Entered: 06/07/2000) |
| 06/07/2000 | 607 | MOTION by non-party NASD, Inc. to quash the subpoenna issued by defendant Roy Ageloff . [607-1] (Johnson, Tanya) (Entered: 06/07/2000) |
| 06/07/2000 | 608 | Preliminary Objection to P.S.I. (Dobkin, David) (Entered: 06/08/2000) |
| 06/09/2000 | 609 | LETTER(copy) dated 6/5/00 from Jeffrey Houser, U.S. Probation Officer, to Mario F. Gallucci, Esq. enclosing the pre-sentence report as to deft. Victor Vernaci. (Permaul, Jenny) (Entered: 06/12/2000) |
| 06/12/2000 | 610 | ORDER as to Thomas Gucciardo, Consent to hava plea taken before U.S. Magistrate Judge Pollak. ( Signed by Magistrate Cheryl L. Pollak , on 6/12/00) (Piper, Francine) (Entered: 06/13/2000) |
| 06/12/2000 | 611 | WAIVER OF INDICTMENT by Thomas Gucciardo before Mag. Pollak on 6/12/00. (Piper, Francine) (Entered: 06/13/2000) |
| 06/12/2000 | 612 | SUPERSEDING INFORMATION as to Thomas Gucciardo (35) count(s) 1s (Piper, Francine) (Entered: 06/13/2000) |
| 06/12/2000 | 613 | CALENDAR ENTRY as to Thomas Gucciardo ; Case called before Magistrate Cheryl L. Pollak on date of 6/12/00 for Pleading. AUSA Paul Schoenna; Defense Counsel, Glen Gucciardo. Tape # 00/51 (1206-2904) Dft pleads guilty to count three of the superseding indictment and count 1 of the superseding information. Guilty: Thomas Gucciardo (35) count(s) 3, 1s . Bail continued for dft. (Piper, Francine) (Entered: 06/13/2000) |
| 06/12/2000 | 614 | LETTER dated 6/9/00 from Bettina Schein to Judge Dearie, consenting to the govt's application to consolidate 98 cr 1129 and 99 cr 589. (Piper, Francine) (Entered: 06/13/2000) |
| 06/14/2000 | 1446 | SUPERSEDING INFORMATION (S-9) as to Arthur Alonzo (10) count(s) 1s-2s, 3s, 4s. (Chee, Alvin) (Entered: 06/09/2005) |
| 06/16/2000 | 616 | LETTER dated 6/15/00 from Andrew Weissman to Judge Dearie, confirming that the court has adjourned the argument on the double jeopardy motions to 6/27 at 4:30. (Piper, Francine) (Entered: 06/16/2000) |
| 06/16/2000 | 617 | TRANSCRIPT OF CRIMINAL CAUSE for Guilty Plea before Judge Pollak filed in case as to Brent Calderone Longo for dates of 2/11/00. Court Transcriber: Rosalie Lombardi, Transcriptions Plus II (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 618 | TRANSCRIPT OF GUILTY PLEA before Judge Pollak filed in case as to Stephen Agnese and Anthony Cavicchio for dates of 2/28/00. Transcribing Firm: Writer's Cramp, Inc. (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 619 | TRANSCRIPT OF GUILTY PLEAS before Judge Pollak filed in case as to John Claudino and David Dunham for dates of 3/3/00. Transcription Service: Court House Transcription, Inc. (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 620 | TRANSCRIPT OF GUILTY PLEAS before Judge Pollak filed in case as to Scott Piccininni and Paul Tahan for date of 3/3/00. Courthouse Transcription Services, Inc., transcriber's name not given. (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 621 | TRANSCRIPT OF CRIMINAL CAUSE FOR PLEADING before Judge Pollak for date 3/7/00, filed in case as to John Lembo III and Mark Mancino. Proceedings recorded by electronic sound recording, transcipt produced by transcription service. (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 622 | TRANSCRIPT CRIMINAL CAUSE FOR PLEADING before Judge Pollak filed in case |

| | | as to Michael Trocchio, Nicholas Briganti, Damon Gerard Cohen and William Cosidente for dates of 3/8/00. Court Transcriber: Mary Greco, Typewrite Word Processing Service (Lee, Tiffeny) (Entered: 06/16/2000) |
|---|---|---|
| 06/16/2000 | 623 | TRANSCRIPT OF CRIMINAL CAUSE FOR PLEADING before Judge Pollak filed in case as to Frank J. Pizzolato for dates of 3/9/00. Court Transcriber: Mary Greco, TypeWrite Word Processing Service (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 624 | TRANSCRIPT OF CRIMINAL CASUE FOR PLEADING filed in case as to Neil Brauner and Michael Scaramellino for dates of 3/9/00. Court Transcriber: Mary Greco, TypeWrite Word Processing Service (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 625 | TRANSCRIPT OF CRIMINAL CAUSE FOR PLEADING before Judge Pollak filed in case as to Ronald Cropper Jr. and Jaime Scott Morrill for dates of 3/10/00. Court Transcriber: Carla Hunter, TypeWrite Word Processing Service (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 626 | TRANSCRIPT OF CFIMINAL CAUSE FOR PLEADING beofre Judfge= Pollack filed in case as to Fabio Borgognone, Vincent Minerva and Victor Vernaci for dates of 3/10/00. Court Transcriber: Mary Greco, TypeWrite Word Processing Service (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 627 | TRANSCRIPT OF CRIMINAL CAUSE FOR PLEADING before Judge Pollak filed in case as to Rui Reis Figueiredo, Robert Figueroa, Paul Medaglia, Joseph Rosetti and Richard Scarsella for dates of 3/10/00. Court Transcriber: Carla Hunter, TypeWrite Word Processing Service (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 628 | TRANSCRIPT OF CRIMINAL CAUSE FOR PLEADING before Judge Pollak filed in case as to William Joseph Battista and Valery Goldberg for dates of 3/8/00. Court Transcriber: Mary Greco, TypeWrite Word Processing Service (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 629 | TRANSCRIPT OF CRIMINAL CAUSE FOR PLEADING before Judge Pollak filed in case as to filed in case as to Michael A. Bengen, Nicholas Bosco, Vito Gili and Vito Padulo for dates of 3/15/00. Court Transcriber: Linda Ferrara, TypeWrite Word Processing Service (Lee, Tiffeny) (Entered: 06/16/2000) |
| 06/16/2000 | 1369 | Reply Memorandum of Law in Support of dft Robert Catoggio's Double Jeopardy Motion. (Nieves, Adrian) (Entered: 07/25/2003) |
| 06/16/2000 | 1371 | Exhibits F through I in Support of Pretrial Motions on behalf of dft Robert Catoggio. (Nieves, Adrian) (Entered: 07/25/2003) |
| 06/19/2000 | 630 | LETTER dated 6/8/00 from Joyce B. David to Judge Dearie, requesting permission on behalf of dft Jeffrey Van Blarcom to travel to Providence, Rhode Island on business from 6/19/00 to 6/23/00. (Piper, Francine) (Entered: 06/19/2000) |
| 06/19/2000 | | ENDORSED ORDER as to Jeffrey Van Blarcom, Dft granter permission to travel to Providence, Rhode Island on 6/19/00 through 6/23/00. ( Signed by Judge Raymond J. Dearie , on 6/15/00) c/m (endorsed on letter, document #630) (Piper, Francine) (Entered: 06/19/2000) |
| 06/19/2000 | 631 | LETTER dated 6/16/00 from Andrew Weissman to Judge Dearie, advising that the govt does not consent to a further adjournment of argument on the double jeopardy motions for 6/27/00 at 4:30. (Piper, Francine) (Entered: 06/19/2000) |
| 06/23/2000 | 632 | LETTER dated 6/19/00 from Gerald J. Di Chiara to Staci Strobl, objections to the Pre-Sentence report. (Piper, Francine) (Entered: 06/23/2000) |

| | | |
|---|---|---|
| 06/23/2000 | 633 | ORDER SETTING CONDITIONS OF RELEASE AND BOND as to Rico Locascio. All remaining conditions of 6/18/99 bond & 3/21/00 amendment remain in effect. Dft must remain in and may not leave the following areas without court permission. Permitted to travel to visit 3424 Maritime Drive, Toms River, Dover Township, NJ 07853 with 48 hours prior notice to pretrial services. ( Signed by Magistrate Robert M. Levy 6/21/00) (Piper, Francine) (Entered: 06/23/2000) |
| 06/23/2000 | 634 | ORDER as to Christopher Mormando, the two cases (98 cr 1129, 99 cr 589) will proceed to sentencing before the undersigned and the probation dept is authorized to prepare a single, consolidated presentence report. It must be expressly understood that this court will confer with Judge Gershon regarding sentencing on 99 cr 589. ( Signed by Judge Raymond J. Dearie, on 6/13/00) c/m (Piper, Francine) (Entered: 06/23/2000) |
| 06/23/2000 | 635 | LETTER dated 6/11/00 from Jean Marie Graziano to Andrew Weissman, requesting a variance from the pretrial supervision schedule of Mr. DiBella and requesting that Mr and Mrs. Dibella be permitted to spend the evening in Manhattan on 6/17/00. (Piper, Francine) (Entered: 06/23/2000) |
| 06/23/2000 | | ENDORSED ORDER as to Joseph Dibella, Mr. Dibella is granted permission to spend the evening with Mrs. Dibella on 6/17/00. ( Signed by Judge Raymond J. Dearie , on 6/15/00) c/m (endorsed on letter, document #635) (Piper, Francine) (Entered: 06/23/2000) |
| 06/23/2000 | 636 | LETTER dated 6/12/00 from Jean Marie Graziano to Judge Dearie, requesting an extension of time off the electronic monitor on behalf of Joseph Dibella. (Piper, Francine) (Entered: 06/23/2000) |
| 06/23/2000 | 637 | LETTER dated 6/14/00 from Susan G. Kellman to Judge Dearie, confirming that sentencing for dft Pizzolato has been adjourned to 8/4/00 at 10:00. (Piper, Francine) (Entered: 06/23/2000) |
| 06/23/2000 | | ENDORSED ORDER as to Frank J. Pizzolato, sentencing is adjourned to 8/4/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 6/19/00) c/m (endorsed on letter, document #637) (Piper, Francine) (Entered: 06/23/2000) |
| 06/23/2000 | 1372 | Letter dated 6/23/00 from AUSA Paul Schoeman and Andrew Weissmann to USDJ Dearie requesting that the goverment's time to respond to dfts' pre-trial motions (other than the double jeopardy motion) again be extended to 7/17/00. (Nieves, Adrian) (Entered: 07/25/2003) |
| 06/27/2000 | 639 | CALENDAR ENTRY as to Robert Catoggio & Joseph Dibella. Case called before Judge Raymond J. Dearie on date of 6/27/00 for argument on motion. Motion for double jeopardy denied. Memorandum & order to follow. (Vaughn, Terry) (Entered: 06/29/2000) |
| 06/29/2000 | 638 | ORDER as to Robert Catoggio, Joseph Dibella denying their motion to dismiss Counts 3-10 of the indictment. ( Signed by Judge Raymond J. Dearie , on 6/28/00) -c/m (Vaughn, Terry) (Entered: 06/29/2000) |
| 06/29/2000 | 640 | ORDER, endorsed on the letter dated 6/22/00 from Rachel Schwartz to Judge Dearie, as to Valery Goldberg, granting her application and rescheduling sentencing for 9/15/00 at 9:30 a.m. ( Signed by Judge Raymond J. Dearie , on 6/27/00.) -c/m (Vaughn, Terry) (Entered: 06/29/2000) |
| 06/29/2000 | | Deadline updated as to Valery Goldberg, reset Sentencing for 9:30 9/15/00 for Valery Goldberg before Judge Raymond J. Dearie (Vaughn, Terry) (Entered: 06/29/2000) |
| 06/29/2000 | 641 | LETTER dated 6/20/00 from Michael Rosen, Esq., to Judge Dearie, that deft. Joseph DiBella reaffirms his request to join in said Double Jeopardy motion. (Vaughn, Terry) (Entered: 06/29/2000) |

| | | |
|---|---|---|
| 06/29/2000 | 642 | LETTER dated 6/15/00 from AUSA Weissman to Judge Dearie, re adj'ment of the argument on the double jeopardy motions to 6/27/00. (Vaughn, Terry) (Entered: 06/29/2000) |
| 06/30/2000 | 643 | ORDER as to Gregory Groeller, for Robert A. Mintz to appear pro hac vice ( Signed by Judge Raymond J. Dearie , on 6/27/00) (Vaughn, Terry) (Entered: 06/30/2000) |
| 06/30/2000 | 644 | LETTER dated 6/29/00 from Jennifer M. O'Connor to Judge Dearie, requesting that dft Roy Ageloff's time to respond to the Motions to Quash subpoenas be extended from 6/30 to 7/21. (Piper, Francine) (Entered: 07/05/2000) |
| 07/06/2000 | 645 | LETTER dated 6/29/00 from Jennifer M. O'Connor to Judge Dearie, requesting that dft Ageloff's time to respond to the Motions to Quash Subpoenas be extended three weeks from 6/30 to 7/21. (Piper, Francine) (Entered: 07/06/2000) |
| 07/06/2000 | | ENDORSED ORDER as to Roy Ageloff, Dft is granted until 7/21 to respond to the Motions to Quash Subpoenas by SEC and NASD. ( Signed by Judge Raymond J. Dearie , on 7/5/00) c/m (endorsed on letter, document #645) (Piper, Francine) (Entered: 07/06/2000) |
| 07/06/2000 | 646 | TRANSCRIPT for Double Jeopardy Motion filed in case as to Robert Catoggio, Joseph Dibella for dates of 6/27/00 ; Court Reporter/ESR: Dawn Witkowski; Court Transcriber, Rosalie Lombardi, Transcription Plus II; AUSA Paul Schoeman; Defense Counsel, Richard Greenberg for Catoggio; Michael Rosen for DiBella; (Piper, Francine) (Entered: 07/10/2000) |
| 07/11/2000 | 647 | LETTER dated 6/21/00 from Chad D. Seigel to Judge Dearie, requesting permission for dft Nicholas Bosco to travel with his wife to Miami from 6/26/00 to 6/29/00. (Piper, Francine) (Entered: 07/11/2000) |
| 07/11/2000 | | ENDORSED ORDER as to Nicholas Bosco, dft is granted permission to travel to Miami with his wife from 6/26/00 to 6/29/00. ( Signed by Judge Raymond J. Dearie , on 6/27/00) (endorsed on letter, document #647) (Piper, Francine) (Entered: 07/11/2000) |
| 07/11/2000 | 648 | LETTER dated 7/6/00 from Paul Schoeman to Judge Dearie, confirming that the court has adjourned the sentences of dfts Agnese, Bengen, Borgognone, Cropper, Gucciardo and Minerva to 8/11/00 at 11:00 and also dfts Figueiredo, Koop, Medaglia, Rosetti and Scarsella to 9/22/00 at 11:00. (Piper, Francine) (Entered: 07/11/2000) |
| 07/11/2000 | 649 | LETTER dated 6/30/00 from Arnold Y. Steinberg to Judge Dearie, confirming that the sentencing date for dft Gili has been adjourned to 8/11/00 at 11:30. (Piper, Francine) (Entered: 07/11/2000) |
| 07/11/2000 | | ENDORSED ORDER as to Vito Gili, sentencing is adjourned to 8/11/00 at 11:30. ( Signed by Judge Raymond J. Dearie , on 7/6/00) c/m (endorsed on letter, document #649) (Piper, Francine) (Entered: 07/11/2000) |
| 07/11/2000 | 650 | LETTER dated Steven Y. Yurowitz from Steven Yurowitz to Judge Dearie, requesting that court enlarge dft Robert Catoggio's geographic bail restrictions to permit him to travel to Florida to visit his mother for five days from 7/13/00 to 7/18/00. (Piper, Francine) (Entered: 07/11/2000) |
| 07/11/2000 | | ENDORSED ORDER as to Robert Catoggio, granting dft's request to travel to florida to visit his mother for five days from 7/13/00 to 7/18/00. ( Signed by Judge Raymond J. Dearie , on 7/7/00) c/m (endorsed on letter, document #650) (Piper, Francine) (Entered: 07/11/2000) |
| 07/11/2000 | 651 | LETTER dated 7/7/00 from Steven Y. Yurowitz to Judge Dearie, requesting permission for dft Robert Catoggio to attend a wake of a friend on 7/8/00. (Piper, Francine) (Entered: |

| | | 07/11/2000 |
|---|---|---|
| 07/11/2000 | | ENDORSED ORDER as to Robert Catoggio, granting the request for dft to attend the wake of a close friend on 7/8/00. ( Signed by Judge Raymond J. Dearie , on 7/7/00) c/m (endorsed on letter, document #651) (Piper, Francine) (Entered: 07/11/2000) |
| 07/12/2000 | 652 | LETTER dated 7/7/00 from Bernard Udell to Judge Dearie, advising that dft Vito Padulo was arrested on 6/14/00 in the Southern District of New York and released on $250,000 bond secured by his sister's home. (Piper, Francine) (Entered: 07/12/2000) |
| 07/12/2000 | 653 | LETTER dated 7/12/00 from Paul Schoeman to Judge Dearie, confirming that the court has adjourned the sentences of dft Trocchio to 8/11/00 at 11:00 and dfts Cosidente and Scaramellino to 9/15/00 at 10:00 and 10:30. (Piper, Francine) (Entered: 07/14/2000) |
| 07/13/2000 | 672 | NOTICE OF INTERLOCUTORY APPEAL by Robert Catoggio, Joseph Dibella re [638-1] order Filing Fee $ 105.00 Receipt # 234448 . Forms distributed. Judge notified. USCA notified. PLEASE NOTE: SINCE THIS NOA IS FOR BOTH PARTIES COUNSEL FOR JOSEPH DIBELLS ADVISED TO FILE AN AMENDED NOA. FOR EACH DEFT MUST FILE A SEPARATE NOA. (Gonzalez, Mary) (Entered: 08/03/2000) |
| 07/17/2000 | 654 | TRANSCRIPT of Pleading before Mag. Pollak filed in case as to Thomas Gucciardo for dates of 6/12/00; AUSA Paul Schoeman; Defense Counsel, Glenn E. Gucciardo; Court Transcriber, Kathy Van Buskirk, Transcriptions Unlimited. (Piper, Francine) (Entered: 07/17/2000) |
| 07/20/2000 | 655 | LETTER dated 6/9/00 from Richard A. Greenberg to Judge Dearie, requesting a one week extension from 6/12 to 6/19/00 of the due date for Catoggio's papers replying to the govt's lengthy opposition to the double jeopardy motion. (Piper, Francine) (Entered: 07/20/2000) |
| 07/20/2000 | 656 | LETTER dated 7/7/00 from Steven Y. Yurowitz to Judge Dearie, requesting to enlarge Mr. Catoggio's geographic bail restrictions to permit him to travel to florida for five days. (Piper, Francine) (Entered: 07/20/2000) |
| 07/20/2000 | 657 | LETTER dated 7/7/00 from Steven Y. Yurowitz to Judge Dearie, requesting permission for dft Robert Catoggio to attend the wake of a close friend on 7/8/00 from 6:00 p.m. and return by 10:00 p.m. (Piper, Francine) (Entered: 07/20/2000) |
| 07/20/2000 | 658 | LETTER dated 7/14/00 from Paul Schoeman to Judge Dearie, requesting that the govt's time to respond to dft's remaining pretrial motions be extended to 7/31/00. (Piper, Francine) (Entered: 07/20/2000) |
| 07/20/2000 | | ENDORSED ORDER, the govt's time to respond to dft's remaining pretrial motions is extended to 7/31/00. ( Signed by Judge Raymond J. Dearie , on 7/14/00) c/m (endorsed on letter, document #658) (Piper, Francine) (Entered: 07/20/2000) |
| 07/20/2000 | 659 | TRANSCRIPT for Pleading before Mag. Pollak filed in case as to Thomas Gucciardo for dates of 6/12/00; AUSA Paul Schoeman; Defense Counsel, Glenn E. Gucciardo; Court Transcriber, Kathy Van Buskirk, Transcriptions Unlimited. (Piper, Francine) (Entered: 07/20/2000) |
| 07/21/2000 | 662 | LETTER dated 7/19/00 from Paul Schoeman to Judge Dearie, confirming that the court has adjourned the sentences of dfts Piccininni and Tahan to 8/10/00 at 10:30. (Piper, Francine) (Entered: 07/25/2000) |
| 07/21/2000 | 663 | LETTER dated 7/19/00 from Paul Schoeman to Judge Dearie, confirming that the court has adjourned the sentences of several dfts. (Piper, Francine) (Entered: 07/25/2000) |
| 07/24/2000 | 660 | LETTER dated 7/14/00 from Paul Schoeman to Judge Dearie, requesting that the govt's |

| | | |
|---|---|---|
| | | time to respond to dft's remaining pretrial motions be extended until 7/31/00. (Piper, Francine) (Entered: 07/24/2000) |
| 07/24/2000 | 661 | LETTER dated 7/20/00 from Jennifer M. O'Connor to Judge Dearie, requesting that dft Roy Ageloff's time to respond to the motions to quash be extended to 8/14/00. (Piper, Francine) (Entered: 07/24/2000) |
| 07/24/2000 | | ENDORSED ORDER as to Roy Ageloff, dft is granted until 8/14 to respond to the motions to quash subpoenas by the SEC and NASD. ( Signed by Judge Raymond J. Dearie , on 7/20/00) c/m (endorsed on letter, document #661) (Piper, Francine) (Entered: 07/24/2000) |
| 07/24/2000 | 664 | TRANSCRIPT for Pleading before Mag. Chrein filed in case as to Randy Ashenfarb for dates of 3/27/00; AUSA Jonathan Mothner; Defense Counsel, Jerry L. Tritz; Court Transcriber, Sharon Aliseo, TypeWrite Word Processing Service. (Piper, Francine) (Entered: 07/25/2000) |
| 07/26/2000 | 665 | TRANSCRIPT for Status Conference before Judge Dearie filed in case as to Arthur Alonzo, Michael A. Bengen for dates of 2/18/00; AUSA Andrew Weissman; Defense Counsel, Melinda Sarafa, Jennifer Liang, Joel Walter; ESR, Janet Hamilton; Court Transcriber, Madeline Walsh, Transcriptions Unlimited. (Piper, Francine) (Entered: 07/27/2000) |
| 07/26/2000 | 666 | TRANSCRIPT for Bail Application before Mag. Azrack filed in case as to Joseph Dibella for dates of 3/3/00 ; Court Reporter/ESR: not listed; AUSA Andrew Weissman; Defense Counsel, Michael Rosen, Jeannie Graziano; Court Transcriber, Kathy Van Buskirk, Transcriptions Unlimited. (Piper, Francine) (Entered: 07/27/2000) |
| 07/26/2000 | 667 | TRANSCRIPT for Bail Application before Mag. Azrack filed in case as to Joseph Dibella for dates of 2/28/00 ; Court Reporter/ESR: not listed; AUSA Jonathan Mothner; Defense Counsel, Michael Rosen, Jeannie Graziano; Court Transcriber, Kathy Van Buskirk, Transcriptions Unlimited. (Piper, Francine) (Entered: 07/27/2000) |
| 07/26/2000 | 668 | TRANSCRIPT for Status Conference before Mag. Pollak filed in case as to Ronald Cataggio for dates of 3/30/00 ; Court Reporter/ESR: not listed; AUSA Pamela Chen; Defense Counsel, Peter Kirchheimer; Court Transcriber, Kathy Van Buskirk, Transcriptions Unlimited. (Piper, Francine) (Entered: 07/27/2000) |
| 07/26/2000 | 669 | LETTER dated 7/25/00 from Paul Schoeman to Judge Dearie, confirming that the court has adjourned the sentence of dft's Agnese and Battista to 9/15/00 at 11:30; Dft Mormando to 9/29/00 at 10:00. (Piper, Francine) (Entered: 07/27/2000) |
| 07/28/2000 | 670 | LETTER dated 7/27/00 from Paul Schoeman to Judge Dearie, confirming that the court has adjourn the sentence of dft Pizzolato to 9/29/00 at 10:00 and dfts Piccininni and Tahan to 10/13/00 at 10:00. (Piper, Francine) (Entered: 07/31/2000) |
| 07/28/2000 | 671 | LETTER dated 7/28/00 from Paul Schoeman to Judge Dearie, the govt requests until 8/14/00 to submit its opposition to dft's pretrial motions. (Piper, Francine) (Entered: 07/31/2000) |
| 08/01/2000 | 673 | AMENDED NOTICE OF INTERLOCUTORY APPEAL by Joseph Dibella re [638-1] order Filing Fee $ 105.00 Receipt # 235098. Forms distributed. Judge notified. USCA notified. PLEASE NOTE: THIS IS AN AMENDED NOA. THE ORIGINAL NOA WAS FILED ON 7/13/00. (SEE DOCUMENT #672). (Gonzalez, Mary) (Entered: 08/03/2000) |
| 08/01/2000 | 674 | ORDER OF REFERRAL as to Ronald Cataggio, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 8/1/00) (Signed by Magistrate Judge Cheryl M. Pollak 8/1/00) (Piper, Francine) (Entered: 08/03/2000) |

| 08/01/2000 | 675 | CALENDAR ENTRY as to Ronald Cataggio ; Case called before Magistrate Cheryl L. Pollak on date of 8/1/00 for Pleading; AUSA Andrew Weissman; Defense Counsel, Peter Kirschheimer; Tape # 00/67 (627-2912), Guilty: Ronald Cataggio (21) count(s) 1 . Sentencing set for 12/15/00 at 10:00. Bail continued for dft. (Piper, Francine) (Entered: 08/03/2000) |
|---|---|---|
| 08/02/2000 | 676 | LETTER dated 8/2/00 from Paul Schoeman to Judge Dearie, confirming that the court has adjourn the sentences for dft Gucciardo to 9/21/00 at 10:00; Cropper to 9/29/00 at 10:00; Bengen, Borgognone, Gili, Minerva and Trocchio to 10/20/00 at 10:30. (Piper, Francine) (Entered: 08/03/2000) |
| 08/03/2000 | | Certified copy of docket sheet sent to USCA. (Gonzalez, Mary) (Entered: 08/03/2000) |
| 08/03/2000 | 677 | CALENDAR ENTRY as to Joseph Dibella ; Case called before Judge Raymond J. Dearie on date of 8/3/00 for bail modification. Suretors Louis Como, Cathy Como and Joseph DiBella Sr. are advised of the ramifications of signing a bond. AUSA Paul Shoeman; Defense Counsel, Jean Graziano. Court Reporter/ESR Diana Perreira (Piper, Francine) (Entered: 08/07/2000) |
| 08/03/2000 | 931 | CALENDAR ENTRY as to Joseph Dibella ; Case called before Judge Raymond J. Dearie on date of 8/3/00 for Pleading; AUSA Paul Schoeman & Andrew Weissman; Defense Counsel, Michael Rosen, Guilty: Joseph Dibella (27) count(s) 1 . (Piper, Francine) (Entered: 01/19/2001) |
| 08/07/2000 | 678 | ORDER SETTING CONDITIONS OF RELEASE AND BOND Amended Secured Appesrance Bond reset to $2,000,000 for Joseph Dibella. Same conditions as pre-existing bond. ( Signed by Judge Raymond J. Dearie , dated: 8/3/00) (Piper, Francine) (Entered: 08/07/2000) |
| 08/07/2000 | 679 | LETTER dated 8/7/00 from Paul Schoeman to Judge Dearie, requesting a status conference. (Piper, Francine) (Entered: 08/08/2000) |
| 08/09/2000 | 680 | LETTER dated 7/28/00 from Paul Schoeman to Judge Dearie, requesting that the govt's time to respond to dft's remaining pretrial motions be extended to 8/14/00. (Piper, Francine) (Entered: 08/09/2000) |
| 08/09/2000 | | ENDORSED ORDER, the govt is granted until 8/14/00 to respond to dft's pretrial motions. (Signed by Judge Raymond J. Dearie , on 8/3/00) (endorsed on letter, document #680) (Piper, Francine) (Entered: 08/09/2000) |
| 08/09/2000 | 681 | LETTER dated 8/8/00 from Jennifer M. O'Connor to Judge Dearie, requesting that dft Ageloff's time to respond to the motions to quash 17 subpoenas submitted by the SEC and NASD be extended again for another two weeks from 8/14 to 8/28. (Piper, Francine) (Entered: 08/09/2000) |
| 08/10/2000 | 682 | CALENDAR ENTRY as to Thomas Plamenco ; Case called before Magistrate Robert M. Levy on date of 8/10/00 for Conference on Bond Modification. Suretors sworn and advised of obligations on bond. Signature approved. Bond issued. (new bond - different property). On 8/11/00 additional suretor approved on the record. Tape # 00/104 (5079-5514); 00/98 (5862-6047) (Piper, Francine) (Entered: 08/14/2000) |
| 08/11/2000 | 684 | LETTER dated 8/11/00 from Paul Schoeman to Judge Dearie, confirming that the court has adjourned the sentences of dft Figueroa to 9/22/00 at 11:00. (Piper, Francine) (Entered: 08/14/2000) |
| 08/14/2000 | 683 | ORDER SETTING CONDITONS OF RELEASE AND BOND. Amending Bond dated 6/16/99. (NEW SURETORS & DIFFERENT PROPERTY) Unsecured bond reset to $500,000 for Thomas Plamenco. Dft must remain in and not leave NY State, NJ, Florida |

| | | |
|---|---|---|
| | | (for business). Dft shall surrender passport by 6/18/99. Dft must report to pretrial services by telephone 1 time per week. Additional suretor to sign by 8/15/00. ( Signed by Magistrate Robert M. Levy , ) (Piper, Francine) (Entered: 08/14/2000) |
| 08/14/2000 | 686 | LETTER dated 8/9/00 from Andrew Weinstein to Judge Gershon, dft Enrico Locascio's objections and/or corrections to the presentence report. (Piper, Francine) (Entered: 08/15/2000) |
| 08/14/2000 | 688 | MEMORANDUM OF LAW by USA in opposition to the remaining dfts pretrial motions. (Piper, Francine) (Entered: 08/16/2000) |
| 08/14/2000 | 689 | LETTER dated 8/14/00 from Paul Schoeman to Judge Dearie, enclosing an original and courtesy copy of the govt's memorandum of law in opposition to the remaining dft's pretrial motions. (Piper, Francine) (Entered: 08/16/2000) |
| 08/15/2000 | 685 | LETTER dated 8/11/00 from Paul Schoeman to Judge Dearie, confirming that the court has adjourned the sentence of dft Figueroa to 9/22/00 at 11:00. (Piper, Francine) (Entered: 08/15/2000) |
| 08/15/2000 | | ENDORSED ORDER as to Robert Figueroa, dft sentencing is adjourned to 9/22/00 at 11:00. ( Signed by Judge Raymond J. Dearie , on 8/14/00) c/m (endorsed on letter, document #685) (Piper, Francine) (Entered: 08/15/2000) |
| 08/15/2000 | 687 | CALENDAR ENTRY as to Jeffrey Van Blarcom ; Case called before Judge Raymond J. Dearie on date of 8/15/00 for Pleading; AUSA Paul Schoeman; Defense Counsel, Joyce David; Court Reporter/ESR Tony Mancuso. Guilty: Jeffrey Van Blarcom (58) count(s) 6 . Sentencing set for 12/8/00 at 10:00. Bail continued for dft. (Piper, Francine) (Entered: 08/16/2000) |
| 08/16/2000 | 692 | LETTER dated 8/15/00 from Paul Schoeman to Judge Dearie, enclosing a copy of the transcript of proceedings before the grand jury on 4/14/99, which is referenced in the parties pre-trial briefs. (Piper, Francine) (Entered: 08/18/2000) |
| 08/17/2000 | 690 | LETTER dated 8/11/00 from Maurice H. Sercarz to Judge Dearie, dft Neil Brauner request permission to travel to Atlanta, Georgia from 8/14/00 to 8/20/00 to be present for his wife's surgery. (Piper, Francine) Modified on 08/17/2000 (Entered: 08/17/2000) |
| 08/17/2000 | | ENDORSED ORDER as to Neil Brauner, dft is granted permission to travel to Atlanta, Georgia from 8/14/00 to 8/20/00 for his wife's surgery. ( Signed by Judge Raymond J. Dearie , on 8/15/00) (endorsed on letter, document #690) c/m(Piper, Francine) Modified on 08/17/2000 (Entered: 08/17/2000) |
| 08/17/2000 | 694 | CALENDAR ENTRY as to Roy Ageloff ; Case called before Judge Raymond J. Dearie on date of 8/17/00 for Pleading; AUSA Paul Schoeman; Defense Counsel, Nathan Lewis; Court Reporter/ESR Dominic Tursi, Guilty: Roy Ageloff (8) count(s) 1 . Sentencing set for 12/7/00 at 4:30. (Piper, Francine) (Entered: 08/21/2000) |
| 08/17/2000 | 695 | CALENDAR ENTRY as to Robert Catoggio, Donald Messinger, Rocco Basile, John Besarany, Jonathan Durinda, Gregory Groeller, Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 8/17/00 for Status Hearing. Discussion held on the pending severance. Case adjourned to 8/22/00 at 12:00 Before the duty magistrate as to dft John Bersarany. AUSA Paul Schoeman and Andrew Weissman. Court Reporter/ESR Dominic Tursi; Gustave Newman for R. Catoggio; Michael Washor for Joel Winograd for Messinger; Albert Brackley for Basile; Harry Batchelder (appearance by telephone) for Bersarany; Eric Siegle for Durinda; Bob Mintz (appearance by telephone) for Groeller; Maranda Fritz for Nazareno; Michael Washor for Plamenco. (Piper, Francine) (Entered: 08/22/2000) |

| | | |
|---|---|---|
| 08/18/2000 | 691 | TRANSCRIPT of Status Conference before Judge Dearie filed in case as to Robert Catoggio, R. Ageloff, A. Alonso, R. Basile, J. Besarny, Ronald Catoggio, J. Dibella, J. Durinda, G. Groeller, T. Gucciardo, D. Messinger, J. Nazareno, T. Plamenco, J. Van Blarcom for dates of 5/19/00 ; Court Reporter/ESR: Gene Rudolph (Piper, Francine) (Entered: 08/18/2000) |
| 08/18/2000 | 693 | INTER-OFFICE MEMO from Taia V. Givens (pretrial services officer) to Judge Dearie dated 8/10/00, requesting that a bail violation hearing be scheduled for dft Vito Padulo. (Piper, Francine) (Entered: 08/18/2000) |
| 08/18/2000 | 712 | CALENDAR ENTRY as to Vito Padulo ; Case called before Magistrate Joan M. Azrack on date of 8/18/00 for Tape # conference on pretrial release. Mental health treatment added to bond. AUSA Andrew Weissman; Defense Counsel, Bernard Udell; Tape # 00/60 (1165-1567). (Piper, Francine) (Entered: 09/01/2000) |
| 08/21/2000 | 697 | LETTER dated 8/18/00 from Eric W. Siegle to Judge Dearie, in further support of the severance motion of Gregory Groeller dated 5/15/00 on behalf of Jonathan Durinda. (Piper, Francine) (Entered: 08/24/2000) |
| 08/22/2000 | 696 | LETTER dated 8/21/00 from Paul Schoeman to Gustave Newman and Miranda Fritz, enclosing two computer disks containing electronic blue sheet data for various dockets from RPR, Adler Coleman, Fiserv and J.B. Oxford. (Piper, Francine) (Entered: 08/23/2000) |
| 08/22/2000 | 698 | CALENDAR ENTRY as to John Besarany ; Case called before Magistrate Marilyn D. Go on date of 8/22/00 for Status Hearing. Harry Tate is replacing Harry Batchelder as counsel. AUSA Paul Schoeman; Defense Counsel, Harry Batchelder. Tape # 00/68 (0-336). (Piper, Francine) (Entered: 08/24/2000) |
| 08/23/2000 | | Certified and transmitted INDEX on appeal to U.S. Court of Appeals as to Robert Catoggio. Acknowledgment requested. (McGee, Maryann) (Entered: 08/23/2000) |
| 08/24/2000 | 699 | NOTICE of Appearance for John Besarany by Attorney Robert Tate (Piper, Francine) (Entered: 08/24/2000) |
| 08/25/2000 | 700 | TRANSCRIPT of Criminal Cause for Pleading before Magistrate Pollak filed in case as to Ronald Cataggio for dates of 8/1/00 ; (Jean (Entered: 08/25/2000) |
| 08/28/2000 | 702 | WAIVER OF INDICTMENT by Gregory Groeller before Mag. Pollak on 8/28/00 before Mag. Pollak. (Piper, Francine) (Entered: 08/29/2000) |
| 08/28/2000 | 703 | SUPERSEDING INFORMATION as to Gregory Groeller (34) count(s) 1s (Piper, Francine) (Entered: 08/29/2000) |
| 08/28/2000 | 704 | ORDER as to Gregory Groeller, consent to have plea taken before a U.S. Magistrate Judge. ( Signed by Magistrate Cheryl L. Pollak , on 8/28/00) (Piper, Francine) (Entered: 08/29/2000) |
| 08/28/2000 | 705 | CALENDAR ENTRY as to Gregory Groeller ; Case called before Magistrate Cheryl L. Pollak on date of 8/28/00 for Pleading; AUSA Paul Schoeman; Defense Counsel, Robert Mintz; Tape # 00/69 (3641-6126); Dft enters guilty plea to count 7 and 9 of the superseding indictment and count one of the superseding information. Guilty: Gregory Groeller (34) count(s) 1s, 7, 9 . Bail continued for dft. Transcript sealed except to provide copies to court and attorneys. (Piper, Francine) (Entered: 08/29/2000) |
| 08/28/2000 | 706 | INTER-OFFICE MEMO from Melony C. Bedford to Judge Dearie dated 8/28/00, recommending that the court modify the conditions of bail to include random drug testing and treatment as necessary as to dft Kirk Ruffler. (Piper, Francine) (Entered: 08/29/2000) |

| | | |
|---|---|---|
| 08/29/2000 | 701 | LETTER dated 8/15/00 from Gustave H. Newman to Judge Dearie, advising that dft Robert Catoggio has offered to and is ready to plead guilty. (Piper, Francine) (Entered: 08/29/2000) |
| 08/29/2000 | | ENDORSED ORDER as to Gregory Groeller, bail is modified to include random drug testing and treatment as directed by pretrial services. ( Signed by Judge Raymond J. Dearie , on 8/28/00) (endorsed on interoffice memorandum, document #706) (Piper, Francine) (Entered: 08/29/2000) |
| 08/30/2000 | 707 | LETTER dated 7/20/00 from Jennifer M. O'Connor to Judge Dearie, requesting that deft. Ageloff's time to respond to the motion to quash be extended from 7/31/00 to 8/14/00. (Greene, Donna) (Entered: 08/30/2000) |
| 08/30/2000 | 708 | LETTER dated 8/8/00 from Jennifer M. O'Connor to Judge Dearie, requesting that deft. Ageloff's time to respond to the motion to quash be extended from 8/14/00 to 8/28/00. (Greene, Donna) (Entered: 08/30/2000) |
| 08/30/2000 | 709 | LETTER dated 8/10/00 from Paul Schoeman, AUSA to Judge Dearie, confirming that the staus conference for the remaining trial defts. has been scheduled for 8/17/00 at 2pm. (Greene, Donna) (Entered: 08/30/2000) |
| 08/30/2000 | 710 | COPY OF LETTER dated 8/11/00 from Richard A. Greenberg to Clerk of the Cour, USC of Appeal, advising the court that they do not oppose the governments motion, dated 8/4/00 to expedite the appeal. (Greene, Donna) (Entered: 08/30/2000) |
| 08/31/2000 | 711 | LETTER dated 8/24/00 from John Kaley to Judge Dearie, requesting that the court modify dft Michael Bengen's travel condition to travel to florida from 8/30 to 9/3/00. (Piper, Francine) (Entered: 08/31/2000) |
| 08/31/2000 | | ENDORSED ORDER as to Michael A. Bengen, dft is granted permission to travel to Florida from 8/30 until 9/3. ( Signed by Judge Raymond J. Dearie , on 8/28/00) c/m (endorsed on letter, document #711) (Piper, Francine) (Entered: 08/31/2000) |
| 09/05/2000 | 713 | Acknowledgment from USCA received for tge (INDEX) as to Robert Catoggio. Signed by DE. (Gonzalez, Mary) (Entered: 09/05/2000) |
| 09/07/2000 | 715 | CALENDAR ENTRY as to John Claudino ; Case called before Judge Raymond J. Dearie on date of 9/7/00 for Status Hearing. AUSA Schoeman; Dft present on bond w/Paul Rinaldo (CJA); Court Reporter: Henri Legendre. Status conference held on violation of conditions of release. Court advised by counsel that dft has agreed to an in-patient 30 day drug treatment program. Case adj'd until 10/27/00, 12:30 p.m. (Lee, Tiffeny) (Entered: 09/12/2000) |
| 09/08/2000 | 714 | ORDER as to Neil Brauner endorsed on letter dated 8/29/00 from Maurice Sercarz to Judge Dearie. Defendant's request for permission to travel to Maryland to visit relatives is granted. ( Signed by Judge Raymond J. Dearie on 9/1/00) c/m by chambers. (Rodriguez,Angela) (Entered: 09/08/2000) |
| 09/08/2000 | 717 | CALENDAR ENTRY as to Arthur Alonzo ; Case called before Magistrate Steven M. Gold on date of 9/8/00 for Bond Hearing. AUSA Paul Schuman; Deft in custody w/counsel Lour Freeman; Tape # 00/96(4307-5669). Addendum to Bond attached. (Lee, Tiffeny) (Entered: 09/12/2000) |
| 09/08/2000 | 718 | Secured Appearance BOND entered by Arthur Alonzo in Amount $ 500,000. Conditions Attached (Signed by Magistrate Steven M. Gold , dated 9/8/00) (Lee, Tiffeny) (Entered: 09/12/2000) |
| 09/12/2000 | 716 | NOTICE of Proposed Action as to Robert Catoggio, Donald Messinger, Rocco Basile, John Besarany, Jonathan Durinda. The Court suggests the following realignment for trial |

| | | |
|---|---|---|
| | | purposes and invites counsel to comment by letter by 9/13/00. Trial one to proceed as scheduled involving dfts. Catoggio, Besarany and Basile. Trial two to proceed as scheduled involving dfts Messinger and Durinda. Signed Raymond Dearie, USDJ undated. (Lee, Tiffeny) (Entered: 09/12/2000) |
| 09/14/2000 | 719 | TRANSCRIPT of Proceedings before Judge Dearie filed in case as to Jeffrey Van Blarcom for dates of 8/15/00 ; Court Reporter/ESR: Anthony M. Mancuso; AUSA Paul Schoeman; Defense Counsel, Joyce David. (Piper, Francine) (Entered: 09/14/2000) |
| 09/14/2000 | 722 | LETTER dated 9/13/00 from Paul Schoeman to Judge Dearie, requesting that sentencing for dft Agnese, Cohen, Goldberg and Scaramellino set for 9/15/00 be adjourned for one month. (Piper, Francine) (Entered: 09/15/2000) |
| 09/15/2000 | 720 | ORDER, in considering the pending severance motions of the dfts Nazareno and Plamenco, particularly in light of the limited numbers of dfts now awaiting trial, the court suggest the following realignment for trial purposes and invites counsel to comment by letter not later than 9/13/00. The first trial will proceed as scheduled involving the dfts Catoggio, Besarany and Basile. The second trial will proceed as scheduled involving the dfts Messinger and Durinda. ( Signed by Judge Raymond J. Dearie , on 9/11/00) (Piper, Francine) (Entered: 09/15/2000) |
| 09/15/2000 | 721 | CORRECTED ORDER, in considering the pending severance motions of the dfts Nazareno and Plamenco, particularly in light of the limited number of dfts now awaiting trial, the court suggest the following realignment for trial purposes and invites counsel to comment by letter not later than 9/13/00. The first trial will proceed as scheduled involving the dfts Catoggio, Besarany and Basile. The second trial will proceed as scheduled involving the dfts Messinger, Durinda, Nazareno and Plamenco. ( Signed by Judge Raymond J. Dearie , on 9/12/00) (Piper, Francine) (Entered: 09/15/2000) |
| 09/15/2000 | 723 | SENTENCING MEMORANDUM by John Lembo III (Piper, Francine) (Entered: 09/19/2000) |
| 09/15/2000 | 724 | LETTER dated 9/13/00 from Jeffrey Lichtman to Judge Dearie, requesting that the court recommend that dft Longo be placed in the intensive confinement center at the federal prison camp in Allenwood, Pennsylvania. (Piper, Francine) (Entered: 09/19/2000) |
| 09/15/2000 | 770 | CALENDAR ENTRY as to William Joseph Battista ; Case called before Judge Raymond J. Dearie on date of 9/15/00 for Sentencing. AUSA Schoeman; Dft in cust/w/atty Julius Wasserstein. Case called for CR 98-1129(2) & CR 99-139(S-1). Dft receives 30 months on each count to run concurrently; 3 yrs supervised release; $50.00 s/a on count 3; $100.00 s/a on count 1; $537,000.00 restitution. Special conditions of supervised release: Treatment for substance abuse. Restitution payment w/i 30 days of release, at a rate to be determined by the court and not less than 10% of gross earnings. Full periodic financial disclosure to the probation dept as required. Dft to surrender at the institution designated by the Bureau of Prisons on 10/30/00. Open counts dismissed on govt's motion. (Lee, Tiffeny) Modified on 10/20/2000 (Entered: 10/20/2000) |
| 09/15/2000 | | Sentencing held William Joseph Battista (14) count(s) 3. (Lee, Tiffeny) (Entered: 10/20/2000) |
| 09/18/2000 | 725 | LETTER dated 9/14/00 from Paul Schoeman to Gustave Newman, writing to memorialize the recent conversation with the defense counsel's office regarding the application of the sentencing guidelines to catoggio. (Piper, Francine) (Entered: 09/19/2000) |
| 09/18/2000 | 726 | LETTER dated 9/13/00 from Richard A. Greenberg to Judge Dearie, advising that catoggio's trial should be adjourned until 3/01 in the event that Basile does not plead guilty or that the govt refuses to consummate the plea agreement cataggio has accepted. |

|  |  | (Piper, Francine) (Entered: 09/20/2000) |
|---|---|---|
| 09/19/2000 | 727 | LETTER dated 9/19/00 from Andrew Weissman to Judge Dearie, requesting that dft Longo's application to be placed in the Intensive Confinment Center Program be denied. (Piper, Francine) (Entered: 09/21/2000) |
| 09/20/2000 | 729 | LETTER dated 9/20/00 from Paul Schoeman to Judge Dearie, requesting that sentencing for dft John Lembo be rescheduled for 10/4 - 10/6 or any date thereafter. (Piper, Francine) (Entered: 09/21/2000) |
| 09/20/2000 | 730 | LETTER dated 9/19/00 from Paul Schoeman to Judge Dearie, dft Cavicchio's motion for downward departure should be denied. (Piper, Francine) (Entered: 09/21/2000) |
| 09/20/2000 | 731 | LETTER dated 9/19/00 from Paul Schoeman to Gustave Newman, enclosing a revised proposed plea agreement as to dft Catoggio. (Piper, Francine) (Entered: 09/21/2000) |
| 09/20/2000 | 776 | CALENDAR ENTRY as to Brent Calderone Longo ; Case called before Judge Raymond J. Dearie on date of 9/20/00 for Sentencing Court Reporter/ESR Henry Shapiro For deft. Jeffrey Lichtman AUSA Paul Schoeman/Andrew Weissman Deft. sentenced. (Jackson, Ramona) (Entered: 10/23/2000) |
| 09/20/2000 |  | Sentencing held Brent Calderone Longo (38) count(s) 9 (Jackson, Ramona) (Entered: 10/23/2000) |
| 09/20/2000 |  | Sentencing held Jaime Scott Morrill (44) count(s) 9 (Piper, Francine) (Entered: 11/02/2000) |
| 09/21/2000 | 728 | ORDER, denying dft's [573-1] motion for severance of counts; separate trials as to Joel Nazareno (45), Thomas Plamenco (50) ( Signed by Judge Raymond J. Dearie , on 9/20/00) (Piper, Francine) (Entered: 09/21/2000) |
| 09/21/2000 | 732 | LETTER dated 9/20/00 from Paul Schoeman to Miranda Fritz, enclosing eight computer disks containing Excel spreadsheets of the electronic blue sheet data previously sent. (Piper, Francine) (Entered: 09/21/2000) |
| 09/21/2000 | 798 | CALENDAR ENTRY as to Anthony Cavicchio ; Case called before Judge Raymond J. Dearie on date of 9/21/00 for Sentencing. AUSA Paul Schoeman/Andrew Weissman; Defense Counsel, Mitchell Golub. Court Reporter/ESR Henry Shapiro. (Piper, Francine) (Entered: 11/02/2000) |
| 09/21/2000 |  | Sentencing held Anthony Cavicchio (22) count(s) 9 (Piper, Francine) (Entered: 11/02/2000) |
| 09/22/2000 | 733 | LETTER dated 9/19/00 from Steven Y. Yurowitz to Judge Dearie, application to enlarge Robert Catoggio's geographic bail restrictions to permit him to travel to florida for five days to visit his mother. (Piper, Francine) (Entered: 09/22/2000) |
| 09/22/2000 |  | ENDORSED ORDER as to Robert Catoggio, dft is granted permission to travel to florida from 9/25/00 to 9/30/00. ( Signed by Judge Raymond J. Dearie , on 9/21/00) c/m (endorsed on letter, document #733) (Piper, Francine) (Entered: 09/22/2000) |
| 09/22/2000 | 734 | LETTER dated 9/15/00 from Harry C. Batchelder to Clerk of the Court, enclosing voucher No. 1073642 on behalf of dft John Besarany. (Piper, Francine) (Entered: 09/22/2000) |
| 09/23/2000 | 800 | CALENDAR ENTRY as to Jaime Scott Morrill ; Case called before Judge Raymond J. Dearie on date of 9/23/00 for Sentencing. AUSA Paul Schoeman/Andrew Weissman; Defense Counsel, Joel Walter. Court Reporter/ESR Marsha Diamond. (Piper, Francine) (Entered: 11/02/2000) |

| | | |
|---|---|---|
| 09/26/2000 | 751 | LETTER dated 9/13/00 from Andrew Weissman to Judge Dearie, advising that the govt would prefer a single trial. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Stephen Agnese, Damon Gerard Cohen, Valery Goldberg, Michael Scaramellino, Sentencing is adjourned to 10/25/00 at 9:30. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #722) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to John Lembo III, Sentencing is adjourned to 10/25/00 at 11:30. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #729) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 735 | LETTER dated 9/19/00 from Bettina Schein to Judge Dearie, requesting that sentencing for dft Mormando be adjourned to a date after 10/27/00. (Piper, Francine) Modified on 09/27/2000 (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Christopher Mormando, sentencing date adjourned to 11/16/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #735)(Piper, Francine) Modified on 09/27/2000 (Entered: 09/27/2000) |
| 09/27/2000 | 736 | LETTER dated 9/7/00 from Bernard Udell to Judge Dearie, requesting that sentencing for dft Padulo be adjourned from 9/15/00 to 11/17/00. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Vito Padulo, sentencing adjourned to 11/16/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #736) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 737 | LETTER dated 9/18/00 from Diarmuid White to Judge Dearie, requesting to adjourn the sentencing of dft Rosetti from 9/22/00 to 10/27/00. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Joseph Rosetti, sentencing adjourned to 10/26/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 9/20/00) c/m (endorsed on letter, document #737) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 738 | LETTER dated 9/21/00 from Richard Levitt to Judge Dearie, requesting that dft Medaglia's sentencing set for 9/22/00 be adjourned to 10/27/00. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Paul Medaglia, sentencing adjourned to 10/26/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #738) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 739 | LETTER dated 9/20/00 from James R. Froccaro, Jr. to Judge Dearie, requesting that dft Figueroa's sentencing be adjourned until 10/27/00. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Robert Figueroa, sentencing adjourned to 10/26/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #739) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 740 | LETTER dated 9/15/00 from Joy L. Vastola to Judge Dearie, requesting that sentencing for dft Scarsella be adjourned to 10/27/00. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Richard Scarsella, sentencing adjourned to 10/26/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #740) (Piper, Francine) (Entered: 09/27/2000) |

| | | |
|---|---|---|
| 09/27/2000 | 741 | LETTER dated 9/20/00 from Renato C. Stabile to Judge Dearie, requesting that sentencing for dft Rui Reis Figueiredo be adjourned from 9/22/00 to 10/27/00. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Rui Reis Figueiredo, sentencing adjourned to 10/24/00 at 9:30. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #741) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 742 | LETTER dated 9/13/00 from Kenneth J. Kaplan to Judge Dearie, requesting a thirty day extension of sentencing for dft Mancino. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Mark Mancino, sentencing adjourned to 10/24/00 at 9:30. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #742) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 743 | LETTER dated 9/19/00 from Maurice Sercarz to Judge Dearie, requesting a two week adjournment in dft Brigante and Brauner's sentencing. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Neil Brauner, Nicholas Briganti, Granted. Sentencing adjourned to 10/23/00 at 12:30. ( Signed by Judge Raymond J. Dearie , on 9/25/00) c/m (endorsed on letter, document #743) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 744 | SCHEDULING ORDER as to William Cosidente, Sentencing has been scheduled for 11/15/00 at 12:00. ( Signed by Judge Raymond J. Dearie 9/26/00 ) c/m (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 745 | SCHEDULING ORDER as to Alan Koop, Sentencing has been scheduled for 11/15/00 at 12:00. ( Signed by Judge Raymond J. Dearie 9/26/00 ) c/m (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 746 | LETTER dated 9/19/00 from Jerry L. Tritz to Judge Dearie, requesting an adjournment of 45 days of sentencing for dft Ashenfarb. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Randy Ashenfarb, sentencing adjourned to 11/14/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 9/25/00) (endorsed on letter, document #746) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 747 | SCHEDULING ORDER as to Randy Ashenfarb, Sentencing has been scheduled for 11/14/00 at 10:00. ( Signed by Judge Raymond J. Dearie 9/26/00 ) c/m (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 748 | ORDER as to Nicholas Bosco, dft request to travel to the Bahamas for a family vacation is denied. ( Signed by Judge Raymond J. Dearie , on 9/19/00) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 749 | LETTER dated 9/18/00 from Charles D. Adlers to Judge Dearie, requesting a three week postponement for the sentence of dft Briganti set for 9/20/00 at 10:30. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Nicholas Briganti, Granted. Sentence adjourned to 11/14/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 9/20/00) (endorsed on letter, document #749) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 750 | SCHEDULING ORDER as to Nicholas Briganti, Sentencing has been scheduled for 11/14/00 at 10:00. ( Signed by Judge Raymond J. Dearie ) c/m (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 752 | LETTER dated 9/18/00 from Susan G. Kellman to Judge Dearie, requesting a brief |

| | | |
|---|---|---|
| | | adjournment of sentencing set for 9/29/00 for dft Pizzolato. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Frank J. Pizzolato, sentencing adjourned to 11/16/00 at 11:00. ( Signed by Judge Raymond J. Dearie , on 9/26/00) c/m (endorsed on letter, document #752) (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 753 | LETTER dated 9/21/00 from Michael L. Macklowitz to Judge Dearie, requesting that sentencing be adjourned to the week of 10/23/00. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | 754 | LETTER dated 9/19/00 from Glenn Gucciardo to Judge Dearie, requesting an adjournment of sentencing set for 9/21/00 for dft Thomas Gucciardo. (Piper, Francine) (Entered: 09/27/2000) |
| 09/27/2000 | | ENDORSED ORDER as to Thomas Gucciardo, sentencing adjourned to 11/14/00 at 11:30. ( Signed by Judge Raymond J. Dearie , on 9/26/00) c/m (endorsed on letter, document #754) (Piper, Francine) (Entered: 09/27/2000) |
| 09/29/2000 | 756 | LETTER dated 9/28/00 from Michael Handwerker to Judge Dearie, requesting that sentencing for dft Michael Scaramellino be adjourned until 1/8/01. (Piper, Francine) (Entered: 10/02/2000) |
| 09/29/2000 | 757 | LETTER dated 9/28/00 from Paul Schoeman to Judge Dearie, requesting that dft Cropper's motion for a downward departure be denied. (Piper, Francine) (Entered: 10/03/2000) |
| 09/29/2000 | 794 | CALENDAR ENTRY as to Ronald Cropper Jr.; Case called before Judge Raymond J. Dearie on date of 9/29/00 for Sentencing. AUSA Andrew Weissman; Defense Counsel, Joseph Corozzo. CourtReporter/ESR Alan Sherman. (Piper, Francine) (Entered: 11/01/2000) |
| 09/29/2000 | | Sentencing held Ronald Cropper (26) count(s) 3 (Piper, Francine) (Entered: 11/01/2000) |
| 10/02/2000 | 755 | LETTER dated 9/25/00 from Gail E. Laser to Judge Dearie, requesting that dft Dunham's sentencing be adjourned until 11/3/00 at 9:30. (Piper, Francine) (Entered: 10/02/2000) |
| 10/02/2000 | | ENDORSED ORDER as to David Dunham, sentencing adjourned to 11/15/00 at 11:00. ( Signed by Judge Raymond J. Dearie , on 9/28/00) c/m (endorsed on letter, document #755) (Piper, Francine) (Entered: 10/02/2000) |
| 10/02/2000 | 758 | MANDATE OF USCA (certified copy) as to Joseph Dibella Re: withdrawing the appeal . It is stipulated that the appeal is withdrawn. Issued as mandate on 9/26/00. Judge notified. Ackn mailed. USCA # 00-1539. (Gonzalez, Mary) (Entered: 10/03/2000) |
| 10/05/2000 | 759 | CALENDAR ENTRY as to Robert Catoggio ; Case called before Judge Raymond J. Dearie on date of 10/5/00 for Pleading; AUSA Paul Schoeman & Andrew Weissman; Defense Counsel, Gustave Newman & Steven Yurowitz. Court Reporter/ESR Holly Driscoll, Guilty: Robert Catoggio (1) count(s) 1s, 2s . Dft continued on bond. Sentencing set for 1/26/01 at 10:00. Court find that the plea was made knowingly & voluntarilly and not coerced. Court finds factual basis to accept plea & formally accepts plea. (Piper, Francine) (Entered: 10/06/2000) |
| 10/06/2000 | 760 | LETTER dated 9/29/00 from Patrick V. Parotta to Judge Dearie, requesting that sentencing for dft Stephen Agnese set for 10/25/00 at 9:30 be adjourned or advanced. (Piper, Francine) (Entered: 10/06/2000) |
| 10/06/2000 | | ENDORSED ORDER as to Stephen Agnese, granted. Sentencing is adjourned to 11/16/00 at 12:00. ( Signed by Judge Raymond J. Dearie , on 10/5/00) c/m (endorsed on letter, document #760) (Piper, Francine) (Entered: 10/06/2000) |

| | | |
|---|---|---|
| 10/06/2000 | 761 | LETTER dated 9/28/00 from Michael Handwerker to Judge Dearie, requesting an adjournment of sentencing for dft Michael Scaramellino. (Piper, Francine) (Entered: 10/06/2000) |
| 10/06/2000 | | ENDORSED ORDER as to Michael Scaramellino, granted. Sentencing adjourned to 1/12/01 at 11:00. ( Signed by Judge Raymond J. Dearie , on 10/5/00) (endorsed on letter, document #761) (Piper, Francine) (Entered: 10/06/2000) |
| 10/06/2000 | 762 | LETTER dated 9/27/00 from Robert S. Wolf to Judge Dearie, requesting an adjournment of dft Nicholas Bosco's sentencing presently set for 10/6/00. (Piper, Francine) (Entered: 10/06/2000) |
| 10/06/2000 | | ENDORSED ORDER as to Nicholas Bosco, granted. Sentencing adjourned to 11/21/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 10/5/00) c/m (endorsed on letter, document #762) (Piper, Francine) (Entered: 10/06/2000) |
| 10/06/2000 | 763 | LETTER dated 9/29/00 from Mario F. Gallucci to Judge Dearie, requesting an adjournment of sentencing for dft Victor Vernaci presently set for 10/6/00. (Piper, Francine) (Entered: 10/06/2000) |
| 10/06/2000 | | ENDORSED ORDER as to Victor Vernaci, sentencing adjourned to 11/21/00 at 10:00. ( Signed by Judge Raymond J. Dearie , on 10/5/00) c/m (endorsed on letter, document #763) (Piper, Francine) (Entered: 10/06/2000) |
| 10/06/2000 | 765 | LETTER dated 10/4/00 from Jeffrey Lichtman to Judge Dearie, enclosing two letters on behalf of dft Barry Miele, in connection with sentencing. (Piper, Francine) (Entered: 10/10/2000) |
| 10/06/2000 | 779 | CALENDAR ENTRY as to Barry Miele ; Case called before Judge Raymond J. Dearie on date of 10/6/2000 for Sentencing Court Reporter/ESR Holly Driscoll For deft. Jeffrey Lichtman & Gerald Shargel AUSA Paul Shoeman & Andrew Weissman Deft. sentenced. (Jackson, Ramona) (Entered: 10/23/2000) |
| 10/06/2000 | | Sentencing held Barry Miele (3) count(s) 1s (Jackson, Ramona) (Entered: 10/23/2000) |
| 10/06/2000 | | Sentencing held Barry Miele (3) count(s) 1 (Jackson, Ramona) (Entered: 10/23/2000) |
| 10/10/2000 | 764 | LETTER dated 9/7/00 from Bernard Udell to Judge Dearie, requesting that sentencing for dft Padulo be adjourned from 9/15/00 to 11/17/00. (Piper, Francine) (Entered: 10/10/2000) |
| 10/10/2000 | 768 | CALENDAR ENTRY as to Joseph Dibella ; Case called before Magistrate Joan M. Azrack on date of 10/10/00 for Conference. Amend bail conditions - substitute (1 property) and added 31 Lenox Road, with 2 new suretors. AUSA Paul Schoeman; Defense Counsel, Gene Graziano. Tape # 00/68 (1012-1263). (Piper, Francine) (Entered: 10/16/2000) |
| 10/11/2000 | 766 | LETTER dated 10/5/00 from Michael A. Haber to Judge Dearie, requesting that sentencing for dft Piccininni and Tahan set for 10/13/00 at 10:00 be adjourned. (Piper, Francine) (Entered: 10/11/2000) |
| 10/12/2000 | 767 | MANDATE OF USCA (certified copy) as to Robert Catoggio Re: withdrawing the appeal . It is stipulated that the appeal is withdrawn. Issued as mandate on 10/04/00. Judge notified. Ackn mailed. USCA # 00-1538. (Gonzalez, Mary) (Entered: 10/12/2000) |
| 10/13/2000 | | ENDORSED ORDER as to Scott Piccininni, Paul Tahan, Granted, sentencing adjourned to 1/19/01 at 12:00. ( Signed by Judge Raymond J. Dearie , on 10/12/00) c/m (endorsed on letter, document #766) c/m (endorsed on letter, document #766) (Piper, Francine) (Entered: 10/13/2000) |

| | | |
|---|---|---|
| 10/17/2000 | 769 | Memorandum in Aid of Sentencing by Vincent Minerva (Piper, Francine) (Entered: 10/17/2000) |
| 10/18/2000 | 789 | LETTER dated 10/18/00 from AUSA Schoeman to Judge Dearie objecting to dft Catoggio's application to travel. (Lee, Tiffeny) (Entered: 10/30/2000) |
| 10/19/2000 | 773 | Memorandum in support of sentencing incorporation objections to the PSR and motion to depart from the applicable guideline range. (Glenn, Marilyn) (Entered: 10/20/2000) |
| 10/20/2000 | 771 | JUDGMENT William Joseph Battista (14) count(s) 3. Receivess thirty (30) months imprisonment; Three (3) yrs supervised release; $50.00 special assessment (in CR 98-1129); $537,000.00 restitution. Sentence to run concurrently with sentenced imposed in CR 99-139. Special conditions of supervised release: Treatment for substance abuse. Restitution payment w/i 30 days of release, at a rate to be determined by the court and not less than 10% of gross earnings. Full periodic financial disclosure to the probation dept as required. Court recommends a northeastern designation. Open counts dismissed on govt's motion. ( Signed by Judge Raymond J. Dearie , on 10/17/00) {parties notified} (Lee, Tiffeny) (Entered: 10/20/2000) |
| 10/20/2000 | | DISMISSAL of Count(s) on Government Motion as to William Joseph Battista party William Joseph Battista Counts Dismissed: William Joseph Battista (14) count(s) 1, 2, 4, 5. (Lee, Tiffeny) (Entered: 10/20/2000) |
| 10/20/2000 | 772 | LETTER dated 10/19/00 from AUSA Paul Schoeman to Judge Dearie in response to defendant Vincent Minerva's memorandum in aid of sentencing dated 10/17/00. (Guzzi, Roseann) (Entered: 10/20/2000) |
| 10/20/2000 | 774 | ORDER as to Michael Trocchio adjourning sentencing to 11/30/00 at 11:00. Signed by Judge Raymond J. Dearie , on 10/18/00. See letter dated 10/17/00 from Louis E. Diamond, Esq. to Judge Dearie. (Permaul, Jenny) (Entered: 10/20/2000) |
| 10/20/2000 | 782 | CALENDAR ENTRY as to Fabio Borgonone ; Case called before Judge Raymond J. Dearie on date of 10/20/2000 for Sentencing Court Reporter/ESR Paul Lombardi, For deft. Gerald Dichiara AUSA Paul Schoeman/Andrew Weissman At the request of counsel adjn. to Sentencing for 2:30 11/3/00 for Fabio Borgonone before Judge Raymond J. Dearie , terminated past due deadlines (Jackson, Ramona) (Entered: 10/24/2000) |
| 10/20/2000 | 783 | CALENDAR ENTRY as to Vito Gili ; Case called before Judge Raymond J. Dearie on date of 10/20/2000 for Sentencing Court Reporter/ESR Paul Lombardi For deft. Arnold Steinberg AUSA Paul Schoeman/Andrew Weissman Sentencing is adjourned at court's directeion. Court is not satisfied with deft's response to the court. Case adjourned until 11/17/2000 @ 2:30 for allocution and sentence. (Jackson, Ramona) (Entered: 10/24/2000) |
| 10/20/2000 | 784 | CALENDAR ENTRY as to Vincent Minerva ; Case called before Judge Raymond J. Dearie on date of 10/20/00 for Sentencing Court Reporter/ESR Paul Lombardi, For deft. Joseph Corozzo AUSA Paul Schoeman/Andrew Weissman At the request of defense counsel, sentence is adjourned. adjn. to Sentencing for 2:30 11/3/00 for Vincent Minerva before Judge Raymond J. Dearie , terminated past due deadlines (Jackson, Ramona) (Entered: 10/24/2000) |
| 10/23/2000 | 775 | LETTER dated 10/18/00 from Geoffrey N. Rosamond to Judge Dearie on behalf of Gregory Groeller requesting that the conditions of Gregory Groeller's bail be modified permitting him to visit his sister in North Carolina. (Guzzi, Roseann) (Entered: 10/23/2000) |
| 10/23/2000 | | ENDORSED ORDER dated 10/20/00 on document #775 that the application for modification of bail as to Gregory Groeller is granted. ( Signed by Judge Raymond J. Dearie, on 10/20/00) c/m (Guzzi, Roseann) (Entered: 10/23/2000) |

| | | |
|---|---|---|
| 10/23/2000 | 777 | JUDGMENT Brent Calderone Longo (38) count(s) 9. Imprisonment 18 months. The court makes recommendation to the Bureau of Prisons: If consistent with Bureau of Prisons policies and practices, the court recommends that the deft. be designated to an institution in the Northeast Region. The deft. shall surrender for service of sentence at the institution designated by the Bureau of Prisons on 11/2/00. Supervised Release Three Years. Additional Supervised Release Terms: Restitution payment to begin 30 days after release from custody at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time by the court in consultation with the Probation Dept., following fill financial disclosure, as required. The sentence departs from guideline range : two level downward departure for global disposition for the reasons stated on the record. ( Signed by Judge Raymond J. Dearie, on 10/19/2000) party Brent Calderone Longo (Jackson, Ramona) (Entered: 10/23/2000) |
| 10/23/2000 | 777 | DISMISSAL of Count(s) on Government Motion as to Brent Calderone Longo Counts Dismissed: (38) count(s) 1, 2, 5, 6, 7, 8, 10 (Jackson, Ramona) (Entered: 10/23/2000) |
| 10/23/2000 | 778 | RESTITUTION ORDER as to Brent Calderone Longo to the victims of the offense of conviction in the amount $800,000.00. Deft's shall jointly and severally liable, for full maount of restitution set forth in paragraph with the following additional deft's. David Dunham & Jonathan Durinda. See document for all other orders. ( Signed by Judge Raymond Copies mailed/to financial. J. Dearie, on 10/19/2000) (Jackson, Ramona) (Entered: 10/23/2000) |
| 10/23/2000 | 780 | JUDGMENT Barry Miele (3) count(s) 1, 1s . Imprisonment 60 months on each count to run concurrently. The court makes the following recommendations to the Bureau of Prisons: If consistent with Bureau of Prisons policies and practices, the court recommends that the deft. be designated to an institution in the Northeast Region. The court further recommends that the deft. be given counseling and appropriate treatment for alcohol dependency. The deft. shall surrender for sentence at the institution designated by the Bureau of Prisons before 1/2/01. Supervised Release three years on each count, to run concurrently. Additional Supervised Release terms: 1) deft. to receive alcohol counseling and treatment under the supervision of the Probation Dept. 2) Deft. to make periodic full financial disclosure as required by the Probatiopn Department. Restitution $12,500,000.00 Payments as follows: $200,000.00 to be paid by 12/31/2000. Thereafter, beginning 30 days after release at the rate of not less than $1,000.00 per month, the rate to be adjusted from time to time by the court in consultation with probation department, following full financial disclosure. The court adopts the factual findings in presentence report. ( Signed by Judge Raymond J. Dearie, on 10/17/2000) party Barry Miele (Jackson, Ramona) (Entered: 10/23/2000) |
| 10/23/2000 | 803 | CALENDAR ENTRY as to Neil Brauner ; Case called before Judge Raymond J. Dearie on date of 10/23/00 for Sentencing. AUSA Paul Schoeman/Andrew Weissman; Defense Counsel, Maurice Sercarz. Court Reporter/ESR Marsha Diamond. (Piper, Francine) (Entered: 11/06/2000) |
| 10/23/2000 | | Sentencing held Neil Brauner (19) count(s) 9 (Piper, Francine) (Entered: 11/06/2000) |
| 10/24/2000 | 780 | DISMISSAL of Count(s) on Government Motion as to Barry Miele party Barry Miele [57-1] motion to compel the govt to disclose the search warrant and supporting affidavit for the search of Capital Planning Associates; permit dft join in motions made by co-dfts as to Barry Miele (3) Counts Dismissed: Barry Miele (3) count(s) 2, 4 (Jackson, Ramona) (Entered: 10/24/2000) |
| 10/24/2000 | 781 | RESTITUTION ORDER as to Barry Miele in the amount $12,500,000.00 (see document) ( Signed by Judge Raymond J. Dearie, on 10/17/2000) copies mailed/to financial (Jackson, Ramona) (Entered: 10/24/2000) |

| | | |
|---|---|---|
| 10/24/2000 | 786 | LETTER dated 10/23/00 from AUSA Paul Schoeman to Judge Dearie, in opposition to dft. Mark Mancino's requests for the Court's recommendation for placement in the Intensive Confinement Center Program, and for a reduced restitution order. (Reddy, Lisa) (Entered: 10/26/2000) |
| 10/24/2000 | 812 | CALENDAR ENTRY as to Mark Mancino ; Case called before Judge Raymond J. Dearie on date of 10/24/00 for Sentencing. AUSA Paul Schoeman/Andrew Weissman; Defense Counsel, Kenneth Kaplan. Court Reporter/ESR Marsha Diamond. (Piper, Francine) (Entered: 11/07/2000) |
| 10/24/2000 | | Sentencing held Mark Mancino (39) count(s) 3 (Piper, Francine) (Entered: 11/07/2000) |
| 10/25/2000 | 785 | SCHEDULING ORDER as to Vito Padulo setting violation of conditions of release hearing for 11:00 on 10/30/00 for Vito Padulo. (Signed by Judge Raymond J. Dearie, dated 10/23/00). C/M by Chambers. (Reddy, Lisa) (Entered: 10/25/2000) |
| 10/26/2000 | 787 | LETTER dated 10/25/00 from Paul Schoeman to Judge Dearie, advising that the govt does not object to a modification of the court's order that would permit dft Mancino to make the required payment on or before his surrender date. (Piper, Francine) (Entered: 10/26/2000) |
| 10/26/2000 | 788 | LETTER dated 10/24/00 from Paul Schoemann to Judge Dearie, requesting a brief adjournment of the sentencings of dfts Rui Reis Figueiredo, Robert Figueroa, Paul Medaglia, Joseph Rosetti and Richard Scarcella. (Piper, Francine) (Entered: 10/26/2000) |
| 10/30/2000 | 790 | SEALED DOCUMENT as to Valery Goldberg (Mulqueen, Ellen) (Entered: 10/30/2000) |
| 10/30/2000 | 796 | CALENDAR ENTRY as to Vito Padulo ; Case called before Judge Raymond J. Dearie on date of 10/30/00 Conference on Violation of Conditions of Release. Defense Counsel advises court that dft has admitted himself into a 30 day daytop program. Sentencing adjourned until 12/8/00 at 12:30. AUSA Paul Schoeman; Defense Counsel, Bernard Udell. Conference Court Reporter/ESR Shelly Silverman. (Piper, Francine) (Entered: 11/01/2000) |
| 10/31/2000 | 791 | TRANSCRIPT of Proceedings before Judge Dearie filed in case as to Roy Ageloff for dates of 8/17/00 ; Court Reporter/ESR: Dominick M. Tursi; AUSA Paul Schoeman, Andrew Weissman; Defense Counsel, Nathan Lewin, Jennifer O'Connor. (Piper, Francine) (Entered: 10/31/2000) |
| 10/31/2000 | 795 | JUDGMENT Ronald Cropper (26) count(s) 3. Dft to be imprisoned for 27 months. The court recommends that the dft be designated to an institution in the Northeast Region, and that he be enrolled in a 500 hour drug program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on 11/15/00. Upon release from imprisonment, dft shall be on supervised release for 3 years. Drug treatment and therapy under the supervision of the probation department. Dft shall pay restitution to the victims of the offense of conviction in the amount of $2,500,000.00. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts: (1) Joseph DiBella (2) Michael Orlino (3) William Cosidente (4) John Lembo (5) Joseph Scarfone (6) Michael Trocchio (7) Keith Ruffler. Restitution payment to begin 30 days after release from custody at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure, as required. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 10/25/00) c/m (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) Modified on 11/02/2000 (Entered: 11/01/2000) |

| | | |
|---|---|---|
| 10/31/2000 | 795 | DISMISSAL of Count(s) on Government Motion as to Ronald Cropper Jr. Counts Dismissed: Ronald Cropper (26) count(s) 4 (Piper, Francine) (Entered: 11/01/2000) |
| 10/31/2000 | 799 | JUDGMENT Anthony Cavicchio (22) count(s) 9. Dft to be imprisoned for a term of 12 months and 1 day. The court recommends that dft be designated to an institution in the northeast region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons on 1/2/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft shall pay restitution to the victims if the offense of conviction, in the amount of $1,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, (1) Stephen Agnese (2) Michael Trocchio. Restitution payment to begin 30 days after release from custody at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure, as required. Dft shall pay a special assessment of $100.00 in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 10/25/00) (restitution order attached) C/M copy also sent to financial (Piper, Francine) (Entered: 11/02/2000) |
| 10/31/2000 | 799 | DISMISSAL of Count(s) on Government Motion as to Anthony Cavicchio Counts Dismissed: Anthony Cavicchio (22) count(s) 10 (Piper, Francine) (Entered: 11/02/2000) |
| 10/31/2000 | 801 | JUDGMENT Jaime Scott Morrill (44) count(s) 9. Dft to be imprisoned for 18 months. The court recommends that the dft be designated to an institution in the Florida region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 on 1/2/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft shall pay restitution to the victims of the offense of conviction in the amount of $1,691,000.00. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts (1) Barry Miele, (2) Marcelo Quintero (3) Michael Bengen (4) Neil Brauner. Restitution payment to begin 30 days after release from custody at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department, following full financial disclosure, as required. Dft to get his GED within 12 months from release of custody. Dft shall pay a special assessment of $100.00 in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 10/25/00) (RESTITUTION ORDER ATTACHED) C/M (COPY ALSO SENT TO FINANCIAL) (Piper, Francine) Modified on 11/02/2000 (Entered: 11/02/2000) |
| 10/31/2000 | 801 | DISMISSAL of Count(s) on Government Motion as to Jaime Scott Morrill Counts Dismissed: Jaime Scott Morrill (44) count(s) 1, 2, 3, 4, 10 (Piper, Francine) (Entered: 11/02/2000) |
| 10/31/2000 | 802 | TRANSCRIPT of Proceedings before Judge Dearie filed in case as to William Joseph Battista for dates of 9/15/00 ; Court Reporter/ESR: Burton H. Sulzer; AUSA Andrew Weissman, Paul Schoeman, Jonathan Sack; Defense Counsel, Julius Wasserstein. (Piper, Francine) (Entered: 11/03/2000) |
| 11/01/2000 | 792 | LETTER dated 10/11/00 from John Kaley to Judge Dearie, requesting that dft Bengen's sentencing be adjourned for approximately one month. (Piper, Francine) (Entered: 11/01/2000) |
| 11/01/2000 | | ENDORSED ORDER as to Michael A. Bengen, Granted. Sentencing adjourned to 11/30/00 at 12:00. ( Signed by Judge Raymond J. Dearie , on 10/18/00) c/m (endorsed on letter, document #792) (Piper, Francine) (Entered: 11/01/2000) |

| | | |
|---|---|---|
| 11/01/2000 | 793 | LETTER dated 10/13/00 from Richard A. Greenberg to Judge Dearie, requesting that the court enlarge Mr. Catoggio's geographic bail restrictions to permit him to travel to florida for five days from 10/24/00 to 10/29/00. (Piper, Francine) (Entered: 11/01/2000) |
| 11/01/2000 | | ENDORSED ORDER as to Robert Catoggio, Dft's application to enlarge his geographic bail restrictions to travel to florida from 10/24/00 to 10/29/00 is Granted. ( Signed by Judge Raymond J. Dearie , on 10/17/00) c/m (endorsed on letter, document #793) (Piper, Francine) (Entered: 11/01/2000) |
| 11/01/2000 | 820 | CALENDAR ENTRY as to Damon Gerard Cohen ; Case called before Judge Raymond J. Dearie on date of 11/1/00 for Sentencing. AUSA Paul Schoeman/Andrew Weissman; Defense Counsel, Neil Checkman. Court Reporter/ESR Shelly Silverman. (Piper, Francine) (Entered: 11/13/2000) |
| 11/01/2000 | | Sentencing held Damon Gerard Cohen (24) count(s) 5 (Piper, Francine) (Entered: 11/13/2000) |
| 11/02/2000 | 797 | LETTER dated 10/31/00 from Jeffrey Lichtman to Judge Dearie, dft Longo request another extension of his surrender date from 11/2 until 11/13/00. (Piper, Francine) (Entered: 11/02/2000) |
| 11/02/2000 | | ENDORSED ORDER as to Brent Calderone Longo, dft surrender date is extended from 11/2/00 to 11/13/00. ( Signed by Judge Raymond J. Dearie , on 10/31/00) (endorsed on letter, document #797) (Piper, Francine) (Entered: 11/02/2000) |
| 11/06/2000 | 804 | JUDGMENT Neil Brauner (19) count(s) 9. Dft to be imprisoned for 12 months and one day. The court recommends that the dft be designated to an institution near Boca Raton, Florida. The court further recommends that dft be designated to a medical facility for appropriate treatment. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons before 2:00 p.m. 11/27/00. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft shall pay restitution in the amount of $1,500,000.00. Dft shall pay the Clerk of Court, EDNY $18,000 by October 30, 2000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts. (1) Rico Locasio (2) Jaime Scott Morrill (3) Michael Trocchio (4) Stephen Agenese (5) Robert Catoggio (6) Roy Ageloff. Restitution payments to begin 30 days after release from custody at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure as required. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 10/25/00) (RESTITUTION ORDER ATTACHED) C/M (COPY ALSO SENT TO FINANCIAL) (Piper, Francine) (Entered: 11/06/2000) |
| 11/06/2000 | 804 | DISMISSAL of Count(s) on Government Motion as to Neil Brauner Counts Dismissed: Neil Brauner (19) count(s) 1, 2, 3, 4, 5, 6, 10 (Piper, Francine) (Entered: 11/06/2000) |
| 11/06/2000 | 805 | LETTER dated 10/31/00 from Monique Thomas to Judge Dearie, confirming that Joseph Corozzo, attorney for Vincent Minera has made a request to change the date of sentencing and that is has been granted to 11/29/00 at 3:00. (Piper, Francine) (Entered: 11/06/2000) |
| 11/06/2000 | 806 | FINAL ORDER as to Paul Medaglia, dft will be sentenced on 12/18/00 at 12:00. ( Signed by Judge Raymond J. Dearie , on 11/2/00) c/m (Piper, Francine) (Entered: 11/06/2000) |
| 11/06/2000 | 807 | FINAL ORDER as to Joseph Rosetti, dft will be sentenced on 12/20/00 at 11:00. No |

| | | |
|---|---|---|
| | | further adjournments. ( Signed by Judge Raymond J. Dearie , on 11/2/00) c/m (Piper, Francine) (Entered: 11/06/2000) |
| 11/06/2000 | 808 | FINAL ORDER as to Richard Scarsella, dft will be sentenced on 12/20/00 at 12:00. No further adjournments. ( Signed by Judge Raymond J. Dearie , on 11/2/00) c/m (Piper, Francine) (Entered: 11/06/2000) |
| 11/06/2000 | 809 | FINAL ORDER as to Fabio Borgognone, dft will be sentenced 12/19/00 at 11:00. No further adjournments. ( Signed by Judge Raymond J. Dearie , on 11/2/00) c/m (Piper, Francine) (Entered: 11/06/2000) |
| 11/06/2000 | 810 | FINAL ORDER as to Robert Figueroa, dft will be sentenced on 12/18/00 at 11:00. No further adjournments. ( Signed by Judge Raymond J. Dearie , on 11/2/00) c/m (Piper, Francine) (Entered: 11/06/2000) |
| 11/06/2000 | 811 | FINAL ORDER as to Rui Reis Figueiredo, sentencing will be adjourned to 12/19/00 at 12:00. ( Signed by Judge Raymond J. Dearie , on 11/2/00) c/m (Piper, Francine) (Entered: 11/06/2000) |
| 11/06/2000 | 818 | MOTION by Vito Gili for a downward departure [818-1] motion (Piper, Francine) (Entered: 11/07/2000) |
| 11/06/2000 | 861 | CALENDAR ENTRY as to John Lembo III; Case called before Judge Raymond J. Dearie on date of 11/6/00 for Sentencing. AUSA Paul Schoeman/Andrew Weissman; Defesne Counsel, James LaRossa; Court Reporter/ESR Stephanie Drexler. (Piper, Francine) (Entered: 12/04/2000) |
| 11/06/2000 | | Sentencing held John Lembo (36) count(s) 1s (Piper, Francine) (Entered: 12/04/2000) |
| 11/07/2000 | 813 | JUDGMENT Mark Mancino (39) count(s) 3. Dft to be imprisoned for 18 months. The court recommends that the dft be designated to an institution in the Miami, Florida Region. Dft is continued in the custody of the U.S. Marsal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons before 2:00 on 12/4/00. Upon release from imprisonment, dft shall be on supervised release for 3 years. The court recommends substance abuse and mental health treatment, at dft's expense. Dft shall pay restitution to the victims of the offense of conviction in the amount of $800,000. Dft shall make by 11/27/00 the lump sum of $25,000 payable to the clerk of the court, EDNY. Restitution payment to begin 30 days after release from custody at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure, as required. Dft to pay a special assessment of $50.00 to be paid in full immediately. ( Signed by Judge Raymond J. Dearie , on 11/1/00) (RESTITUTION ORDER ATTACHED) C/M (COPY ALSO SENT TO FINANCIAL) (Piper, Francine) (Entered: 11/07/2000) |
| 11/07/2000 | 813 | DISMISSAL of Count(s) on Government Motion as to Mark Mancino Counts Dismissed: Mark Mancino (39) count(s) 4 (Piper, Francine) (Entered: 11/07/2000) |
| 11/07/2000 | 814 | LETTER dated 10/24/00 from Maurice H. Sercarz to Judge Dearie, requesting that the court endorse dft Neil Brauner's Judgment and Commitment with the following language "dft should be considered for confinement in a halfway house as soon as he is eligible". (Piper, Francine) (Entered: 11/07/2000) |
| 11/07/2000 | | ENDORSED ORDER as to Neil Brauner, counsel's request to endorse the judgment and commitment to read " dft should be considered for confinment in a halfway house as soon as he is eligible". is Denied. ( Signed by Judge Raymond J. Dearie , ) c/m(endorsed on letter, document #814) (Piper, Francine) (Entered: 11/07/2000) |

| | | |
|---|---|---|
| 11/07/2000 | 815 | LETTER dated 11/1/00 from Maurice Sercarz to Judge Dearie, requesting that the court endorse dft Neil Brauner's Judgment Commitment order to state "dft should be considered for confinement in a halfway house as soon as he is eligible. (Piper, Francine) (Entered: 11/07/2000) |
| 11/07/2000 | | ENDORSED ORDER as to Neil Brauner, the request to endorse dft's judgment and commitment to state that "the dft should be considered for confinement in a halfway house as soon as he is eligible". is Denied. ( Signed by Judge Raymond J. Dearie , on 11/2/00) c/m (endorsed on letter, document 815) (Piper, Francine) (Entered: 11/07/2000) |
| 11/07/2000 | 816 | LETTER dated 10/25/00 from Paul Schoeman to Judge Dearie, advising that the govt does not object to a modification of the court's order that would permit dft Mancino to make the required payment of $25,000 on or before his surrender date. (Piper, Francine) (Entered: 11/07/2000) |
| 11/07/2000 | 817 | LETTER dated 10/24/00 from Kenneth Kaplan to Judge Dearie, requesting that dft Mancino be ordered to pay the $25,000 within a year of his release from incarceration. (Piper, Francine) (Entered: 11/07/2000) |
| 11/09/2000 | 822 | LETTER dated Kathryn Hudak from Kathryn Hudak to Glenn Gucciardo, Esq., requesting that dft Gucciardo provide the information requested on the blank financial affidavit form. (Piper, Francine) (Entered: 11/13/2000) |
| 11/09/2000 | 823 | LETTER dated 11/9/00 from Paul Schoeman to Judge Dearie, in opposition to dft Gucciardo's motion for a downward departure. (Piper, Francine) (Entered: 11/13/2000) |
| 11/13/2000 | 819 | LETTER dated 11/6/00 from Patrick Parrotta to Judge Dearie, requesting that dft Stephen Agnese be permitted to work in Easton, PA for his employer on 11/8, 9, 10. (Piper, Francine) (Entered: 11/13/2000) |
| 11/13/2000 | | ENDORSED ORDER as to Stephen Agnese, dft application to be permitted to work in Easton, PA for his employer, Joseph Cina on 11/8, 9, 10, 2000 is granted. ( Signed by Judge Raymond J. Dearie , ) c/m (endorsed on letter, document #819) (Piper, Francine) (Entered: 11/13/2000) |
| 11/13/2000 | 821 | JUDGMENT Damon Gerard Cohen (24) count(s) 5. Dft to be imprisoned for a total term of 1 year and one day. The court recommends that dft be designated to an institution in the NY metropolitan area or the northeast region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons before 2:00 on 12/11/00. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft shall make periodic full financial disclosure as required by the court to the probation dept. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Dft shall pay restitution to the victims in the offense of conviction in the amount of $500,000. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 11/6/00) c/m (copy also sent to financial) (Piper, Francine) (Entered: 11/13/2000) |
| 11/13/2000 | 821 | DISMISSAL of Count(s) on Government Motion as to Damon Gerard Cohen Counts Dismissed: Damon Gerard Cohen (24) count(s) 1, 2, 3, 4, 6, 9, 10 (Piper, Francine) (Entered: 11/13/2000) |
| 11/14/2000 | 859 | CALENDAR ENTRY as to Thomas Gucciardo ; Case called before Judge Raymond J. Dearie on date of 11/14/00 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Glenn Gucciardo. Court Reporter: Fred Guerino. (Piper, Francine) (Entered: 12/04/2000) |
| 11/14/2000 | | Sentencing held Thomas Gucciardo (35) count(s) 1s, 3 (Piper, Francine) (Entered: |

| | | |
|---|---|---|
| | | 12/04/2000) |
| 11/15/2000 | 826 | LETTER dated 11/14/00 from Paul Schoeman to Judge Dearie, in opposition to dft Ashenfarb's motion for a downward departure. (Piper, Francine) (Entered: 11/16/2000) |
| 11/15/2000 | 827 | LETTER dated 11/14/00 from Paul Schoeman to Judge Deariei, requesting that the court reschedule the sentencing for dft Alan Koop for a date in December. (Piper, Francine) (Entered: 11/16/2000) |
| 11/15/2000 | 828 | LETTER dated 11/15/00 from Paul Schoeman to Judge Dearie, requesting that Joseph DiBella's sentencing set for 11/17/00 be adjourned. (Piper, Francine) (Entered: 11/16/2000) |
| 11/15/2000 | 829 | LETTER dated 11/15/00 from Paul Schoeman to Judge Dearie, requesting that dft Frank Pizzolato's sentencing be adjourned. (Piper, Francine) (Entered: 11/16/2000) |
| 11/15/2000 | 830 | CALENDAR ENTRY as to William Cosidente ; Case called before Judge Raymond J. Dearie on date of 11/15/00 for Sentencing. Defense counsel requests that the court downwardly depart for family circumstances & post offense rehabilitation. Govt opposes dft's request for a downward departure. The court needs more information from defense counsel. Sentencing adjourned until 12/1/00 at 12:00. AUSA Paul Schoeman; Defense Counsel, David Stern. Court Reporter/ESR Fred Guerino (Piper, Francine) (Entered: 11/17/2000) |
| 11/15/2000 | 846 | LETTER dated 11/8/00 from Susan Kellman to Judge Dearie, advising the court of a number of different corrections to the guideline calculations to presentence report as to dft Frank Pizzolato. (Piper, Francine) (Entered: 11/21/2000) |
| 11/16/2000 | 824 | LETTER dated 11/9/00 from Joseph Corozzo to Judge Dearie, requesting a three week adjournment of dft Ronald Cropper's surrender date. (Piper, Francine) (Entered: 11/16/2000) |
| 11/16/2000 | | ENDORSED ORDER as to Ronald Cropper Jr., dft to surrender to the institution designated by the bureau of prisons on 12/6/00. ( Signed by Judge Raymond J. Dearie , on 11/14/00) c/m (endorsed on letter, document #824) (Piper, Francine) (Entered: 11/16/2000) |
| 11/16/2000 | 825 | LETTER dated 11/13/00 from Kathryn Hudak to Jerry Tritz, advising counsel that his client Randy Ashenfard has failed to submit a completed financial affidavit as required by his plea agreement. (Piper, Francine) (Entered: 11/16/2000) |
| 11/16/2000 | 855 | CALENDAR ENTRY as to Stephen Agnese ; Case called before Judge Raymond J. Dearie on date of 11/16/00 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Patrick Parrotta. Court Reporter/ESR Fred Guerino. (Piper, Francine) (Entered: 11/30/2000) |
| 11/16/2000 | | Sentencing held Stephen Agnese (9) count(s) 9 (Piper, Francine) (Entered: 11/30/2000) |
| 11/17/2000 | 831 | LETTER dated 11/13/00 from Gail E. Laser to Judge Dearie, requesting that dft David Dunham's sentencing set for 11/15/00 be adjourned. "sentence adjourned to 1/4/01 at 12:00" (Piper, Francine) Modified on 11/17/2000 (Entered: 11/17/2000) |
| 11/17/2000 | 832 | LETTER dated 9/18/00 from Charles D. Adler to Judge Dearie, requesting an adjournment of one month for sentencing for dft Nicholas Briganti's currently set for 11/14/00 at 10:00. (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 833 | ORDER as to Christopher Mormando, sentencing is set for 12/11/00 at 11:00. ( Signed by Judge Raymond J. Dearie , on 11/15/00) c/m (Piper, Francine) (Entered: 11/17/2000) |

| | | |
|---|---|---|
| 11/17/2000 | 834 | ORDER as to Frank J. Pizzolato, sentencing is set for 1/17/01 at 11:00. ( Signed by Judge Raymond J. Dearie, on 11/15/00) c/m (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 835 | ORDER as to Nicholas Briganti, sentencing will be held on 1/4/01 at 11:00. ( Signed by Judge Raymond J. Dearie , on 11/15/00) c/m (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 836 | ORDER as to David Dunham, sentencing is set for 1/4/01 at 12:00. ( Signed by Judge Raymond J. Dearie , on 11/15/00) c/m (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 837 | LETTER dated 11/15/00 from Paul Schoeman to Judge Dearie, requesting that dft Frank Pizzolato's sentencing set for 11/16/00 be adjourned. (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 838 | LETTER dated 11/13/00 from Charles Adler to Judge Dearie, second request for an adjournment of dft Briganti's sentencing date. (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 839 | LETTER dated 11/9/00 from Joseph Corozzo to Judge Dearie, requesting a three week adjournment of the surrender date on behalf of Ronald Cropper. (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 840 | LETTER dated 11/14/00 from Robert Wolf to Judge Dearie, requesting a brief one-month adjournment of dft Nicholas Bosco's sentencing set for 11/21/00. (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | | ENDORSED ORDER as to Nicholas Bosco, sentencing adjourned to 1/17/01 at 2:30. ( Signed by Judge Raymond J. Dearie , on 11/15/00) c/m (endorsed on letter, document #840) (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 841 | LETTER dated 11/8/00 from Jean Marie Graziano to Judge Dearie, confirming a schedule previously agreed upon on behalf of Joseph Dibella to attend an engagement party on 11/10/00. (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | | ENDORSED ORDER as to Joseph Dibella, confirming the schedule previously agreed upon for dft to attend an engagement party on 11/10/00. ( Signed by Judge Raymond J. Dearie , on 11/8/00) c/m (endorsed on letter, document #841) (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 842 | LETTER dated 11/14/00 from Steven Yurowitz to Judge Dearie, requesting that the court temporarily lift Mr. Cataggio's bail restrictions to permit to attend a birthday party on 11/18/00. (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | | ENDORSED ORDER as to Robert Catoggio, application for dft to attend a birthday party on 11/18/00 in Manhattan is granted. ( Signed by Judge Raymond J. Dearie , on 11/15/00) c/m (endorsed on letter, document #842) (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 843 | LETTER dated 11/14/00 from Mario F. Galucci to Judge Dearie, requesting an adjournment of sentencing for dft Victor Vernaci presently set for 11/21/00. (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | | ENDORSED ORDER as to Victor Vernaci, sentencing adjourned to 1/17/01 at 3:00. ( Signed by Judge Raymond J. Dearie , on 11/15/00) c/m (endorsed on letter, document #843) (Piper, Francine) (Entered: 11/17/2000) |
| 11/17/2000 | 848 | LETTER dated 11/15/00 from Paul Schoeman to Judge Dearie, requesting that dft Stephen Agnese motion for a downward departure be denied. (Piper, Francine) (Entered: 11/28/2000) |
| 11/17/2000 | 849 | LETTER dated 11/15/00 from Paul Schoeman to Judge Dearie, requesting that dft Vito |

| | | |
|---|---|---|
| | | Gili's motion for a downward departure be denied. (Piper, Francine) (Entered: 11/28/2000) |
| 11/17/2000 | 850 | LETTER dated 11/16/00 from Paul Schoeman to Judge Dearie, requesting that dft John Claudino's motion for a downward departure be denied. (Piper, Francine) (Entered: 11/28/2000) |
| 11/17/2000 | 863 | CALENDAR ENTRY as to Vito Gili ; Case called before Judge Raymond J. Dearie on date of 11/17/00 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Arnold Steinberg; Court Reporter/ESR Fred Guerino. (Piper, Francine) (Entered: 12/04/2000) |
| 11/17/2000 | | Sentencing held Vito Gili (32) count(s) 7 (Piper, Francine) (Entered: 12/04/2000) |
| 11/20/2000 | 844 | LETTER dated 11/14/00 from Paul Schoeman to Judge Dearie, confirming that sentencing for dft Alan Koop presently set for 11/15/00 has been adjourned. (Piper, Francine) (Entered: 11/20/2000) |
| 11/20/2000 | | ENDORSED ORDER as to Alan Koop, sentencing adjourned to 1/18/01 at 3:00. ( Signed by Judge Raymond J. Dearie , on 11/15/00) c/m (endorsed on letter, document #844) (Piper, Francine) (Entered: 11/20/2000) |
| 11/20/2000 | 845 | CALENDAR ENTRY as to Randy Ashenfarb ; Case called before Judge Raymond J. Dearie on date of 11/20/00 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Jerry Tritz. Dfts adjusted offense level is 17. Two points off for global disposition which brings it to a level 15. Criminal History of I. Pre-Sentence report; Paragraphs 44 & 48 are amended. Defense counsel requests a downward departure. Govt opposes. Sentencing is adjourned for 6 months pursuant to section 3552 for study & report. Dfts restitution is imposed as of today in the amount of $800,000. Payment to begin immediately at a rate of not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure. Sentencing set for 5/18/01 at 10:00. Court Reporter/ESR Anthony Mancuso (Piper, Francine) (Entered: 11/21/2000) |
| 11/20/2000 | 853 | CALENDAR ENTRY as to John Claudino ; Case called before Judge Raymond J. Dearie on date of 11/20/00 for Sentencing. Court is advised that the dft has tested positive for drug use. Defense counel requests that sentencing be adjourned and that dft be permitted to continue on bond with strick reporting and drug testing. Dft is remanded into the custody of the US Marshal. Sentencing adjourned until 12/18/00 at 10:00. AUSA Paul Schoeman; Defense Counsel, Paul Rinaldo. Court Reporter/ESR Anthony Mancuso (Piper, Francine) (Entered: 11/28/2000) |
| 11/22/2000 | 847 | ORDER as to Joseph Dibella, the request for adjournment of sentencing is granted. The govt's submission must be filed on or before 11/22/00. Any reply must be filed in or before 11/28/00. Sentencing will proceed at 3:00 on 12/1/00. ( Signed by Judge Raymond J. Dearie , on 11/16/00) (Piper, Francine) (Entered: 11/22/2000) |
| 11/28/2000 | 851 | LETTER dated 11/14/00 from Laura Di Chiara to Judge Dearie, requesting permission for dft Fabio Borgognone to accompany his fiance to Seattle, Washington from 12/2/00 to 12/5/00 to be examined by a medical doctor. (Piper, Francine) (Entered: 11/28/2000) |
| 11/28/2000 | | ENDORSED ORDER as to Fabio Borgognone, Application approved. Dft is granted permission to travel to Seattle, Washington with his fiance from 12/2/00 to 12/5/00. ( Signed by Judge Raymond J. Dearie , on 11/16/00) c/m (endorsed on letter, document #851) (Piper, Francine) (Entered: 11/28/2000) |
| 11/28/2000 | 852 | LETTER dated 11/16/00 from Michael Rosen to Andrew Weissman, requesting that the govt wait until 11/22/00 to fax their submissions to defense counsel as per order dated 11/16/00. (Piper, Francine) (Entered: 11/28/2000) |

| | | |
|---|---|---|
| 11/28/2000 | 857 | LETTER dated 11/28/00 from Richard A. Greenberg to Judge Dearie, enclosing a memorandum of law addressing the legal issues raised by the upcoming sentence of Robert Catoggio and Joseph Dibella. (Piper, Francine) (Entered: 11/30/2000) |
| 11/28/2000 | 858 | Memorandum of Law by Robert Catoggio in connection with the sentencing of dfts Joseph Dibella and Robert Catoggio. (Piper, Francine) (Entered: 11/30/2000) |
| 11/29/2000 | 854 | TRANSCRIPT of Sentencing Hearing before Judge Dearie filed in case as to Randy Ashenfarb for dates of 11/20/00 ; Court Reporter/ESR: Anthony M. Mancuso; AUSA Paul Schoeman; Defense Counsel, Jerry Tritz. (Piper, Francine) (Entered: 11/29/2000) |
| 11/29/2000 | 892 | CALENDAR ENTRY as to Valery Goldberg ; Case called before Judge Raymond J. Dearie on date of 11/29/00 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Eugene Kaplan. Court Reporter/ESR Gene Rudolph. (Piper, Francine) (Entered: 12/22/2000) |
| 11/29/2000 | | Sentencing held Valery Goldberg (33) count(s) 1s, 5 (Piper, Francine) (Entered: 12/22/2000) |
| 11/29/2000 | 894 | CALENDAR ENTRY as to Vincent Minerva ; Case called before Judge Raymond J. Dearie on date of 11/29/00 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Joseph Corozzo. Court Reporter/ESR Gene Rudolph. (Piper, Francine) (Entered: 12/22/2000) |
| 11/29/2000 | | Sentencing held Vincent Minerva (42) count(s) 3 (Piper, Francine) (Entered: 12/22/2000) |
| 11/30/2000 | 856 | JUDGMENT Stephen Agnese (9) count(s) 9. Dft to be imprisoned for 15 months. The court recommends with the bureau of prisons, that the dft be designated to an institution in the Northeast Region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 1/18/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft shall pay restitution to the victims of the offense of conviction of in the amount of $1,000,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments: Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, (1) Anthony Cavicchio (2) Michael Trocchio. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 11/17/00) C/M (RESTITUTION ORDER ATTACHED) (COPY ALSO SENT TO FINANCIAL) (Piper, Francine) Modified on 12/01/2000 (Entered: 11/30/2000) |
| 11/30/2000 | 856 | DISMISSAL of Count(s) on Government Motion as to Stephen Agnese Counts Dismissed: Stephen Agnese (9) count(s) 10 (Piper, Francine) (Entered: 11/30/2000) |
| 11/30/2000 | 860 | JUDGMENT Thomas Gucciardo (35) count(s) 1s, 3 . Dft to be imprisoned for 24 months on each count to run concurrently. The court recommends to the bureau of prisons that dft be designated to an institution in the northeast region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 on 1/8/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Dft shall pay restitution to the victims of the offense of conviction in the amount of $1,500,000. Dft shall be jointly |

| | | and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Nicholas Bosco. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following monthly restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 11/27/00) c/m (RESTITUTION ORDER ATTACHED) (COPY ALSO SENT TO FINANCIAL) (Piper, Francine) (Entered: 12/04/2000) |
|---|---|---|
| 11/30/2000 | 860 | DISMISSAL of Count(s) on Government Motion as to Thomas Gucciardo Counts Dismissed: Thomas Gucciardo (35) count(s) 1, 2, 4, 5, 6 (Piper, Francine) (Entered: 12/04/2000) |
| 11/30/2000 | 862 | JUDGMENT John Lembo (36) count(s) 1s. Dft to be imprisoned for 57 months. The court recommends to the bureau of prisons that dft be designated to FCI, Fort Dix and that dft be enrolled in a 500 hour drug program for appropriate treatment. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 12:00 p.m. on 1/8/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make full financial disclosure as required by the court to the probation dept. Dft to receive treatment for drug usage. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Dft shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000. Dft shall pay within 60 days after release from custody over and above the monthly payment, the sum of $100,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following monthly minimum monthly restitution payments of $1,000 per month. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure. Open counts are dismissed on the motion. ( Signed by Judge Raymond J. Dearie , on 11/6/00) c/m (RESTITUTION ORDER ATTACHED) (COPY ALSO SENT TO FINANCIAL) (Piper, Francine) (Entered: 12/04/2000) |
| 11/30/2000 | 862 | DISMISSAL of Count(s) on Government Motion as to John Lembo III Counts Dismissed: John Lembo (36) count(s) 1, 2, 3, 4, 7, 8 (Piper, Francine) (Entered: 12/04/2000) |
| 11/30/2000 | 864 | JUDGMENT Vito Gili (32) count(s) 7. Dft to be imprisoned for 15 months. The court recommends to the bureau of prisons that dft be designated to an institution in the south florida region and further recommends a minimum security facility. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by bureau of prisons by 3:00 on 1/8/01. Upon release from imprisonment, dft shall be on supervised released for 3 years. Dft to make full financial disclosure as required by the court to the probation department. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Dft shall pay restitution in the amount of $800,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with following additional dfts, (1) Joseph Scarfone (2) Michael Scaramellino (3) Christopher Miano (4) Joseph Dibella. 30 days after release from custody, it shall be a condition of the dfts supervised release that dft make the following minimum monthly restitution payments: Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie 11/27/00 ) c/m (RESTITUTION ORDER ATTACHED) (COPY ALSO SENT TO FINANCIAL) (Piper, Francine) Modified on 12/04/2000 (Entered: 12/04/2000) |
| 12/05/2000 | 865 | AMENDED JUDGMENT: Mark Mancino (39) count(s) 3. - Dft to be imprisoned for 18 months. The court recommends to the bureau of prisons that dft be designated to a |

| | | |
|---|---|---|
| | | facility in the Miami, Florida region, and invites consideration of a camp assignment. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 1/8/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. The court recommends substance abuse and mental health treatment, at dft's expense. Dft shall pay a assessment of $50.00 to be paid in full immediately. Dft shall pay restitution in the amount of $800,000. $25,000 restitution due within 30 days payable to the clerk of court, EDNY. Restitution payment to begin 30 days after release from custody at a rate to be determinated by the court and no less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial as required. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 12/1/00) c/m (copy also sent to financial) (Piper, Francine) (Entered: 12/05/2000) |
| 12/05/2000 | 866 | ORDER as to Damon Gerard Cohen, that the date for dft's voluntary surrender to the designated institution be set as 1/8/01 at or before 3:00 p.m. ( Signed by Judge Raymond J. Dearie , on 11/30/00) c/m (Piper, Francine) (Entered: 12/05/2000) |
| 12/05/2000 | 867 | SEALED DOCUMENT as to Vito Gili placed in vault. (Piper, Francine) (Entered: 12/05/2000) |
| 12/05/2000 | 881 | CALENDAR ENTRY as to Joseph Dibella ; Case called before Judge Raymond J. Dearie on date of 12/5/00 for Sentencing. Sentencing hearing begun. Sentencing adjourned until 12/12/00 at 3:30. AUSA Paul Schoeman & Andrew Weissman. (Piper, Francine) (Entered: 12/13/2000) |
| 12/05/2000 | 898 | CALENDAR ENTRY as to Joseph Dibella ; Case called before Judge Raymond J. Dearie on date of 12/5/00 for Sentencing. Sentencing hearing begun. Sentence adjourned to 12/12/00 at 3:30. AUSA Paul Schoeman & Andrew Weissman; Defense Counsel, Michael Rosen. Court Reporter/ESR not listed (Piper, Francine) (Entered: 12/26/2000) |
| 12/07/2000 | 868 | LETTER dated 11/14/00 from Joyce B. David to Judge Dearie, requesting that sentencing for dft Van Blarcom be adjourned. (Piper, Francine) (Entered: 12/07/2000) |
| 12/07/2000 | 869 | ORDER as to Jeffrey Van Blarcom, sentencing is set for 1/5/01 at 10:00. ( Signed by Judge Raymond J. Dearie , on 12/6/00) c/m (Piper, Francine) (Entered: 12/07/2000) |
| 12/07/2000 | 870 | LETTER dated 11/28/00 from Peter Kirchheimer to Judge Dearie, requesting that sentencing for dft Ronald Catoggio be adjourned. (Piper, Francine) (Entered: 12/07/2000) |
| 12/07/2000 | 871 | ORDER as to Ronald Cataggio, sentencing for dft is set for 2/16/01 at 11:00. ( Signed by Judge Raymond J. Dearie , on 12/6/00) c/m (Piper, Francine) (Entered: 12/07/2000) |
| 12/07/2000 | 872 | LETTER dated 11/28/00 from Nathan Lewin to Judge Dearie, requesting that sentencing for dft Roy Ageloff be rescheduled. (Piper, Francine) (Entered: 12/07/2000) |
| 12/07/2000 | 873 | ORDER as to Roy Ageloff, sentencing is set for 2/9/01 at 3:00. ( Signed by Judge Raymond J. Dearie , on 12/6/00) c/m (Piper, Francine) (Entered: 12/07/2000) |
| 12/07/2000 | 874 | LETTER dated 11/27/00 from Louis E. Diamond to Judge Dearie, requesting that sentencing for dft Trocchio be adjourned. (Piper, Francine) (Entered: 12/07/2000) |
| 12/07/2000 | 875 | ORDER as to Michael Trocchio, sentencing is set for 1/12/01 at 3:00. ( Signed by Judge Raymond J. Dearie , on 12/6/00) c/m (Piper, Francine) (Entered: 12/07/2000) |
| 12/07/2000 | 876 | LETTER dated 11/30/00 from David Stern to Judge Dearie, requesting that sentencing for dft Cosidente be adjourned. (Piper, Francine) (Entered: 12/07/2000) |
| 12/07/2000 | 877 | ORDER as to William Cosidente, sentencing is set for 1/3/01 at 12:00. ( Signed by Judge |

| | | Raymond J. Dearie , on 12/6/00) c/m (Piper, Francine) (Entered: 12/07/2000) |
|---|---|---|
| 12/07/2000 | 882 | TRANSCRIPT for Sentencing before Judge Dearie filed in case as to Joseph Dibella for dates of 12/5/00 ; Court Reporter/ESR: Paul Koowar; Court Transcriber, Elizabeth Barron; AUSA Paul Schoeman, Andrew Weissman; Defense Counsel, Michael Rosen, Jean Marie Graziano, Steven Yurowitz. (Piper, Francine) (Entered: 12/13/2000) |
| 12/12/2000 | 932 | CALENDAR ENTRY as to Joseph Dibella ; Case called before Judge Raymond J. Dearie on date of 12/12/00 for Sentencing. AUSA Paul Schoeman and Andrew Weissman; Defense Counsel, Michael Rosen; Court Reporter, not listed. (Piper, Francine) (Entered: 01/19/2001) |
| 12/12/2000 | | Sentencing held Joseph Dibella (27) count(s) 1 (Piper, Francine) (Entered: 01/19/2001) |
| 12/13/2000 | 878 | LETTER dated 11/29/00 from Laura Di Chiara to Judge Dearie, requesting permission on behalf of dft Fabio Borgonone to amend his travel time in the 11/16/00 order to 12/9 through 12/12/00. (Piper, Francine) (Entered: 12/13/2000) |
| 12/13/2000 | | ENDORSED ORDER as to Fabio Borgonone, application to amend dft's travel time in the 11/16/00 order to 12/9 through 12/12/00 is approved. ( Signed by Judge Raymond J. Dearie , on 12/4/00) c/m (endorsed on letter, document #878) (Piper, Francine) (Entered: 12/13/2000) |
| 12/13/2000 | 879 | LETTER dated 11/21/00 from John F. Kaley to Judge Dearie, requesting that dft Michael Bengen's sentencing be adjourned for one month. (Piper, Francine) (Entered: 12/13/2000) |
| 12/13/2000 | 880 | ORDER as to Michael A. Bengen, sentencing is set for 1/4/01 at 10:00. ( Signed by Judge Raymond J. Dearie , on 12/5/00) c/m (Piper, Francine) (Entered: 12/13/2000) |
| 12/13/2000 | 886 | LETTER dated 12.6.00 from John Claudino to Judge Dearie advising the Court that he will do his best to "beat" his problem. Fwd. to Judge Dearie. (Hunter, Tara) (Entered: 12/19/2000) |
| 12/14/2000 | 883 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to Damon Gerard Cohen for dates of 11/1/00 ; Court Reporter/ESR: Sheldon Silverman; AUSA Paul Schoeman/Andrew Weissman; Defense Counsel, Neil Checkman. (Piper, Francine) (Entered: 12/14/2000) |
| 12/14/2000 | 884 | CALENDAR ENTRY as to Christopher Mormando ; Case called before Judge Raymond J. Dearie on date of 12/14/00 for Sentencing. Court is advised that an issue has come up & defense counsel would like a little time to consider it. Sentencing adjourned until 12/20/00 at 10:00 at the request of defense counsel. AUSA Andrew Weissman & Paul Schoeman; Defense Counsel, Bettina Schein. Court Reporter/ESR Henri Legendre (Piper, Francine) (Entered: 12/18/2000) |
| 12/18/2000 | 885 | TRANSCRIPT for Sentencing before Judge Dearie filed in case as to Joseph Dibella for dates of 12/12/00 ; Court Reporter/ESR: Brian Ketcham; AUSA Paul Schoeman/Andrew Weissman; Defense Counsel, Michael Rosen, Jean Marie Graziano, Steven Yurowitz; Court Transcriber, Elizabeth Barron. (Piper, Francine) (Entered: 12/19/2000) |
| 12/18/2000 | 923 | CALENDAR ENTRY as to John Claudino ; Case called before Judge Raymond J. Dearie on date of 12/18/00 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Paul Rinaldo. Court Reporter/ESR Burt Sulzer. (Piper, Francine) (Entered: 01/19/2001) |
| 12/18/2000 | | Sentencing held John Claudino (23) count(s) 3 (Piper, Francine) (Entered: 01/19/2001) |
| 12/18/2000 | 929 | CALENDAR ENTRY as to Richard Scarsella ; Case called before Judge Raymond J. Dearie on date of 12/18/00 for Sentencing. AUSA Paul Schoeman and Andrew Weissman; Defense Counsel, Joy Vastola & Alan Chaset. Court Reporter/ESR Burt |

| | | |
|---|---|---|
| | | Sulzer. (Piper, Francine) (Entered: 01/19/2001) |
| 12/18/2000 | | Sentencing held Richard Scarsella (56) count(s) 1s, 2s (Piper, Francine) (Entered: 01/19/2001) |
| 12/18/2000 | 934 | CALENDAR ENTRY as to Paul Medaglia ; Case called before Judge Raymond J. Dearie on date of 12/18/00 for Sentencing. AUSA Paul Schoeman and Andrew Weissman; Defense Counsel, Richard Levitt. Court Reporter/ESR Burt Sulzer (Piper, Francine) (Entered: 01/22/2001) |
| 12/18/2000 | | Sentencing held Paul Medaglia (40) count(s) 1s, 2s (Piper, Francine) (Entered: 01/22/2001) |
| 12/18/2000 | 936 | CALENDAR ENTRY as to Robert Figueroa ; Case called before Judge Raymond J. Dearie on date of 12/18/00 for Sentencing. AUSA Paul Schoeman and Andrew Weissman; Court Reporter/ESR Burt Sulzer. (Piper, Francine) (Entered: 01/22/2001) |
| 12/18/2000 | | Sentencing held Robert Figueroa (31) count(s) 1s, 2s (Piper, Francine) (Entered: 01/22/2001) |
| 12/19/2000 | 887 | LETTER dated 12/7/00 from Robert E. Tate to Judge Dearie, requesting that the geographical areas of travel presently limited to dft Besarany of NY, NJ, Connecticut and Massachusetts, be expanded by the court so that the application for the approval or denial of extended travel by the dft can be made at the pretrial services level rather than any further inconvenience to the court or personnel. (Piper, Francine) (Entered: 12/19/2000) |
| 12/19/2000 | | ENDORSED ORDER as to John Besarany, application granted on terms requested. ( Signed by Judge Raymond J. Dearie , on 12/15/00) c/m (endorsed on letter, document #887) (Piper, Francine) (Entered: 12/19/2000) |
| 12/19/2000 | 890 | LETTER dated 12/15/00 from Paul Schoeman to Judge Dearie, advising that dft Robert Figueroa's motion for downward departure should be denied. (Piper, Francine) (Entered: 12/21/2000) |
| 12/19/2000 | 891 | LETTER dated 12/15/00 from Paul Schoeman to Judge Dearie, advising that the govt opposes dft Paul Medaglia's placement in the ICC program. (Piper, Francine) (Entered: 12/21/2000) |
| 12/19/2000 | 899 | CALENDAR ENTRY as to Fabio Borgognone ; Case called before Judge Raymond J. Dearie on date of 12/19/00 for Sentencing. At the request of the defense counsel, sentencing is adjourned until 1/12/01 at 12:30. AUSA Paul Schoeman & Andrew Weissman; Defense Counsel, Gerald Dichiara. (Piper, Francine) (Entered: 12/26/2000) |
| 12/19/2000 | 927 | CALENDAR ENTRY as to Rui Reis Figueiredo ; Case called before Judge Raymond J. Dearie on date of 12/19/00 for Sentencing. AUSA Paul Schoeman & Andrew Weissman; Defense Counsel, Gerald P. Lefcourt. (Piper, Francine) (Entered: 01/19/2001) |
| 12/19/2000 | | Sentencing held Rui Reis Figueiredo (30) count(s) 1s, 2s (Piper, Francine) (Entered: 01/19/2001) |
| 12/20/2000 | 888 | LETTER dated 12/14/00 from Michael Rosen to Judge Dearie, advised that AUSA Paul Schoeman and Pretrial Services Officer Joseph Guzzardi have no objections to the request for extension of time of the electronic monitor of dft Joseph Dibella. (Piper, Francine) (Entered: 12/20/2000) |
| 12/20/2000 | | ENDORSED ORDER as to Joseph Dibella, application for extensions of time off the electronic monitor. ( Signed by Judge Raymond J. Dearie , on 12/18/00) c/m (endorsed on letter, document #888) (see letter for dates) (Piper, Francine) (Entered: 12/20/2000) |

| | | |
|---|---|---|
| 12/20/2000 | 896 | LETTER dated 12/19/00 from Paul Schoeman to Judge Dearie, advising that dft Richard Scarsella's motion for downward departure be denied. (Piper, Francine) (Entered: 12/26/2000) |
| 12/20/2000 | 897 | LETTER dated 12/19/00 from Paul Schoeman to Judge Dearie, advising that the court takes no position on where within the range the court should sentence dft Rosetti. (Piper, Francine) (Entered: 12/26/2000) |
| 12/20/2000 | 900 | CALENDAR ENTRY as to Vito Padulo ; Case called before Judge Raymond J. Dearie on date of 12/20/00 for Status Conference. Pretrial Officer gives an update on the action plan. Parties agree to this course of action. Sentencing adjourned until 6/8/01 at 10:00. AUSA Paul Schoeman; Defense Counsel, Bernard Udell. Court Reporter/ESR Burt Sulzer (Piper, Francine) (Entered: 12/26/2000) |
| 12/20/2000 | 938 | CALENDAR ENTRY as to Joseph Rosetti ; Case called before Judge Raymond J. Dearie on date of 12/20/00 for Sentencing. AUSA Paul Schoeman and Andrew Weissman; Defense Counsel, Brendan White; Court Reporter/ESR Burt Sulzer (Piper, Francine) (Entered: 01/22/2001) |
| 12/20/2000 | | Sentencing held Joseph Rosetti (51) count(s) 1s, 2s (Piper, Francine) (Entered: 01/22/2001) |
| 12/21/2000 | 889 | LETTER dated 12/6/00 from Steven Yurowitz to Judge Dearie, application to enlarge Robert Cataggio's geographic bail restrictions to permit him to travel to florida from 12/23/00 to 1/2/01. (Piper, Francine) (Entered: 12/21/2000) |
| 12/21/2000 | | ENDORSED ORDER as to Robert Catoggio, application to travel to Florida from 12/23/00 to 1/2/01 is granted. ( Signed by Judge Raymond J. Dearie , on 12/13/00) c/m (endorsed on letter, document #889) (Piper, Francine) (Entered: 12/21/2000) |
| 12/22/2000 | 893 | JUDGMENT Valery Goldberg (33) count(s) 1s, 5 . Dft to be imprisoned for 1 year and 1 day on both counts to run concurrently. The court recommends to the bureau of prisons that the dft be designated to a facility in the Northeast region, and further invites consideration of a camp assignment. Dft is continued in the custody of the U.S. Marshall. Dft shall surrender for service of sentence at the facility designated by the bureau of prisons by 3:00 p.m. on 1/31/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on both counts to run concurrently. Dft shall pay restitution to the victims of the offense of conviction in the amount of $5,000,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 12/8/00) C/M (restitution order attached) (copy sent to financial) (Piper, Francine) (Entered: 12/22/2000) |
| 12/22/2000 | 893 | DISMISSAL of Count(s) on Government Motion as to Valery Goldberg Counts Dismissed: Valery Goldberg (33) count(s) 1, 2, 3, 4, 6 (Piper, Francine) (Entered: 12/22/2000) |
| 12/22/2000 | 895 | JUDGMENT Vincent Minerva (42) count(s) 3. Dft to be imprisoned for a total term of 17 months. The court recommends to the bureau of prisons that dft be designated to a facility in the Northeast region, and further invites consideration of a camp assignment. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the facility designated by the bureau of prisons by 3:00 p.m. on 1/31/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft shall pay |

| | | |
|---|---|---|
| | | restitution to the victims of the offense of conviction in the amount of $800,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Fabio Borgognone. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay special assessment in the amount of $100.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 12/8/00) c/m (restitution order attached) (copy sent to financial) (Piper, Francine) (Entered: 12/22/2000) |
| 12/22/2000 | 895 | DISMISSAL of Count(s) on Government Motion as to Vincent Minerva Counts Dismissed: Vincent Minerva (42) count(s) 4 (Piper, Francine) (Entered: 12/22/2000) |
| 12/27/2000 | 901 | LETTER dated 12/19/00 from Bettina Schein to Judge Dearie, requesting that sentencing for dft Mormando be adjourned. (Piper, Francine) (Entered: 12/27/2000) |
| 12/27/2000 | | ENDORSED ORDER as to Christopher Mormando, sentencing adjourned to 1/18/01 at 11:00. ( Signed by Judge Raymond J. Dearie , on 12/20/00) c/m endorsed on letter, document #901) (Piper, Francine) (Entered: 12/27/2000) |
| 12/29/2000 | 903 | MEMORANDUM OF LAW by Michael A. Bengen in support of objections to the pre-sentence report and in support of application for downward departure (Piper, Francine) (Entered: 01/03/2001) |
| 01/02/2001 | 902 | LETTER dated 12/26/00 from Jeffrey Litchtman to Judge Dearie, requesting that dft Miele's surrender date be adjourned from 1/2/01 until 2/5/01. (Piper, Francine) (Entered: 01/02/2001) |
| 01/02/2001 | | ENDORSED ORDER as to Barry Miele, dft's surrender date is adjourned to 2/5/01. ( Signed by Judge Raymond J. Dearie , on 12/27/00) c/m (endorsed on letter, document #902) (Piper, Francine) (Entered: 01/02/2001) |
| 01/03/2001 | | The Record on Appeal as to Robert Catoggio that was prepared and kept in the Criminal Cabinet is being returned today to the file Section. (Gonzalez, Mary) (Entered: 01/03/2001) |
| 01/03/2001 | 904 | LETTER dated 1/2/01 from Paul Schoeman to Judge Dearie, requesting that dft David Dunham's motion for downward departure be denied. (Piper, Francine) (Entered: 01/09/2001) |
| 01/03/2001 | 940 | CALENDAR ENTRY as to William Cosidente ; Case called before Judge Raymond J. Dearie on date of 1/3/01 for Sentencing. AUSA Paul Schoeman; Defense Counsel, David Stern; Court Reporter/ESR Allen Sherman. (Piper, Francine) (Entered: 01/23/2001) |
| 01/03/2001 | | Sentencing held William Cosidente (25) count(s) 3 (Piper, Francine) (Entered: 01/23/2001) |
| 01/04/2001 | 906 | LETTER dated 1/3/01 from Paul Schoeman to Judge Dearie, requesting that dft Nicholas Briganti's motion for downward departure be denied. (Piper, Francine) (Entered: 01/09/2001) |
| 01/04/2001 | 922 | CALENDAR ENTRY as to David Dunham ; Case called before Judge Raymond J. Dearie on date of 1/4/01 for Sentencing. Hearing began. Defense counsel moves for a downward departure on the ground that dfts business would be adversely effected. Business partner & a worker present in court today and made a statement on the record. Counsel & court agree to adjourn sentencing until more information is found about dft's business. Sentencing adjourned until 2/23/01 at 9:30. AUSA Paul Schoeman; Defense |

| | | |
|---|---|---|
| | | Counsel, Gail Laser; Court Reporter/ESR Allen Sherman (Piper, Francine) (Entered: 01/19/2001) |
| 01/04/2001 | 925 | CALENDAR ENTRY as to Nicholas Briganti ; Case called before Judge Raymond J. Dearie on date of 1/4/01 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Charles Adler; Court Reporter/ESR Allen Sherman (Piper, Francine) (Entered: 01/19/2001) |
| 01/04/2001 | | Sentencing held Nicholas Briganti (20) count(s) 3 (Piper, Francine) (Entered: 01/19/2001) |
| 01/05/2001 | 915 | CALENDAR ENTRY as to Jeffrey Van Blarcom ; Case called before Judge Raymond J. Dearie on date of 1/5/01 for Status Conference. Govt requests that sentencing be adjourned due to the fact that the govt would like an opportunity to respond to defense counsel's recnet submission. Case adjourned for sentencing until 3/8/01 at 10:00. AUSA Paul Schoeman; Defense Counsel, Joyce David. Court Reporter/ESR Allen Sherman. (Piper, Francine) (Entered: 01/10/2001) |
| 01/08/2001 | 916 | LETTER dated 1/5/01 from Stephen P. Scaring to Paul Schoeman, advising that counsel has been retained by Rocco Basile. (Piper, Francine) (Entered: 01/11/2001) |
| 01/08/2001 | 917 | OBJECTION by Roy Ageloff to Presentence Investigation Report (Piper, Francine) (Entered: 01/12/2001) |
| 01/09/2001 | 905 | LETTER dated 1/2/01 from Jennifer M. O'Connor to Judge Dearie, confirming that dft Ageloff's sentencing hearing is set for 2/9/01 at 10:30. (Piper, Francine) (Entered: 01/09/2001) |
| 01/09/2001 | 907 | ORDER, MODIFICATION OF BAIL RESTRICTIONS as to Vincent Minerva, the conditions of release on bail imposed by the court on dft shall be modified to permit dft to travel by car with his family to Pennsylvania on 1/6/01 to return to NY on the evening of sunday 1/7/01. ( Signed by Judge Raymond J. Dearie , on 1/4/01) c/m (Piper, Francine) (Entered: 01/09/2001) |
| 01/09/2001 | 908 | LETTER dated 1/2/01 from Jennifer M. O'Connor to Judge Dearie, confirming that dft Ageloff's sentencing hearing is set for 2/9/01 at 10:30. (Piper, Francine) (Entered: 01/09/2001) |
| 01/09/2001 | 909 | SEALED DOCUMENT as to Arthur Alonzo placed in vault as per order of Judge Dearie. (Piper, Francine) (Entered: 01/09/2001) |
| 01/09/2001 | 910 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to Valery Goldberg for dates of 11/29/00; AUSA Andrew Weissman, Paul Schoeman; Defense Counsel, Eugene Kaplan, Rachel Schwartz; (Piper, Francine) (Entered: 01/09/2001) |
| 01/10/2001 | 911 | TRANSCRIPT of Conference before Judge Dearie filed in case as to Joseph Dibella for dates of 12/1/00 ; Court Reporter/ESR: Gene Rudolph; AUSA Andrew Weissman; Defense Counsel, Michael Rosen, Jean Marie Graziano. (Piper, Francine) (Entered: 01/10/2001) |
| 01/10/2001 | 912 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to Vincent Minerva for dates of 11/29/00 ; Court Reporter/ESR: Gene Rudolph; AUSA Paul Schoeman; Defense Counsel, Joseph Corozzo. (Piper, Francine) (Entered: 01/10/2001) |
| 01/10/2001 | 913 | ORDER as to Mark Mancino, dft's surrender date is adjourned from 1/8/01 to 1/22/01. ( Signed by Judge Raymond J. Dearie , on 1/5/01) c/m (Piper, Francine) (Entered: 01/10/2001) |
| 01/10/2001 | 914 | LETTER dated 1/4/01 from Susan Kellman to Judge Dearie, requesting that dft Pizzolato's sentencing be adjourned to the week of 4/16/00. (Piper, Francine) (Entered: |

| | | 01/10/2001) |
|---|---|---|
| 01/10/2001 | | ENDORSED ORDER as to Frank J. Pizzolato, sentencing adjourned to 4/27/01 at 11:30. ( Signed by Judge Raymond J. Dearie , on 1/8/01) (endorsed on letter, document #914) c/m (Piper, Francine) (Entered: 01/10/2001) |
| 01/11/2001 | 946 | MOTION by Roy Ageloff for Milton Hirsch, Eric M. Cohen to appear pro hac vice Fee #: $25.00 Receipt #: 241741 [946-1] motion (Piper, Francine) (Entered: 01/26/2001) |
| 01/16/2001 | 918 | LETTE dated 1/9/01 from Michael Handwerker to Judge Dearie, requesting a six week adjournment of sentencing for dft Michael Scaramellino. (Piper, Francine) (Entered: 01/16/2001) |
| 01/16/2001 | 919 | ORDER as to Michael Scaramellino, sentencing is set for 4/13/01 at 2:30. ( Signed by Judge Raymond J. Dearie , on 1/9/01) c/m (Piper, Francine) (Entered: 01/16/2001) |
| 01/16/2001 | 920 | LETTER dated 1/10/01 from Gerald J. Di Chiara to Judge Dearie, requesting a short adjournment of sentencing until 1/19/01 at 12:00 for dft Fabio Borgognone. (Piper, Francine) (Entered: 01/16/2001) |
| 01/16/2001 | | ENDORSED ORDER as to Fabio Borgognone, sentencing is adjourned to 3/7/01 at 11:30. ( Signed by Judge Raymond J. Dearie , on 1/10/01) c/m (endorsed on letter, document #920) (Piper, Francine) (Entered: 01/16/2001) |
| 01/16/2001 | 921 | LETTER dated 12/28/00 from Robert S. Wolf to Judge Dearie, requesting that dft Nicholas Bosco's sentencing set for 1/17/00 be adjourned for a minimum of three weeks. (Piper, Francine) (Entered: 01/16/2001) |
| 01/16/2001 | | ENDORSED ORDER as to Nicholas Bosco, sentencing is adjourned to 3/7/01 at 11:00. ( Signed by Judge Raymond J. Dearie , on 1/10/01) c/m (endorsed on letter, document #921) (Piper, Francine) (Entered: 01/16/2001) |
| 01/17/2001 | 944 | CALENDAR ENTRY as to Victor Vernaci ; Case called before Judge Raymond J. Dearie on date of 1/17/01 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Mario Gallucci. Court Reporter/ESR Michael Picozzi (Piper, Francine) (Entered: 01/23/2001) |
| 01/17/2001 | | Sentencing held Victor Vernaci (59) count(s) 9 (Piper, Francine) (Entered: 01/23/2001) |
| 01/18/2001 | 942 | CALENDAR ENTRY as to Alan Koop ; Case called before Judge Raymond J. Dearie on date of 1/18/01 for Sentencing; AUSA Andrew Weissmann & Paul Schoeman; Defense Counsel, Michael Macklowitz. Court Reporter/ESR Michael Picozzi (Piper, Francine) (Entered: 01/23/2001) |
| 01/18/2001 | | Sentencing held Alan Koop (4) count(s) 1 (Piper, Francine) (Entered: 01/23/2001) |
| 01/18/2001 | 961 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to Rui Reis Figueiredo for dates of 12/19/00; Court Transcriber: Elizabeth Barron, (718) 596-3802 (Lee, Tiffeny) (Entered: 01/31/2001) |
| 01/18/2001 | 962 | CALENDAR ENTRY as to Christopher Mormando ; Case called before Judge Raymond J. Dearie on date of 1/18/01 for Sentencing. The court finds that the plea taken before the Magistrate Judge was knowingly and voluntarily made and that there is a factual basis for the plea and formally accepts the plea to count 1 of 34 count superseding indictment in 98 cr 1129 and count 2 of 6 count superseding indictment in 99 cr 589. For the reasons stated on the record, sentencing is adjourned to 1/24/01 at 3:00. AUSA Andrew Weissman; Defense Counsel, Bettina Schein. Court Reporter/ESR Michael Picozzi. (Piper, Francine) (Entered: 01/31/2001) |

| | | |
|---|---|---|
| 01/19/2001 | 924 | JUDGMENT John Claudino (23) count(s) 3. Dft to be imprisoned for a term of 24 months. Dft is continued in the custody of the U.S. Marshal. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make full financial disclosure as required by the court to the probation dept. Dft to continue in substance abuse and mental health treatment and shall contribute to any costs, including medications, as directed by the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $1,500,000. Dft shall be jointly and severally liable for the full amount of restitution set forth with the following additional dfts, Christopher Mormando, Nicholas Briganti, William Batista. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $50.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 1/16/01) C/M (copy sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) Modified on 01/19/2001 (Entered: 01/19/2001) |
| 01/19/2001 | 924 | DISMISSAL of Count(s) on Government Motion as to John Claudino Counts Dismissed: John Claudino (23) count(s) 4 (Piper, Francine) (Entered: 01/19/2001) |
| 01/19/2001 | 926 | JUDGMENT Nicholas Briganti (20) count(s) 3. Dft to be imprisoned for 27 months. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the facility designated by the bureau of prisons by 3:00 p.m. on 2/19/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make full financial disclosure as required by the court to the probation dept. Dft shall serve 10 hours of community service the first year of supervised release, as directed by the probation dept. Dft shall pay restitution to the victims of the offense of the conviction in the amount of $2,500,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, John Claudino, Christopher Mormando, William Battista. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a $50.00 special assessment to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 1/16/01) C/M (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) (Entered: 01/19/2001) |
| 01/19/2001 | 926 | DISMISSAL of Count(s) on Government Motion as to Nicholas Briganti Counts Dismissed: Nicholas Briganti (20) count(s) 1, 2, 4, 5, 6, 7, 8 (Piper, Francine) (Entered: 01/19/2001) |
| 01/19/2001 | 928 | JUDGMENT Rui Reis Figueiredo (30) count(s) 1s, 2s . Dft to be imprisoned for 30 months on each count to run concurrently. If consistent with the bureau of prisons and practices, the court recommends the ICC Program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the facility designated by the bureau of prisons by 3:00 p.m. on 2/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Any proceeds from the sale of the Royal Hutton Securities Corporation should be applied to the restitution payment. Dft shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Medaglia, Robert Figueroa, Richard Scarsella, Joseph Rosetti. Dft shall make by 12/29/00 the |

following lump sum of $10,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restituion payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 12/19/00) C/M (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) (Entered: 01/19/2001)

| 01/19/2001 | 928 | DISMISSAL of Count(s) on Government Motion as to Rui Reis Figueiredo Counts Dismissed: Rui Reis Figueiredo (30) count(s) 1, 2, 3, 4, 5, 6 (Piper, Francine) (Entered: 01/19/2001) |
|---|---|---|
| 01/19/2001 | 930 | JUDGMENT Richard Scarsella (56) count(s) 1s, 2s . Dft to be imprisoned for 30 months on each count to run concurrently. If consistent with bureau of prisons policies and practices, the court invites consideration of the ICC Program or alternatively, that dft be designated to a facility in the SouthEast Region of Florida and be enrolled in the 500 hour drug program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/26/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court the probation dept. Any proceeds from the sale of Royal Hutton Securities Corporation should be applied to the restitution payment. Dft to continue in Alcohol and Drug Therapy as directed by the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Medaglia, Robert Figueiroa, Rui Reis Figueiredo, Joseph Rosetti. Dft shall make by 1/10/01 the lump sum restitution payment of $10,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 1/9/01) C/M (copy also sent to financial) (RESTITUITON ORDER ATTACHED) (Piper, Francine) (Entered: 01/19/2001) |
| 01/19/2001 | 930 | DISMISSAL of Count(s) on Government Motion as to Richard Scarsella Counts Dismissed: Richard Scarsella (56) count(s) 1, 2, 3, 4, 5, 6 (Piper, Francine) (Entered: 01/19/2001) |
| 01/19/2001 | 933 | JUDGMENT Joseph Dibella (27) count(s) 1. Dft to be imprisoned for a total term of seventy eight months as follows: Fifty Seven months on the rico violation alleged in count one and 21 months consecutively as per U.S.C. 18:1347 and guideline 2J1.7. If consistent with bureau of prisons policies and practics, the court recommends that dft be designated to an institution in the Northeast Region, and further invites consideration of FCI Fort Dix. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/26/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $2,500,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following dfts, Ronald Cropper, Michael Orlino, Joseph Scarfone, John Lembo, Michael Trocchio, Keith Ruffler, William Cosidente. Dft shall |

| | | |
|---|---|---|
| | | make by 1/16/01 the lump sum payment of $100,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rtae to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 1/18/01) C/M (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) (Entered: 01/19/2001) |
| 01/19/2001 | 933 | DISMISSAL of Count(s) on Government Motion as to Joseph Dibella Counts Dismissed: Joseph Dibella (27) count(s) 2, 3, 4, 5, 6, 7, 8 (Piper, Francine) (Entered: 01/19/2001) |
| 01/22/2001 | 935 | JUDGMENT Paul Medaglia (40) count(s) 1s, 2s . Dft to be imprisoned for a term of 30 months on each count to run concurrently. If consistent with the bureau of prisons policies and practices, the court recommends that dft be designated to an institution in the NorthEast Region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 on 2/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Any proceeds from the sale of Royal Hutton Securities Corporation should be applied to the restitution payment. Dft shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Robert Figueroa, Rui Reis Figueiredo, Richard Scarsella and Joseph Rosetti. Dft shall make by 12/28/00 the lump sum restitition payment of $10,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 12/18/00) C/M (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) Modified on 01/22/2001 (Entered: 01/22/2001) |
| 01/22/2001 | 935 | DISMISSAL of Count(s) on Government Motion as to Paul Medaglia Counts Dismissed: Paul Medaglia (40) count(s) 1, 2, 3, 4, 5, 6 (Piper, Francine) (Entered: 01/22/2001) |
| 01/22/2001 | 937 | JUDGMENT Robert Figueroa (31) count(s) 1s, 2s . Dft to be imprisoned for 30 months on each count to run concurrently. The court makes the following recommendations to the Bureau of Prisons. If consistent with the bureau of prisons policies and practices, the court recommends that the dft be designated to an institution in the NorthEast Region, and invites consideration of FCI Fort Dix. The court further recommends that the dft be enrolled in a 500 hour drug program for appropriate treatment. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 1/29/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft to continue in drug and alcohol therapy as directed by the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Medaglia, Rui Reis Figueiredo, Richard Scarsella, Joseph Rosetti. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following montly |

| | | |
|---|---|---|
| | | restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 12/21/00) C/M (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) (Entered: 01/22/2001) |
| 01/22/2001 | 937 | DISMISSAL of Count(s) on Government Motion as to Robert Figueroa Counts Dismissed: Robert Figueroa (31) count(s) 1, 2, 3, 4, 5, 6 (Piper, Francine) (Entered: 01/22/2001) |
| 01/22/2001 | 939 | JUDGMENT Joseph Rosetti (51) count(s) 1s, 2s . Dft to be imprisoned for 20 months on each count to run concurrently. If consistent with bureau of prisons policies and practices, the court recommends that the dft be designated to an institution in the Northeast Region and invites consideration of FCI, Fort Dix. The court further recommends that dft be enrolled in a 500 hour drug program for appropriate treatment. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 on 2/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Any procedds from the sale of Royal Hutton Securites Corporation should be applied to the restitution payment. Dft shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000. Dft shall be jointly and severally liale for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Medaglia, Robert Figueroa, Rui Reis Figueiredo, Richard Scarsella. 30 days after release from custody, it shall be a condition of dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 12/21/00) C/M (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) (Entered: 01/22/2001) |
| 01/22/2001 | 939 | DISMISSAL of Count(s) on Government Motion as to Joseph Rosetti Counts Dismissed: Joseph Rosetti (51) count(s) 1, 2, 3, 4, 5, 6 (Piper, Francine) (Entered: 01/22/2001) |
| 01/22/2001 | 963 | LETTER dated 1/19/01 from Steven Yurowitz to Judge Dearie, requesting that sentencing for dft Catoggio be adjourned until the last week of 2/2001. (Piper, Francine) (Entered: 01/31/2001) |
| 01/23/2001 | 941 | JUDGMENT William Cosidente (25) count(s) 3. Dft to be imprisoned for 1 year. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons before 3:00 p.m. on 2/20/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. The first two years of supervised release, the dft shall serve 1500 hours of community service subject to court approval and under the guidelines of the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $2,500,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts: Ronald Cropper, Jr.; Michael Orlino; Joseph Scarfone; John Lembo; Michael Trocchio; Keith Ruffler and Joseph Dibella. 30 days after release from custody, it shall be a condition of dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall |

| | | pay a special assessment of $50.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 1/19/01) C/M (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) (Entered: 01/23/2001) |
|---|---|---|
| 01/23/2001 | 941 | DISMISSAL of Count(s) on Government Motion as to William Cosidente Counts Dismissed: William Cosidente (25) count(s) 1, 2, 4, 5, 6, 7, 8 (Piper, Francine) (Entered: 01/23/2001) |
| 01/23/2001 | 943 | JUDGMENT Alan Koop (4) count(s) 1. Dft to be imprisoned for 30 months. If consistent with Bureau of Prisons policies and practices, the court recommends that the dft be designated to an institution in the Northeast Region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/28/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft to receive drug testing and treatment as directed by the probation dept. Dft shall pay restitution to the victims of the offense of conviction in the amount of $5,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts: Barry Miele, Roy Ageloff, Robert Catoggio, Dominick Froncillo, Brent Calderone Longo, Jaime Scott Morrill, Donald Messinger, Marcelo Quintero and Michale Trocchio. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $100.00. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 1/19/01) C/M (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) (Entered: 01/23/2001) |
| 01/23/2001 | 943 | DISMISSAL of Count(s) on Government Motion as to Alan Koop terminating [60-1] motion for discovery as to Alan Koop (1), terminating [60-2] motion for joinder all motion and arguments advanced in support of such motions by his co-deft's herein, to extent such motions are relevant to the charges concerning deft. as to Alan Koop (1) Counts Dismissed: Alan Koop (4) count(s) 2, 4 (Piper, Francine) (Entered: 01/23/2001) |
| 01/23/2001 | 945 | JUDGMENT Victor Vernaci (59) count(s) 9. Dft to be imprisoned for 15 months. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 4/3/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financal disclosure as required by the court to the probation dept. Dft to satisfy all outstanding tax obligations, meaning to file, and to supply proof to the probation dept prior to the surrender date of 4/2/01. Dft to pay restituion to the victims of the offense of conviction in the amount of $800,000. 30 days after release from custody, it shall be a condition of dft's supervised release that dft make the following minimum monthly resitution payments. Restituion payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 1/19/01) C/M (copy also sent to financial) (RESTITUTION ORDER ATTACHED) (Piper, Francine) Modified on 01/23/2001 (Entered: 01/23/2001) |
| 01/23/2001 | 945 | DISMISSAL of Count(s) on Government Motion as to Victor Vernaci Counts Dismissed: Victor Vernaci (59) count(s) 7, 8, 10 (Piper, Francine) (Entered: 01/23/2001) |

| | | |
|---|---|---|
| 01/24/2001 | 981 | LETTER dated 1/23/01 from Paul Schoeman to Judge Dearie, advising that dft Mormando should be sentenced within the 57-71 month range. (Piper, Francine) (Entered: 02/07/2001) |
| 01/25/2001 | 966 | LETTER dated 1/23/01 from Paul Schoeman to Judge Dearie, requesting that the court enter a revised restitution order that conforms with the court's pronouncement of sentence on 12/12/00 as to dft Joseph Dibella. (Piper, Francine) (Entered: 02/01/2001) |
| 01/25/2001 | 967 | LETTER dated 1/24/01 from Paul Schoemann to Judge Dearie, requesting that the court enter a corrected to judgment as to dft Scarsella stating that his imprisonment is 33 months and not 30 months. (Piper, Francine) (Entered: 02/01/2001) |
| 01/26/2001 | | ENDORSED ORDER as to Roy Ageloff granting [946-1] motion for Milton Hirsch, Eric M. Cohen to appear pro hac vice Fee #: $25.00 Receipt #: 241741 as to Roy Ageloff (8) ( Signed by Judge Raymond J. Dearie , on 1/18/01) (endorsed on motion, document #946) (Piper, Francine) (Entered: 01/26/2001) |
| 01/26/2001 | 947 | SEALED DOCUMENT placed in vault as per order of Judge Dearie (Piper, Francine) (Entered: 01/26/2001) |
| 01/26/2001 | 948 | LETTER dated 1/10/01 from Michael Rosen to Judge Dearie, requesting that the court recommend to the bureau of prisons that Dibella be designated to the Fort Dix, NJ facility and renewing the request to approve the removal of dft's electronic bracelet prior to his surrender date fo 1/29/01. (Piper, Francine) (Entered: 01/26/2001) |
| 01/26/2001 | 949 | ORDER as to Scott Piccininni, substituting attorney, terminated attorney Roberto D. Stanziale Added Charles E. Clayman ( Signed by Judge Raymond J. Dearie , on 1/18/01) c/m (Piper, Francine) (Entered: 01/26/2001) |
| 01/26/2001 | 972 | CALENDAR ENTRY as to Jonathan Durinda ; Case called before Judge Raymond J. Dearie on date of 1/26/01 for Status Conference. Dft explains to court that he would like retain new counsel. Case adjourned to 2/2/01 at 9:00 Court Reporter/ESR Paul Lombardi; AUSA Andrew Weissman; Defense Counsel, Jonathan Sims. (Piper, Francine) (Entered: 02/05/2001) |
| 01/29/2001 | 950 | ORDER as to John Asaro, sentencing is set for 9/7/01 at 11:00. ( Signed by Judge Raymond J. Dearie , on 1/19/01) (Piper, Francine) (Entered: 01/29/2001) |
| 01/29/2001 | 951 | ORDER as to Christopher L. Miano, sentencing is set for 9/7/01 at 10:30. ( Signed by Judge Raymond J. Dearie , on 1/19/01) (Piper, Francine) (Entered: 01/29/2001) |
| 01/29/2001 | 952 | SEALED DOCUMENT placed in vault as per order of Judge Dearie. (Piper, Francine) (Entered: 01/29/2001) |
| 01/29/2001 | 953 | LETTER dated 1/19/01 from Steven Y. Yurowitz to Judge Dearie, requesting that sentencing for dft Robert Catoggio be adjourned. (Piper, Francine) (Entered: 01/29/2001) |
| 01/29/2001 | | ENDORSED ORDER as to Robert Catoggio, sentencing is adjourned to 3/23/01 at 12:00. ( Signed by Judge Raymond J. Dearie , on 1/19/01) c/m (endorsed on letter, document #953) (Piper, Francine) (Entered: 01/29/2001) |
| 01/29/2001 | 954 | LETTER dated 1/17/01 from Steven Yurowitz to Judge Dearie, requesting to lift Mr. Robert Catoggio's bail restrictions to permit him to attend an engagement party on 1/20/01 from 7:00 p.m. to 1:00 a.m. on 1/21/01. (Piper, Francine) (Entered: 01/29/2001) |
| 01/29/2001 | | ENDORSED ORDER as to Robert Catoggio, application for dft to travel to an engagement party in Staten Island from 7:00 p.m, on 1/20/01 to 1:00 a.m. on 1/21/01 is approved. ( Signed by Judge Raymond J. Dearie , on 1/19/01) (endorsed on letter, document #954) c/m (Piper, Francine) (Entered: 01/29/2001) |

| 01/29/2001 | 955 | LETTER dated 1/17/01 from Lee Ginsberg to Judge Dearie, requesting modifications of dft Arthur Alonzo's bail conditions. (Piper, Francine) (Entered: 01/29/2001) |
|---|---|---|
| 01/29/2001 | | ENDORSED ORDER as to Arthur Alonzo, application for modification of bail conditions is approved. Permission to leave residence on a daily basis for two hours per day. Permission to use computer and internet for purpose other than any involvement in stock trading or other similar financial mattes. Permission to have visitors, specifically, Dennis Manarino, Tommy Healy, Anicia Bragg, Andrea Garafolo and Shiri Golanim, no more than one visitor at a time. ( Signed by Judge Raymond J. Dearie , on 1/19/01) c/m (endorsed on letter, document #955) (Piper, Francine) (Entered: 01/29/2001) |
| 01/30/2001 | 956 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to Robert Figueroa for dates of 12/18/00; Court Reporter: Burton H. Sulzer (Lee, Tiffeny) (Entered: 01/30/2001) |
| 01/30/2001 | 957 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to Paul Medaglia for dates of 12/18/00; Court Reporter: Burton H. Sulzer (Lee, Tiffeny) (Entered: 01/30/2001) |
| 01/30/2001 | 958 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to Joseph Rosetti for dates of 12/20/00 ; Court Reporter: Burton H. Sulzer (Lee, Tiffeny) (Entered: 01/30/2001) |
| 01/30/2001 | 959 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to John Claudino for dates of 12/18/00 ; Court Reporter: Burton H. Sulzer (Lee, Tiffeny) (Entered: 01/30/2001) |
| 01/30/2001 | 960 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to Richard Scarsella for dates of 12/20/00; Court Reporter: Burton H. Sulzer (Lee, Tiffeny) (Entered: 01/30/2001) |
| 01/31/2001 | 975 | LETTER dated 1/30/01 from Paul Schoeman to Counsel, advising that the govt may seek to introduce evidence of conduct by defendants. (Piper, Francine) (Entered: 02/06/2001) |
| 01/31/2001 | 976 | LETTER dated 1/31/01 from Peter Kirchheimer to Judge Dearie, correcting the probation dept's guidelines estimates and to set forth bases for downward departures as to dft Ronald Catoggio. (Piper, Francine) (Entered: 02/06/2001) |
| 02/01/2001 | 964 | CJA 23 FINANCIAL AFFIDAVIT by Alan Koop (Piper, Francine) (Entered: 02/01/2001) |
| 02/01/2001 | 965 | ORDER as to Michael A. Bengen, sentencing set for 3/9/01 at 12:15. ( Signed by Judge Raymond J. Dearie , on 1/23/01) (Piper, Francine) (Entered: 02/01/2001) |
| 02/01/2001 | 968 | LETTER dated 1/25/00 from Jonathan D. Sims to Judge Dearie, requesting that the court relieve this office from representing Mr. Durinda, or in the alternative hold a conference. (Piper, Francine) (Entered: 02/01/2001) |
| 02/01/2001 | | ENDORSED ORDER as to Jonathan Durinda, trial will proceed as scheduled immediate conference with counsel, Mr. Durinda & US Attorney. ( Signed by Judge Raymond J. Dearie) c/m (endorsed on letter, document #968) (Piper, Francine) (Entered: 02/01/2001) |
| 02/01/2001 | 977 | LETTER dated 1/30/01 from Andrew Weissman to Judge Dearie, advising the court of dft's Miele and DiBella's failure to pay the court ordered restitution and also requesting a status conference. (Piper, Francine) (Entered: 02/06/2001) |
| 02/02/2001 | 1014 | CALENDAR ENTRY as to Fabio Borgonone ; Case called before Judge Raymond J. Dearie on date of 2/2/01 for Sentencing. AUSA Paul Schoeman; Defense Counsel, Gerald DiChiara. Court Reporter/ESR Marsha Diamond. (Piper, Francine) (Entered: 02/23/2001) |
| 02/02/2001 | | Sentencing held Fabio Borgognone (18) count(s) 3 (Piper, Francine) (Entered: |

| | | |
|---|---|---|
| | | 02/23/2001) |
| 02/05/2001 | 969 | ORDER as to Robert Figueroa, that dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/26/01. ( Signed by Judge Raymond J. Dearie , on 1/26/01) c/m (Piper, Francine) (Entered: 02/05/2001) |
| 02/05/2001 | 970 | LETTER dated 1/12/01 from Charles Clayman to Judge Dearie, requesting an adjournment of sentencing date of 1/19 for dft Piccininni and that the court schedule an appearance on or soon after that date. (Piper, Francine) (Entered: 02/05/2001) |
| 02/05/2001 | 971 | LETTER dated 1/24/01 from James R. Froccaro, Jr. to Judge Dearie, requesting that dft Robert Figueroa's surrender date be adjourned from 1/29/01 to 2/19/01. (Piper, Francine) (Entered: 02/05/2001) |
| 02/05/2001 | 973 | ORDER as to Roy Ageloff, sentencing set for 4/6/01 at 12:00. ( Signed by Judge Raymond J. Dearie , on 1/29/01) (Piper, Francine) (Entered: 02/05/2001) |
| 02/05/2001 | 992 | LETTER dated 2/5/01 from Paul Schoeman to Judge Dearie, requestiing that the court schedule an immediate status conference with all the remaining trial dfts to address a potential scheduling conflict. (Piper, Francine) (Entered: 02/08/2001) |
| 02/05/2001 | 1016 | CALENDAR ENTRY as to Michael Trocchio ; Case called before Judge Raymond J. Dearie on date of 2/5/01 for Sentencing; AUSA Andrew Weissman; Defense Counsel, Louis Diamond. Court Reporter/ESR not listed. (Piper, Francine) (Entered: 02/26/2001) |
| 02/05/2001 | | Sentencing held Michael Trocchio (6) count(s) 1s (Piper, Francine) (Entered: 02/26/2001) |
| 02/06/2001 | 974 | FINAL ORDER as to Michael Trocchio, sentencing is set for 2/5/01 at 10:30. No further adjournments will be entertained. ( Signed by Judge Raymond J. Dearie , on 1/29/01) c/m (Piper, Francine) (Entered: 02/06/2001) |
| 02/06/2001 | 978 | ORDER as to Joseph Dibella, the court authorizes the removal of dft's bracelet immediately prior to the time of surrender. ( Signed by Judge Raymond J. Dearie , on 2/1/01) (Piper, Francine) (Entered: 02/06/2001) |
| 02/06/2001 | 979 | AMENDED RESTITUTION ORDER as to Joseph Dibella, Dft shall pay restitution in te amount of $16,000,000.00. Dft shall be jointly and severally liable for $2,500,000.00 with the following dfts, (1) Ronald Cropper, Jr. (2) Michael Orlino (3) Joseph Scarfone (4) John Lembo (5) Michael Trocchio (6) Keith Ruffler (7) William Cosidente. Dft shall make by 1/16/01 the following lump-sum restitution payment of $100,000. 30 days after release from custody, it shall be a condition of dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. ( Signed by Judge Raymond J. Dearie , on 1/30/01) c/m by chambers (copy also sent to financial) (Piper, Francine) (Entered: 02/06/2001) |
| 02/06/2001 | 980 | LETTER dated 1/23/01 from Paul Schoeman to Judge Dearie, requesting that the court enter a revised restitution order that conforms with the court's pronouncement of sentence on 12/12/00 as to dft Joseph Dibella. (Piper, Francine) (Entered: 02/06/2001) |
| 02/07/2001 | 982 | LETTER dated 2/1/01 from Diarmuid White to Judge Dearie, requesting that dft Joseph Rosetti's surrender date be adjourned to 3/5/01. (Piper, Francine) (Entered: 02/07/2001) |
| 02/07/2001 | 983 | ORDER as to Paul Medaglia, dft's surrender date to begin service of his previously imposed term of imprisonment is hereby adjourned from 2/5/01 until 3/5/01 at or before 2:00 p.m. as the bureau of prisons may direct. ( Signed by Judge Raymond J. Dearie , on 2/1/01) c/m (Piper, Francine) (Entered: 02/07/2001) |

| | | |
|---|---|---|
| 02/07/2001 | 984 | ORDER as to Barry Miele, that dft surrender date is adjourned from 2/5/01 until 2/12/01. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons at or before 3:00 p.m as directed. ( Signed by Judge Raymond J. Dearie , on 2/2/01) c/m (Piper, Francine) (Entered: 02/07/2001) |
| 02/07/2001 | 985 | ORDER as to Rui Reis Figueiredo, dft's surrender date to begin service of his previously imposed term of imprisonment is hereby adjourned from 2/5/01 until 3/5/01, at or before 2:00 p.m as the bureau for prisons may direct. ( Signed by Judge Raymond J. Dearie , on 2/1/01) c/m (Piper, Francine) (Entered: 02/07/2001) |
| 02/07/2001 | 986 | ORDER as to Joseph Rosetti, dft's surrender date to begin service of his previously imposed term of imprisonment is adjourned from 2/5/01 until 3/5/01 at or before 2:00 p.m., as the bureau of prisons may direct. ( Signed by Judge Raymond J. Dearie , on 2/2/01) c/m (Piper, Francine) (Entered: 02/07/2001) |
| 02/07/2001 | 987 | LETTER dated 2/1/00 from Renato C. Stabile to Judge Dearie, Rui Figueiredo joins in co dft's Paul Medaglia's request to adjourn the surrender date. (Piper, Francine) (Entered: 02/07/2001) |
| 02/07/2001 | 988 | LETTER dated 2/1/01 from Paul Schoeman to Judge Dearie, in opposition to dft Barry Miele's application to adjourn his surrender date. (Piper, Francine) (Entered: 02/07/2001) |
| 02/07/2001 | 989 | LETTER dated 1/26/01 from Jeffrey Lichtman to Judge Dearie, dft Barry Miele's request a second and final adjournment of his surrender date from 2/5 until 3/5/01. (Piper, Francine) (Entered: 02/07/2001) |
| 02/07/2001 | 990 | LETTER dated 1/31/01 from Nicholas G. Kaizer to Judge Dearie, proposing a new surrender date of 3/5/01 for dft Paul Medaglia. (Piper, Francine) (Entered: 02/07/2001) |
| 02/07/2001 | 995 | ORDER OF REFERRAL as to Rocco Basile, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 2/5/01) (Signed by Magistrate Cheryl M. Pollak 2/7/01) (Piper, Francine) (Entered: 02/09/2001) |
| 02/07/2001 | 996 | CALENDAR ENTRY as to Rocco Basile ; Case called before Magistrate Cheryl L. Pollak on date of 2/7/01 for Pleading. AUSA Paul Schoeman; Defense Counsel, Stephen Scaring; Tape # 01/03C (480-3027), Guilty: Rocco Basile (13) count(s) 3 . Sentencing set for 6/1/01 at 10:30. (Piper, Francine) (Entered: 02/09/2001) |
| 02/08/2001 | 991 | LETTER dated 1/23/01 from Bettina Schein to Judge Dearie, requesting that sentencing for dft Mormando be adjourned to a date convenient to the court's calendar after 2/8/01. (Piper, Francine) (Entered: 02/08/2001) |
| 02/08/2001 | 993 | LETTER dated 2/1/01 from Jerry L. Tritz to Judge Dearie, requesting on behalf of dft Ashenfarb, that the Gambler's Treatment Center be authorized to conduct the Section 3552(c) evaluation previously ordered by the court and seeking prior authorization to have the cost paid for by CJA. (Piper, Francine) (Entered: 02/08/2001) |
| 02/08/2001 | | ENDORSED ORDER as to Randy Ashenfarb, Gambler's treatment center is authorized. Authorization for CJA funding conditionally granted subject to cost request. ( Signed by Judge Raymond J. Dearie , on 2/6/01) (endorsed on letter, document #993) (Piper, Francine) (Entered: 02/08/2001) |
| 02/08/2001 | 994 | SCHEDULING ORDER as to Joseph Dibella, Barry Miele, Status Conference is set for 2/20/01 at 11:00. ( Signed by Judge Raymond J. Dearie 2/6/01 ) c/m (Piper, Francine) (Entered: 02/08/2001) |
| 02/09/2001 | 997 | NOTICE of Appearance for Rocco Basile by Attorney Stephen P. Scaring (Piper, Francine) (Entered: 02/09/2001) |

| | | |
|---|---|---|
| 02/09/2001 | 1000 | CALENDAR ENTRY as to Jonathan Durinda, Joel Nazareno, Donald Messinger, John Besarany, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 2/9/01 for Status Conference. Felix Gilroy has entered a notice of appearance on behalf of dft Durinda. Defense counsel Ms. Fritz requests an adjournment of trial, now scheduled for 3/19/01 because she will be on an extended trial elsewhere. Govt opposes. Govt would be agreeable to a short adjournment & suggest that if Ms. Fritz is not available, she should be relieved & dft should retain new counsel. Case adjourned to 2/16/01. AUSA Paul Schoeman; Defense Counsel, Felix Gilroy for Durinda; Miranda Fritz for Nazareno; Joel Winograd for Messinger; Robert Tate for Besarany; Michael Washor for Plamenco. Court Reporter/ESR Shelly Silverman (Piper, Francine) (Entered: 02/12/2001) |
| 02/12/2001 | 998 | LETTER dated 2/5/01 from Bettina Schein to Judge Dearie, requesting that dft Mormando's sentencing set for 2/9/01 be adjourned for approximately 8 weeks. (Piper, Francine) (Entered: 02/12/2001) |
| 02/12/2001 | | ENDORSED ORDER as to Christopher Mormando, sentencing adjourned to 3/7/01 at 9:30. ( Signed by Judge Raymond J. Dearie , on 2/7/01) c/m (endorsed on letter, document #998) (also docketed in 99 cr 589) (Piper, Francine) (Entered: 02/12/2001) |
| 02/12/2001 | 999 | LETTER dated 2/6/01 from Jean Marie Graziano to Paul Schoeman, requesting an extension of time on behalf of dft Joseph Dibella off electronic monitoring for events scheduled during the month of February 2001. 2/9/01 from 8:00 p.m. to 2:00 a.m. (wedding); 2/14/01 from 7:00 p.m. to 12:00 a.m. (Dinner with Mrs. Dibella); 2/16/01 from 8:00 p.m to 1:00 a.m. (engagement party). (Piper, Francine) (Entered: 02/12/2001) |
| 02/12/2001 | | ENDORSED ORDER as to Joseph Dibella, permission granted for an extension of time off electronic monitoring. 2/9/01 8:00 p.m. - 2:00 a.m (wedding); 2/14/01 7:00 p.m. - 12:00 a.m. (dinner with Mrs. Dibella) and 2/16/01 8:00 p.m. - 1:00 p.m. (engagement party) ( Signed by Judge Raymond J. Dearie , on 2/9/01) c/m (endorsed on letter, document #999) (Piper, Francine) (Entered: 02/12/2001) |
| 02/12/2001 | 1001 | NOTICE of Appearance for Jonathan Durinda by Attorney Felix T. Gilroy (Piper, Francine) (Entered: 02/12/2001) |
| 02/14/2001 | 1002 | AMENDED JUDGMENT: Richard Scarsella (56) count(s) 1s, 2s . - Dft to be imprisoned for 33 months on each count to run concurrently. The court invites consideration of the ICC Program or alternatively, that dft be designated to a facility in the SouthEast Region of Florida and be enrolled in the 500 hour drug program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 2/26/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Any proceeds from the sale of Royal Hutton Securites Corporation should be applied to the restitution payment. Dft to continue in Alcohol and Drug Therapy as directed by the probation dept. Dft shall pay restitution in the amount of $10,000,000. Dft shall pay a special assessment of $200.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 2/2/01) c/m (copy also sent to financial) (Piper, Francine) (Entered: 02/14/2001) |
| 02/14/2001 | 1003 | ORDER as to Barry Miele, the court is in receipt of the letter from defense counsel seeking an adjournment of dft's surrender date currently set for 2/12/01. The surrender is stayed in order that the court may consider the matters raised. ( Signed by Judge Raymond J. Dearie , on 2/9/01) (Piper, Francine) (Entered: 02/14/2001) |
| 02/14/2001 | 1005 | LETTER dated 2/12/01 from Paul Schoeman to Counsel, supplementing the govt's prior disclosure. (Piper, Francine) (Entered: 02/16/2001) |

| | | |
|---|---|---|
| 02/14/2001 | 1006 | LETTER dated 2/12/01 from Paul Schoeman to Judge Glasser and Judge Dearie, the govt has agreed to request the consolidation of sentencing for dft Basile in 98 cr 1129 and 00 cr 196. (Piper, Francine) (Entered: 02/16/2001) |
| 02/15/2001 | 1004 | LETTER dated 2/12/01 from Paul Schoeman to Judge Dearie, requesting an adjournment of sentencing for dft Ronald Catoggio to 3/2/01. (Piper, Francine) (Entered: 02/15/2001) |
| 02/15/2001 | | ENDORSED ORDER as to Ronald Cataggio, sentencing is adjourned to 3/5/01 at 10:30. ( Signed by Judge Raymond J. Dearie , on 2/13/01) c/m (endorsed on letter, document #1004) (Piper, Francine) (Entered: 02/15/2001) |
| 02/15/2001 | 1007 | LETTER dated 2/13/01 from Paul Schoeman to Counsel, advising counsel of the govt's intention to provide counsel with the names of victim witnesses two weeks before trial and also the govt's intention to produce a substantial portion of the 3500 material for all witnesses. (Piper, Francine) (Entered: 02/20/2001) |
| 02/15/2001 | 1008 | LETTER dated 2/14/01 from Kathryn Hudak to Counsel, supplementing the govt's prior discovery. (Piper, Francine) (Entered: 02/20/2001) |
| 02/16/2001 | 1010 | CALENDAR ENTRY as to Jonathan Durinda, Donald Messinger, Joel Nazareno, John Besarany, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 2/16/01 for Status Conference. Ms. Fritz informs court that she most likely will be able to try this case. The case that she is currently trying elsewhere will be handle by co-counsel. Ms. Fritz has an appearance before that judge on 2/20/01 and will have a definite answer for this court after the appearance. She also informs the court that a trial date for this case for 4/9/01 is agreeable. Case adjourned to 3/9/01 at 10:00. AUSA Paul Schoeman & Andrew Weissman; Defense Counsel, Feliz Gilroy for Durinda; Joel Winograd for Messinger; Miranda Fritz for Nazareno; Robert Tate for Besarany; Steven Brounstein for Michael Washor for Plamenco. Court Reporter/ESR Diana Pereira. (Piper, Francine) (Entered: 02/21/2001) |
| 02/20/2001 | 1009 | CALENDAR ENTRY as to Joseph Dibella, Barry Miele ; Case called before Judge Raymond J. Dearie on date of 2/20/01 for Status Conference. Govt requested this conference because both dfts failed to pay their required restitution by the required date. Dft Barry Miele. Mr. Lichtman informs the court that the restitution will be paid today. Defese counsel Mr. Lichtman and Mr. Clay request that dfts surrender date be adjourned for one month. Govt opposes this. Application of defense is granted. Dft's surrender date is adjourned to 3/20/01. There will be no further requests for adjournment of surrender date entertained. Dft Joseph Dibella, Defense counsel informs court that dft does not have the money to pay the restitution. Govt strongly believes that the dft does in fact have the money to pay the restitution. The court will consider whether a hearing is required. Parties will be informed. AUSA Andrew Weissman; Defense Counsel, Michael Rosen for Dibella; Charles Clay and Jeffrey Litchtman for Miele; Court Reporter/ESR Fred Guerino. (Piper, Francine) (Entered: 02/21/2001) |
| 02/20/2001 | 1023 | LETTER dated 2/20/01 from Jerry L. Tritz to Judge Dearie, Your Honor authorized the Gambler's Treatment Center to perform an evalution of Mr. Ashenfarb. At that time, authorization for CJA funding to pay for the evaluation was conditionally granted subject to cost request. In recent conversation with the Gambler's Treatment Center I was advised that the cost of this evaluation would be under $350.00. It is the understanding that expenditures under $350.00 do not ususally require prior authorization. Based on that assumption, He will have Mr. Ashenfarb go forward with the evaluation. (Greene, Donna) (Entered: 03/01/2001) |
| 02/21/2001 | 1013 | SUPERSEDING INDICTMENT as to Donald Messinger (2) count(s) 5ss, John Besarany (16) count(s) 1s, 2s, 3s, 4s, Jonathan Durinda (29) count(s) 5s, Joel Nazareno (45) count(s) 3s, Thomas Plamenco (50) count(s) 3s (Piper, Francine) (Entered: 02/23/2001) |

| | | |
|---|---|---|
| 02/22/2001 | 1011 | ORDER as to Barry Miele, dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 3/20/01. ( Signed by Judge Raymond J. Dearie , on 2/20/01) c/m (Piper, Francine) (Entered: 02/22/2001) |
| 02/22/2001 | 1012 | LETTER dated 2/12/01 from Nicholas Kaizer to Judge Dearie, requesting that Paul Medaglia be recommended for the bureau of prisons ICC program if consistent with the BOP's policies and practices. (Piper, Francine) (Entered: 02/22/2001) |
| 02/22/2001 | | ENDORSED ORDER as to Paul Medaglia, court declines to recommend. Defers to Bureau. ( Signed by Judge Raymond J. Dearie , on 2/16/01) c/m (endorsed on letter, document #1012) c/m (Piper, Francine) (Entered: 02/22/2001) |
| 02/23/2001 | 1015 | JUDGMENT Fabio Borgognone (18) count(s) 3. Dft to be imprisoned for 1 year and 1 day. If consistent with the bureau of prison policies and practices, the court recommends that dft be designated to an institution in the Northeast Region, and further invites consideration of FCI, Fort Dix. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00p.m on 3/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft to comply with the terms of the restitution order. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Dft shall pay restitution to the victims of the offense of conviction in the amount of $800,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dft, Vincent Minerva. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments: Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 2/16/01) c/m (copy also sent to financial) (Piper, Francine) (Entered: 02/23/2001) |
| 02/23/2001 | 1015 | DISMISSAL of Count(s) on Government Motion as to Fabio Borgognone Counts Dismissed: Fabio Borgognone (18) count(s) 4 (Piper, Francine) (Entered: 02/23/2001) |
| 02/23/2001 | 1018 | LETTER dated 2/22/01 from Paul Schoeman to Judge Dearie, advising that a grand jury returned a superseding indictment against the five remainng trial dfts. Also requesting that the court arraign remaining dfts at the status conference set for 3/9/01. (Piper, Francine) Modified on 02/26/2001 (Entered: 02/26/2001) |
| 02/26/2001 | | LETTER dated 1.31.01 from AUSA Amy Walsh and AUSA John Kroger to Judge Korman, Dearie, and Raggi stating that the superseding indictment, 01-cr-0056 (s-1)(RR), should not be reassigned from Judge Raggi to any other Judge. See criminal action 01-cr-0056 document # 78 for further detail. (Barrett, Charryse) (Entered: 02/26/2001) |
| 02/26/2001 | 1017 | JUDGMENT Michael Trocchio (6) count(s) 1s. Dft to be imprisoned for a term of 63 months. The court recommends to the bureau of prisons that dft be designated to an institution in the NorthEast Region and that he be enrolled in a 500 hour drug and alcohol program. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 3:00 p.m. on 3/19/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft to comply with the terms of the restitution order. Dft to file a financial affidavit within 2 weeks from today. Dft shall pay restitution to the victims of the offense of convictions in the amount of $10,000,000. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the |

| | | |
|---|---|---|
| | | following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. It is ordered that dft shall pay a special assessment of $100.00 to be paid in full immediately. ( Signed by Judge Raymond J. Dearie , on 2/21/01) c/m (copy also sent to financial) (Piper, Francine) (Entered: 02/26/2001) |
| 02/26/2001 | 1017 | DISMISSAL of Count(s) on Government Motion as to Michael Trocchio Counts Dismissed: Michael Trocchio (6) count(s) 1, 2, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s (Piper, Francine) (Entered: 02/26/2001) |
| 02/26/2001 | 1019 | ORDER as to Barry Miele, for Charles C. Clay to appear pro hac vice Fee #: $25.00 Receipt #: 242879 ( Signed by Judge Raymond J. Dearie , on 2/16/01) (Piper, Francine) (Entered: 02/26/2001) |
| 02/26/2001 | | ENDORSED ORDER, application granted. The remaining 5 trial dfts will be arraigned at the status conference set for 3/9/01. ( Signed by Judge Raymond J. Dearie , on 2/23/01) (endorsed on letter, document #1018) c/m (Piper, Francine) (Entered: 02/26/2001) |
| 02/26/2001 | 1020 | LETTER dated 2/22/01 from Alan Chaset to Judge Dearie, requesting that court postpone dft Richard Scarsella's institutional reporting date for a period of 30 days until 3/26/01. (Piper, Francine) (Entered: 02/26/2001) |
| 02/26/2001 | 1021 | ORDER as to Richard Scarsella, Dft request for the postponement of his surrender date is granted. The court orders that dft shall surrender for service of his sentence at the institution to be designated by the bureau of prisons on 3/26/01 and no later than 3:00 on that day. ( Signed by Judge Raymond J. Dearie , on 2/23/01) c/m (Piper, Francine) (Entered: 02/26/2001) |
| 02/27/2001 | 1022 | LETTER dated 2/22/01 from Steven Y. Yurowitz to Judge Dearie, requesting an application to enlarge dft Robert Catoggio's bail restrictions to permit him to (A) travel to florida for 5 days from 3/6/01 at 9:00 and return on 3/11/01 at 9:16 (B) attend the wedding in NY of a close friend on 3/2/01 from 5:45 p.m. to 3:15 a.m. on Sunday. (Piper, Francine) Modified on 02/27/2001 (Entered: 02/27/2001) |
| 02/27/2001 | | ENDORSED ORDER as to Robert Catoggio, Florida Ok. Wedding - Home (in house) by midnight. ( Signed by Judge Raymond J. Dearie , on 2/23/01) c/m (endorsed on letter, document # 1022) (Piper, Francine) Modified on 02/27/2001 (Entered: 02/27/2001) |
| 02/28/2001 | 1024 | SENTENCING MEMORANDUM by Nicholas Bosco (Piper, Francine) (Entered: 03/02/2001) |
| 03/01/2001 | | ENDORSED ORDER on doc. #1023. Approved. (Signed by Judge Raymond J. Dearie , on 2/22/01). c/m (Greene, Donna) (Entered: 03/01/2001) |
| 03/02/2001 | 1025 | ORDER as to Alan Koop, that the time for Alan Koop, U.S. Marshal Number 56661-053 to surrender to his designated facility, is extended from 2/28/01 at 3:00 to 3/15/01 at 3:00. ( Signed by Judge Raymond J. Dearie on 2/28/01) c/m (Piper, Francine) (Entered: 03/02/2001) |
| 03/02/2001 | 1026 | LETTER dated 2/26/01 from Michael L. Macklowitz to Judge Dearie, requesting that the dft Alan Koop's surrender date set for 2/28/01 be adjourned to 3/15/01. (Piper, Francine) (Entered: 03/02/2001) |
| 03/02/2001 | 1027 | ORDER as to Michael Scaramellino, sentencing is set for 5/4/01 at 12:00. ( Signed by Judge Raymond J. Dearie , on 2/28/01) (Piper, Francine) (Entered: 03/02/2001) |
| 03/02/2001 | 1038 | CALENDAR ENTRY as to Joel Nazareno ; Case called before Judge Raymond J. Dearie on date of 3/2/01 for Status Conference. Defense counsel reports to court that attorney |

| | | |
|---|---|---|
| | | Steven Brounstein has been retained in this case. Discussion held on record. Jury Selection set for 4/2/01 at 9:30. Trial 4/10/01 at 9:30. Next court date 3/9/01 at 10:30. AUSA Paul Schoeman, Andrew Weissman; Defense Counsel, Miranda Fritz. Court Reporter/ESR Tony Mancuso (Piper, Francine) (Entered: 03/08/2001) |
| 03/02/2001 | 1052 | Arrest WARRANT Returned Executed as to Barry Miele on 3/2/01 (Piper, Francine) (Entered: 03/13/2001) |
| 03/02/2001 | 1053 | ORDER OF DETENTION PENDING TRIAL as to Barry Miele ( Signed by Magistrate Cheryl L. Pollak , dated: 3/2/01) (Piper, Francine) (Entered: 03/13/2001) |
| 03/02/2001 | 1054 | AFFIDAVIT by Johm M. Triola as to Barry Miele Re: In support of Arrest Warrant. (Piper, Francine) (Entered: 03/13/2001) |
| 03/02/2001 | 1055 | CALENDAR ENTRY as to Barry Miele ; Case called before Magistrate Cheryl L. Pollak on date of 3/2/01 for Magistrate Arraignment. Order of Detention entered. AUSA Andrew Weissman & Paul Schoeman; Defense Counsel, Jeffrey Lichtman; Tape # 01/19 (923-1258) (Piper, Francine) (Entered: 03/13/2001) |
| 03/05/2001 | 1029 | WAIVER OF INDICTMENT by Scott Piccininni, Paul Tahan before Judge Dearie on 3/5/01. (Piper, Francine) (Entered: 03/07/2001) |
| 03/05/2001 | 1030 | SUPERSEDING INFORMATION as to Scott Piccininni (48) count(s) 1s, 2s, 3s, Paul Tahan (57) count(s) 1s, 2s, 3s (Piper, Francine) (Entered: 03/07/2001) |
| 03/05/2001 | 1031 | CALENDAR ENTRY as to Scott Piccininni, Paul Tahan ; Case called before Judge Raymond J. Dearie on date of 3/5/01 for Pleading; AUSA Paul Schoeman; Defense Counsel, Brian Linder for Piccininni; Michael Haber for Tahan; Court Reporter/ESR Gene Rudolph, Dfts enter a plea of guilty to counts 1,2,3 of superseding information. Guilty: Scott Piccininni (48) count(s) 1s, 2s, 3s, Paul Tahan (57) count(s) 1s, 2s, 3s . Sentencing set for 6/29/01 at 10:30. Court is informed by counsel that dfts will surrender to the U.S. Marshal for the EDNY on 3/12/01 by 2:00 p.m. (Piper, Francine) (Entered: 03/07/2001) |
| 03/05/2001 | 1032 | NOTICE of Appearance for Scott Piccininni by Attorney Brian D. Linder (Piper, Francine) (Entered: 03/07/2001) |
| 03/05/2001 | 1033 | CALENDAR ENTRY as to Ronald Cataggio ; Case called before Judge Raymond J. Dearie on date of 3/5/01 for Sentencing. Sentencing hearing adjourned until 4/5/01 at 10:00. AUSA Paul Schoeman; Defense Counsel, Peter Kirchhemer. Court Reporter/ESR Gene Rudolph. (Piper, Francine) (Entered: 03/07/2001) |
| 03/05/2001 | 1034 | LETTER dated 2/13/01 from Paul Shoeman to Counsel, enclosing 3500 material for David Houge, who may be called as a witness at trial. (Piper, Francine) (Entered: 03/07/2001) |
| 03/05/2001 | 1036 | LETTER dated 3/2/01 from Paul Schoeman to Counsel, advising that the cover letter that was sent with the 3500 material was inadvertently dated 2/13/01 when it should have been dated 3/1/01. (Piper, Francine) (Entered: 03/07/2001) |
| 03/05/2001 | 1037 | LETTER dated 3/2/01 from Paul Schoeman to Counsel, advising that jury selection has been rescheduled for 4/2/01 and the trial will begin on 4/10/01. (Piper, Francine) (Entered: 03/07/2001) |
| 03/06/2001 | 1028 | LETTER dated 3/2/01 from Paul Schoeman to Judge Dearie, requesting that dft Robert Catoggio's motion for a departure be denied. (Piper, Francine) (Entered: 03/06/2001) |
| 03/07/2001 | 1035 | LETTER dated 3/1/01 from Lee A. Ginsberg to Judge Dearie, requesting that dft Arthur Alonzo be permitted to attend his aunts wake on 3/1/01 and 3/2/01 from 7:00 p.m. to |

| | | |
|---|---|---|
| | | 9:00 p.m. and the funeral on 3/3/01 at 9:00 a.m. until 1:00 p.m. (Piper, Francine) (Entered: 03/07/2001) |
| 03/07/2001 | | ENDORSED ORDER as to Arthur Alonzo, dft is granted permission to attend his aunts wake and funeral on 3/1/01 - 3/3/01. ( Signed by Judge Raymond J. Dearie , on 3/1/01) c/m (endorsed on letter, document #1035) (Piper, Francine) (Entered: 03/07/2001) |
| 03/07/2001 | 1041 | LETTER dated 3/6/01 from Paul Schoeman to Judge Dearie, in opposition to dft Jeffrey Van Blarcom's motion for a downware departure. (Piper, Francine) (Entered: 03/08/2001) |
| 03/07/2001 | 1042 | LETTER dated 3/6/01 from Andrew Weissman to Judge Dearie, requesting a two week adjournment of sentencing for dft Nicholas Bosco. (Piper, Francine) (Entered: 03/08/2001) |
| 03/08/2001 | 1039 | NOTICE of Appearance for Joel Nazareno by Attorney Steven Lloyd Brounstein (Piper, Francine) (Entered: 03/08/2001) |
| 03/08/2001 | 1040 | LETTER dated 3/7/01 from Lawrence M. Fagenson to Judge Dearie, requesting permission for dft John Asaro to take his nephew to Killington, Vermont on 3/10/01 and return on 3/11/01. (Piper, Francine) (Entered: 03/08/2001) |
| 03/08/2001 | | ENDORSED ORDER as to John Asaro, dft is granted permission to travel to Killington, Vermont from 3/10/01 to 3/11/01. ( Signed by Judge Raymond J. Dearie , on 3/7/01) c/m (endorsed on letter, document #1040) (Piper, Francine) (Entered: 03/08/2001) |
| 03/08/2001 | 1044 | CALENDAR ENTRY as to Jeffrey Van Blarcom ; Case called before Judge Raymond J. Dearie on date of 3/8/01 for Sentencing. Court is not satisfied with the guilty plea of dft. Court recesses to allow time for dft to confer with his attorney. Attorney reports back to court that the dft is not prepared at this time to add anything else to enhance his plea and that dft may wish to withdraw his plea and go to trial. Dft and counsel are to be present at status conference set for 3/9/01 at 10:30 with co-dfts. AUSA Paul Schoeman; Defense Counsel, Joyce David; Court Reporter/ESR Burt Sulzer (Piper, Francine) (Entered: 03/09/2001) |
| 03/08/2001 | 1092 | Satisfaction of Assignment of Security Account by USA as to John Lembo III for the sum of $1,000,000. (Piper, Francine) (Entered: 04/10/2001) |
| 03/09/2001 | 1043 | TRANSCRIPT before Magistrate Pollak for the Pleading filed in case as to Rocco Basile for dates of 2/7/01. Transcript produced by Elizabeth Barron. (Gonzalez, Mary) (Entered: 03/09/2001) |
| 03/09/2001 | 1048 | CALENDAR ENTRY as to Jonathan Durinda, Donald Messinger, Joel Nazareno, John Besarany, Thomas Plamenco, Jeffrey Van Blarcom ; Case called before Judge Raymond J. Dearie on date of 3/9/01 for Arraignment & Status Conference. AUSA Paul Schoeman; Defense Counsel, Felix Gilroy for Durinda; Joel Winograd for Messinger; Steven Brounstin for Nazareno; Robert Tate for Besarany; Michael Washor for Plamenco; Joyce David for Van Blarcom; Court Reporter/ESR Henri Legendre. Counsel Mr. Winograd is not present. Counsel Mr. Washor stands in with the consent of dft D. Messinger; Dft's Durinda, Messinger, Nazareno, Besarany and Plamenco arraigned on superseding indictments S-12 and enter a plea of not guilty. Not Guilty: Jonathan Durinda (29) count(s) 5s, Donald Messinger (2) count(s) 5ss, Joel Nazareno (45) count(s) 3s, John Besarany (16) count(s) 1s, 2s, 3s, 4s, Thomas Plamenco (50) count(s) 3s . All counsel agree that jury selection will be held on 4/2/01 with questionnaires. Attys are directed to prepare questionnare. If any probles arise, parties are directed to contact court for a status conference. Jury Selection set for 4/2/01 at 10:00. Trial to begin 4/10/01 at 9:30. Counsel Ms. David representing dft Van Blarcom states that she may not be ready to go forward with trial on 4/10/01 & requests that her client be severed. Court needs to know more information before the application to sever can be ruled upon. As it stands now, dft Van |

| | | Blarcom will go to trial on 4/10/01. (Piper, Francine) (Entered: 03/12/2001) |
|---|---|---|
| 03/12/2001 | 1045 | LETTER dated 3/12/01 from AUSA Paul Schoeman to Judge Dearie confirming the sentencing date of 3/9/01 has been adjourned and requesting that 3/23/01 or any date thereafter that is convienient for the Court. (Gonzalez, Mary) (Entered: 03/12/2001) |
| 03/12/2001 | 1046 | LETTER dated 3/9/01 from Paul Schoeman to Maranda Fritz, Michael Washor, enclosing copies of ten audio cassettes seized during the search of the NY office of D.L. Cromwell. (Piper, Francine) (Entered: 03/12/2001) |
| 03/12/2001 | 1047 | LETTER dated 3/9/01 from Paul Schoeman to Feliz T. Gilroy, enclosing copies of certain documents that we recently received relating to Jonathan Durinda. (Piper, Francine) (Entered: 03/12/2001) |
| 03/13/2001 | 1049 | LETTER dated 3/7/01 from Lawrence M. Fagenson to Judge Dearie, requesting that dft Asaro be granted permission to take his nephew to Killington, Vermont on 3/10/01 - 3/11/01. (Piper, Francine) (Entered: 03/13/2001) |
| 03/13/2001 | | ENDORSED ORDER as to John Asaro, dft is granted permission to take his nephew to Killington, Vermont from 3/10/01 to 3/11/01. ( Signed by Judge Raymond J. Dearie , on 3/7/01) c/m (endorsed on letter, document #1049) (Piper, Francine) (Entered: 03/13/2001) |
| 03/13/2001 | 1050 | LETTER sent to docketing dated 1/19/01 from Steven Y. Yurowitz, Esq. to Judge Dearie reuesting an adjournment of Deft. Catoggio's sentencing. (Permaul, Jenny) (Entered: 03/13/2001) |
| 03/13/2001 | 1051 | ORDER as to Barry Miele, that the Clerk's office unseal the arrest warrant and supporting affidavit dated 2/23/01. ( Signed by Magistrate Cheryl L. Pollak , on 3/2/01) (Piper, Francine) (Entered: 03/13/2001) |
| 03/13/2001 | 1059 | LETTER dated 3/12/01 from Paul Schoeman to Felix T. Gilroy, enclosing a computer disk containing a spreadsheet of certain trading activity at CPAI. (Piper, Francine) (Entered: 03/16/2001) |
| 03/13/2001 | 1060 | LETTER dated 3/13/01 from Paul Schoeman to Counsel, advising counsel of the evidence of conduct they may seek to introduce. (Piper, Francine) (Entered: 03/19/2001) |
| 03/14/2001 | 1056 | LETTER dated 2/21/01 from Gail E. Laser to Judge Dearie, requesting that dft David Dunham sentencing set for 2/23/01 be adjourned for two weeks. (Piper, Francine) (Entered: 03/14/2001) |
| 03/14/2001 | | ENDORSED ORDER as to David Dunham, sentencing is adjourned to 3/19/01 at 12:00. ( Signed by Judge Raymond J. Dearie , on 3/6/01) (endorsed on letter, document #1056) (Piper, Francine) (Entered: 03/14/2001) |
| 03/14/2001 | 1057 | LETTER dated 3/6/01 from Andrew Weissman to Judge Dearie, requesting a two week adjournment of sentencing for dft Nicholas Bosco. (Piper, Francine) (Entered: 03/14/2001) |
| 03/14/2001 | | ENDORSED ORDER as to Nicholas Bosco, sentencing is adjourned to 4/3/01 at 12:00. ( Signed by Judge Raymond J. Dearie , on 3/7/01) c/m (endorsed on letter, document #1057) (Piper, Francine) (Entered: 03/14/2001) |
| 03/16/2001 | 1058 | STIPULATION OF SUBSTITUTION OF COUNSEL as to Christopher Mormando, substituting attorney terminated attorney Bruce Cutler for Christopher Mormando, Added Jeffrey H. Lichtman ( Signed by Judge Raymond J. Dearie , on 3/8/01) c/m "Conditionally approved subject to acceptable curcio waiver". (Also docketed in 99 cr 589 and 01 cr 56) (Piper, Francine) Modified on 03/16/2001 (Entered: 03/16/2001) |
| | | |

| | | |
|---|---|---|
| 03/16/2001 | | ENDORSED ORDER as to Michael A. Bengen, sentencing is adjourned to 3/23/01 at 3:00. ( Signed by Judge Raymond J. Dearie , on 3/14/01) c/m (endorsed on letter, document #1045) (Piper, Francine) (Entered: 03/16/2001) |
| 03/16/2001 | 1062 | LETTER dated 3/15/01 from Paul Schoeman to Joyce David, enclosing copies of videotapes made by the NASD at Smith Benton & Hughes on 5/1/97 and Hampton Capital on 9/25/97. Also enclosing discovery letters sent out between the time of dft Van Blarcom's plea allocution and March 8, 2001 when he withdrew his plea. (Piper, Francine) (Entered: 03/20/2001) |
| 03/20/2001 | 1061 | LETTER dated 3/15/01 from Louis E. Diamond to Judge Dearie, requesting an extension of two weeks of dft Michael Trocchio's surrender date. (Piper, Francine) (Entered: 03/20/2001) |
| 03/20/2001 | | ENDORSED ORDER as to Michael Trocchio, dft's surrender date is extended for two weeks. ( Signed by Judge Raymond J. Dearie , on 3/15/01) c/m (endorsed on letter, document #1061) (Piper, Francine) (Entered: 03/20/2001) |
| 03/20/2001 | 1063 | CALENDAR ENTRY as to Donald Messinger ; Case called before Judge Raymond J. Dearie on date of 3/20/01 for Pleading; AUSA Paul Schoeman; Defense Counsel, Joel Winnograd. Court Reporter/ESR Henry Legendre. Dft enters plea of guilty to count 5 of the 12th superseding indictment. Guilty: Donald (2) count(s) 5ss . Sentencing set for 6/22/01 at 12:00. (Piper, Francine) (Entered: 03/21/2001) |
| 03/22/2001 | 1109 | CALENDAR ENTRY as to Jeffrey Van Blarcom ; Case called before Judge Raymond J. Dearie on date of 3/22/01 for Continuation of plea allocution that fell through at the last attempt. Sentencing set for 4/6/01 at 3:30. AUSA Paul Schoeman; Defense Counsel, Joyce David; Court Reporter/ESR Ogor Francis. (Piper, Francine) (Entered: 04/30/2001) |
| 03/23/2001 | 1068 | CALENDAR ENTRY as to John Besarany, Jonathan Durinda, Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 3/23/01 for Conference. Jury panel to be brought in 4/2/01. The parties and the court will meet at 10:00 in the ceremonial courtroom to introudce themselves to the jury pool. AUSA Ben Campbell, Paul Schoeman; Defense Counsel, Robert Tate for Besarany; Felix Gilroy for Durinda; Miranda Fritz for Nazareno; Michael Washor for Plamenco; Court Reporter/ESR Henry Legendre. (Piper, Francine) (Entered: 03/26/2001) |
| 03/23/2001 | 1069 | CALENDAR ENTRY as to Christopher Mormando ; Case called before Judge Raymond J. Dearie on date of 3/23/01 for Conference. Mr. Lichtman asks to be relieved. CJA counsel to be assigned. Case adjourned to 4/6/01 at 3:00. Jason Solotoroff is appointed as counsel. AUSA Paul Schoeman; Defense Counsel, Jeffrey Lichtman. Court Reporter/ESR Henry Legendre (Piper, Francine) (Entered: 03/26/2001) |
| 03/23/2001 | 1074 | ORDER OF REFERRAL as to John Besarany, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/23/01) (Signed by Magistrate Judge Cheryl M. Pollak 3/27/01) (Piper, Francine) (Entered: 03/29/2001) |
| 03/26/2001 | 1064 | LETTER dated 3/19/01 from David Dunham to Judge Dearie, requesting that sentencing be adjourned. (Piper, Francine) (Entered: 03/26/2001) |
| 03/26/2001 | | ENDORSED ORDER as to David Dunham, sentencing is adjourned to 4/4/01 at 11:30. ( Signed by Judge Raymond J. Dearie , on 3/22/01) c/m (endorsed on letter, document #1064) (Piper, Francine) (Entered: 03/26/2001) |
| 03/26/2001 | 1065 | LETTER dated 3/22/01 from John Kaley to Judge Dearie, confirming that sentencing for dft Michael Bengen has been adjourned to 4/27/01 at 3:00. (Piper, Francine) (Entered: 03/26/2001) |

| | | |
|---|---|---|
| 03/26/2001 | | ENDORSED ORDER as to Michael A. Bengen, application granted. Sentencing is adjourned to 4/27/01 at 3:00. ( Signed by Judge Raymond J. Dearie , on 3/22/01) c/m (endorsed on letter, document #1065) (Piper, Francine) (Entered: 03/26/2001) |
| 03/26/2001 | 1066 | LETTER dated 3/19/01 from Alan J. Chaset to Judge Dearie, requesting that the court postpone dft Richard Scarsella's institutional reporting date for an additional five week period from 3/26/01 to 4/30/01. (Piper, Francine) (Entered: 03/26/2001) |
| 03/26/2001 | | ENDORSED ORDER as to Richard Scarsella, approved. Dft's institutional reporting date is extended until 4/30/01. ( Signed by Judge Raymond J. Dearie , on 3/20/01) c/m (endorsed on letter, document #1066) (Piper, Francine) (Entered: 03/26/2001) |
| 03/26/2001 | 1067 | CJA 23 FINANCIAL AFFIDAVIT by Christopher Mormando (Piper, Francine) (Entered: 03/26/2001) |
| 03/26/2001 | 1071 | MOTION by Roy Ageloff for continuance of the sentencing date . [1071-1] motion (Piper, Francine) (Entered: 03/28/2001) |
| 03/26/2001 | 1075 | ORDER OF REFERRAL as to Jonathan Durinda, referring the taking of the guilty plea to Mag. Pollak. ( Signed by Judge Raymond J. Dearie , on 3/26/01) (Signed by Magistrate Judge Cheryl M. Pollak 3/27/01) (Piper, Francine) (Entered: 03/29/2001) |
| 03/26/2001 | 1079 | LETTER dated 3/21/01 from Paul Medaglia to Clerk requesting a receipt for the $200 assesment fee which Mr. Medaglia paid on 12/28/00. (Financial responded) (Frullo, Veronica) (Entered: 03/29/2001) |
| 03/27/2001 | 1070 | LETTER dated 3/23/01 from Paul Schoeman to Maranda Fritz, Michael Washor, advising that a portion of the govt's 3500 material is available. (Piper, Francine) (Entered: 03/28/2001) |
| 03/27/2001 | 1076 | CALENDAR ENTRY as to John Besarany ; Case called before Magistrate Cheryl L. Pollak on date of 3/27/01 for Pleading; AUSA Paul Schoeman/Ben Campbell; Defense Counsel, Robert Tate; Tape # 01/22 (6063-7139) 01/23 (0-848, Guilty: John Besarany (16) count(s) 3s . Sentencing set for 8/3/01 at 10:00. Bail continued for dft. Plea agreement marked as court exhibit 2 and returned to the assistant. (Piper, Francine) (Entered: 03/29/2001) |
| 03/27/2001 | 1077 | CALENDAR ENTRY as to Jonathan Durinda ; Case called before Magistrate Cheryl L. Pollak on date of 3/27/01 for Pleading; AUSA Paul Schoeman/Ben Campbell; Defense Counsel, Felix Gilroy; Tape # 01/22 (3460-6063), Guilty: Jonathan Durinda (29) count(s) 5s . Sentencing set for 8/3/01 at 10:00; Bail continued for dft. Plea agreement marked as court exhibit #1 and returned to the assistant. (Piper, Francine) (Entered: 03/29/2001) |
| 03/29/2001 | 1072 | TRANSCRIPT of Status before Judge Dearie filed in case as to Ronald Cataggio for dates of 3/5/01 ; Court Reporter/ESR: Gene Rudolph; AUSA Paul Schoeman; Defense Counsel, Peter Kirchheimer. (Piper, Francine) (Entered: 03/29/2001) |
| 03/29/2001 | 1073 | TRANSCRIPT of Pleading before Judge Dearie filed in case as to Paul Tahan, Scott Piccininni for dates of 3/5/01 ; Court Reporter/ESR: Gene Rudolph; AUSA Paul Schoeman; Defense Counsel, Michael Haber for Tahan; Brian Linder for Piccininni. (Piper, Francine) (Entered: 03/29/2001) |
| 03/29/2001 | 1078 | TRANSCRIPT before Magistrate Gold of the Bail Hearing filed in case as to Arthur Alonzo for dates of 9/8/00. Transcript produced by Elizabeth Barron. (Gonzalez, Mary) (Entered: 03/29/2001) |
| 03/30/2001 | 1081 | TRANSCRIPT of Sentencing before Judge Dearie filed in case as to Michael Trocchio for dates of 2/5/01 ; Court Reporter/ESR: not listed; AUSA Andrew Weissman; Defense Counsel, Louis E. Diamond; Transcribing Firm, Writer's Cramp, Inc. (Piper, Francine) |

| | | |
|---|---|---|
| | | (Entered: 04/06/2001) |
| 04/02/2001 | 1120 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/2/01 for Jury Trial. Jury Selection held. Trial to begin on 4/10/01. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole. Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Henry Shapiro. (Piper, Francine) Modified on 05/11/2001 (Entered: 05/11/2001) |
| 04/03/2001 | 1105 | CALENDAR ENTRY as to Nicholas Bosco ; Case called before Judge Raymond J. Dearie on date of 4/3/01 for Sentencing; AUSA Andrew Weissman; Defense Counsel, Robert Wolf; Court Reporter/ESR Henry Shapiro. (Piper, Francine) (Entered: 04/26/2001) |
| 04/03/2001 | | Sentencing held Nicholas Bosco (17) count(s) 1s, 3 (Piper, Francine) (Entered: 04/26/2001) |
| 04/05/2001 | 1080 | TRANSCRIPT filed in case as to Durinda, Nazareno, Messinger, Besarany and Palemenco for dates of 2/9/01 ; Court Reporter: Sheldon Silverman. Status conference before RJD. (Glenn, Marilyn) (Entered: 04/05/2001) |
| 04/06/2001 | 1082 | LETTER dated 3/22/01 from John Kaley to Judge Dearie, confirming that dft Michael Bengen's sentence has been adjourned to 4/27/01 at 3:00. (Piper, Francine) (Entered: 04/06/2001) |
| 04/06/2001 | | ENDORSED ORDER as to Michael A. Bengen, sentencing is adjourned to 4/27/01 at 3:00. ( Signed by Judge Raymond J. Dearie , on 3/29/01) c/m (endorsed on letter, document #1082) (Piper, Francine) (Entered: 04/06/2001) |
| 04/06/2001 | 1083 | ORDER as to Roy Ageloff, set Sentencing for 10:00 6/21/01 for Roy Ageloff before Judge Raymond J. Dearie , terminated past due deadlines ( Signed by Judge Raymond J. Dearie , on 4/5/01) (Jackson, Ramona) (Entered: 04/06/2001) |
| 04/06/2001 | 1084 | ORDER as to Ronald Cataggio, set Sentencing for 10:00 6/20/01 for Ronald Cataggio before Judge Raymond J. Dearie , terminated past due deadlines ( Signed by Judge Raymond J. Dearie , on 4/5/01) (Jackson, Ramona) (Entered: 04/06/2001) |
| 04/06/2001 | 1085 | LETTER dated 3/27/01 from Louis E. Diamond to Judge Dearie, requesting an extension of dft Trocchio's surrender for two weeks so that the marshals may designate a facility for dft. (Piper, Francine) (Entered: 04/06/2001) |
| 04/06/2001 | | ENDORSED ORDER as to Michael Trocchio, dft to surrender to the designated facility by 2:00 p.m. on 4/17/01. ( Signed by Judge Raymond J. Dearie , on 4/3/01) c/m (endorsed on letter, document #1085) (Piper, Francine) (Entered: 04/06/2001) |
| 04/06/2001 | 1086 | LETTER dated 4/2/01 from Kathryn Hudak to Counsels enclosed discovery materials (Jackson, Ramona) (Entered: 04/06/2001) |
| 04/06/2001 | 1088 | CALENDAR ENTRY as to Christopher Mormando ; Case called before Judge Raymond J. Dearie on date of 4/6/01 for Status Conference. Dft has another case pending in this district before Judge Raggi. Jason Solotaroff was appointed CJA counsel in the other case as well. Counsel informs court of status of that case & requests that at sentencing time, Judge Dearie sentence dft in both cases. Defense requests that the bond be modified to allow the property that was posted to be sold. Court agrees to the property being sold only if the funds from the sale be deposited in an escrow account. Defense counsel states that he will make sure this is done and will send a letter to the court. Counsel request additional time. Next Status Conference 5/17/01 at 4:40. AUSA Andrew Weissman and John Kroger; Defense Counsel, Jason Solotaroff; Court Reporter/ESR Henry Shapiro. (Piper, Francine) (Entered: 04/09/2001) |

| | | |
|---|---|---|
| 04/06/2001 | 1089 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/6/01 for Status Conference (phone). Defense counsel appear via telephone. AUSA reports to court that two witnesses received phone threats. Discussion held on record. Govt request that the dfts be remanded. Defense counsel oppose. Dft's are ordered remanded. Dft's to surrender to US Marshal for the EDNY by 3:00 today. AUSA Paul Schoeman & Ben Campbell; Defense Counsel, Miranda Fritz for Nazareno; Steven Brounstein for Plamenco. Court Reporter/ESR Henry Shapiro (Piper, Francine) (Entered: 04/09/2001) |
| 04/06/2001 | 1090 | ORDER OF DETENTION PENDING TRIAL as to Joel Nazareno ( Signed by Judge Raymond J. Dearie , dated: 4/6/01) (Piper, Francine) (Entered: 04/09/2001) |
| 04/06/2001 | 1091 | ORDER OF DETENTION PENDING TRIAL as to Thomas Plamenco. ( Signed by Judge Raymond J. Dearie , dated: 4/6/01) (Piper, Francine) (Entered: 04/09/2001) |
| 04/09/2001 | 1087 | SEALED DOCUMENT placed in vault. (Piper, Francine) (Entered: 04/09/2001) |
| 04/09/2001 | 1093 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/9/01 for Bail Application. Defense counsel strongly request that dfts be released on bond during trial. Govt's position has not changed, they feel strongly about witness tampering and request that dfts continue in custody. Dfts will be released for the time being. If any other witness is contacted, the dfts will immediately be remanded, forthwith. AUSA Paul Schoeman and Ben Campbell; Defense Counsel, Miranda Fritz for Nazareno; Michael Washor for Plamenco. Court Reporter/ESR Gene Rudolph. (Piper, Francine) (Entered: 04/11/2001) |
| 04/09/2001 | 1097 | LETTER (w/enc.) dated 4/4/01 from Fabio Borgognone to Judge Dearie requesting that Judge Dearie sign the enclosed proposed order which would restore Mr. Borgognone's telephone time at MDC-Brooklyn. (Frullo, Veronica) (Entered: 04/17/2001) |
| 04/10/2001 | 1095 | LETTER dated 4/6/01 from Paul Schoeman to Maranda Fritz and Michael Washor, advising that the govt may present evidence at trial that the dfts (Nazareno and Plamenco) and others received cash payments directly and indirectly from David Houge for the sale of the stock of best resources. (Piper, Francine) (Entered: 04/13/2001) |
| 04/10/2001 | 1121 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/10/01 for Jury Trial. Trial ordered and begun. Opening statements. Trial will continue on 4/11/01 at 9:30. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Court Reporter/ESR Allan Sherman. (Piper, Francine) (Entered: 05/11/2001) |
| 04/10/2001 | | Voir dire begun as to Joel Nazareno (45) count(s) 3s, Thomas Plamenco (50) count(s) 3s (Piper, Francine) (Entered: 05/11/2001) |
| 04/11/2001 | 1122 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/11/01 for Jury Trial. Trial continued. Witnesses sworn, examined & crossed. Trial will continue on 4/12/01 at 11:00. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein. Court Reporter/ESR Allan Sherman. (Piper, Francine) (Entered: 05/11/2001) |
| 04/12/2001 | 1123 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/12/01 for Jury Trial. Trial continued. Trial will continue on 4/17/01 at 9:30. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Allan Sherman. (Piper, Francine) (Entered: 05/11/2001) |
| 04/13/2001 | 1094 | LETTER dated 4/12/01 from Mark Arisohn to Judge Dearie, requesting that the court |

| | | |
|---|---|---|
| | | enlarge dft Christopher Miano's bail conditions to permit him to travel on a one-week cruise from 4/14/01 to 4/21/01 and to permit dft to obtain his passport from his pretrial services officer. (Piper, Francine) (Entered: 04/13/2001) |
| 04/13/2001 | | ENDORSED ORDER as to Christopher L. Miano, bail conditions enlarged and permission granted for dft to travel between 4/14/01 and 4/21/01 as indicated in this letter application. Mr. Miano's pretrial services officer is authorized to deliver dft's passport to him for use during said travel and for return by dft to the pretrial services officer on 4/23/01. ( Signed by Judge Raymond J. Dearie , on 4/12/01) (endorsed on letter, document 1094) (Piper, Francine) (Entered: 04/13/2001) |
| 04/16/2001 | 1096 | ORDER as to Randy Ashenfarb, sentencing for dft is set for 7/20/01 at 12:00. ( Signed by Judge Raymond J. Dearie , on 4/12/01) c/m (Piper, Francine) (Entered: 04/16/2001) |
| 04/17/2001 | | ENDORSED ORDER, on Doc. #1097, denying Mr. Borgognone's request that Judge Dearie sign his proposed order regarding telephone time. (So Ordered Raymond J. Dearie, on 4/10/01) Copies mailed by Chambers. (Frullo, Veronica) (Entered: 04/17/2001) |
| 04/17/2001 | 1098 | TRANSCRIPT filed in case as to Jonathan Durinda for dates of 3/27/01 ; (Piper, Francine) (Entered: 04/18/2001) |
| 04/17/2001 | 1099 | TRANSCRIPT of Guilty Plea before Mag. Pollak filed in case as to Jonathan Durinda for dates of 3/27/01 ; Court Reporter/ESR: not listed; AUSA Paul Schoeman, Ben Campbell; Defense Counsel, Felix T. Gilroy. (Piper, Francine) (Entered: 04/18/2001) |
| 04/17/2001 | 1100 | TRANSCRIPT of Guilty Plea before Mag. Pollak filed in case as to John Besarany for dates of 3/27/01 ; Court Reporter/ESR: not listed; AUSA Paul Schoeman, Ben Campbell; Defense Counsel, Robert Tate. (Piper, Francine) (Entered: 04/18/2001) |
| 04/17/2001 | 1101 | TRANSCRIPT of Guilty Plea before Mag. Pollak filed in case as to John Besarany for dates of 3/27/01 ; Court Reporter/ESR: not listed; AUSA Paul Schoeman; Defense Counsel, Ben Campbell; Defense Counsel, Robert Tate. (Piper, Francine) (Entered: 04/18/2001) |
| 04/17/2001 | 1107 | CALENDAR ENTRY as to Jeffrey Van Blarcom ; Case called before Judge Raymond J. Dearie on date of 4/17/01 for Sentencing. AUSA Andrew Weissman & Paul Schoeman; Defense Counsel, Joyce David. Court Reporter/ESR not listed. (Piper, Francine) (Entered: 04/27/2001) |
| 04/17/2001 | | Sentencing held Jeffrey Van Blarcom (58) count(s) 6 (Piper, Francine) (Entered: 04/27/2001) |
| 04/17/2001 | 1146 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/17/01 for Jury Trial. Trial will continue on 4/18/01 at 9:30. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Miranda Fritz for Nazareno and Michael Washor and Steven Brounstein for Plamenco. Court Reporter/ESR Holly Driscoll (Piper, Francine) (Entered: 05/21/2001) |
| 04/18/2001 | 1124 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/18/01 for Jury Trial. Trial continued. Witnesses sworn, examined & crossed. Trial will continue on 4/19/01 at 9:03. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole. Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Holly Driscoll. (Piper, Francine) (Entered: 05/11/2001) |
| 04/19/2001 | 1125 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/19/01 for Jury Trial. Trial continued. Witnesses sworn, |

| | | |
|---|---|---|
| | | examined & crossed. Trial will continue on 4/23/01. AUsa Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Holly Driscoll. (Piper, Francine) (Entered: 05/11/2001) |
| 04/23/2001 | 1103 | Request to Charge by USA as to Joel Nazareno, Thomas Plamenco (Piper, Francine) (Entered: 04/25/2001) |
| 04/23/2001 | 1126 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/23/01 for Jury Trial. Trial continued. Witnesses sworn, examined & crossed. Trial will continue on 4/24/01 at 9:30. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Michael Picozzi. (Piper, Francine) (Entered: 05/11/2001) |
| 04/24/2001 | 1127 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/24/01 for Jury Trial. Trial continued. Trial will continue on 4/25/01. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Michael Picozzi. (Piper, Francine) (Entered: 05/11/2001) |
| 04/25/2001 | 1102 | LETTER dated 4/16/01 from Jeffrey Litchtman to Judge Dearie, requesting that the court either amend the judgment and commitment or otherwise communicate to the bureau of prisons a change in the recommendation for dft Miele's designation from the northeast to a location closer to the family home in Atlanta, Georgia. (Piper, Francine) (Entered: 04/25/2001) |
| 04/25/2001 | | ENDORSED ORDER as to Barry Miele, the court supports the application but request should be directed to the bureau of prisons for consideration. If consistent with the bureau policies and designation criteria the court recommends re-designation. ( Signed by Judge Raymond J. Dearie , on 4/18/01) c/m (endorsed on letter document #1102) (Piper, Francine) (Entered: 04/25/2001) |
| 04/25/2001 | 1104 | LETTER dated 4/20/01 from Susan Kellman to Judge Dearie, confirming the adjournment of sentencing for dft Pizzolato to 8/17/01. (Piper, Francine) (Entered: 04/25/2001) |
| 04/25/2001 | | ENDORSED ORDER as to Frank J. Pizzolato, sentencing is adjourned to 8/17/01 at 11:30. ( Signed by Judge Raymond J. Dearie , on 4/20/01) c/m (endorsed on letter, document #1104) (Piper, Francine) (Entered: 04/25/2001) |
| 04/25/2001 | 1128 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/25/01 for Jury Trial. Trial continued. Trial will continue on 4/26/01 at 9:30. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Michael Picozzi. (Piper, Francine) (Entered: 05/11/2001) |
| 04/26/2001 | 1106 | JUDGMENT Nicholas Bosco (17) count(s) 1s, 3 . Dft to be sentenced to probation for a period of 4 years on each count to run concurrently. Dft is subject to home confinement for a term of 1 year. Dft is permitted to work at his business 4 hours a day. Dft is permitted medical visits. Dft to make periodic full financial disclosure as to business and personal finances as required by the court to the probation dept. Dft to comply with the terms of the restitution order. Restitution in the amount of $800,000. Dft is jointly and severally liable with co-dft Thomas Gucciardo. Restitution payment to begin in 1 year at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure. Dft shall pay a special assessment of $150.00 to be |

| | | |
|---|---|---|
| | | paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 4/23/01) c/m (copy also sent to financial) (Piper, Francine) (Entered: 04/26/2001) |
| 04/26/2001 | 1106 | DISMISSAL of Count(s) on Government Motion as to Nicholas Bosco Counts Dismissed: Nicholas Bosco (17) count(s) 4 (Piper, Francine) (Entered: 04/26/2001) |
| 04/26/2001 | 1129 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/26/01 for Jury Trial. Trial continued. Trial will continue on 4/30/01 at 9:30. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Michael Picozzi (Piper, Francine) (Entered: 05/11/2001) |
| 04/27/2001 | 1108 | JUDGMENT Jeffrey Van Blarcom (58) count(s) 6. Dft to be imprisoned for 18 months. The court recommends to the bureau of prisons that dft be designated to an institution in the Northeast Region. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 2:00 on 5/30/01. Upon release from imprisonment, dft shall be on supervised release for 3 years. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft to comply with the terms of the restitution order. Dft shall pay restitution to the victims of the offense of conviction in the amount of $5,000,0000. 30 days after release from custody, it shall be a condition of dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay special assessment of $100.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 4/24/01) c/m (copy sent to financial) (Piper, Francine) (Entered: 04/27/2001) |
| 04/27/2001 | 1108 | DISMISSAL of Count(s) on Government Motion as to Jeffrey Van Blarcom Counts Dismissed: Jeffrey Van Blarcom (58) count(s) 5 (Piper, Francine) (Entered: 04/27/2001) |
| 04/30/2001 | 1110 | LETTER dated 4/20/01 from Susan Kellman to Judge Dearie, confirming the adjournment of sentencing for dft Pizzolato from 4/27/01 to 8/17/01. (Piper, Francine) (Entered: 04/30/2001) |
| 04/30/2001 | 1130 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 4/30/01 for Jury Trial. Trial continued. Stipulations read into the record. Govt rests. Defense rests. Trial concluded. Summations to begin 5/1/01 at 9:30. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Paul Lombardi. (Piper, Francine) (Entered: 05/11/2001) |
| 05/01/2001 | 1111 | ORDER as to Richard Scarsella, dft's request for postponement of his surrender date is granted. In light of dft's medical condition, the court orders that dft shall surrender for service of his sentence at the institution designated by the bureau of prisons on 5/28/01 and no later than 3:00 p.m. ( Signed by Judge Raymond J. Dearie , on 4/27/01) c/m (Piper, Francine) (Entered: 05/01/2001) |
| 05/01/2001 | 1112 | LETTER dated 4/26/01 from Steven Yurowitz to Judge Dearie, requesting that dft Robert Catoggio bail restrictions be enlarged to permit him to travel to Florida from 5/20/01 to 5/7/01. (Piper, Francine) (Entered: 05/01/2001) |
| 05/01/2001 | | ENDORSED ORDER as to Robert Catoggio, dft is granted permission to travel to Florida from 5/2/01 at 8:30 to 5/7/01 at 10:15. ( Signed by Judge Raymond J. Dearie , on 4/27/01) c/m (endorsed on letter, document #1112) c/m (Piper, Francine) (Entered: 05/01/2001) |

| | | |
|---|---|---|
| 05/01/2001 | 1113 | OBJECTION by Michael Scaramellino to Presentence Investigation Report (Piper, Francine) (Entered: 05/01/2001) |
| 05/01/2001 | 1131 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 5/1/01 for Jury Trial. Summations heard. Jury will be charged on 5/2/01 beginning at 9:30. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Paul Lombardi. (Piper, Francine) (Entered: 05/11/2001) |
| 05/02/2001 | 1132 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 5/2/01 for Jury Trial. Court charges jury. Jury retires to deliberate. Deliberations will continue 5/3/01 at 9:30. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Defense Counsel, Michael Washor and Steven Brounstein; Court Reporter/ESR Paul Lombardi. (Piper, Francine) (Entered: 05/11/2001) |
| 05/03/2001 | 1133 | CALENDAR ENTRY as to Joel Nazareno, Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 5/3/01 for Jury Trial. Deliberations continue. Jury retruns with a verdict of guilty to count 3 (S-12) to dft Joel Nazareno and Thomas Plamenco. Jury polled. Jury excused. AUSA Paul Schoeman, Ben Campbell and Special AUSA Bruce Bettigole; Court Reporter/ESR Paul Lombardi. (Piper, Francine) (Entered: 05/11/2001) |
| 05/03/2001 | 1133 | JURY VERDICT as to Joel Nazareno, Thomas Plamenco Guilty: Joel Nazareno (45) count(s) 3s, Thomas Plamenco (50) count(s) 3s (Piper, Francine) (Entered: 05/11/2001) |
| 05/04/2001 | 1147 | CALENDAR ENTRY as to Michael Scaramellino ; Case called before Judge Raymond J. Dearie on date of 5/4/01 for Sentencing. AUSA Andrew Weissman; Defense Counsel, Michael Handwerker. Court Reporter/ESR Paul Lombardi. (Piper, Francine) (Entered: 05/23/2001) |
| 05/04/2001 | | Sentencing held Michael Scaramellino (54) count(s) 7 (Piper, Francine) (Entered: 05/23/2001) |
| 05/07/2001 | 1114 | LETTER dated 4/24/01 from Geoffrey Rosamond to Judge Dearie, requesting that the conditions of Gregory Groeller's bail be modified permitting him to visit his sister in North Carolina from 5/17/01 to 5/20/01. (Piper, Francine) (Entered: 05/07/2001) |
| 05/07/2001 | | ENDORSED ORDER as to Gregory Groeller, dft's bail conditions is modified permitting him to travel to North Carolina from 5/17/01 to 5/20/01. ( Signed by Judge Raymond J. Dearie , on 4/30/01) c/m (endorsed on letter, document #1114) (Piper, Francine) (Entered: 05/07/2001) |
| 05/07/2001 | 1115 | ORDER as to Arthur Alonzo, dft will be sentenced on 9/28/01 at 10:00. ( Signed by Judge Raymond J. Dearie , on 5/3/01) c/m (Piper, Francine) (Entered: 05/07/2001) |
| 05/07/2001 | 1116 | ORDER as to Michael A. Bengen, dft will be sentenced on 5/31/01 at 10:00. ( Signed by Judge Raymond J. Dearie , on 5/3/01) c/m (Piper, Francine) (Entered: 05/07/2001) |
| 05/07/2001 | 1117 | LETTER dated 4/28/01 from Joyce David to Judge Dearie, dft Van Blarcom's request permission to travel to Florida to visit his grandmother for a few days before beginning the 18 months sentence on 4/17/01. (Piper, Francine) (Entered: 05/07/2001) |
| 05/07/2001 | | ENDORSED ORDER as to Jeffrey Van Blarcom, the application for permission to travel to Florida for a few days before beginning the 18 month sentenced is granted. ( Signed by Judge Raymond J. Dearie , on 5/3/01) c/m (endorsed on letter, document #1117) c/m (Piper, Francine) (Entered: 05/07/2001) |
| 05/07/2001 | 1118 | ORDER as to Randy Ashenfarb, dft will be sentenced on 7/26/01 at 10:00. ( Signed by |

| | | |
|---|---|---|
| | | Judge Raymond J. Dearie , on 5/3/01) c/m (Piper, Francine) (Entered: 05/07/2001) |
| 05/07/2001 | 1119 | LETTER dated 5/4/01 from Paul Schoeman to Judge Dearie, enclosing copies of the bonds executed in connection with dft's pre-trial release in June 1999 as to dft Nazareno and Plamenco. (Piper, Francine) (Entered: 05/07/2001) |
| 05/07/2001 | | ENDORSED ORDER as to Joel Nazareno, Thomas Plamenco, counsel for dfts are directed to supply certications, Re: Equity in security by COB--to be submitted by May 10, 2001. ( Signed by Judge Raymond J. Dearie--not dated) (Piper, Francine) (Entered: 05/07/2001) |
| 05/09/2001 | 1140 | SUPPLEMENTAL REQUEST TO CHARGE by USA as to Joel Nazareno, Thomas Plamenco (Piper, Francine) (Entered: 05/15/2001) |
| 05/09/2001 | 1141 | SECOND SUPPLEMENTAL REQUEST TO CHARGE by USA as to Joel Nazareno, Thomas Plamenco (Piper, Francine) (Entered: 05/15/2001) |
| 05/14/2001 | 1134 | Order of Sustenance for jurors and U.S. Deputy Marshal as to Joel Nazareno, Thomas Plamenco ( Signed by Judge Raymond J. Dearie 5/3/01 ) (Piper, Francine) (Entered: 05/14/2001) |
| 05/14/2001 | 1135 | Order of Sustenance for jurors and U.S. Deputy Marshal as to Joel Nazareno, Thomas Plamenco ( Signed by Judge Raymond J. Dearie 5/2/01 ) (Piper, Francine) (Entered: 05/14/2001) |
| 05/14/2001 | 1136 | Court Exhibit list by USA as to Joel Nazareno, Thomas Plamenco (Piper, Francine) (Entered: 05/14/2001) |
| 05/14/2001 | 1137 | ORDER as to Christopher Mormando, (1) Any restrain on 16 Mandy Court, Staten Island, NY imposd as a result of dft's release on bond is dissolved. (2) All net proceeds from the sale of 16 Mandy Court, after payment of all usual and customary closing expenses, including but not limited to transfer and other taxes, attorney's fees, bank fees and title insurance, shall be paid by check to Jason L. Solotaroff, who shall hold such fees in escrow until futher further order of this court. (3) This order, or a certified copy hereof, shall be entered in the records of the county clerk, Richmond County, to remove the lien of record. ( Signed by Judge Raymond J. Dearie , on 5/9/01) (Piper, Francine) (Entered: 05/14/2001) |
| 05/14/2001 | 1138 | ORDER as to Thomas Plamenco, sentencing is set for 10/5/01 at 10:30. ( Signed by Judge Raymond J. Dearie , on 5/9/01) c/m (Piper, Francine) (Entered: 05/14/2001) |
| 05/14/2001 | 1139 | ORDER as to Joel Nazareno, sentencing is set for 10/5/01 at 10:00. ( Signed by Judge Raymond J. Dearie , on 5/9/01) c/m (Piper, Francine) (Entered: 05/14/2001) |
| 05/15/2001 | 1142 | ORDER as to Arthur Alonzo, that dft be permitted to leave his home at 8:30 a.m. on both saturday, 5/12 and sunday 5/13 and return home at 9:30 p.m. on both of those dates, for the sole purpose of visiting his father at the hospital. ( Signed by Judge Raymond J. Dearie , on 5/11/01) c/m (Piper, Francine) (Entered: 05/15/2001) |
| 05/17/2001 | 1143 | LETTER dated 5/15/01 from Gail E. Laser to Judge Dearie, requesting that dft Dunham's bail conditions be modified to the extent that he be permitted to travel to Orlando, Florida on 5/16/01, staying until 5/20/01. (Piper, Francine) (Entered: 05/17/2001) |
| 05/17/2001 | | ENDORSED ORDER as to David Dunham, dft's bail conditions are modified to the extendt that he is permitted to travel to Orlando, Florida on 5/16/01 stating until 5/20/01. ( Signed by Judge Raymond J. Dearie , on 5/16/01) c/m (endorsed on letter, document #1143) (Piper, Francine) (Entered: 05/17/2001) |
| 05/18/2001 | 1144 | LETTER dated 4/30/01 from Richard A. Greenberg to Judge Dearie, requesting that the |

court adjourn dft Robert Catoggio's sentencing. (Piper, Francine) (Entered: 05/18/2001)

| | | |
|---|---|---|
| 05/18/2001 | | ENDORSED ORDER as to Robert Catoggio, dft's request to adjourn sentencing is Denied. ( Signed by Judge Raymond J. Dearie , on 5/15/01) c/m (endorsed on letter, document #1144) (Piper, Francine) (Entered: 05/18/2001) |
| 05/18/2001 | 1145 | ORDER as to Robert Catoggio, sentencing is set for 6/4/01 at 10;30. ( Signed by Judge Raymond J. Dearie , on 5/15/01) c/m (Piper, Francine) (Entered: 05/18/2001) |
| 05/23/2001 | 1148 | JUDGMENT Michael Scaramellino (54) count(s) 7. Dft to be imprisoned for 5 months. The court recommends to the bureau of prison that dft serve his sentence at a community confinement center in Florida pursuant to U.S. Sentencing Commission Guidelines Manual. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 2:00 p.m. on 7/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years with 5 months home detention. Dft shall pay restitution to the victims of the offense of conviction in the amount of $350,000. 30 days after release from custody, it shall be a condition of dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a monthly rate of not less than $50.00. The rate to be adjusted from time to time by the court in consultation with the probation dept, following full financial disclosure. Dft shall pay a special assessment of $100.00 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 5/4/01) c/m (copy also sent to financial) (Piper, Francine) (Entered: 05/23/2001) |
| 05/23/2001 | 1148 | DISMISSAL of Count(s) on Government Motion as to Michael Scaramellino Counts Dismissed: Michael Scaramellino (54) count(s) 8 (Piper, Francine) (Entered: 05/23/2001) |
| 05/25/2001 | 1149 | LETTER dated 5/25/01 from Paul schoeman, AUSA to Judge Dearie, the governments 5/24/01 memorandum in conncection with the sentencing ofdeft. Robert Catoggio erroneously referred in footnote 4 on page 14 to the governments 9/13/99 letter regarding Joseph DiBella's pre-trial detention. The refernce should have been to the governments 12/20/99 submission in connection with Catoggio's pre-trial detention. (Greene, Donna) (Entered: 05/30/2001) |
| 05/30/2001 | 1161 | CALENDAR ENTRY as to Robert Catoggio ; Case called before Judge Raymond J. Dearie on date of 5/30/01 for Sentencing. AUSA Andrew Weissman & Paul Schoeman; Defense Counsel, Gustave Newman. ESR, name not listed. (Piper, Francine) (Entered: 06/18/2001) |
| 05/30/2001 | | Sentencing held Robert Catoggio (1) count(s) 1s, 2s (Piper, Francine) (Entered: 06/18/2001) |
| 05/31/2001 | 1150 | ORDER as to David Dunham. Sentencing is rescheduled to 6/25/01 at 12:00. (Signed by Judge Raymond J. Dearie on 5/29/01) c/m by chambers. (Rodriguez,Angela) (Entered: 05/31/2001) |
| 05/31/2001 | 1153 | CALENDAR ENTRY as to Christopher Mormando ; Case called before Judge Raymond J. Dearie on date of 5/31/01 for Status Conference. Parties request more time before dft is sentenced in this case because of dfts other case pending in this court is resolved. Parties ask that sentence be scheduled for 7/13/01. Court approves. Sentencing date 7/13/01 at 2:30. AUSA Paul Schoeman; Defense Counsel, Jason Solotaroff. Court Reporter/ESR Fred Guerino. (Piper, Francine) (Entered: 06/04/2001) |
| 06/01/2001 | 1151 | LETTER dated 5/25/01 from Joyce B. David to Judge Dearie, requesting a 30 day extension for dft Van Blarcom to surrender to begin serving his sentence. (Piper, Francine) (Entered: 06/01/2001) |

| | | |
|---|---|---|
| 06/01/2001 | | ENDORSED ORDER as to Jeffrey Van Blarcom, dft to surrender on 6/4/01 by 2:00. ( Signed by Judge Raymond J. Dearie , on 5/29/01) c/m (endorsed on letter, document #1151) (Piper, Francine) (Entered: 06/01/2001) |
| 06/04/2001 | 1152 | LETTER dated 5/29/01 from Milton Hirsch to Judge Dearie, requesting permission for dft Ageloff to travel from Florida to California from 5/30 to 6/3/01 for business. (Piper, Francine) (Entered: 06/04/2001) |
| 06/04/2001 | | ENDORSED ORDER as to Roy Ageloff, dft's request to travel to California for business from 5/30 to 6/3 is granted. ( Signed by Judge Raymond J. Dearie , on 5/30/01) c/m (endorsed on letter, document #1152) (Piper, Francine) (Entered: 06/04/2001) |
| 06/04/2001 | 1154 | LETTER dated 5/30/01 from Steven Yurowitz to Judge Dearie, requesting an application to enlarge Mr. Robert Catoggio's bail restrictions to permit him to travel to Florida from 6/6/01 to 6/11/01. (Piper, Francine) (Entered: 06/04/2001) |
| 06/04/2001 | | ENDORSED ORDER as to Robert Catoggio, dft is granted permission to travel to Florida from 6/6/01 to 6/11/01. ( Signed by Judge Raymond J. Dearie , on 5/31/01) c/m (endorsed on letter, document #1154) (Piper, Francine) (Entered: 06/04/2001) |
| 06/04/2001 | 1157 | MOTION by Roy Ageloff for scheduling order . [1157-1] motion (Piper, Francine) (Entered: 06/07/2001) |
| 06/04/2001 | 1158 | SENTENCING MEMORANDUM AS TO RESTITUTION AND LOSS CALCULATION by Roy Ageloff (Piper, Francine) (Entered: 06/07/2001) |
| 06/05/2001 | 1155 | ORDER as to Arthur Alonzo, that dft be permitted to leave his home at 12:00 noon and return at 9:00 p.m. from this date until and including 6/13/01 for the sole purpose of visiting his father at the hospital. It is ordered that in the event the dft's father is released from the hospital before 6/13/01 the dft shall maintain his normal electronic monitoring schedule. ( Signed by Judge Raymond J. Dearie , on 5/31/01) c/m (Piper, Francine) (Entered: 06/05/2001) |
| 06/05/2001 | 1156 | LETTER dated 5/29/01 from J.J. Gass to Judge Dearie, requesting that the court when sentencing dft Robert Catoggio, consider his responsibility for the elimination of Adler employees jobs, the less of tens of millions of dollars by Adler's creditors and stockholder's and the harm done to SIPC and its investors protection fund, which was required to protect Adler's customer assets under federal law. (Piper, Francine) (Entered: 06/06/2001) |
| 06/13/2001 | 1159 | LETTER dated 6/7/01 from Steven Yurowitz to Judge Dearie, requesting that Robert Catoggio's surrender date be extended for one week, until 6/20/01. (Piper, Francine) (Entered: 06/13/2001) |
| 06/13/2001 | | ENDORSED ORDER as to Robert Catoggio, on letter document #1159, application granted. Dft to surrender to U.S. Marshal for the EDNY on 6/20/01 by 11:00. ( Signed by Judge Raymond J. Dearie , on 6/8/01) c/m (Piper, Francine) (Entered: 06/13/2001) |
| 06/15/2001 | 1160 | TRANSCRIPT for Sentencing before Judge Dearie filed in case as to Robert Catoggio for dates of 5/30/01 ; Court Reporter/ESR: Winnie Valentin; AUSA Paul Schoeman, Andrew Weissman; Defense Counsel, Gustav H. Newman, Richard Greenberg, Steven Yurowitz; Court Transcriber, Elizabeth Barron. (Piper, Francine) (Entered: 06/15/2001) |
| 06/15/2001 | 1163 | LETTER dated 6/14/01 from Paul Schoeman to Judge Dearie, dft's motion for a downward departure should be denied. (Piper, Francine) (Entered: 06/19/2001) |
| 06/18/2001 | 1162 | JUDGMENT Robert Catoggio (1) count(s) 1s, 2s . Dft to be imprisoned for 141 months on counts 1(s) and 2(s) to run concurrently. Ten months of the sentence is imposed consecutively to the balance of the sentence pursuant to 18 U.S.C. 3147. (131 months |

| | | |
|---|---|---|
| | | plus 10 months pursuant to 18:3147 and Guideline 2J1.7). The court recommends that for family related reasons the dft be considered for designation to FCI Fort Dix if consistent with bureau of prisons policies and guidelines. Dft shall surrender to the US Marshal at 11:00 a.m. on 6/20/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make full periodic financial disclosure as required by the court to the probation dept. Dft to comply with the terms of the restitution order. Dft shall pay restitution in the amount of $80,000,000. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following dfts, Roy Ageloff. 30 days after release from custody, it shall be a condition of the dft's supervised release that dft make the following minimum monthly restitution payments. Restitution payments in an amount of $1,000 per month, this amount to be adjusted from time to time following financial disclosure to the court in consultation with the probation dept. Dft shall pay a special assessment of $200.00 to be paid in full immediately. All open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 6/5/01) c/m (copy also sent to financial) (Piper, Francine) (Entered: 06/18/2001) |
| 06/18/2001 | 1162 | DISMISSAL of Count(s) on Government Motion as to Robert Catoggio Counts Dismissed: Robert Catoggio (1) count(s) 1, 2, 3, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, 12s, 13s-21s, 22s-30s, 31s-32s, 33s-34s (Piper, Francine) (Entered: 06/18/2001) |
| 06/19/2001 | 1164 | LETTER dated 6/18/01 from Paul Schoeman to Judge Dearie, advising that dft Ronald Catoggio is not entitled to a two level reduction for minor role. (Piper, Francine) (Entered: 06/20/2001) |
| 06/20/2001 | 1166 | CALENDAR ENTRY as to Robert Catoggio; Case called before Judge Raymond J. Dearie on 6/20/01 for Sentencing. AUSA Paul Schoeman/Andrew Weismann and dft present with counsel Peter Kirchheimer. Court reporter Mickey Brymer. There are still issues that need to be resolved. Sentencing adjourned to 7/12/01 at 2:30. (Sica, Michele) (Entered: 06/25/2001) |
| 06/20/2001 | 1167 | ORDER as to Donald Messinger, granting dft's request to adjourn sentencing from 6/22/01 to 8/2/01 at 10:30 . (Signed by Judge Raymond J. Dearie, on 6/21/01). c/m by chambers. See letter dated 6/20/01 from Joel Winograd to Judge Dearie. (Sica, Michele) (Entered: 06/25/2001) |
| 06/22/2001 | 1165 | NOTICE OF SENTENCING, as to Joseph Scarfone Jr., sentencing will be set for 9/18/01 at 11:00. ( Signed by Judge Raymond J. Dearie , on 6/20/01) c/m (also docketed in 00 cr 358) (Piper, Francine) (Entered: 06/22/2001) |
| 06/22/2001 | 1170 | CALENDAR ENTRY as to Paul Tahan; Case called before Magistrate Cheryl L. Pollak on date of 6/22/01 for detention hearing. AUSA Paul Schoeman and dft present with counsel Michael Haber. Tape # 01/76 (448-851). Dft released on $2 million dollar bond. Dft placed on house arrest (electronic monitoring). (Sica, Michele) (Entered: 06/27/2001) |
| 06/25/2001 | 1168 | ORDER as to Arthur Alonzo, Modifying Conditions of Release to allow dft to leave his home at 3:00pm and return at 10:00pm for the sole purpose of visiting with his father from this date until his father leaves the Rusk Institute . (Signed by Judge Raymond J. Dearie, on 6/21/01). c/m by chambers (Sica, Michele) Modified on 06/25/2001 (Entered: 06/25/2001) |
| 06/25/2001 | 1198 | CALENDAR ENTRY as to David Dunham ; Case called before Judge Raymond J. Dearie on date of 6/25/01 for sentencing. AUSA Andrew Weissman, Gail Laser for defendant. Court Reporter: ESR. Case called. Court finds that the plea of guilty taken before the MJ was knowingly and voluntarily made and that there is a factual basis for the plea and formally accepts the plea of guilty to count 9 of the 34 count superseding indictment. Sentence adjourned without date. (Chee, Alvin) (Entered: 08/20/2001) |

| | | |
|---|---|---|
| 06/27/2001 | | ORDER Setting Secured Appearance Bond to $2,000,000 for Paul Tahan. Dft is subject to random visits by a PTS officer at home or work. Dft is subject to home detention with electronic monitoring and may leave house only for medical emergency and court appearances. (Signed by Magistrate Cheryl L. Pollak, dated: 6/22/01). (Sica, Michele) (Entered: 06/27/2001) |
| 06/29/2001 | 1171 | NOTICE OF APPEAL by Robert Catoggio (1) count(s) 1s, 2s from judgment entered on 06/18/01. Fee Paid $ 105.00. Receipt # 248601. Copies sent, judge notified. (Chee, Alvin) (Entered: 07/02/2001) |
| 06/29/2001 | 1173 | CALENDAR ENTRY as to Scott Piccininni ; Case called before Judge Raymond J. Dearie on date of 6/29/01 for Sentencing. AUSA Andrew Weissman & Paul Schoeman; Defense Counsel, Brian Linder. Court Reporter/ESR, ESR. (also docketed in 00 cr 206) (Piper, Francine) Modified on 07/05/2001 (Entered: 07/05/2001) |
| 06/29/2001 | | Sentencing held Scott Piccininni (48) count(s) 1s, 2s, 3s, 7 (Piper, Francine) (Entered: 07/05/2001) |
| 07/02/2001 | | Certified copy of docket sheet sent to USCA. [1171-1] appeal. (Chee, Alvin) (Entered: 07/02/2001) |
| 07/03/2001 | 1172 | LETTER dated 6/27/01 from John Kaley to Judge Dearie, requesting that dft Bengen's travel restrictions be modified to permit him to travel to Florida on 7/1/01 and return to NY on 7/8/01. (Piper, Francine) (Entered: 07/03/2001) |
| 07/03/2001 | | ENDORSED ORDER on letter document #1172 as to Michael A. Bengen, dft travel restrictions are modified to permit him to travel to Florida on 7/1/10 and return to NY on 7/8/01. ( Signed by Judge Raymond J. Dearie , on 6/28/01) c/m (Piper, Francine) (Entered: 07/03/2001) |
| 07/05/2001 | 1174 | JUDGMENT Scott Piccininni (48) count(s) 1s, 2s , 3s , 7 . Dft to be imprisoned for a term of 41 months, of which 36 months to run concurrently on count 7 of 98 cr 1129, counts 1 & 2 of 98 cr 1129(S-11) and count 1 of 00 cr 206. Five months to run consecutively on count 3 of 98 cr 1129(S-11), pursuant to 18:3147. If consistent with bureau of prisons policies and practices, the court recommends that the dft be designated to an institution in central florida, and invites consideration of FCI, Coleman. The court further recommends that dft be participate in a drug and alcohol program for appropriate treatment. Dft is continued in the custody of the U.S. Marshal. Dft shall surrender for service of sentence at the institution designated by the bureau of prisons by 2:00 p.m. on 9/5/01. Upon release from imprisonment, dft shall be on supervised release for 3 years on each count to run concurrently. Dft to make periodic full financial disclosure as required by the court to the probation dept. Dft to comply with terms of the restitution order. Dft shall pay restitution to the victims of the offense of conviction in the amount of $5,000,000.00. Dft shall be jointly and severally liable for the full amount of restitution set forth in paragraph one with the following additional dfts, Paul Tahan. 30 days after release from custody, it shall be a condition of the dft's supervised release that the dft make the following minimum monthly restitution payments. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation dept. Dft shall pay a special assessment in the amount of $500 to be paid in full immediately. Open counts are dismissed on the motion of the U.S. ( Signed by Judge Raymond J. Dearie , on 6/29/01) c/m (copy also sent to financial) (also docketed in 00 cr 206) (Piper, Francine) (Entered: 07/05/2001) |
| 07/05/2001 | 1174 | DISMISSAL of Count(s) on Government Motion as to Scott Piccininni Counts Dismissed: Scott Piccininni (48) count(s) 8 (Piper, Francine) (Entered: 07/05/2001) |

| | | |
|---|---|---|
| 07/05/2001 | 1175 | ORDER as to Arthur Alonzo, that dft be permitted to leave his home at 3:00 p.m. and return at 10:00 p.m. for the sole purpose of visiting with his father, from this date and until his father leaves the Rusk Institute or the court otherwise modifies the conditions of bail. ( Signed by Judge Raymond J. Dearie , on 6/21/01) c/m (Piper, Francine) (Entered: 07/05/2001) |
| 07/09/2001 | | Sentencing held Vito Padulo (46) count(s) 3. (Chee, Alvin) (Entered: 07/24/2001) |
| 07/09/2001 | 1182 | CALENDAR ENTRY as to Vito Padulo ; Case called before Judge Raymond J. Dearie on 07/09/01 for sentencing. AUSA Paul Schoeman present. Counsel for defendant Bernard Udell also present. Court finds that the plea taken before MJ Pollak on 3/15/00 was knowingly and voluntarily made and that there is a factual basis for the plea and formally accepts the plea of guilty to count 3 of the indictment. Deft is sentenced to one year and one day imprisonment. Court recommends that deft participate in a drug program for appropriate treatment. Surrender date: 10/1/01. 3 years supervised release with special conditions that deft to make periodic full financial disclosure as required by the court to the probation department. Defendant to comply with the terms of the restitution order. Special assessment of $50.00. Restitution of $5000,000.00 payment to begin 30 days after release from custody at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department, following full financial disclosure. AUSA moves to dismiss open counts granted. Court advises deft of the right to appeal. Court Reporter: ESR. (Chee, Alvin) (Entered: 07/24/2001) |
| 07/10/2001 | 1186 | NOTICE OF MOTION by Roy Ageloff for Joel Hirschhorn to appear pro hac vice Fee #: $25.00 Receipt #: 248995 . (Greene, Donna) (Entered: 08/01/2001) |
| 07/12/2001 | | Sentencing held Ronald Cataggio (21) count(s) 1. (Chee, Alvin) (Entered: 07/24/2001) |
| 07/12/2001 | 1180 | CALENDAR ENTRY as to Ronald Cataggio ; Case called before Judge Raymond J. Dearie on 7/12/01 for sentencing. AUSA Paul Schoeman present. Counsel for defendant P. Kirchheimer also present. Court Reporter: H. Shapiro. Court finds that the plea taken before MJ Pollak on 8/1/00 was knowingly and voluntarily made and that there is a factual basis for the plea and formally accepts the plea of guilty to count 1 of the indictment. Defendant is sentenced to 41 months imprisonment. The court recommends that the defendant be designated to an institution in Florida. Surrender date: 9/10/01 to the designated institution. Deft sentenced to 3 years supervised release with special conditions that the defendant will make periodic full financial disclosure as required by the Court to the Probation Department, defendant to comply with the terms of the restitution order. Special assessment of $100. Restitution: $10,000,000.00 Jointly and severally liable with following co-defendants: Robert Catoggio, Roy Ageloff, Arthur Alonzo, Nicholas Briganti, Joseph Dibella, Vito Gili, Gregory Groeller, John Lembo III, Brent Calderone Longo, Mark Mancino, Christopher Miano, Scott Piccininni, Frank Pizzolato, Keith Ruffler, Kirk Ruffler, Michael Scaramellino, Joseph Scarfone, Paul Tahan, Michael Trocchio, and Victor Vernaci. Restitution payment to begin 30 days after release from custody at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the Probation Department, following full financial disclosure. AUSA moves to dismiss open counts granted. Court advises the deft of right to appeal. (Chee, Alvin) (Entered: 07/24/2001) |
| 07/13/2001 | 1176 | LETTER dated 7/3/01 from Michael Handwerker to Judge Dearie, requesting that the court extend dft Scaramellino's surrender date for a period of 30 days until 8/6/01. (Piper, Francine) (Entered: 07/13/2001) |
| 07/13/2001 | | ENDORSED ORDER on letter document #1176 as to Michael Scaramellino, dft's |

| | | |
|---|---|---|
| | | surrender date is extended to 8/6/01. ( Signed by Judge Raymond J. Dearie , on 7/5/01) c/m (Piper, Francine) (Entered: 07/13/2001) |
| 07/18/2001 | 1178 | LETTER dated 07/16/01 from Joel Hirschhorn to Hon. Raymond Dearie advising the court that defendant is withdrawing his pleading filed by prior counsel entitled Defendant Ageloff's Sentencing Memorandum as to Restitution and Loss Calculation as docket entry 1158 on 6/4/01. (Chee, Alvin) (Entered: 07/19/2001) |
| 07/19/2001 | 1177 | ORDER as to Paul Tahan: Application granted for the defendant who is presently on house arrest, to attend a Christening service and reception on Saturday, July 21, 2001. See letter dated July 16, 2001 from Michael Haber, Esq., to Hon. Raymond Dearie via fax. ( Signed by Judge Raymond J. Dearie , on 07/18/01) (Chee, Alvin) Modified on 07/19/2001 (Entered: 07/19/2001) |
| 07/19/2001 | 1179 | TRANSCRIPT of Sentence before Judge Dearie filed in case as to Scott Picciuinni for dates of 6/29/01. AUSA Paul Schoeman, Esq. Brian Linder, Esq. for the deft. Official Transcriber: Rosalie Lombardi. (Greene, Donna) (Entered: 07/20/2001) |
| 07/24/2001 | 1181 | JUDGMENT Ronald Cataggio (21) count(s) 1. Imprisonment of 41 months, Special Assessment of $100.00. Supervised release for 3 years with special conditions that the defendant is to make periodic full financial disclosure as required by the court to the Probation Department. Defendant is to comply with the terms of the restitution order. The defendant shall pay restitution to the victims of the offense of conviction in the amount of $10,000,000.00. The defendant shall be jointly and severally liable for the full amount of restitution with the following co-defendants: Robert Catoggio, Roy ageloff, Arthur Alonzo, Nicholas Briganti, Joesph Dibella, Vito Gili, Gregory Groeller, John Lembo III, Brent Calderone Longo, Mark Mancino, Christopher Miano, Scott Picciuinni, Frank Pizzolato, Keith Ruffler, Kirk Ruffler, Michael Scaramellino, Joseph Scarfone, Paul Tahan, Michael Trocchio, and Victor Vernaci. Restitution shall be paid 30 days after release from custody, it shall be a condition of the defendant's supervised release that the defendant make the following minimum monthly restitution payments: Restitution payments at a rate to be determined by the court and not less than 10% of gross earning. The rate to be adjusted from time to time by the court in consultation with the Probation Department. The court recommends that the defendant be designated to an institution in Florida. Defendant shall surrender for service of sentence before 2 PM on 9/10/01. See attached order of resitution signed by Hon. Dearie on 7/20/01. ( Signed by Judge Raymond J. Dearie , on 7/20/01). Copies distributed. (Chee, Alvin) Modified on 07/24/2001 (Entered: 07/24/2001) |
| 07/24/2001 | 1181 | DISMISSAL of Count(s) on Government Motion as to Ronald Cataggio Counts Dismissed: Ronald Cataggio (21) count(s) 2, 3, 4, 5, 6, 7, 8. (Chee, Alvin) (Entered: 07/24/2001) |
| 07/24/2001 | 1183 | JUDGMENT Vito Padulo (46) count(s) 3. Imprisonment of 1 year and 1 day. Supervised release of 3 years. Special assessment of $50.00. Court recommends that the defendant participate in a drug program for appropriate treatment. Conditions of supervision: defendant to make periodic full financial disclosure as required by the court to the probation department. Defendant to comply with the terms of the restitution order. Payment to begin 30 days after release from custody. Restitution payments at a rate to be determined by the court and not less than 10% of gross earning. The rate to be adjusted from time to time by the court in consultation with the probation department. See attached order of restitution signed by Hon. Dearie on 7/20/01. Defendant shall surrender before 2 PM on 10/1/01. ( Signed by Judge Raymond J. Dearie , on 7/20/01). Copies distributed. (Chee, Alvin) Modified on 07/24/2001 (Entered: 07/24/2001) |
| 07/24/2001 | 1183 | DISMISSAL of Count(s) on Government Motion as to Vito Padulo Counts Dismissed: |

| | | |
|---|---|---|
| | | Vito Padulo (46) count(s) 1, 2, 4, 7, 8, 9, 10. (Chee, Alvin) (Entered: 07/24/2001) |
| 07/30/2001 | 1184 | LETTER dated 7/27/01 from Felix T. Gilroy to Hon. Raymond Dearie asking for downward departure in connection with the sentencing for defendant Durinda scheduled for 8/3/01 at 10 AM. (Chee, Alvin) (Entered: 07/31/2001) |
| 07/31/2001 | 1187 | CALENDAR ENTRY as to Roy Ageloff ; Case called before Judge Raymond J. Dearie on 7/31/01 for pre-sentence conference. AUSA Paul Schoeman and Andrew Weissman; Joel Hirschhorn for defendant. Case adjourned until 8/15/01 at 10 AM for possible sentence hearing and sentence. Court Reporter: ESR. (Chee, Alvin) (Entered: 08/01/2001) |
| 08/01/2001 | 1185 | ORDER that Joe Hirschhorn is hereby substituted as counsel for the deft., Roy Ageloff, and Milton Hirsch, and Eric M. Cohen are hereby discharged as counsel for the deft. ( Signed by Judge Raymond J. Dearie , on 7/11/01). (Greene, Donna) (Entered: 08/01/2001) |
| 08/02/2001 | | Sentencing held Donald Messinger (2) count(s) 5ss. (Chee, Alvin) (Entered: 08/13/2001) |
| 08/02/2001 | | Sentencing held Michael A. Bengen (15) count(s) 9. (Chee, Alvin) (Entered: 08/13/2001) |
| 08/02/2001 | 1193 | CALENDAR ENTRY as to Michael A. Bengen ; Case called before Judge Raymond J. Dearie on date of 8/2/01 for sentencing. AUSA Paul Schoeman, John Kaley for defendant. Court Reporter: ESR. Court finds that the plea of guilty taken before MJ Pollak on 3/15/00 was done knowingly and willfully and formally accepts plea of guilty to count 9 of the 34 count superseding indictment. Defendant is sentenced as follows: Imprisonment of 18 months. Defendant to surrender to the designated institution on 10/2/01 by 12 PM. The court recommends that defendant be designated to an institution in the Northeast region and further invites consideration of boot camp. Supervised release of 3 years. Special conditions: Periodic full financial disclosure as required by the court to the probation department. Defendant to comply with the terms of the restitution order. Special assessment of $100.00. Restitution of $1.5 million with following co-defendants: 1. Steven Agnese, 2. Neil Brauner, 3. Anthony Cavicchio, 4. Damon Gerard Cohen, 5. Jaime Scott Morrill, 6. Victor Vernaci, 7. Michael Trocchio. Restitution payments to begin 30 days from release of custody at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the Probation department, following full financial disclosure. AUSA moves to dismiss open counts granted. Court advises the deft of the right to appeal. (Chee, Alvin) (Entered: 08/13/2001) |
| 08/02/2001 | | Sentencing held Jonathan Durinda (29) count(s) 5s. (Chee, Alvin) (Entered: 08/13/2001) |
| 08/03/2001 | | Certified and transmitted INDEX on appeal to U.S. Court of Appeals as to Robert Catoggio: [1171-1] appeal. Acknowledgment requested. (Glenn, Marilyn) (Entered: 08/03/2001) |
| 08/03/2001 | 1189 | CALENDAR ENTRY as to Randy Ashenfarb ; Case called before Judge Raymond J. Dearie on 8/3/01 for sentence. AUSA Paul Schoeman, Jerry Tritz for defendant. Sentencing begun. At the last sentencing conference held on 11/20/00 this court imposed restitution in the amount of $800,000.00 and deft was to begin paying back restitution immediately at a rate of not less than 10% of gross earnings. At the present time, deft has failed to begin paying back any of the restitution. Court: Sentence will not go forward today. Case adjourned to 9/14/01 at 3 PM for control date. Court Reporter: ESR. (Chee, Alvin) (Entered: 08/07/2001) |
| 08/03/2001 | 1195 | CALENDAR ENTRY as to Jonathan Durinda ; Case called before Judge Raymond J. Dearie on date of 8/3/01 for sentencing. AUSA Paul Schoeman, Felix Gilroy for defendant. Court Reporter: ESR. Case called. Court finds that the plea of guilty taken |

| | | |
|---|---|---|
| | | before MJ Pollak on 3/27/01 was done knowingly and willfully and formally accepts the plea of guilty to count 5 of the 5 count superseding indictment. Defendant sentenced as follows: 4 years probation with the following conditions: Defendant to participate in mental health treatment as directed by the court throught the probation department. Defendant to contribute to the cost of such services to the extent defendant is able to pay. Defendant to participate in substance abuse treatment, as directed by the court through the probation department. Defendant to contribute to the cost of such services, according to ability to pay. Defendant to comply with the terms of the restitution order. Defendant to make periodic full financial disclosure as required by the court to the probation department. Special assessment of $100. Restitution: $100,000.00 jointly and severally liable with David Dunham and Brent Longo. Restitution payments to begin 30 days from today at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department, following full financial disclosure. AUSA moves to dismiss open counts granted. Court advises defendant of right to appeal. (Chee, Alvin) (Entered: 08/13/2001) |
| 08/07/2001 | 1188 | TRANSCRIPT of criminal cause for sentencing before the Hon. Raymond J. Dearie filed in case as to Jonathan Durinda for dates of 8/3/01 ; Court Reporter: Rosalie Lombardi. (Chee, Alvin) (Entered: 08/07/2001) |
| 08/08/2001 | 1190 | LETTER dated 8/4/01 from Susan Kellman, Esq. to Hon. Raymond J. Dearie requesting that the court adjourn sentencing previously set for 8/17/01. (Chee, Alvin) (Entered: 08/08/2001) |
| 08/08/2001 | | ENDORSED ORDER as to Frank J. Pizzolato; sentence adjourned to 10/11/01 at 10:30 AM. Endorsed on document #1190. ( Signed by Judge Raymond J. Dearie , on 8/8/01) (Chee, Alvin) (Entered: 08/08/2001) |
| 08/08/2001 | 1191 | CALENDAR ENTRY as to Donald Messinger ; Case called before Judge Raymond J. Dearie on date of 8/2/01 for sentencing AUSA Paul Schoeman, Joel Winograd for defendant. Court Reporter: ESR. Sentencing held on count 5 of 5 count superseding indictment. Defendant is sentenced as follows: Defendant is hereby placed on probation for a period of 3 years with 6 months home confinement. Defendant to serve 400 hours of community service during the first 2 years of the probationary period. Special conditions of probation: Defendant to make full financial disclosure as required by the court to the probation department. Defendant to comply with the terms of the restitution order. Special assessment of $100. Restitution of $70,000.00 to begin 30 days from today (8/2/01) at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department, following full financial disclosure. AUSA moves to dismiss open counts. Court advises deft of the right to appeal. (Chee, Alvin) (Entered: 08/13/2001) |
| 08/10/2001 | 1199 | CALENDAR ENTRY as to David Dunham ; Case called before Judge Raymond J. Dearie on date of 8/10/01 for sentencing. AUSA Andrew Weissman, Gail Laser for defendant. Court Reporter: ESR. Case called, sentencing continued from 6/25/01. Defendant is sentenced pursuant to sentencing guidelines 5C1.1 as follows: Probation for 2 years and serve 10 months in a half way house. Special conditions of probation: 1. defendant to make periodic full financial disclosure as required by the court to the probation department. 2. Defendant to comply with the terms of the restitution order. Special assessment of $100. Restitution: $500,000.00 jointly and severally liable with co-defendants Brent Calderone Longo and Jonathan Durinda. Restitution payments to begin 30 days from today at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department, following full financial disclosure. AUSA moves to dismiss open counts granted. Court advises deft of right to appeal. (Chee, Alvin) (Entered: 08/20/2001) |

| | | |
|---|---|---|
| 08/10/2001 | | Sentencing held David Dunham (28) count(s) 9. (Chee, Alvin) (Entered: 08/20/2001) |
| 08/13/2001 | 1192 | JUDGMENT Donald Messinger (2) count(s) 5ss. Probation for 3 years with 6 months home confinement. Defendant to serve 400 hours of community service during the first two years of probationary period. Special conditions of supervision: defendant to make periodic full financial disclosure as required by the court to the probation department. Defendant to comply with the terms of the restitution order. Special assessment of $100. Restitution of $70,000.00 to be paid 30 days from today at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the probation department, following full financial disclosure. Open counts dismissed by govt. ( Signed by Judge Raymond J. Dearie , on 8/9/01). Restitution order attached. Copies distributed. (Chee, Alvin) (Entered: 08/13/2001) |
| 08/13/2001 | 1192 | DISMISSAL of Count(s) on Government Motion as to Donald Messinger. Counts Dismissed: Donald Messinger (2) count(s) 1, 2, 9s, 10s (Chee, Alvin) (Entered: 08/13/2001) |
| 08/13/2001 | 1194 | JUDGMENT Michael A. Bengen (15) count(s) 9. Imprisonment of 18 months. Defendant to surrender to the designated institution on 10/2/01 by 12 PM. The court recommends that defendant be designated to an institution in the Northeast region and further invites consideration of boot camp. Supervised release of 3 years. Special conditions: Periodic full financial disclosure as required by the court to the probation department. Defendant to comply with the terms of the restitution order. Special assessment of $100.00. Restitution of $1.5 million with following co-defendants: 1. Steven Agnese, 2. Neil Brauner, 3. Anthony Cavicchio, 4. Damon Gerard Cohen, 5. Jaime Scott Morrill, 6. Victor Vernaci, 7. Michael Trocchio. Restitution payments to begin 30 days from release of custody at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the Probation department, following full financial disclosure. Open counts dismissed on govt's motion. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 8/9/01). Restitution order attached. (Chee, Alvin) (Entered: 08/13/2001) |
| 08/13/2001 | 1196 | JUDGMENT Jonathan Durinda (29) count(s) 5s. 4 years probation with the following conditions: Defendant to participate in mental health treatment as directed by the court through the probation department. Defendant to contribute to the cost of such services to the extent defendant is able to pay. Defendant to participate in substance abuse treatment, as directed by the court through the probation department. Defendant to contribute to the cost of such services according to ability to pay. Defendant to comply with the terms of the restitution order. Defendant to make periodic full financial disclosure as required by the court to the probation department. Special assessment of $100. Restitution: $100,000.00 jointly and severally liable with David Dunham and Brent Longo. Restitution payments to begin 30 days from today at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department, following full financial disclosure. Open counts dismissed on govt's motion. Copies distributed. Restitution order attached. ( Signed by Judge Raymond J. Dearie , on 8/9/01). (Chee, Alvin) (Entered: 08/13/2001) |
| 08/13/2001 | | DISMISSAL of Count(s) on Government Motion as to Michael A. Bengen, Jonathan Durinda Counts Dismissed: Michael A. Bengen (15) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 10, Jonathan Durinda (29) count(s) 9, 10. (Lee, Tiffeny) (Entered: 09/06/2001) |
| 08/15/2001 | 1197 | TRANSCRIPT of criminal cause for conference before the Hon. Raymond Dearie filed in case as to Roy Ageloff for dates of 7/31/01 ; Audio Operator: Janet Hamilton. (Chee, Alvin) (Entered: 08/15/2001) |
| | | |

| | | |
|---|---|---|
| 08/15/2001 | | Sentencing held Roy Ageloff (8) count(s) 1. (Chee, Alvin) (Entered: 09/05/2001) |
| 08/15/2001 | 1207 | CALENDAR ENTRY as to Roy Ageloff ; Case called before Judge Raymond J. Dearie on date of 8/15/01 for sentencing. AUSA Paul Schoeman and Andrew Weissman, Joel Hirschhorn for defendant. Case called. Sentencing hearing begun. Following witnesses sworn and testified: 1) Jennifer Lifton 2) Debra Huff 3) Carol DiPaulo 4) Dr. Michael Rappoport. Hearing concluded. Defendant sentenced on count 1(s) of 34 count superseding indictment. Defendant plead guilty on 8/17/00 before Judge Dearie. Imprisonment of 96 months. Court recommends that defendant be designated to a facility in the Miami Florida region and that defendant participate in a substance abuse program. The court further invites consideration of a camp designation or FCI, Miami Florida. Supervised release of 3 years with special conditions: 1) Defendant to make full financial disclosure as and when required by and to the court. 2) 30 days from today, $500,000.00 to be paid in satisfaction of restitution, thereafter, at a rate to be adjusted from time to time following full financial disclosure, the sum of $10,000.00 per month toward the restitution obligation. Special assessment of $100.00. Restitution: $80,000,000.00 jointly and severally liable with co-defendant Robert Cotoggio. AUSA moves to dismiss open counts granted. Court advises deft of right to appeal. Government moves to remand defendant. Defendant is remanded to the custody of the US Marshal, forthwith. Court Reporter:ESR. (Chee, Alvin) (Entered: 09/05/2001) |
| 08/15/2001 | 1215 | MOTION by Roy Ageloff for disbursement of bond . It is requested that the Defendant's bond be exonerated and the cash bond previously posted in the amount of $200,000.00, plus any accrued interest, be transfered to the Clerk for restitution as ordered by this Court on 8/15/01. (Chee, Alvin) (Entered: 09/24/2001) |
| 08/20/2001 | 1200 | JUDGMENT David Dunham (28) count(s) 9. Probation for 2 years, 10 months in a community confinement halfway house. Special assessment of $100.00. Restitution of $500,000.00 jointly and severally liable with co-defendants Brent Calderone Longo and Jonathan Durinda. Defendant shall make, commencing 30 days from today the following minimum monthly restitution payments: at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department. Special conditions of supervision: 1. defendant to make periodic full financial disclosure as required by the court to the probation department. 2. Defendant to comply with the terms of the restitution order. Open counts dismissed on govt's motion. ( Signed by Judge Raymond J. Dearie , on 8/10/01). Restitution order attached. Copies distributed. (Chee, Alvin) Modified on 08/20/2001 (Entered: 08/20/2001) |
| 08/20/2001 | 1200 | DISMISSAL of Count(s) on Government Motion as to David Dunham party David Dunham Counts Dismissed: David Dunham (28) count(s) 10, 31-32. (Chee, Alvin) (Entered: 08/20/2001) |
| 08/20/2001 | 1201 | ORDER as to Arthur Alonzo: Ordered that defendant be permitted to leave his home at 1 PM and return at 3 PM, and leave at 7 PM and return at 8 PM everyday. ( Signed by Judge Raymond J. Dearie , on 8/20/01). C/M by chambers. (Chee, Alvin) (Entered: 08/21/2001) |
| 08/20/2001 | 1202 | NOTICE of conference as to Vito Padulo. A conference has been scheduled for 9/4/01 at 10:15 AM. All parties shall be present. (Chee, Alvin) (Entered: 08/22/2001) |
| 08/22/2001 | 1203 | Acknowledgment from USCA received (INDEX) as to Robert Catoggio RE: [1171-1] appeal. Signed by MR. (Gonzalez, Mary) (Entered: 08/22/2001) |
| 08/27/2001 | 1204 | Notice of sentencing as to Christopher L. Miano: Judge Dearie will sentence the defendant on 9/17/01 at 11 AM. All parties shall be present. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 8/27/01) (Chee, Alvin) (Entered: 08/28/2001) |

| 08/27/2001 | 1205 | NOTICE OF SENTENCING as to John Asaro: Judge Dearie will sentence the defendant on 11/30/01 at 10:30 AM. All parties shall be present. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 8/27/01) (Chee, Alvin) (Entered: 08/28/2001) |
|---|---|---|
| 08/30/2001 | 1206 | TRANSCRIPT of criminal cause for senteneing before Hon. Raymond Dearie filed in case as to Roy Ageloff for dates of 8/15/01 ; by Courthouse Transcription Services, Inc. (Chee, Alvin) (Entered: 08/30/2001) |
| 09/04/2001 | 1209 | CALENDAR ENTRY as to Vito Padulo ; Case called before Judge Raymond J. Dearie on date of 9/4/01 for status conference. AUSA Paul Schoeman, Bernard Udell for defendant. Government reports to the court that the defendant has not been complying with his pre-trial conditions. Government moves to have deft remanded. Discussion held on record. Court: Defendant is ordered to comply with terms of pre-trial conditions. If defendant misses one more appointment, he will be immediately remanded. Defendant's surrender date is 10/1/01. Court Reporter:ESR. (Chee, Alvin) (Entered: 09/06/2001) |
| 09/05/2001 | 1208 | JUDGMENT Roy Ageloff (8) count(s) 1. Imprisonment of 96 months; 3 years supervised release. Special assessment of $100.00. If consistent with BOP policies and practices, the court recommends that defendant be designated to a facility in the Miami Florida region and that defendant participate in a substance abuse program. The court further invites consideration of a camp designation or FCI, Miami Florida. The defendant is remanded to the custody of the US Marshal. Conditions of supervised release: 1) Defendant to make full financial dislosure as and when required by and to the court. 2) 30 days from today, $500,000 to be paid in satisfaction of the restitution. 3) 30 days following release from custody, $500,000 to be paid in satisfaction of restitution. Thereafter, at a rate to be adjusted from time to time following full financial disclosure, the sum of $10,000 per month toward restitution obligation. Restitution of $80,000,00.00 jointly and severally liable with co-defendant Robert Catoggio. The defendant shall make by 9/13/01 the following lump-sum resitution payment: $500,000.00. 30 days following release from custody, $500,000 to be paid in satisfaction of restitution. Thereafter, at a rate to be adjusted from time to time following full financial disclosure, the sum of $10,000.00 per month toward the restitution obligation. 30 days after release from custody, it shall be a condition of the defendant's supervised release that the defendant make the following mimimum monthly restitution payments: All of which is without prejudice to the immediate enforcement of the total restitution judgment as provided in U.S.C.: 3664(m) or other applicable law. Open counts are dismissed. ( Signed by Judge Raymond J. Dearie , on 8/24/01). Copies distributed. Restitution order attached. (Chee, Alvin) (Entered: 09/05/2001) |
| 09/05/2001 | 1208 | DISMISSAL of Count(s) on Government Motion as to Roy Ageloff terminating [1157-1] motion for scheduling order as to Roy Ageloff (8), terminating [1071-1] motion for continuance of the sentencing date as to Roy Ageloff (8), terminating [615-1] motion to quash the subpoena issued on 5/18, and returnable on 6/15/00 by dft Roy Ageloff to the Commission as to Roy Ageloff (1), terminating [566-1] motion to dismiss counts 1, 2, 11, 22-30, 33-34 of the superseding indictment. as to Roy Ageloff (1) Counts Dismissed: Roy Ageloff (8) count(s) 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13-21, 22-30, 31-32, 33-34. (Chee, Alvin) (Entered: 09/05/2001) |
| 09/05/2001 | 1210 | NOTICE OF APPEAL by Roy Ageloff (8) count(s) 1. Fee Paid $ 105.00 Receipt # 250771. The Defendant appeals the judgment that was entered on 9/5/01. Copies distributed. Judge notified. USCA notified. PLEASE NOTE: THIS NOA WAS ORIGINAL FILED ON 8/20/01. THE NOA WAS NOT ON THE PROPER FORM. COUNSEL FOR DEFT ADVISED TO FILE AN AMENDED NOA. (Gonzalez, Mary) (Entered: 09/06/2001) |
| 09/06/2001 | | Certified copy of docket sheet sent to USCA. [1210-1] appeal (Gonzalez, Mary) (Entered: |

| | | 09/06/2001) |
|---|---|---|
| 09/14/2001 | 1211 | LETTER dated 9/13/01 from AUSA Paul Schoeman to Hon. Raymond Dearie in opposition to defendant Rocco Basile's motions for a downward departure. (Chee, Alvin) (Entered: 09/14/2001) |
| 09/14/2001 | 1212 | LETTER dated 9/14/01 from Mark Arisohn, Esq. to Hon. Raymond Dearie requesting an adjournment of the 9/17/01 sentencing to some future date selected by the Court. (Chee, Alvin) Modified on 09/17/2001 (Entered: 09/17/2001) |
| 09/14/2001 | | ENDORSED ORDER as to Christopher L. Miano: Application granted for an adjournment of the 9/17/01 sentencing. Date to be selected by the Court. Endorsed on document #1212. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 9/14/01) (Chee, Alvin) Modified on 09/17/2001 (Entered: 09/17/2001) |
| 09/18/2001 | 1216 | ORDER as to Roy Ageloff granting [1215-1] motion for disbursement of bond as to Roy Ageloff (8). Ordered that the appearance bond be exonerated and further transferred to the Clerk of court for restitution ordered by this Court on 8/15/01. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 9/18/01) (Chee, Alvin) (Entered: 09/24/2001) |
| 09/19/2001 | 1213 | NOTICE of sentencing as to Rocco Basile: Judge Dearie will sentence defendant Basile on 11/15/01 at 10 AM. All parties shall be present. C/M by chambers. (Signed by Judge Dearie on 9/19/01). (Chee, Alvin) (Entered: 09/20/2001) |
| 09/20/2001 | 1214 | AMENDED NOTICE OF APPEAL by Roy Ageloff (8) count(s) 1. The defendant appeals the judgment that was entered on 9/5/01. NO FEE PAID for this is an AMENDED NOA. Copies distributed. Judge notified. USCA notified. (Gonzalez, Mary) (Entered: 09/20/2001) |
| 09/20/2001 | | Certified copy of docket sheet sent to USCA. [1214-1] appeal (Gonzalez, Mary) (Entered: 09/20/2001) |
| 09/24/2001 | 1217 | ORDER as to Randy Ashenfarb: Judge Dearie will sentence the defendant on 10/10/01 at 12 PM. All parties shall be present. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 9/24/01) (Chee, Alvin) (Entered: 09/25/2001) |
| 09/24/2001 | 1218 | ORDER as to Joel Nazareno, Thomas Plamenco: Judge Dearie will sentence the defendants on 11/20/01 at 10:30 AM. All parties shall be present. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 9/24/01) (Chee, Alvin) (Entered: 09/25/2001) |
| 09/24/2001 | 1219 | ORDER as to Joseph Scarfone Jr.: Judge Dearie will sentence the defendant on 2/8/02 at 10 AM. All parties shall be present. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 9/24/01) (Chee, Alvin) (Entered: 09/25/2001) |
| 09/24/2001 | 1220 | ORDER as to John Besarany: Judge Dearie will sentence the defendant on 12/6/01 at 10 AM. All parties shall be present. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 9/24/01) (Chee, Alvin) (Entered: 09/25/2001) |
| 09/24/2001 | 1221 | ORDER as to John Asaro: Judge Dearie will sentence the defendant on 1/11/02 at 12:30 PM. All parties shall be present. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 9/24/01) (Chee, Alvin) (Entered: 09/25/2001) |
| 09/24/2001 | 1222 | ORDER as to Christopher L. Miano: Judge Dearie will sentence the defendant on 2/22/02 at 10 AM. All parties shall be present. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 9/24/01) (Chee, Alvin) (Entered: 09/25/2001) |
| 09/26/2001 | 1223 | LETTER dated 9/26/01 from Geoffrey Rosamond, Esq. to Hon. Raymond Dearie requesting that the conditions of Gregory Groeller's bail be modified permitting him to travel to PA on 10/12/01 for one day. (Chee, Alvin) (Entered: 10/01/2001) |

| | | |
|---|---|---|
| 09/28/2001 | | ENDORSED ORDER as to Gregory Groeller: Application granted. Defendant's bail modified to permit him to travel to PA on 10/12/01 for one day. Endorsed on document #1223. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 9/28/01) (Chee, Alvin) (Entered: 10/01/2001) |
| 10/01/2001 | 1224 | LETTER dated 10/1/01 from David Smith, Esq. to Hon. Raymond Dearie requesting a modification of defendant's bail conditions to permit Mr. Basile to travel to Boston from 10/6/01 to 10/8/01 for a wedding. (Chee, Alvin) (Entered: 10/01/2001) |
| 10/01/2001 | | ENDORSED ORDER as to Rocco Basile: So ordered. Defendant's bail conditions modified to permit defendant to travel to Boston from 10/6/01 to 10/8/01. Endorsed on document 1224. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 10/1/01) (Chee, Alvin) (Entered: 10/01/2001) |
| 10/02/2001 | 1225 | TRANSCRIPT of criminal cause for sentence before Hon. Raymond Dearie filed in case as to Scott Piccininni for dates of 6/29/01 ; Transcribed by Rosalie Lombardi. (Chee, Alvin) (Entered: 10/02/2001) |
| 10/10/2001 | 1226 | CALENDAR ENTRY as to Randy Ashenfarb ; Case called before Judge Raymond J. Dearie on date of 10/10/01 for sentence. AUSA Paul Schoeman, Jerry Tritz for defendant. Case called for sentencing. Defense counsel informs court that Mr. Stephen Block from Gambler's treatment center is present in the courtroom today if the court has any questions for him. Mr. Block introduced himself and was questioned by one court. Court: Before final judgment is made, the court will adjourn the sentence one final time. The court requests a full report as comprehensive report as possible from Gamblers Anonymous, from the St. Vincent's program. The court orders that defendant be re-interviewed with counsel's presence, by the probation department. Sentence scheduled for 3/15/02 at 11AM. Court Reporter: Brian Ketcham. (Chee, Alvin) (Entered: 10/18/2001) |
| 10/17/2001 | 1227 | ORDER as to Arthur Alonzo: Ordered that the defendant Arthur Alonzo, who is currently on bail with certain restrictions, including electronic monitoring, be permitted to leave his house each day at 10 AM and return at 7 PM, for the purpose of visiting his father. This change in conditions shall remain in place until such time as the defendant's father is released from the hospital. Counsel, Mr. Ginsberg will report in writing to court when defendant's father is discharged from the hospital. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 10/17/01) (Chee, Alvin) (Entered: 10/18/2001) |
| 10/22/2001 | 1228 | TRANSCRIPT for sentencing before Hon. Raymond Dearie filed in case as to Randy Ashenfarb for dates of 10/10/01 ; ESR: Brian Ketcham. (Chee, Alvin) (Entered: 10/22/2001) |
| 10/22/2001 | 1229 | USCA Scheduling Order: as to Roy Ageloff [1214-1] appeal Appeal Record due by 10/31/01 for Roy Ageloff USCA Number: 01-1367L, 01-1481, [1210-1] appeal USCA Number: Appellant's brief due 11/30/01. Appellee's brief due 12/14/01. Argument set for 2/11/02. (Gonzalez, Mary) (Entered: 10/23/2001) |
| 10/24/2001 | | Sentencing held Christopher Mormando (43) count(s) 1. (Chee, Alvin) (Entered: 10/30/2001) |
| 10/24/2001 | 1230 | CALENDAR ENTRY as to Christopher Mormando ; Case called before Judge Raymond J. Dearie on date of 10/24/01 for sentence. AUSA Paul Schoeman and Andrew Weissman, Jason Solotaroff for deft. Case called for sentencing. Court finds that the plea of guilty taken before the MJ was done knowingly and willfully and formally accepts plea of guilty to count 1 of cr 98-1129(S) and count 2 of cr 99-589 (S-2). Defendant pled guilty before Judge Raggi to Count 1 of cr 01-56(S-3). Imprisonment of 57 months on each count to run concurrently. Court recommends an institution in the Northeast region and invites consideration to FCI, Fort Dix. The court further recommends that defendant |

| | | |
|---|---|---|
| | | be placed in a program for alcohol abuse. Surrender date: 12/3/01 by 12 PM to the designated institution. Supervised release for 3 years on each count to run concurrently. Special conditions of supervised release: Defendant to make full periodic financial disclosure as required by the court to the probation department. Defendant to comply with the terms of the restitution order. Restitution in cr 98-1129(S): $2,500,000. Restitution in cr 99-589(S-2): $699,833. Restitution payments: 30 days after release from custody. Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department. $100 special assessment on each count for a total of $300. All open counts are dismissed on the motion of the govt. Deft is advised of the right to appeal. Court Reporter: Allen Sherman. (Chee, Alvin) (Entered: 10/30/2001) |
| 10/30/2001 | 1231 | JUDGMENT Christopher Mormando (43) count(s) 1. Imprisonment of 57 months on each count to run concurrently. Supervised release of 3 years on each count to run concurrently. $100 special assessment on each count for a total of $300. Court recommends that the defendant be designated to an institution in the Northeast Region and invites consideration of FCI, Fort Dix. The court further recommends that defendant be placed in a program for alcohol abuse. Defendant is to surrender before 2 PM on 12/3/01. Special conditions of supervised release: Defendant to make full periodic financial disclosure as required by the court to the probation department. Defendant to comply with the terms of the restitution order. Restitution in the amount of $3,199,833.00. 30 days after release from custody, it shall be a condition of the defendant's supervised release that defendant make the following monthly minimum restitution payments: Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department. See attached restitution order. All open counts dismissed on the motion of the govt. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 10/29/01) (Chee, Alvin) (Entered: 10/30/2001) |
| 10/30/2001 | 1231 | DISMISSAL of Count(s) on Government Motion as to Christopher Mormando party Christopher Mormando Counts Dismissed: Christopher Mormando (43) count(s) 2, 3, 4, 5, 6, 13-21. (Chee, Alvin) (Entered: 10/30/2001) |
| 10/30/2001 | 1232 | LETTER dated 10/30/01 from AUSA Paul Schoeman to Hon. Glasser and Hon. Dearie informing the judges that it may be desirable to consolidate the cases together for sentencing since the counts are similiar. (Chee, Alvin) (Entered: 10/31/2001) |
| 10/30/2001 | | ORDER as to Frank J. Pizzolato, it is agreed between Judge Dearie and Judge Glasser that the cases be consolidated before Judge Glasser. (Signed by Senior Judge I. L. Glasser on 10.31.1). See letter dated 10.30.1 from AUSA Paul Schoeman to USDJ's Glasser & Dearie. See 01 cr 416 doc #630. (Noh, Kenneth) (Entered: 04/02/2002) |
| 11/01/2001 | 1233 | LETTER dated 10/30/01 from Michael Haber, Esq. to Hon. Raymond Dearie requesting that the court approve an order to amend the conditions of defendant's house arrest as follows: "Defendant shall remain on electronic monitoring, at his mother's home, as previously ordered, but shall be allowed 2 hours per day, each day, to leave said home for his own personal purposes. The defendant shall coordinate his time out of his mother's home with his Pre-trial Release Officer and shall provide such details to said officer as may be requested." (Chee, Alvin) (Entered: 11/01/2001) |
| 11/01/2001 | | ENDORSED ORDER as to Paul Tahan: Approved. Defendant's conditions of house arrest amended. Endorsed on document #1233. C/fx by chambers. ( Signed by Judge Raymond J. Dearie , on 10/31/01) (Chee, Alvin) (Entered: 11/01/2001) |
| 11/14/2001 | 1234 | LETTER dated 11/12/01 from Stephen Scaring, Esq. to Hon. Raymond Dearie informing the court that counsel may need to seek an adjournment because of a matter in the NYS |

| | | Supreme Court. (Chee, Alvin) (Entered: 11/15/2001) |
|---|---|---|
| 11/14/2001 | 1236 | LETTER dated 11/13/01 from Maranda Fritz, Esq. to Hon. Raymond Dearie requesting an adjournment of sentencing for defendants Nazareno and Plamenco. (Chee, Alvin) (Entered: 11/20/2001) |
| 11/14/2001 | | ENDORSED ORDER as to Joel Nazareno, Thomas Plamenco: Application granted. Sentence adjourned to 1/3/02 at 11 AM. This court will not entertain any further adjournment requests. Endorsed on document #1236. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 11/14/01) (Chee, Alvin) (Entered: 11/20/2001) |
| 11/15/2001 | 1235 | Notice of sentencing as to John Besarany: Judge Dearie will sentence the defendant on 2/1/02 at 12:30 Pm. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 11/15/01) (Chee, Alvin) (Entered: 11/19/2001) |
| 11/20/2001 | | Sentencing held Rocco Basile (13) count(s) 3. (Chee, Alvin) (Entered: 12/03/2001) |
| 11/20/2001 | 1238 | CALENDAR ENTRY as to Rocco Basile ; Case called before Judge Raymond J. Dearie on date of 11/20/01 for sentence. AUSA Paul Schoeman, Stephen Scaring for defendant. Court finds that the plea of guilty taken before the MJ was done knowingly and voluntarily and formally accepts plea of guilty to count 3 of cr-98-1129, and count 5 of cr-00-196. Imprisonment of 44 months on each count to run concurrently. Court recommends an institution in the Northeast region and invites consideration that defendant be placed in the same institution as his brother, Jack Basile. The court has been advised that Camp Allenwood has been recommended in Jack Basile's case. Surrender date: 2/4/02 by 12 PM to the designated institution. Supervised release for 3 years on each count to run concurrently. Special condition of SR: 1) Community service during the first 2 years of SR as follows: 20 hours per week under the direction of the court through the supervision of the probation department. As part of community service, the defendant will be permitted to work on the YMCA Building project in his community. 2) Defendant to make full financial disclosure as and when required by and to this court. 3) Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department. Defendant to comply with the restitution order. Defendant to receive treatment for substance abuse. Restitution in the amount of $5,000,000.00 as to case CR-98-1129. The $100 SA is imposed on each count for a total assessment of $200.00. Upon the motion of the AUSA, all open counts are dismissed. Defendant is advised of his right to appeal. Court Reporter: Paul Schoeman. (Chee, Alvin) (Entered: 12/03/2001) |
| 11/27/2001 | 1237 | LETTER dated 11/20/01 from Edward Shaw, Esq. to Hon. Raymond Dearie requesting permission for defendant Michael Perrine to travel to Pennsylvania. (Chee, Alvin) (Entered: 11/30/2001) |
| 11/27/2001 | | ENDORSED ORDER as to Michael Perrine: Application granted to allow defendant to travel to Pennsylvania. Endorsed on document #1237. C/M. ( Signed by Judge Raymond J. Dearie , on 11/27/01) (Chee, Alvin) (Entered: 11/30/2001) |
| 11/27/2001 | 1239 | JUDGMENT Rocco Basile (13) count(s) 3. Imprisonment of 44 months on each count to run concurrently. Supervised for 3 years on each count to run concurrently. Special assessment of $200. Defendant shall surrender for sentence before 2 PM on 2/4/02. Court recommends that the defendant be designated to an institution in the Northeast Region and further invites consideration that defendant be designated to the same institution as his brother, Jack Basile. Special condition of SR: 1) Community service during the first 2 years of SR as follows: 20 hours per week under the direction of the court through the supervision of the probation department. As part of community service, the defendant will be permitted to work on the YMCA Building project in his community. 2) Defendant to |

|  |  |  |
|---|---|---|
|  |  | make full financial disclosure as and when required by and to this court. 3) Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from rate to time by the court in consultation with the probation department. Defendant to comply with the restitution order. Defendant to receive treatment for substance abuse. Restitution of $5,000,000.00. See attached restitution order. Open counts dismissed on govt's motion. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 11/27/01) (Chee, Alvin) Modified on 02/05/2002 (Entered: 12/03/2001) |
| 11/27/2001 | 1239 | DISMISSAL of Count(s) on Government Motion as to Rocco Basile party Rocco Basile Counts Dismissed: Rocco Basile (13) count(s) 4. (Chee, Alvin) (Entered: 12/03/2001) |
| 11/30/2001 | 1240 | LETTER dated 10/29/01 from Jason Solotaroff, Esq. to Hon. Raymond Dearie requesting a conditional extension of Mr. Mormando's surrender date, currently set for 12/3/01. (Chee, Alvin) (Entered: 12/04/2001) |
| 11/30/2001 |  | ENDORSED ORDER as to Christopher Mormando: Application approved. Defendant to self surrender to the designated institution on 1/7/02 before 2 PM. Endorsed on document #1240. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 11/30/01) (Chee, Alvin) (Entered: 12/04/2001) |
| 12/07/2001 | 1241 | ORDER as to Arthur Alonzo: Ordered that defendant Arthur Alonzo, who is currently on bail with certain restrictions, including electronic monitoring, be permitted to leave his house each day for an eight hour period, for the pupose of visiting his father, in the hospital. The change in conditions shall remain in place until such time as the defendant's father is released from the hospital. C/M. ( Signed by Judge Raymond J. Dearie , on 12/7/01) (Chee, Alvin) (Entered: 12/10/2001) |
| 12/20/2001 | 1243 | LETTER dated 12/20/01 from Michael Haber, Esq. to Hon. Raymond Dearie requesting a modification in defendant's home confinement. Faxed copy signed by Judge Dearie. (Chee, Alvin) (Entered: 01/02/2002) |
| 12/21/2001 | 1242 | LETTER dated 12/20/01 from Michael Haber, Esq. to Hon. Raymond Dearie requesting a modification in defendant Tahan's Court ordered home detention. (Chee, Alvin) (Entered: 01/02/2002) |
| 12/21/2001 |  | ENDORSED ORDER as to Paul Tahan: Application for a modification in home detention granted. Endorsed on document #1242. Copies faxed. ( Signed by Judge Raymond J. Dearie , on 12/21/01) (Chee, Alvin) (Entered: 01/02/2002) |
| 12/21/2001 | 1245 | LETTER dated 12/21/01 from AUSA James Knapp to Hon. Raymond Dearie requesting leave of the Court to depose defendant Agoloff pursuant to Rule 30(b)(2) of the FRCP. Defendant is currently incarcerated at the Federal Correctional Center, Coleman, Florida. (Chee, Alvin) (Entered: 01/07/2002) |
| 12/27/2001 |  | Certified and transmitted (INDEX) record on appeal to U.S. Court of Appeals as to Roy Ageloff : [1214-1] appeal, [1210-1] appeal . Acknowledgment requested. (Gonzalez, Mary) (Entered: 12/27/2001) |
| 12/31/2001 | 1244 | LETTER dated 12/31/01 from Jason Solotaroff, Esq. to Hon. Raymond Dearie requesting that the court permitt Mr. Mormando additional time out from home confinement for New Year's Eve and this weekend. (Chee, Alvin) (Entered: 01/03/2002) |
| 12/31/2001 |  | ENDORSED ORDER as to Christopher Mormando: Application for additional time out from home confinement for New Year's Eve approved upon notification to Pretrial. Endorsed on document #1244. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 12/31/01) (Chee, Alvin) (Entered: 01/03/2002) |

| | | |
|---|---|---|
| 01/03/2002 | | ENDORSED ORDER as to Roy Ageloff: Application for leave of the Court to depose defendant Agoloff pursuant to Rule 30 (b)(2) of the FRCP approved. C/M. Endorsed on document #1245. ( Signed by Judge Raymond J. Dearie , on 1/3/02) (Chee, Alvin) Modified on 01/07/2002 (Entered: 01/07/2002) |
| 01/03/2002 | 1246 | LETTER dated 1/3/02 from Susan Kellman, Esq. to Hon. Raymond Dearie requesting an adjournment of sentencing scheduled for 1/9/02. (Chee, Alvin) (Entered: 01/07/2002) |
| 01/04/2002 | | ENDORSED ORDER as to Frank J. Pizzolato: Application granted. Sentence adjourned to 3/27/02 at 12 PM. Endorsed on document #1246. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 1/4/02) (Chee, Alvin) (Entered: 01/07/2002) |
| 01/11/2002 | 1247 | Acknowledgment from USCA received as to Roy Ageloff RE: [1214-1] appeal, [1210-1] appeal for the( INDEX). Signed by GB (Gonzalez, Mary) (Entered: 01/11/2002) |
| 01/11/2002 | 1248 | LETTER dated 1/9/02 from deft, Piccininni to RJD: adjustment to the prison setting. (Glenn, Marilyn) (Entered: 01/16/2002) |
| 01/24/2002 | | Sentencing held Joel Nazareno (45) count(s) 3s. (Chee, Alvin) (Entered: 01/30/2002) |
| 01/24/2002 | 1249 | CALENDAR ENTRY as to Joel Nazareno ; Case called before Judge Raymond J. Dearie on date of 1/24/02 for sentence. AUSA Paul Schoeman, Maranda Fritz for deft. Deft was found guilty by jury trial on 5/3/01 to count 3 of superseding indictment. Imprisonment of 60 months. Court recommends a facility in the Northeast region for family visitation reasons. The deft shall surrender for service of sentence at the institution designated by the BOP before 2 PM on 3/11/02. Restitution: $10,000,000 jointly and severally with Thomas Plamenco. Supervised release for 3 years. Conditions of SR: 1. Deft to make periodic full financial disclosure as required by the Court to the Probation Dept. 2. Restitution in the amount of $10,000,000 jointly and severally with Thomas Plamenco. 3. Restitution payments begin 30 days from release of custody at a rate not less than $1500 per month. Rate to be adjusted from time to time by the Court in consultation with the Probation Dept. 4. Dept to make timely payments of restitution. The $50 assessment is imposed. Upon the motion of the AUSA, all open counts are dismissed. Deft is advised of right to appeal. Court Reporter: Henry Shapiro. (Chee, Alvin) (Entered: 01/30/2002) |
| 01/24/2002 | | Sentencing held Thomas Plamenco (50) count(s) 3s. (Chee, Alvin) (Entered: 01/30/2002) |
| 01/24/2002 | 1251 | CALENDAR ENTRY as to Thomas Plamenco ; Case called before Judge Raymond J. Dearie on date of 1/24/02 for sentence. AUSA Paul Schoeman, Michael Washor and Stephen Brounstein for deft. Deft was found guilty by jury trial on 5/3/01 to count 3 of superseding indictment. Imprisonment of 60 months. Court recommends a facility in the Northeast region for family visitation reasons. The Court further invites consideration that deft be placed in a alcohol abuse program. The deft shall surrender for service of sentence at the institution designated by the BOP before 2 PM on 3/11/02. Restitution: $10,000,000 jointly and severally with Joel Nazareno. Supervised release for 3 years. Conditions of SR: 1. Deft to make periodic full financial disclosure as required by the Court to the Probation Dept. 2. Restitution in the amount of $10,000,000 jointly and severally with Joel Nazareno. 3. Restitution payments begin 30 days from release of custody at a rate not less than $1500 per month. Rate to be adjusted from time to time by the Court in consultation with the Probation Dept. 4. Dept to make timely payments of restitution. The $50 assessment is imposed. Upon the motion of the AUSA, all open counts are dismissed. Deft is advised of right to appeal. Court Reporter: Henry Shapiro. (Chee, Alvin) (Entered: 01/30/2002) |
| 01/30/2002 | 1250 | JUDGMENT Joel Nazareno (45) count(s) 3s. 60 months imprisonment. 3 years supervised release. $50 Special assessment. Court recommends a facility in the Northeast region for family visitation reasons. The deft shall surrender for service of sentence at the |

| | | |
|---|---|---|
| | | institution designated by the BOP before 2 PM on 3/11/02. Conditions of SR: 1. Deft to make periodic full financial disclosure as required by the Court to the Probation Dept. 2. Restitution in the amount of $10,000,000 jointly and severally with Thomas Plamenco. 3. Restitution payments begin 30 days from release of custody at a rate not less than $1500 per month. Rate to be adjusted from time to time by the Court in consultation with the Probation Dept. 4. Dept to make timely payments of restitution. Restitution: $10,000,000 jointly and severally with Thomas Plamenco (see attached restitution order). Open counts dismissed on govt's motion. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 1/24/02) (Chee, Alvin) (Entered: 01/30/2002) |
| 01/30/2002 | 1250 | DISMISSAL of Count(s) on Government Motion as to Joel Nazareno party Joel Nazareno Counts Dismissed: Joel Nazareno (45) count(s) 3, 4. (Chee, Alvin) (Entered: 01/30/2002) |
| 01/30/2002 | 1252 | JUDGMENT Thomas Plamenco (50) count(s) 3s. Imprisonment of 60 months. 3 years supervised release. $50 special assessment. Court recommends a facility in the Northeast region for family visitation reasons. The court further invites consideration that deft be placed in a alcohol abuse program. The deft shall surrender for service of sentence at the institution designated by the BOP before 2 PM on 3/11/02. Conditions of SR: 1. Deft to make periodic full financial disclosure as required by the Court to the Probation Dept. 2. Restitution in the amount of $10,000,000 jointly and severally with Joel Nazareno. 3. Restitution payments begin 30 days from release of custody at a rate not less than $1500 per month. Rate to be adjusted from time to time by the Court in consultation with the Probation Dept. 4. Dept to make timely payments of restitution. Restitution: $10,000,000 jointly and severally with Joel Nazareno (see attached restitution order). Open counts dismissed on govt's motion. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 1/24/02) (Chee, Alvin) (Entered: 01/30/2002) |
| 01/30/2002 | 1252 | DISMISSAL of Count(s) on Government Motion as to Thomas Plamenco party Thomas Plamenco Counts Dismissed: Thomas Plamenco (50) count(s) 3, 4. (Chee, Alvin) (Entered: 01/30/2002) |
| 01/31/2002 | 1253 | Notice of Sentencing as to John Besarany: Judge Dearie will sentence the deft on 5/17/02 at 11:30 AM. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 1/31/02) (Chee, Alvin) (Entered: 02/01/2002) |
| 01/31/2002 | 1256 | LETTER dated 1/31/02 from Edward Panzer, Esq. to Hon. Raymond Dearie requesting that the 2/8/02 sentencing be adjourned until 4/16/02. (Chee, Alvin) (Entered: 02/08/2002) |
| 02/04/2002 | | ENDORSED ORDER as to Joseph Scarfone Jr.: Application granted. Sentence adjourned to 4/26/02 at 10:30 AM. Endorsed on document #1256. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 2/4/02) (Chee, Alvin) (Entered: 02/08/2002) |
| 02/05/2002 | 1254 | AMENDED JUDGMENT as to Rocco Basile: AMENDED to include on page 2 that defendant receive treatment for substance abuse. ( Signed Judge Raymond J. Dearie , on 1/31/02). Copies distributed. (Chee, Alvin) Modified on 02/05/2002 (Entered: 02/05/2002) |
| 02/05/2002 | 1255 | NOTICE OF APPEAL by Joel Nazareno (45) count(s) 3s. The Defendant appeals the judgment that was entered on 01/30/02. NO FEE PAID. Forms distributed. Judge notified. USCA notified. COUNSEL ADVISED THAT THE FEE IS DUE. (Gonzalez, Mary) (Entered: 02/08/2002) |
| 02/08/2002 | | Certified copy of docket sheet sent to USCA. [1255-1] appeal (Gonzalez, Mary) (Entered: 02/08/2002) |
| 02/08/2002 | | USCA appeal fees received as to Joel Nazareno [1255-1] appeal Fee paid $ 105.00 Receipt # 257550 (Gonzalez, Mary) (Entered: 02/08/2002) |

| | | |
|---|---|---|
| 02/19/2002 | 1257 | MAIL RETURNED: judgment returned on 2/19/02. Resent on 2/20/02. (Chee, Alvin) (Entered: 02/20/2002) |
| 02/28/2002 | 1258 | NOTICE of sentencing as to Christopher L. Miano on 7.12.2 @ 12:30pm. C/M by Chambers. (Noh, Kenneth) (Entered: 02/28/2002) |
| 03/04/2002 | 1259 | LETTER dated 2.26.2 from Susan G. Kellman to USDJ Dearie confirming that sentencing is adjourned from 3.27.2 until 4.10.2 @ 2:30pm. (Noh, Kenneth) (Entered: 03/04/2002) |
| 03/15/2002 | 1263 | CALENDAR ENTRY as to Randy Ashenfarb ; Case called before Judge Raymond J. Dearie on date of 3/15/02 for sentencing hearing. AUSA Paul Schoeman, Jerry Tritz for deft. Case called for continuation of sentencing. Sentence begun on 11/20/00 where the guilty plea to count 5 of the superseding indictment was accepted by this court. Sentence was continued to 8/3/01 and 10/10/01. Deft sentenced. It has come to the court's attention through the probation dept after this sentence conference that the sentence that was imposed today needs to be adjusted slightly. Parties were notified via the phone that they have to appear on 4/5/02 at 3 PM for the final imposition of sentence. Court Reporter: Diana Pereira. (Chee, Alvin) (Entered: 04/11/2002) |
| 03/20/2002 | 1261 | LETTER dated 3/19/02 from Michael Haber, Esq. to Hon. Raymond Dearie requesting permission for deft Tahan to attend his uncle's funeral on 3/22/02 from 9 AM to 5 PM. (Chee, Alvin) (Entered: 03/25/2002) |
| 03/20/2002 | | ENDORSED ORDER as to Paul Tahan: Application for deft to attend funeral on 3/22/02 granted. Endorsed on document #1261. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 3/20/02) (Chee, Alvin) (Entered: 03/25/2002) |
| 03/21/2002 | 1260 | USCA Scheduling Order: as to Joel Nazareno [1255-1] appeal Appeal Record due by 3/25/02 for Joel Nazareno USCA Number: 02-1097 Appellant's brief due 4/24/02. Appellee's brief due 5/24/02. Argument set for 7/8/02. (Gonzalez, Mary) (Entered: 03/21/2002) |
| 04/05/2002 | 1262 | LETTER dated 4/5/02 from William Aronwald, Esq. to Hon. Raymond Dearie requesting permission for deft Keith Ruffler to travel to San Francisco from 4/9/02 to 4/14/02. (Chee, Alvin) (Entered: 04/09/2002) |
| 04/05/2002 | | Sentencing held Randy Ashenfarb (12) count(s) 5. (Chee, Alvin) (Entered: 04/11/2002) |
| 04/05/2002 | 1264 | CALENDAR ENTRY as to Randy Ashenfarb ; Case called before Judge Raymond J. Dearie on date of 4/5/02 for sentencing hearing. AUSA Paul Schoeman, Jerry Tritz for deft. Case called for continuation of sentencing. Sentencing begun on 11/20/00 where the guilty plea to count 5 of the superseding indictment was accepted by this court. Sentence was continued to 8/3/01, 10/10/01, and 3/15/02. Deft sentenced to 3 years probation with the following conditions: 1) 6 months community service, as approved by the court through the probation department, during the probation period. 2) 250 hours per year of community service, as approved by the court through the probation department, during the probation period. 3) continued treatment with Saint Vincent's Gamblers' Anonymous Center. 4) Timely restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department. 5) Periodic full financial disclosure as required by the Court to the probation department. $100 Special assessment is imposed. Restitution in the amount of $800,000. Upon the motion of the AUSA, all open counts dismissed. Deft is advised of right to appeal. Court Reporter: Gene Rudolph. (Chee, Alvin) (Entered: 04/11/2002) |
| 04/08/2002 | | ENDORSED ORDER as to Keith Ruffler: Application granted for deft Ruffler to travel |

| | | |
|---|---|---|
| | | to San Francisco from 4/9/02 to 4/14/02. Endorsed on document #1262. C/M. ( Signed by Judge Raymond J. Dearie , on 4/8/02) (Chee, Alvin) (Entered: 04/09/2002) |
| 04/11/2002 | 1265 | JUDGMENT Randy Ashenfarb (12) count(s) 5. Probation for 3 years with conditions. $100 Special assessment. Additional probation terms: ) 6 months community service, as approved by the court through the probation department, during the probation period. 2) 250 hours per year of community service, as approved by the court through the probation department, during the probation period. 3) continued treatment with Saint Vincent's Gamblers' Anonymous Center. 4) Timely restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department. 5) Periodic full financial disclosure as required by the Court to the probation department. Restitution in the amount of $800,000 to be paid at a rate determined by the court and not less than 10% of gross earnings. Rate to be adjusted from time to time by the court in consultation with the probation dept. (see attached restitution order). Open counts dismissed on motion of the govt. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 4/5/02) (Chee, Alvin) (Entered: 04/11/2002) |
| 04/11/2002 | 1265 | DISMISSAL of Count(s) on Government Motion as to Randy Ashenfarb party Randy Ashenfarb Counts Dismissed: Randy Ashenfarb (12) count(s) 1, 2, 3, 4, 6. (Chee, Alvin) (Entered: 04/11/2002) |
| 04/12/2002 | 1266 | ORDER as to Arthur Alonzo: Ordered that Arthur Alonzo, who is currently on bail with certain restrictions, including electronic monitoring, be permitted to leave his house from 9 AM to 5 PM daily. Also ordered that future requests of this nature to adjust the bail restrictions may be approved by Pre-Trial Services with the consent of the govt without the necessity of a court order. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 4/12/02) (Chee, Alvin) (Entered: 04/15/2002) |
| 04/16/2002 | 1268 | ORDER as to Arthur Alonzo: Ordered that deft Alonzo, who is currently on bail with certain restrictions, including electronic monitoring, be permitted to leave his house from 9 AM to 5 PM daily. Ordered that future requests of this nature to adjust the bail restrictions may be approved by PTS with the consent of the govt without the necessity of a court order. Copy faxed to Mr. Ginsberg, Esq. ( Signed by Judge Nina Gershon in the absence of Judge Dearie , on 4/16/02) (Chee, Alvin) (Entered: 04/25/2002) |
| 04/25/2002 | 1267 | LETTER dated 4/15/02 from Joel Sickler, Director of National Center on Institutions and Alternatives, to Hon. Raymond Dearie requesting that the court write to FPC Ft. Dix Warden Nancy Bailey and judicially recommend that Mr. Medaglia be granted 180 days of pre-release halfway house confinement. (Chee, Alvin) (Entered: 04/25/2002) |
| 04/25/2002 | | ENDORSED ORDER as to Paul Medaglia: After careful consideration of this request (for 180 days of pre-release halfway house confinement), and following a full review of the sentencing file, the court declines to make any recommendation. Endorsed on document #1267. C/M. ( Signed by Judge Raymond J. Dearie , on 4/25/02) (Chee, Alvin) (Entered: 04/25/2002) |
| 04/26/2002 | | Sentencing held John Asaro (11) count(s) 7. (Chee, Alvin) (Entered: 05/07/2002) |
| 04/26/2002 | 1271 | CALENDAR ENTRY as to John Asaro ; Case called before Judge Raymond J. Dearie on date of 4/26/02 for sentencing. AUSA Paul Schoeman, Lawrence Fagenson for deft. Court finds that the plea of guilty taken before MJ Pollak on 10/5/99 was done knowingly and willfully and formally accepts plea of guilty to count 7 of the 34 count superseding indictment. 3 years probation. Restitution in the amount of $100,000. Conditions of probation: 1) Within 30 days, $10,000 to be paid toward restitution. Thereafter, restitution payments of $1000 per month. The rate to be adjusted from time to time by the court in consultation with the probation dept. 2) Deft to make periodic full financial disclosure as |

| | | |
|---|---|---|
| | | required by the court to the probation dept. 3) Deft to comply with the terms of the restitution order. Special assessment of $100. Open counts dismissed. Court advises deft of right to appeal. Court Reporter: Burt Sulzer. (Chee, Alvin) (Entered: 05/07/2002) |
| 04/26/2002 | | Sentencing held Joseph Scarfone (55) count(s) 1. (Chee, Alvin) (Entered: 05/07/2002) |
| 04/26/2002 | 1276 | CALENDAR ENTRY as to Joseph Scarfone Jr.; Case called before Judge Raymond J. Dearie on date of 4/26/02 for sentencing. AUSA Paul Schoeman, Edward Panzer for deft. Court finds that the plea of guilty taken before MJ Pollak on 4/7/00 was done knowingly and willfully and formally accepts plea of guilty to count 1 of 34 count superseding indictment in cr98-1129(S) and count 1 of 1 count information in cr 00-358. Probation for 3 years on each count, to run concurrently. Conditions of probation: 1) Deft to comply with the terms of the restitution order. 2) Deft to make periodic full financial disclosure as required by the court to the probation dept. 3) 250 hours of community service per year the first two years of probation as approved by the probation department. 4) Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department. Restitution: $5,000,000 jointly and severally liable with co-deft Joseph Dibella. Special assessment: $100 in cr-98-1129 and $50 in cr-00-358 for total of $150. AUSA moves to dismiss open counts granted. Court advises deft of right to appeal. Court Reporter: Burt Sulzer. (Chee, Alvin) Modified on 05/07/2002 (Entered: 05/07/2002) |
| 04/30/2002 | 1269 | SEALED DOCUMENT as to Arthur Alonzo containing endorsed order. (Chee, Alvin) (Entered: 04/30/2002) |
| 05/07/2002 | 1272 | JUDGMENT John Asaro (11) count(s) 7. 3 years probation. Additional Probation terms: 1) within 30 days, $10,000 to be paid towards restitution. Thereafter, restitution payments of $1,000 per month. The rate to be adjusted from time to time by the court in consultation with the probation department. 2) Deft to make periodic full financial disclosure as required by the court to the probation dept. 3) deft to comply with the terms of the restitution order. Special assessment of $100. Restitution in the amount of $100,000. The deft shall make by 5/27/02 the following lump sum restitution payment: $10,000. Thereafter, restitution payments of $1,000 per month. Rate to be adjusted from time to time by the Court in consultation with probation dept. See attached restitution order for further details. All open counts dismissed. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 4/26/02). (Chee, Alvin) (Entered: 05/07/2002) |
| 05/07/2002 | 1272 | DISMISSAL of Count(s) on Government Motion as to John Asaro party John Asaro Counts Dismissed: John Asaro (11) count(s) 5, 6, 8. (Chee, Alvin) (Entered: 05/07/2002) |
| 05/07/2002 | 1273 | ORDER as to John Asaro: Ordered that the Clerk's office unseal the record of deft Asaro's guilty plea before MJ Pollak on 10/5/99. ( Signed by Judge Raymond J. Dearie , on 5/7/02) (Chee, Alvin) (Entered: 05/07/2002) |
| 05/07/2002 | 1274 | ORDER as to Joseph Scarfone Jr.: Ordered that that Clerk's office unseal the record of Joseph Scarfone's guilty plea on 4/7/00. ( Signed by Judge Raymond J. Dearie , on 5/7/02) (Chee, Alvin) (Entered: 05/07/2002) |
| 05/07/2002 | 1277 | JUDGMENT Joseph Scarfone (55) count(s) 1. Probation for 3 years on each count, to run concurrently. Conditions of probation: 1) Deft to comply with the terms of the restitution order. 2) Deft to make periodic full financial disclosure as required by the court to the probation dept. 3) 250 hours of community service per year the first two years of probation as approved by the probation department. 4) Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department. Restitution: $5,000,000 jointly and severally liable with co-deft Joseph Dibella. |

| | | |
|---|---|---|
| | | Restitution payments at a rate to be determined by the court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the court in consultation with the probation department. (See attached restitution plan.) Special assessment: $100 in cr-98-1129, $50 in 00-cr-358 for total of $150. AUSA moves to dismiss open counts granted. Copies distributed (Signed by Judge Raymond J. Dearie , on 4/26/02) (Chee, Alvin) (Entered: 05/07/2002) |
| 05/07/2002 | 1277 | DISMISSAL of Count(s) on Government Motion as to Joseph Scarfone Jr. party Joseph Scarfone Counts Dismissed: Joseph Scarfone (55) count(s) 2, 3, 4, 7, 8. (Chee, Alvin) (Entered: 05/07/2002) |
| 05/10/2002 | 1278 | NOTICE of sentencing as to Keith Ruffler, Kirk Ruffler: Judge Dearie will sentence the defts on 10/4/02 at 11:30 AM. The court has set the following schedule: Presentence report due 7/26/02, defense submissions by 8/26/02, govt submissions by 9/23/02. C/M by chambers. (Chee, Alvin) (Entered: 05/13/2002) |
| 05/13/2002 | 1279 | LETTER dated 5/13/02 from AUSA Paul Schoeman to Hon. Raymond Dearie opposing a downward departure. The govt takes no position on what range the deft should be sentenced. (Chee, Alvin) (Entered: 05/14/2002) |
| 05/14/2002 | 1280 | SENTENCING MEMORANDUM by Frank J. Pizzolato. (Chee, Alvin) (Entered: 05/15/2002) |
| 05/16/2002 | 1282 | LETTER dated 5/16/02 from Michael Haber, Esq. to Hon. Raymond Dearie requesting permission for deft Tahan to travel to the Southern District of Florida (Broward County) from 5/31/02 to 6/3/02. Mr. Tahan also requests permission to attend a graduation reception on 6/15/02. (Chee, Alvin) (Entered: 05/24/2002) |
| 05/16/2002 | | ENDORSED ORDER as to Paul Tahan: Application approved allowing deft to travel to Florida from 5/31/02 to 6/3/02, and to attend a graduation reception on 6/15/02. Endorsed on document #1282. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 5/16/02) (Chee, Alvin) (Entered: 05/24/2002) |
| 05/20/2002 | 1281 | LETTER dated 5/20/02 from Lawrence Hochheiser, Esq. to Hon. Raymond Dearie informing the court of address change. Docket updated. (Chee, Alvin) (Entered: 05/24/2002) |
| 05/20/2002 | 1289 | LETTER dated 5/14/02 from Robert Tate, Esq. to Hon. Raymond Dearie requesting an adjournment of the 5/17/02 sentencing. (Chee, Alvin) (Entered: 06/21/2002) |
| 05/20/2002 | | ENDORSED ORDER as to John Besarany: Clerk to reschedule sentencing for early July. {Sentence re-scheduled to 7/15/02 at 12 PM}. Endorsed on document #1289. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 5/20/02) (Chee, Alvin) (Entered: 06/21/2002) |
| 05/21/2002 | 1283 | LETTER dated 5/21/02 from AUSA Paul Schoeman to Hon. Raymond Dearie opposing deft's motion for a downward departure. (Chee, Alvin) (Entered: 05/24/2002) |
| 05/28/2002 | 1284 | ORDER as to Arthur Alonzo: Ordered that based upon the attached application of Lee Ginsberg, Esq., atty for Arthur Alonzo and based upon the deft's current inability to pay the fee's for electronic monitoring; any current payments due or future expenses incurred for electronic monitoring costs are waived, until such time as the deft has the ability to make said payments. C/M. ( Signed by Judge Raymond J. Dearie , on 5/28/02) (Chee, Alvin) (Entered: 05/30/2002) |
| 06/03/2002 | 1285 | LETTER dated 6/3/02 from AUSA Paul Schoeman to Hon. Raymond Dearie advising the court that the govt has completed the compilation of the database of victims and their respective losses. Counsel suggests that the defts be accorded 60 days from today to file |

| | | |
|---|---|---|
| | | any objections that they may have. (Chee, Alvin) (Entered: 06/05/2002) |
| 06/03/2002 | 1286 | Report of Victim Information for purposes of Court-ordered restitution. (Chee, Alvin) (Entered: 06/05/2002) |
| 06/04/2002 | 1287 | ORDER as to All Defts: The Court has received the govt's submission entitled "Report of Victim Information for Purposes of Court-Ordered Restitution," and the accompanying cover letter, both dated 6/3/02. The court notes the govt's promise to furnish a copy of the report to any deft who so requests so that they may submit objections. Any deft who wishes to submit such objections must do so by 8/4/02. C/M to AUSA. (signed Hon. Raymond Dearie, 6/4/02) (Chee, Alvin) (Entered: 06/06/2002) |
| 06/07/2002 | 1288 | NOTICE of sentencing as to Frank J. Pizzolato: Judge Dearie will sentence deft Pizzolato on 7/19/02 at 11:30 AM. The court has set the following schedule: Defense submissions by 7/3/02; govt submissions by 7/15/02. (Chee, Alvin) (Entered: 06/10/2002) |
| 07/10/2002 | 1290 | LETTER dated 7/9/02 from Robert Tate, Esq. to Hon. Raymond Dearie requesting that the 7/15/02 sentence date be adjourned until early September. (Chee, Alvin) (Entered: 07/11/2002) |
| 07/10/2002 | | ENDORSED ORDER as to John Besarany: Application granted. 7/15/02 sentence adjourned to 9/5/02. Endorsed on document #1290. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 7/10/02) (Chee, Alvin) (Entered: 07/11/2002) |
| 07/16/2002 | 1291 | NOTICE of sentencing as to Christopher L. Miano: Judge Dearie will sentence the deft on 11/8/02 at 10 AM. The Court has set the following schedule: Defense submissions by 10/11/02, govt submissions by 10/25/02. C/M by chambers. (signed Hon. Raymond Dearie, 7/16/02) (Chee, Alvin) (Entered: 07/17/2002) |
| 07/16/2002 | 1292 | SEALED DOCUMENT as per order of Judge Dearie. Letter dated 7/9/02. (Chee, Alvin) (Entered: 07/18/2002) |
| 07/25/2002 | 1293 | NOTICE of sentencing as to Frank J. Pizzolato on 9.18.2 @ 10:30am. C/m by chambers. (Noh, Kenneth) Modified on 07/25/2002 (Entered: 07/25/2002) |
| 08/05/2002 | 1295 | LETTER dated 8/5/02 from William Aronwald, Esq. to Hon. Raymond Dearie requesting a modification of the notice of sentencing. (Chee, Alvin) (Entered: 08/21/2002) |
| 08/12/2002 | | Certified and transmitted RECORD on appeal to U.S. Court of Appeals as to Roy Ageloff : [1214-1] appeal, [1210-1] appeal. Documents: 83,84,158,200,228,235,231,259,263,319,368,331,342,343,349,35 3,357,370,371,375,373,374,377,378,384,389,394,397,399,403,40 6,407,537,545,549,550,554,558,589,590,592,598,616,642,648,65 3,658,663,660,670,671,676,679,680,688,689,692,696,720,721,72 6,728,772,791,857,917,946,947,952,975,1007,1008,1023,1034,10 36,1037,1186,1185,1087,1149,1197,1207,1215,1206,1208,1208,1 2 10,1216,1214,1229. The remaining documents are missing including #409. USCA#01-1367; 01-1481. This record was requested by Vencenza Singelton. It is being sent to her attention. Acknowledgment requested. (McGee, Maryann) Modified on 08/12/2002 (Entered: 08/12/2002) |
| 08/14/2002 | | This AMENDED INDEX and accompanying RECORD supercedes earlier appeal to U.S. Court of Appeals as to Robert Catoggio : [1171-1] appeal per Asst. Operations Mgr. Acknowledgment requested. The following documents were sent to the USCA: 1- 5,20,22,29,30,37,42,44,50,46-48,53,55,62,63,66,67,68,71, 76,69,70,84,241,200,293,385,386,387,388,396,405,46,541,569 588,591,600,639,638,646,650,651,672,655,656,657,695,691,701 710,713,716,725,731,733,751,759,767,789,793,842,858,889,916 |

| | | |
|---|---|---|
| | | 963,953,954,1018,1022,1028,1112,1144,1145,1161,1154,1156, 1159,1160,1162,1171,570. RECORD REQUESTED BY VENCENZA SINGELTON. IT IS BEING SENT TO HER ATTENTION. ACKNOWLEDGMENT REQUESTED. USCA#01-1367. (McGee, Maryann) Modified on 08/14/2002 (Entered: 08/14/2002) |
| 08/14/2002 | 1296 | CALENDAR ENTRY as to Arthur Alonzo ; Case called before Magistrate A. S. Chrein on date of 8/14/02 for bond modification. AUSA Paul Schoeman, Louis Freeman for deft. Bond modification on consent. New bond drafted (superseding bond). Suretor advised of obligations of signing bond. Deft given bail warnings. Tape # 02/201 (5356-6028). (Chee, Alvin) (Entered: 08/22/2002) |
| 08/14/2002 | 1297 | Superseding Unsecured BOND entered by Arthur Alonzo in Amount $ 500,000. Bail Limits: State of NY. Deft shall surrender all passports to PTS. Deft must report to PTS as directed by PTS. Deft must undergo random drug testing. Deft's mother to sign bond by 8/22/02. ( Signed by Magistrate A. S. Chrein , dated 8/14/02) (Chee, Alvin) (Entered: 08/22/2002) |
| 08/16/2002 | 1294 | Acknowledgment from USCA received as to Roy Ageloff RE: [1214-1] appeal, [1210-1] appeal. Acknowledgment signed by V.S. on 8/15/02. USCA#01-1367 (McGee, Maryann) (Entered: 08/20/2002) |
| 08/19/2002 | | ENDORSED ORDER as to Keith Ruffler, Kirk Ruffler: Briefing schedule revised as follows: Defense submissions, if any, due 10/18/02. Govt submissions by 11/1/02. Sentence for defts Keith and Kirk Ruffler scheduled for 11/26/02 at 11:30 AM. This Court will not entertain any further requests for adjournment. Endorsed on document #1295. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 8/19/02) (Chee, Alvin) (Entered: 08/21/2002) |
| 08/21/2002 | 1298 | LETTER dated 8/21/02 from John Ragano, Esq. to Hon. Raymond Dearie requesting the Court's assistance for a release of the lien of Mr. Rosetti's property. (Chee, Alvin) (Entered: 08/27/2002) |
| 08/24/2002 | 1299 | MOTION by Roy Ageloff to extend time until 10/1/02 to file his objection to the report of victims identified and loss calculations. [1299-1] motion. (Chee, Alvin) (Entered: 08/27/2002) |
| 08/26/2002 | | ENDORSED ORDER as to Joseph Rosetti: US Attorney to respond to the request for the release of the lien of Mr. Rosetti's property by 9/10/02. Endorsed on document #1298. C/M. ( Signed by Judge Raymond J. Dearie , on 8/26/02) (Chee, Alvin) (Entered: 08/27/2002) |
| 08/26/2002 | | ENDORSED ORDER as to Roy Ageloff granting [1299-1] motion to extend time until 10/1/02 for deft to respond to the Report of victims identified and loss calculations. Endorsed on document #1299. C/M. ( Signed by Judge Raymond J. Dearie , on 8/26/02) (Chee, Alvin) (Entered: 08/27/2002) |
| 08/26/2002 | 1301 | LETTER dated 8/20/02 from Roy Ageloff to AUSA Paul Schoeman informing Mr. Schoeman that he needs an additional 60 days to file a response to the "Database of victims and their respective losses." (Chee, Alvin) (Entered: 08/29/2002) |
| 08/28/2002 | 1300 | LETTER dated 8/13/02 from William I. Aronwald, Esq to Judge Dearie, requesting that the schedule be revised to insure sufficient time to review and address the presentence report, discuss its contents with dft, and make any necessary submissions on dft's behalf. (Fahey, Lauren) (Entered: 08/28/2002) |
| 08/29/2002 | 1302 | SCHEDULING ORDER as to Christopher L. Miano. Please note that a status conference will be held on: September 13, 2002 at 2:15 PM. C/m by chambers. ( Signed by Judge Raymond J. Dearie, on August 27, 2002 ) (Delions, Aaron) (Entered: 08/29/2002) |

| | | |
|---|---|---|
| 09/04/2002 | 1303 | NOTICE of sentencing as to John Besarany: Judge Dearie will sentence the deft on 10/10/02 at 11 AM. C/M by chambers. (signed Hon. Raymond Dearie, 9/4/02) (Chee, Alvin) (Entered: 09/05/2002) |
| 09/09/2002 | 1304 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Robert Catoggio (Gonzalez, Mary) (Entered: 09/09/2002) |
| 09/09/2002 | | Certified and transmitted The First Supplemental record on appeal to U.S. Court of Appeals as to Robert Catoggio : [1171-1] appeal . Acknowledgment requested. PLEASE NOTE: THIS RECORD IS BEING SENT TO VINCENZA SINGELETON AS PER HER REQUEST. IT CONTAINS ONLY ONE DOCUMENT WHICH IS UNDER SEAL THE PSI. (Gonzalez, Mary) (Entered: 09/09/2002) |
| 09/10/2002 | 1305 | LETTER dated 9/10/02 from AUSA James Knapp to Hon. Raymond Dearie in response to the 8/21/02 letter from John Ragano, Esq. and the Court's order of 8/26/02. The govt is unwilling to release the lien on the premises, based solely on Mrs. Rosetti's nominal interest in the premises. However, if Mrs. Rosetti will submit a complete and accurate financial dislosure and can document that she contributed funds toward the purchase of the premises, the govt will consider releasing its lien as to that amount. (Chee, Alvin) (Entered: 09/13/2002) |
| 09/13/2002 | 1306 | CALENDAR ENTRY as to Christopher L. Miano ; Case called before Judge Raymond J. Dearie on date of 9/13/02 for status conference. AUSA Paul Schoeman, Mark Arisohn for deft. Case called for status conference regarding pre-trial memo dated 8/26/02. Discussion held on the record. Sentence adjourned to 5/23/03 at 11 AM. Court Reporter: Diana Pereira. (Chee, Alvin) (Entered: 09/18/2002) |
| 09/19/2002 | 1307 | MANDATE OF USCA (certified copy) as to Roy Ageloff Re: [1210-1] appeal dismissing the appeal . The motion for dismissal of appeal is granted. Issued as mandate on 9/11/02. Judge notified. Ackn mailed. USCA #01-1367. (Gonzalez, Mary) (Entered: 09/20/2002) |
| 09/20/2002 | 1310 | CALENDAR ENTRY as to Frank J. Pizzolato ; Case called before Judge Raymond J. Dearie on date of 9/20/02 for sentencing. AUSA Paul Schoeman, Susan Kellman for deft. Pursuant to the agreement of Judge Dearie, Judge Glasser and the parties, Judge Dearie will sentence the deft in case CR 98-1129 assigned to RJD and in case CR 02-138 assigned to Judge Glasser. Court finds that the plea of guilty taken before MJ Pollak on 3/9/00 was done knowingly and willfully and formally accepts plea of guilty to count 7 of the 34 count superseding indictment under docket # CR 98-1129(S). Judge Glasser accepted plea of guilty to count 9 of the 20 count indictment on 9/10/01 under docket # CR 02-138. Deft sentenced to 15 months imprisonment. One year and one day attributable to CR 98-1129(S) and balance of sentence, 3 months, to run consecutive, attributable to CR 02-138, pursuant to 18:3147. Deft to surrender to the designated institution on 1/6/03 by 2 PM. The Court recommends that deft be designated to an institution in the Nevada region and further invites consideration of FPC Nellis. Supervised release of 3 years on count 7 of CR 98-1129(S) and count 9 of CR 02-138, to run concurrently. Special conditions of SR: 1) Deft to make periodic full financial disclosure as and when required by the Court to the Probation Dept. 2) Restitution in the amount of $3,060,148.92 jointly and severally with Paul Geraci and Alan Longo under docket number CR 02-138(ILG). 3) Restitution payments to begin 30 days from release of custody at a rate not less than 10% of gross earnings. Rate to be adjusted from time to time by the Court in consultation with the probation dept under docket number CR 02-138. (List of restitution victims attached to the J&C). Special assessment of $100 on each count for a total of $200. AUSA moves to dismiss all open counts. Granted. Court advises deft of the right to appeal. Court Reporter: ESR. (Chee, Alvin) (Entered: 10/16/2002) |

| | | |
|---|---|---|
| 09/20/2002 | | Sentencing held Frank J. Pizzolato (49) count(s) 7. (Chee, Alvin) (Entered: 10/16/2002) |
| 09/24/2002 | 1308 | ORDER as to Joseph Rosetti: The Court is in receipt of an exchange of correspondence regarding the govt's lien on the deft's residence in Queens, NY. Counsel for the deft asks that the lien be released, and the govt has declined to do so for the reasons summarized in a letter to the Court, dated 9/10/02. It is not at all clear that the Court has jurisdiction to act in this manner. In any event, for the reasons stated in the govt's letter, and absent any legal authority to the contrary, the Court does not find a basis for relief. The govt has agreed to consider any submission documenting Mrs. Rosetti's financial contribution to the home in deciding whether to release or modify the lien. Upon the presentation of such documentation, the parties are encouraged to pursue any available options to avoid unfairly prejudicing Mrs. Rosetti or her family. C/M. ( Signed by Judge Raymond J. Dearie , on 9/24/02) (Chee, Alvin) (Entered: 09/25/2002) |
| 10/07/2002 | 1309 | LETTER dated 10/1/02 from Robert Tate, Esq. to Hon. Raymond Dearie requesting an adjournment of Mr. Besarany's 10/10/02 sentence. (Chee, Alvin) (Entered: 10/09/2002) |
| 10/07/2002 | | ENDORSED ORDER as to John Besarany: Application approved. The 10/10/02 sentence is adjourned to 1/24/03 at 10 AM. This Court will not entertain any further adjournment requests. Endorsed on document #1309. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 10/7/02) (Chee, Alvin) (Entered: 10/09/2002) |
| 10/09/2002 | 1325 | Deft Roy Ageloff's objections to United States' Report of Victim Information for Purposes of Court-Ordered Restitution. (Chee, Alvin) (Entered: 01/23/2003) |
| 10/15/2002 | 1326 | MOTION by Roy Ageloff to strike plaintiff United States' Report of Victim Information for purposes of Court-Ordered Restitution . Memo of law in support attached. [1326-1] motion. (Chee, Alvin) (Entered: 01/23/2003) |
| 10/16/2002 | 1311 | JUDGMENT Frank J. Pizzolato (49) count(s) 7. Deft sentenced to 15 months imprisonment. One year and one day attributable to CR 98-1129(S) and balance of sentence, 3 months, to run consecutive, attributable to CR 02-138, pursuant to 18:3147. Deft to surrender to the designated institution on 1/6/03 by 2 PM. The Court recommends that deft be designated to an institution in the Nevada region and further invites consideration of FPC Nellis. Supervised release of 3 years on count 7 of CR 98-1129(S) and count 9 of CR 02-138, to run concurrently. Special conditions of SR: 1) Deft to make periodic full financial disclosure as and when required by the Court to the Probation Dept. 2) Restitution in the amount of $3,060,148.92 jointly and severally with Paul Geraci and Alan Longo under docket number CR 02-138(ILG). 3) Restitution payments to begin 30 days from release of custody at a rate not less than 10% of gross earnings. Rate to be adjusted from time to time by the Court in consultation with the probation dept under docket number CR 02-138. (List of restitution victims, marked as Court exhibit #1, attached to the J&C). Special assessment of $100 on each count for a total of $200. All open counts dismissed on the motion of the AUSA. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 10/15/02) (Chee, Alvin) (Entered: 10/16/2002) |
| 10/16/2002 | 1311 | DISMISSAL of Count(s) on Government Motion as to Frank J. Pizzolato party Frank J. Pizzolato Counts Dismissed: Frank J. Pizzolato (49) count(s) 1, 2, 3, 4, 5, 6, 8. (Chee, Alvin) (Entered: 10/16/2002) |
| 10/21/2002 | 1313 | MOTION by Roy Ageloff for order re-confirming restitution payment schedule and directing clerk to serve said order on Federal Bureau of Prisons . [1313-1] motion. (Chee, Alvin) (Entered: 11/20/2002) |
| 11/04/2002 | | ENDORSED ORDER as to Roy Ageloff: Clerk to forward copy of Mr. Ageloff's motion (document #1313) to AUSA Schoeman for response. Endorsed on document #1313. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 11/4/02) (Chee, Alvin) (Entered: |

| | | 11/20/2002) |
|---|---|---|
| 11/08/2002 | 1312 | LETTER dated 11/1/02 from AUSA Paul Schoeman to USDJ Raymond J. Dearie requesting downward departure pursuant to USSG 5k1.1 as to Keith Ruffler. (Noh, Kenneth) (Entered: 11/08/2002) |
| 11/22/2002 | | Certified and transmitted (INDEX) record on appeal to U.S. Court of Appeals as to Joel Nazareno : [1255-1] appeal . Acknowledgment requested. (Gonzalez, Mary) (Entered: 11/22/2002) |
| 11/25/2002 | 1327 | LETTER dated 11/19/02 from Roy Ageloff to Hon. Raymond J. Dearie serving as Mr. Ageloff's notice of the govt's decision not to respond in opposition to the pending motion to strike Govt's victim restitution report on the grounds that it was time-barred under the applicable federal statute. Deft requests that the Court treat the motion to strike as unopposed and grant the relief requested. (Chee, Alvin) (Entered: 01/23/2003) |
| 11/26/2002 | | Sentencing held Kirk Ruffler (53) count(s) 2. (Chee, Alvin) (Entered: 12/18/2002) |
| 11/26/2002 | 1317 | CALENDAR ENTRY as to Kirk Ruffler ; Case called before Judge Raymond J. Dearie on date of 11/26/02 for sentencing. AUSA Paul Schoeman and Ben Campbell, Lawrence Hochheiser for deft. Court finds that the plea of guilty taken before MJ Pollak on 2/9/00 was done knowingly and willfully and formally accepts the plea of guilty to count two of the 34 count superseding indictment. Deft sentenced to 3 years probation. Conditions of probation: 1) Deft to make full financial disclosure as required by the Court to the Probation dept. 2) Restitution in the amount of $600,000. Restitution payments at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the Probation Dept. 3) Deft to comply with the terms of the restitution order. Special assessment of $100. AUSA moves to dismiss open counts. Motion granted. Deft is advised of his right to appeal. Court Reporter: Marsha Diamond. (Chee, Alvin) (Entered: 12/18/2002) |
| 11/26/2002 | | Sentencing held Keith Ruffler (52) count(s) 2. (Chee, Alvin) (Entered: 12/18/2002) |
| 11/26/2002 | 1319 | CALENDAR ENTRY as to Keith Ruffler ; Case called before Judge Raymond J. Dearie on date of 11/26/02 for sentencing. AUSA Paul Schoeman and Ben Campbell, William Aronwald for deft. Court finds that the plea of guilty taken before MJ Pollak on 2/9/00 was done knowingly and willfully and formally accepts the plea of guilty to count two of the 34 count superseding indictment. Deft sentenced to 3 years probation. Conditions of probation: 1) Deft to make full financial disclosure as required by the Court to the Probation dept. 2) Restitution in the amount of $600,000. Restitution payments at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the Probation Dept. 3) Deft to comply with the terms of the restitution order. 4) Deft to receive treatment for substance abuse, including out-patient treatment as required, as approved by the Probation Dept. Deft to contribute to the cost of services. Special assessment of $100. AUSA moves to dismiss open counts. Motion granted. Deft is advised of his right to appeal. Court Reporter: Marsha Diamond. (Chee, Alvin) Modified on 12/18/2002 (Entered: 12/18/2002) |
| 11/29/2002 | 1328 | LETTER dated 11/22/02 from Roy Ageloff to Pro Se Writ Clerk in response the refusal of the Clerk's Office to file various motions submitted by the deft. Deft's motion for an order directing Clerk to reopen case, correct docket sheet, and file deft's objections to the Victim Restitution Report and deft's motion to strike Victim Restitution Report attached. (Chee, Alvin) (Entered: 01/23/2003) |
| 11/29/2002 | 1329 | Deft Roy Ageloff's motion for order directing Clerk to reopen case, correct docket sheet, and file deft's objections to victim restitution report and deft's motion to strike vicitim |

| | | restitution report. (Chee, Alvin) (Entered: 01/23/2003) |
|---|---|---|
| 12/02/2002 | 1330 | LETTER dated 12/2/02 from Ana Rodriguez, Pro Se Writ Clerk, to Roy Ageloff informing Mr. Ageloff that his letter dated 11/29/02 indicating that the "case is not closed" and attached motion papers were forwarded to Judge Dearie's chambers. (Chee, Alvin) (Entered: 01/23/2003) |
| 12/05/2002 | 1331 | LETTER dated 12/5/02 from AUSA Paul Schoeman to Hon. Raymond J. Dearie addressing several pro se submissions of deft Roy Ageloff. The govt requests until 1/15/03 to address these submissions. (Chee, Alvin) (Entered: 01/23/2003) |
| 12/13/2002 | 1314 | Acknowledgment from USCA received INDEX as to Joel Nazareno RE: [1255-1] appeal. Acknowledgment signed by D.C. on 11/25/02. USCA#02-1097. (McGee, Maryann) (Entered: 12/13/2002) |
| 12/16/2002 | 1332 | LETTER dated 12/6/02 from Roy Ageloff to Ana Rodriguez, Pro Se Writ Clerk, requesting information on when his various submissions will be docketed. (Chee, Alvin) (Entered: 01/23/2003) |
| 12/16/2002 | 1333 | LETTER dated 12/6/02 from Roy Ageloff to Hon. Raymond J. Dearie requesting to withdraw his motion for "an order reconfirming restitution payment schedule and directing clerk to serve said order on the BOP." Motion terminated. (Chee, Alvin) (Entered: 01/23/2003) |
| 12/16/2002 | 1334 | LETTER dated 12/10/02 from Roy Ageloff to Hon. Raymond J. Dearie responding to the govt's 12/5/02 letter. The deft does not object to the extension of time requested by the govt, however, the deft contests and opposes the govt's position that this Court lacks the inherent authority to cause BOP officials at FCC-Coleman to allow deft to contact and retain counsel for the purpose of the post-conviction restitution proceedings now pending before this Court from the prison setting via an unmonitored legal phone call. (Chee, Alvin) (Entered: 01/23/2003) |
| 12/18/2002 | 1318 | JUDGMENT Kirk Ruffler (53) count(s) 2. Deft sentenced to 3 years probation. Conditions of probation: 1) Deft to make full financial disclosure as required by the Court to the Probation dept. 2) Restitution in the amount of $600,000. Restitution payments at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the Probation Dept. 3) Deft to comply with the terms of the restitution order. Restitution order attached. Special assessment of $100. All open counts dismissed on the govt's motion. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 12/10/02) (Chee, Alvin) (Entered: 12/18/2002) |
| 12/18/2002 | 1318 | DISMISSAL of Count(s) on Government Motion as to Kirk Ruffler party Kirk Ruffler Counts Dismissed: Kirk Ruffler (53) count(s) 1, 3, 4, 5, 6, 7, 8, 9, 10. (Chee, Alvin) (Entered: 12/18/2002) |
| 12/18/2002 | 1320 | JUDGMENT Keith Ruffler (52) count(s) 2. Deft sentenced to 3 years probation. Conditions of probation: 1) Deft to make full financial disclosure as required by the Court to the Probation dept. 2) Restitution in the amount of $600,000. Restitution payments at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the Probation Dept. 3) Deft to comply with the terms of the restitution order. 4) Deft to receive treatment for substance abuse, including out-patient treatment as required, as approved by the Probation Dept. Deft to contribute to the cost of services. Special assessment of $100. Restitution order attached. All open counts dismissed on govt's motion. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 12/10/02) (Chee, Alvin) (Entered: 12/18/2002) |
| 12/18/2002 | 1320 | DISMISSAL of Count(s) on Government Motion as to Keith Ruffler party Keith Ruffler |

| | | |
|---|---|---|
| | | Counts Dismissed: Keith Ruffler (52) count(s) 1, 3, 4, 5, 6, 7, 8, 9, 10. (Chee, Alvin) (Entered: 12/18/2002) |
| 12/30/2002 | 1321 | LETTER dated 12/30/02 from Michael Haber, Esq. to Hon. Raymond Dearie requesting a modification in deft's conditions of Pre-Trial release to include travel within the EDNY and SDNY. (Chee, Alvin) (Entered: 01/02/2003) |
| 12/30/2002 | | ENDORSED ORDER as to Paul Tahan: Application approved. Deft's travel restriction is modified to include travel within the EDNY and SDNY. Endorsed on document #1321. C/M by chambers. ( Signed by Judge Raymond J. Dearie , on 12/30/02) (Chee, Alvin) (Entered: 01/02/2003) |
| 01/07/2003 | 1324 | ORDER as to Jaime Scott Morrill: Ordered that the jurisdiction of the probationer is transferred to the Southern District of Florida. C/M. ( Signed by Judge Raymond J. Dearie , on 1/7/03) (Chee, Alvin) (Entered: 01/14/2003) |
| 01/08/2003 | 1322 | Record on Appeal as to Roy Ageloff returned from U.S. Court of Appeals containing documents numbered 1-5,20,29,30,37,42,44,46,47,50,53,55,62,63,66,67,68,69,71,7 6 ,83,84,200,228,231,235,357,368,370,371,373,374,375,377,384- 3 89,394,396-399,403-407,519,521,537,541,545,546,549,550,554, 5 58,569,590,588-592,594,598,600,616,638,639,642,646,648,650, 6 52,653,655,656,657,658,660,663,671,676,679,680,688,691-693, 6 96,701,710,713,716,720,721,725,726,728,731,732,733,751,767, 7 89,791,793,842,857,858,889,916,917,946,952,953,963,975,1007 , 1008,023,1121,1144,1145,1149,1154,1156,1159,1160,1162,1171, 1 185,1186,1197,1206,1207,1214,1215,1216. (Copy of this form returned to Fred Nunnery c/o Court of Appeals.) USCA#01/1367. (Drayton, Lorraine) (Entered: 01/08/2003) |
| 01/13/2003 | 1323 | ORDER as to Jaime Scott Morrill: The Court orders the modification of conditions as noted above upon the request of USPO Eric Harmon: "The deft shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the US Probation Office. Participation may include in-patient/out-patient treatment, if deemed necessary. The supervised releasee will contribute to the costs of services rendered (co-payment) in the amount determined by the Probation Office, based on ability to pay, or availability of third-party payment. C/M. ( Signed by Judge Raymond J. Dearie , on 12/27/02) (Chee, Alvin) (Entered: 01/14/2003) |
| 01/15/2003 | 1335 | LETTER dated 1/15/03 from AUSA Paul Schoeman to Hon. Raymond J. Dearie requesting that Mr. Ageloff's recent pro se submissions be docketed and held in abeyance while deft's appeal is pending. (Chee, Alvin) (Entered: 01/23/2003) |
| 01/24/2003 | 1336 | ORDER as to Roy Ageloff: The Court is in receipt of deft's pro se submissions, dated 10/1/02, 10/9/02, 10/30/02, and 11/19/02. Deft's conviction is currently on appeal before the Second Circuit. For the reasons stated in the Govt's letter of 1/15/03, this Court recognizes that it does not have jurisdiction to dispose of the matters raised in deft's submissions while his appeal is pending before the circuit court. Accordingly, these motions and letters will be docketed and held in abeyance until a mandate is issued by the Second Circuit. C/M. ( Signed by Judge Raymond J. Dearie , on 1/24/03) (Chee, Alvin) (Entered: 01/27/2003) |
| 01/24/2003 | | Sentencing held John Besarany (16) count(s) 3s. (Chee, Alvin) (Entered: 02/04/2003) |
| 01/24/2003 | 1337 | CALENDAR ENTRY as to John Besarany ; Case called before Judge Raymond J. Dearie on date of 1/24/03 for sentencing. AUSA Paul Schoeman, Robert Tate for deft. Court finds that the plea taken before MJ Pollak on 3/27/01 was done knowingly and willfully and formally accepts plea of guilty to count 3 of the 5 count superseding indictment. Imprisonment of one year and one day. Deft to surrender to the designated |

| | | |
|---|---|---|
| | | institution on 3/24/03 before 2 PM. The Court recommends an institution that has adequate medical facilities for deft's medical condition. Supervised release for 3 years. Special conditions of SR: 1) deft to make periodic full finanacial disclosure as required by the Court to the probation dept. 2) Deft to comply with the terms of the restitution order. Special assessment of $100. Restitution in the amount of $350,000. Restitution payments to begin 30 days from release of custody at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the probation dept, following full financial disclosure. AUSA moves to dismiss open counts: granted. Court advises deft of the right to appeal. Court Reporter: ESR. (Chee, Alvin) (Entered: 02/04/2003) |
| 02/04/2003 | 1338 | JUDGMENT John Besarany (16) count(s) 3s. Imprisonment of one year and one day. Deft to surrender to the designated institution on 3/24/03 before 2 PM. The Court recommends an institution that has adequate medical facilities for deft's medical condition. Supervised release for 3 years. Special conditions of SR: 1) deft to make periodic full finanacial disclosure as required by the Court to the probation dept. 2) Deft to comply with the terms of the restitution order. Special assessment of $100. Restitution in the amount of $350,000. Restitution payments to begin 30 days from release of custody at a rate to be determined by the Court and not less than 10% of gross earnings. The rate to be adjusted from time to time by the Court in consultation with the probation dept, following full financial disclosure. See attached restitution order for further details. Open counts dismissed on govt's motion. Copies distributed. ( Signed by Judge Raymond J. Dearie , on 1/29/03) (Chee, Alvin) (Entered: 02/04/2003) |
| 02/04/2003 | 1338 | DISMISSAL of Count(s) on Government Motion as to John Besarany party John Besarany Counts Dismissed: John Besarany (16) count(s) 1s, 1, 2s, 2, 3, 4s, 4, 5, 6. (Chee, Alvin) (Entered: 02/04/2003) |
| 02/05/2003 | 1339 | ORDER as to Kirk Ruffler: The Court orders the modification of conditions upon the request of USPO Andrew Bobbe as follows: 1) The offender shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the offender submit to an evaluation and treatment if directed by the US Probation Dept. The deft shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the US Probation Office. 2) The offender shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the offender shall submit to drug treatment to ensure compliance. It is further ordered that the offender shall submit to drug treatment, on an inpatient or outpatient basis, if directed by the US Probation Office. The offender shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the US Probation Office. ( Signed by Judge Raymond J. Dearie , on 1/30/03) (Chee, Alvin) (Entered: 02/07/2003) |
| 02/10/2003 | 1340 | TRANSCRIPT of sentencing before Hon. Raymond J. Dearie filed in case as to Frank J. Pizzolato for date of 9/20/02; Offical Transcriber: Rosalie Lombardi. (Chee, Alvin) (Entered: 02/10/2003) |
| 02/13/2003 | 1341 | TRANSCRIPT of sentencing before Hon. Raymond J. Dearie filed in case as to John Besarany for date of 1/24/03 ; Official Transcriber: Elizabeth Barron. (Chee, Alvin) (Entered: 02/14/2003) |
| 03/03/2003 | 1342 | SEALED DOCUMENT (ORDER) as to Arthur Alonzo placed in vault. (Piper, Francine) (Entered: 03/03/2003) |
| 03/04/2003 | 1343 | NOTICE of sentencing as to Michael Perrine: Judge Dearie will sentence the deft on 6/6/03 at 10 AM. The Court has set the following briefing schedule: Defense response due 5/23/03; govt response due 5/30/03. C/M by chambers. (signed Hon. Raymond J. |

| | | Dearie, 3/4/03) (Chee, Alvin) (Entered: 03/05/2003) |
|---|---|---|
| 03/07/2003 | 1345 | LETTER dated 3/7/03 from Michael Rosen, Esq. to Hon. Raymond J. Dearie requesting that the Court recommend that deft remain designated in the Northeast region. (Chee, Alvin) (Entered: 03/26/2003) |
| 03/14/2003 | 1346 | MOTION by Joseph Dibella for a reduction of sentence, or in the alternative, for judicial recommendation to the BOP to incarcerate deft close to residence for family/medical reasons . [1346-1] motion. (Chee, Alvin) (Entered: 03/26/2003) |
| 03/24/2003 | 1344 | LETTER dated 3/17/03 from Patrick Burke, Esq. to Hon. Raymond J. Dearie requesting an adjournment of deft Besarany's surrender date until 4/28/03. (Chee, Alvin) (Entered: 03/25/2003) |
| 03/24/2003 | | ENDORSED ORDER as to John Besarany: Application granted. Deft's surrender date postponed to 4/28/03. Endorsed on document #1344. C/M. ( Signed by Judge Raymond J. Dearie , on 3/24/03) (Chee, Alvin) (Entered: 03/25/2003) |
| 03/24/2003 | 1347 | LETTER dated 3/24/03 from Hon. Raymond J. Dearie to Joseph and Joan DiBella acknowledging receipt of Mr. DiBella's pro se motions for a reduction of sentence. Judge Dearie has no authority to consider any reduction in sentence, but renews his recommendation to the BOP that they designate Mr. DiBella to a nearby facility. (Chee, Alvin) (Entered: 03/26/2003) |
| 03/24/2003 | 1348 | MEMORANDUM ORDER as to Joseph Dibella denying [1346-1] motion for a reduction of sentence, or in the alternative, for judicial recommendation to the BOP to incarcerate deft close to residence for family/medical reasons as to Joseph Dibella (27). C/M. ( Signed by Judge Raymond J. Dearie , on 3/24/03) (Chee, Alvin) (Entered: 03/26/2003) |
| 03/24/2003 | 1349 | NOTICE of Appearance for John Besarany by Attorney Patrick T. Burke. (Chee, Alvin) (Entered: 03/26/2003) |
| 03/24/2003 | 1350 | ORDER as to Jaime Scott Morrill: Jurisdiction of probationer is accepted by the Southern District of Florida. (signed Hon. Wilkie Ferguson, Jr., on 3/5/03) (Chee, Alvin) (Entered: 04/03/2003) |
| 04/03/2003 | | Probation jurisdiction transferred out as to Jaime Scott Morrill . Transmitted to the Southern District of Florida. Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Chee, Alvin) (Entered: 04/03/2003) |
| 04/03/2003 | 1351 | CERTIFICATE OF SERVICE as to Jaime Scott Morrill Service upon Clerk of Court-SDFL regarding transfer of jurisdiction of probationer. Certified copy of docket sheet, judgment and conviction, and indictment sent via FED-Ex, tracking #: 838831515415. (Chee, Alvin) Modified on 04/03/2003 (Entered: 04/03/2003) |
| 04/14/2003 | | Acknowledgment from USDC- Southern District of Florida. Transfer of jurisdiction documents as to Jamie Morril received on 4/10/03. (Chee, Alvin) Modified on 04/17/2003 (Entered: 04/17/2003) |
| 04/30/2003 | 1352 | LETTER dated 4/29/03 from Patrick Burke, Esq. to Hon. Raymond J. Dearie requesting an adjournment of deft Beserany's 4/28/03 surrender date to 5/2/03. (Chee, Alvin) (Entered: 04/30/2003) |
| 04/30/2003 | | ENDORSED ORDER as to John Besarany: Application granted. Deft's surrender date adjourned from 4/28/03 to 5/2/03. Endorsed on document #1352. Copies faxed. ( Signed by Judge Raymond J. Dearie , on 4/30/03) (Chee, Alvin) (Entered: 04/30/2003) |
| 05/09/2003 | 1358 | Letter dated 4/24/03 from Betty and John Besarany, parents of deft John Besarany, to Hon. Raymond J. Dearie regarding deft's medical condition. (Chee, Alvin) (Entered: |

| | | 05/30/2003) |
|---|---|---|
| 05/09/2003 | | ENDORSED ORDER as to John Besarany: Copies of Mrs. Besarany's letter dated 4/24/03 to counsel. Endorsed on document #1358. C/M by chambers . Signed by Judge Raymond J. Dearie on 5/9/03. (Chee, Alvin) (Entered: 05/30/2003) |
| 05/14/2003 | 1353 | Letter from John Besarany to Hon. Raymond J. Dearie enclosing a medical report to be added to the record. Copies were mailed to parties on 5/12/03. (Chee, Alvin) (Entered: 05/14/2003) |
| 05/14/2003 | 1354 | Letter from John Besarany to Hon. Raymond J. Dearie enclosing 2 medical reports to be added to the record. Copies were mailed to parties on 5/12/03. (Chee, Alvin) (Entered: 05/14/2003) |
| 05/16/2003 | 1355 | JUDGMENT of USCA (certified copy) as to Roy Ageloff re 1214 Notice of Appeal - Final Judgment, 1210 Notice of Appeal - Final Judgment. The judgment of the District Court is Vacated & Remanded for further proceedings in accordance with the opinion of this court. The case is Remanded for ReSentencing on Restitution. Issued as mandate on 5/12/03. Judge notified (courtroom called). USCA # 01-1367(L),01-1481. (Gonzalez, Mary) (Entered: 05/21/2003) |
| 05/19/2003 | 1357 | NOTICE of Sentencing as to Christopher Miano: Judge Dearie will sentence the deft on 7/11/03 at 2:30 PM. The Court sets the following briefing schedule: Defense submissions by 6/26/03; govt submissions by 7/3/03. C/M by chambers. Signed Judge Raymond J. Dearie, 5/19/03. (Chee, Alvin) (Entered: 05/22/2003) |
| 05/21/2003 | 1356 | Sealed Document. (Chee, Alvin) (Entered: 05/21/2003) |
| 06/04/2003 | 1359 | Letter dated 6/1/03 from Roy Ageloff to Hon. Raymond J. Dearie requesting that the Court stay the restitution proceedings until the Supreme Court decides whether to grant certiorari review in this case. (Chee, Alvin) (Entered: 06/19/2003) |
| 06/20/2003 | 1360 | ORDER as to William Joseph Battista: The Court orders restitution at the rate of 10% of gross monthly income upon the request of USPO Lawrence Cavagnetto. C/M . Signed by Judge Raymond J. Dearie on 6/5/03. (Chee, Alvin) (Entered: 06/23/2003) |
| 06/23/2003 | 1361 | MANDATE of USCA (certified copy) as to Joel Nazareno re 1255 Notice of Appeal - Final Judgment: affirming the judgment of the district court. Judge notified; ackn. mailed. Issued: 6/11/03; c/a#02-1097. (Glenn, Marilyn) (Entered: 06/24/2003) |
| 07/02/2003 | 1362 | ORDER as to Keith Ruffler: The requested special conditions of USPO Christopher Wodzinski are approved as follows: The offender shall comply with the conditions of curfew as directed by the probation officer for a period of 3 months. During that time the offender shall remain at his place of residence during the curfew times as stipulated by the probation officer. The offender shall maintain a telephone at his residence without any special options, including: call forwarding, private call block, caller ID, a modem, a fax machine, internet access, a DSL filter, conference calling, or any other special service without authorization for the above period. If instructed, the deft shall pay a $25 monthly cost for the curfew monitoring. The deft shall participate in a substance abuse treatment program at a site approved by the Probation Dept. Treatment may include outpatient or residential treatment as determined by the Probation Dept. The deft shall abstain from all controlled substances and/or alcohol and shall contribute towards the costs of services rendered via co-payment or full payment in an amount to be determined by the Probation Dept, based on the deft's ability to pay and/or the availability of third party payment. C/M . Signed by Judge Raymond J. Dearie on 6/20/03. (Chee, Alvin) (Entered: 07/08/2003) |
| 07/11/2003 | 1365 | Minute Entry for proceedings held before Raymond J. Dearie :Sentencing held on 7/11/2003 for Christopher L. Miano (41), Count(s) 7. AUSA Paul Schoeman, Mark |

| | | |
|---|---|---|
| | | Arisohn for dft. Court finds that the Plea of Guilty taken before USMJ Pollak on 10/6/99 was done knowingly & willfully and formally accepts the plea of guilty to count (7) of the 34 count superseding indictment. Dft sentenced as follows: Probation for a term of (3) years Special Conditions of probation: 1)Restitution in the amount $25,000 to be paid at a rate not less than 10% of gross earnings per month beginning 8/1/03. The rate to be adjusted from time to time by the court in consultation with probation department. 2) Restitution payments to victims previously identified in the Goverment report entitled "Report of Victim information for pupposes of court-ordered restitution", filed with the Clerk's Office. 3) Periodic full financial disclosure as and when required by the court to the probation department. Special Assessment: $100.00.; Count(s) 8, Dismissed on Government's motion. (Court Reporter ESR.) (Nieves, Adrian) (Entered: 07/24/2003) |
| 07/15/2003 | 1363 | NOTICE of sentencing as to Arthur Alonzo: Judge Dearie will sentence the deft on 9/24/03 at 11:30 AM. The Court sets the following briefing schedule: Pre Sentence report due 8/1/03. Defense submissions by 9/10/03, Govt submissions by 9/17/03. C/M by chambers. Signed Judge Raymond J. Dearie, 7/15/03. (Chee, Alvin) (Entered: 07/16/2003) |
| 07/21/2003 | 1364 | Sealed document as to Christopher Miano containing letter dated 7/2/03 from AUSA to Judge Dearie. (Chee, Alvin) (Entered: 07/21/2003) |
| 07/22/2003 | 1376 | Letter dated 7/21/03 from AUSA Paul Schoeman to Paul S. Medaglia, Esq., enclosing the victim restitution report. (Nieves, Adrian) (Entered: 07/31/2003) |
| 07/24/2003 | 1366 | JUDGMENT as to Christopher L. Miano (41), Count(s) 7. Probation for a term of (3) years Special Conditions of probation: 1)Restitution in the amount $25,000 to be paid at a rate not less than 10% of gross earnings per month beginning 8/1/03. The rate to be adjusted from time to time by the court in consultation with probation department. 2) Restitution payments to victims previously identified in the Goverment report entitled "Report of Victim information for pupposes of court-ordered restitution", filed with the Clerk's Office. 3) Periodic full financial disclosure as and when required by the court to the probation department. Special Assessment: $100.00.; Count(s) 8, Dismissed on Government's motion. Copies distributed. Signed by Judge Raymond J. Dearie on 7/11/03. (Nieves, Adrian) (Entered: 07/24/2003) |
| 07/25/2003 | 1373 | Letter dated 5/15/00 from Seth T. Taube, Esq. to USDJ Dearie enclosing courtesy copies of various motions of dft Gregory Groeller. (Nieves, Adrian) (Entered: 07/25/2003) |
| 07/25/2003 | 1377 | Minute Entry for proceedings held before Raymond J. Dearie :Sentencing held on 7/25/2003 for Michael Perrine (47), Count(s) 1, 1s. AUSA Paul Schoeman and Matthew Levine, Edward M. Shaw for dft. Plea to count 1 of cr98-1129(s) and count one of cr98-1129(s-4) accepted by Judge Dearie on 8/18/99. 3 years probation on each count to run concurrently. Special conditions of probation: 1)Restitution in the amount of $200,000.00 at a rate of not less than 10% of gross earnings per month. Rate to be adjusted from time to time by the court in consultation with the probation department. Restitution payments to be paid to the victims previously identified in the goverment's report entitled "Report of victim information for purposes of court-ordered restitution", previously filed with the Clerk's Office. Dft to comply with payments schedule as directed. 2) Full financial disclosure periodically to the court as and when required by the probation department. Special assessment $100.00 on each count for a total of $200.00. All counts Dismissed on goverments motion. (Court Reporter ESR.) (Nieves, Adrian) (Entered: 08/04/2003) |
| 07/25/2003 | 1379 | Minute Entry for proceedings held before Raymond J. Dearie :Sentencing held on 7/25/2003 for Paul Tahan (57), Count(s) 1s, 2s, 3s, 7. AUSA Paul Schoeman, Michael Haber for dft. Court finds that the plea of guilty to count 7 of the 34 count superseding indictment under docket number cr98-1129(s) and count 1 of the one count information |

| | | |
|---|---|---|
| | | under docket number cr00-206. On 3/5/01 Judge Dearie accepted the plea of guilty to counts 1,2,3 of the 3 count superseding information under docket number cr98-1129(s-11). Time served, on each count, to run concurrently. 3 years supervised release, on each count to run concurrently. Special conditions of S.R.: 1) Restitution as follows: on count 7 of cr98-1129(s): restitution in the amount of $800,000.00 jointly and severally liable with co-dft Scott Piccininni. On Count 1 of cr00-206: Restitution in the amount of $3,000,000.00 jointly and severally liable with co-dft Scott Piccininni. On count 3 of cr98-1129(s-11): Restitution in the amount of $240,000.00 jointly and severally liable with co-dfts Scott Piccininni and Arthur Alonzo. 2) Restitution payments, with respect to E40online.com. Inc., which is count 3 of 98cr1129(s-11) and Orex which is count 1 of cr00-206. To be paid to the Clerk of the Court, the list of victims will be appended to the judgment. Restitution payments with respect to PCM, which is count 7 of cr98-1129(s), to be paid to the victims previously identified in the goverment's report entitled "Report of victim information for purposes of court-ordered restitution" filed with the Clerk's Office. 3) Restitution payments to be paid as follows: at a rate not less than 10% of gross earnings per month. Rate to be adjusted from time to time by the court in consultation with the probation department. Dft to comply with payment schedule as directed. 4) Full financial disclosure periodically to the court as and when required by the probation deparment. Special Assessment $100.00 on each count for a total of $500.00. All open count(s) dismissed on the motion of AUSA. Dft is advised of right to appeal. (Court Reporter ESR.) (Nieves, Adrian) (Entered: 08/04/2003) |
| 07/28/2003 | 1374 | Sealed doc containing letter dated 7/11/03 from AUSA Paul Schoeman to USDJ Dearie. (Nieves, Adrian) (Entered: 07/28/2003) |
| 07/28/2003 | 1375 | TRANSCRIPT of sentencing before the Hon. Raymond J. Dearie as to Paul Tahan for date of 7/25/03; ESR: Christy Carosella. (Chee, Alvin) (Entered: 07/29/2003) |
| 08/04/2003 | 1378 | JUDGMENT as to Michael Perrine (47), Count(s) 1, 1s. 3 years probation on each count to run concurrently. Special conditions of probation: 1)Restitution in the amount of $200,000.00 at a rate of not less than 10% of gross earnings per month. Rate to be adjusted from time to time by the court in consultation with the probation department. Restitution payments to be paid to the victims previously identified in the goverment's report entitled "Report of victim information for purposes of court-ordered restitution", previously filed with the Clerk's Office. Dft to comply with payments schedule as directed. 2) Full financial disclosure periodically to the court as and when required by the probation department. Special assessment $100.00 on each count for a total of $200.00. All open counts Dismissed on goverments motion. Copies distributed. Signed by Judge Raymond J. Dearie on 7/30/03. (Nieves, Adrian) (Entered: 08/04/2003) |
| 08/04/2003 | 1380 | JUDGMENT as to Paul Tahan (57), Count(s) 1s, 2s, 3s, 7. Time served, on each count, to run concurrently. 3 years supervised release, on each count to run concurrently. Special conditions of S.R.: 1) Restitution as follows: on count 7 of cr98-1129(s): restitution in the amount of $800,000.00 jointly and severally liable with co-dft Scott Piccininni. On Count 1 of cr00-206: Restitution in the amount of $3,000,000.00 jointly and severally liable with co-dft Scott Piccininni. On Count 3 of cr98-1129(s-11): Restitution in the amount of $240,000.00 jointly and severally liable with co-dfts Scott Piccininni and Arthur Alonzo. 2) Restitution payments, with respect to E40online.com. Inc., which is count 3 of 98cr1129(s-11) and Orex which is count 1 of cr00-206. To be paid to the Clerk of the Court, the list of victims will be appended to the judgment. Restitution payments with respect to PCM, which is count 7 of cr98-1129(s), to be paid to the victims previously identified in the government's report entitled "Report of victim information for purposes of court-ordered restitution" filed with the Clerk's Office. 3) Restitution payments to be paid as follows: at a rate not less than 10% of gross earnings per month. Rate to be adjusted from time to time by the court in consultation with the probation department. Dft |

| | | |
|---|---|---|
| | | to comply with payment schedule as directed. 4) Full financial disclosure periodically to the court as and when required by the probation department. Special Assessment $100.00 on each count for a total of $500.00. All open count(s) dismissed on the motion of AUSA. List of victims attached. Copies distributed. Signed by Judge Raymond J. Dearie on 7/29/03. (Nieves, Adrian) (Entered: 08/04/2003) |
| 08/06/2003 | 1381 | Notice of Sentencing as to Gregory Groeller. USDJ Dearie will sentence the dft on 9/18/03 @10:30am. The court sets the following briefing schedule: Defense submissions, if any, due: 9/5/03. Government submissions, if any, due: 9/12/03. C/M by chambers. Signed by Judge Raymond J. Dearie on 8/4/03. (Nieves, Adrian) (Entered: 08/06/2003) |
| 08/22/2003 | 1383 | Letter dated 8/20/03 from Geoffrey Rosamond, Esq. to Hon. Raymond J. Dearie confirming that Mr. Groeller's sentencing has been adjourned to 10/7/03 at 11:30 AM. (Chee, Alvin) (Entered: 09/02/2003) |
| 08/22/2003 | | ENDORSED ORDER as to Gregory Groeller: Application granted. Sentence adjourned from 9/18/03 to 10/7/03 at 11:30 AM. Deft's sentencing memorandum and/or Motion for Downward Departure by 9/26/03, govt's sentencing memorandum by 10/3/03. Endorsed on document #1383. C/M . Signed by Judge Raymond J. Dearie on 8/22/03. (Chee, Alvin) (Entered: 09/02/2003) |
| 08/28/2003 | 1382 | ORDER as to Joseph Scarfone Jr.: The Court orders the modification of conditions upon the request of USPO Albert Figueroa as follows: Deft shall pay restitution in the amount of $5,000,000 at a rate of not less than 10% of gross earnings up to the first $100,000 in gross earning in a given tax year and 15% of gross earnings of any income in excess of $100,000 in a given tax year. This rate may be adjusted from time to time by the Court in consultation with the Probation Office. C/M . Signed by Judge Raymond J. Dearie on 8/13/03. (Chee, Alvin) (Entered: 09/02/2003) |
| 09/11/2003 | 1384 | ORDER as to Christopher L. Miano: The Court orders the modification of conditions upon the request of USPO Andrew Bobbe as follows: The deft shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the Probation Officer. Participation may include inpatient/outpatient treatment, if deemed necessary. The deft will contribute to the costs of services rendered in an amount determined by the probation office, based on ability to pay or availability of third party payment. C/M . Signed by Judge Raymond J. Dearie on 9/11/03. (Chee, Alvin) (Entered: 09/19/2003) |
| 10/07/2003 | 1386 | Minute Entry for proceedings held before Raymond J. Dearie:Sentencing held on 10/7/2003 for Gregory Groeller (34, Count(s) 1s, 7, 9. AUSA David Pitofsky, Geoffrey Rosamond for deft. Court finds that the plea of guilty taken before MJ Pollak on 8/28/00 was done knowingly and willfully and formally accepts pleas of guilty to counts 7 and 9 of the 34 count superseding indictment (S-1) and count 1 of the one count information (S-10). Deft sentenced as follows: 3 years probation on all counts to run concurrently. Special conditions of Probation: 1) Restitution in the amount of $500,000 jointly and severally liable with co-deft Kirk Ruffler. Restitution payments at a rate of not less than 10% of gross earnings per month. The rate to be adjusted from time to time by the Court in consultation with the Probation Dept. Deft to comply with the terms of the restitution order. 2) Periodic full financial disclosure as and when required by the Court to the Probation Dept. 3) Deft shall participate in a substance abuse treatment program as directed and approved by the Probation Dept. 4) 100 hours of community service per year as directed and approved by the Probation Dept., for a total of 300 hours of community service. Special assessment of $300. Restitution: $500,000 jointly and severally with co-deft, Kirk Ruffler. Restitution payments to be paid to the victims previously identified in the Govt's report entitled "Report of Victim Information for Purposes of Court-Ordered Restitution", previously filed with the Clerk's Office. AUSA's motion to dismiss open counts granted. (Court Reporter: Mickey Brymer.) (Chee, Alvin) (Entered: |

| | | |
|---|---|---|
| | | 10/16/2003) |
| 10/09/2003 | 1385 | ORDER as to Keith Ruffler: The Court approves the intended course of action that probation take no action at this time on deft's continued use of cocaine upon the request of USPO Christopher Wodzinski. C/M . Signed by Judge Raymond J. Dearie on 10/6/03. (Chee, Alvin) (Entered: 10/14/2003) |
| 10/16/2003 | 1387 | JUDGMENT as to Gregory Groeller (34), Count(s) 1s, 7, 9: 3 years probation on all counts to run concurrently. Special conditions of Probation: 1) Restitution in the amount of $500,000 jointly and severally liable with co-deft Kirk Ruffler. Restitution payments at a rate of not less than 10% of gross earnings per month. The rate to be adjusted from time to time by the Court in consultation with the Probation Dept. Deft to comply with the terms of the restitution order. 2) Periodic full financial disclosure as and when required by the Court to the Probation Dept. 3) Deft shall participate in a substance abuse treatment program as directed and approved by the Probation Dept. 4) 100 hours of community service per year as directed and approved by the Probation Dept., for a total of 300 hours of community service. Special assessment of $300. Restitution: $500,000 jointly and severally with co-deft, Kirk Ruffler. Restitution payments to be paid to the victims previously indentified in the Govt's report entitled "Report of Victim Information for Purposes of Court-Ordered Restitution", previously filed with the Clerk's Office. All open counts dismissed on govt's motion. Copies distributed. Signed by Judge Raymond J. Dearie on 10/10/03. (Chee, Alvin) (Entered: 10/16/2003) |
| 10/16/2003 | 1388 | ORDER as to Kirk Ruffler: The Court orders that no action be taken on deft's drug use upon the request of USPO Lisa Gjelaj. C/M. Signed by Judge Raymond J. Dearie on 10/8/03. (Chee, Alvin) (Entered: 10/17/2003) |
| 10/16/2003 | 1390 | Minute Entry: Conference held before Raymond J. Dearie on 10/16/2003 as to Arthur Alonzo. AUSA David Pitofsky. Defense Counsel Lee Ginsberg. Case called for sentence conference. Defendants' drug problem is discussed. COURT: Defendant will go into an in-patient drug problem before he is sentenced. When the program is completed, the defendant will be sentenced. Control date: 4/23/04 at 12:00 p.m. (Court Reporter Ron Tolkin.) (Black, Amanda) (Entered: 11/17/2003) |
| 10/29/2003 | 1389 | ORDER as to John Claudino: The Court orders the issuance of a warrant upon the request of USPO George Doerrbecker. C/M. Signed by Judge Raymond J. Dearie on 10/16/03. (Chee, Alvin) (Entered: 10/30/2003) |
| 11/13/2003 | 1391 | ORDER as to Keith Ruffler: The Court orders the issuance of a summons upon the request of USPO Christopher Wodzinski. C/M . Signed by Judge Raymond J. Dearie on 10/31/03. (Chee, Alvin) (Entered: 11/19/2003) |
| 11/26/2003 | 1392 | Letter dated 11/25/03 from AUSA Matthew Levine to John Bsarany enclosing an original executed satisfaction of judgment in connection with the bail. (Chee, Alvin) (Entered: 12/04/2003) |
| 12/15/2003 | 1393 | ORDER as to Arthur Alonzo: The Court grants PTS Officer Laura Fahmy's request to revoke bail release conditions. PTS is directed to prepare and process warrant application for the Court's signature. C/M . Signed by Judge Raymond J. Dearie on 12/15/03. (Chee, Alvin) (Entered: 12/17/2003) |
| 12/17/2003 | 1394 | Minute Entry for proceedings held before Steven M. Gold:Arraignment on violation of pre-trial release as to Arthur Alonzo held on 12/17/2003. AUSA David Pitofsky, Lee Ginsberg for deft. Sentencing set for 1/5/04 at 3 PM before Judge Dearie. Bond modified. Deft to report by phone once a day until he is admitted to a residential drug treatment program. If deft violates before sentencing he automatically consents to remand. Modification affirmed by the Court. (Tape #03/300 (0-355).) (Chee, Alvin) (Entered: |

| | | 12/23/2003) |
|---|---|---|
| 12/24/2003 | 1395 | Letter dated 12/22/03 from AUSA Matthew Levine to John Bsarany enclosing a corrected satisfaction of judgment in connection with the bail. (Chee, Alvin) (Entered: 12/29/2003) |
| 01/05/2004 | 1412 | Minute Entry for proceedings held before Raymond J. Dearie :Sentence Conference as to Arthur Alonzo held on 1/5/2004. AUSA: David Pitofsky. Counsel for Def: Lee Ginsberg. Court will not sentence defendant today. Defendant will go into an in-patient drug program. When the program is completed successfully, the defendant will be sentenced. Court sets control date: April 23,2004 @12:00PM. (Court Reporter Mickey Brymer.) (Williams-Jackson, Sandy) (Entered: 06/07/2004) |
| 01/22/2004 | 1396 | Minute Entry for proceedings held before Joan M. Azrack:Status Conference as to John Claudino held on 1/22/2004. AUSA Jeff Knox, Paul Rinaldo for deft. Deft arraigned on the violation of probation. Deft released on bond with condition to report daily to Probation until 1/29/04. Status conference set for 1/29/04 at 11:30 AM before Judge Dearie. (Tape #04/14 (1420-1653).) (Chee, Alvin) (Entered: 01/28/2004) |
| 01/22/2004 | 1397 | ORDER Setting Conditions of Release and Bond: Deft to report in person daily to Probation . Signed by Judge Joan M. Azrack on 1/22/04. (Chee, Alvin) (Entered: 01/28/2004) |
| 01/22/2004 | 1398 | Arrest Warrant Returned Executed on 1/22/04 as to John Claudino. (Chee, Alvin) (Entered: 01/28/2004) |
| 01/22/2004 | 1399 | CJA 23 Financial Affidavit by John Claudino. (Chee, Alvin) (Entered: 01/28/2004) |
| 01/29/2004 | 1400 | Minute Entry for proceedings held before Raymond J. Dearie: Violation of Supervised Release as to John Claudino held on 1/29/2004. AUSA Sean Casey, Paul Rinaldo for deft. USPO Gwen Munley also present. Defense counsel asks for more time to discuss matter with client and govt. Court: Deft is ordered to report to Probation in person every day. Deft will be tested for drug usage. If deft tests positive, deft will be remanded forthwith. Case adjourned to 2/20/04 at 2 PM. (Court Reporter: ESR.) (Chee, Alvin) (Entered: 02/03/2004) |
| 02/06/2004 | 1401 | ORDER as to Alan Koop: The Court orders the modification of conditions upon the request of USPO Carolann Avallone-Riccardi as follows: The deft shall pay restitution on a monthly basis at a rate of 5% of his gross earnings for the next 6 months at which time the rate will increase to 10% and with the rate subject to periodic review. C/M . Signed by Judge Raymond J. Dearie on 2/6/04. (Chee, Alvin) (Entered: 02/12/2004) |
| 02/18/2004 | 1402 | ORDER as to Michael Perrine: The Court orders the modification of conditions upon the request of USPO Linda Stokes as follows: Probationer shall participate in an outpatient and/or inpatient drug treatment or detoxification program approved by the Probation Department. Deft shall pay the costs of such treatment to the degree he is reasonably able, and shall cooperate in securing any applicable third party payment. The probationer shall disclose all financial information and documents to the Probation Department to assess his ability to pay. The probationer shall not consume any alcohol or other intoxicants during and after treatment/detoxification, unless granted a prescription by a licensed physician. The probationer shall submit to drug testing during and after treatment to ensure absence from drugs. The probationer shall not incur or open any additional lines of credit without the permission of the Probation Department. C/M . Signed by Judge Raymond J. Dearie on 2/18/04. (Chee, Alvin) (Entered: 02/19/2004) |
| 02/20/2004 | 1404 | Minute Entry for proceedings held before Raymond J. Dearie: Violation of Supervised Release as to John Claudino held on 2/20/2004. AUSA Jeffrey Knox, Paul Rinaldo for deft. USPO Gwen Munley also present. Case called for sentence on violation of SR. Deft |

| | | |
|---|---|---|
| | | enters a plea of guilty to charge 1 of the violation of supervised release report. Court finds a factual basis and accepts the plea of guilty. Discussion held. Court will defer sentence to afford deft an opportunity to participate in an out-patient drug program. Court modifies bond to include random drug testing as directed by the Court through the Office of the Probation Department. Sentence adjourned to 8/13/04 at 11 AM. (Court Reporter: Stephanie Drexler.) (Chee, Alvin) (Entered: 03/08/2004) |
| 02/25/2004 | 1403 | ORDER as to Victor Vernaci: The Court orders the modification of conditions upon the request of USPO Carolann Avallone-Riccardi as follows: The deft shall pay restitution at a rate of 10% of his gross monthly earnings. C/M. Signed by Judge Raymond J. Dearie on 2/20/04. (Chee, Alvin) (Entered: 02/25/2004) |
| 03/18/2004 | 1405 | ORDER as to Damon Gerard Cohen: The Court orders no action on deft's non-compliance upon the request of USPO Elizabeth Auson . Signed by Judge Raymond J. Dearie on undated. (Chee, Alvin) (Entered: 03/24/2004) |
| 03/30/2004 | 1407 | Minute Entry for proceedings held before Raymond J. Dearie: Violation of Supervised Release as to Keith Ruffler held on 3/30/2004. AUSA Shannon Jones, William Aronwald for deft. USPO Chris Wodzinski also present. Court is advised by parties that the deft is presently in an in-patient drug program. All parties agree to delay this case for 6 months to afford deft the opportunity to complete the drug program "Villa in Rockaway House." Court agrees. Case adjourned to 9/10/04 at 12 PM. (Court Reporter: Gene Rudolph.) (Chee, Alvin) (Entered: 04/13/2004) |
| 03/31/2004 | 1406 | Arrest Warrant Returned Executed on 1/22/04 as to John Claudino. (Chee, Alvin) (Entered: 04/02/2004) |
| 05/07/2004 | 1408 | Letter dated 5/7/04 from Mark Arisohn, Esq. to Hon. Raymond J. Dearie requesting that the Court direct the Dept. of Probation to withhold the disclosure of deft Miano's conviction and sentence to his present employer. (Chee, Alvin) (Entered: 05/10/2004) |
| 05/07/2004 | | ENDORSED ORDER as to Christopher L. Miano: Refer to Probation for reply. Endorsed on document #1408. C/M. Signed by Judge Raymond J. Dearie on 5/7/04. (Chee, Alvin) (Entered: 05/10/2004) |
| 05/17/2004 | 1409 | NOTICE OF ATTORNEY APPEARANCE: Joel Hirschhorn appearing for Roy Ageloff. (Chee, Alvin) (Entered: 05/21/2004) |
| 05/18/2004 | 1410 | Letter dated 5/13/04 from Lee Ginsberg, Esq. to Hon. Raymond J. Dearie requesting that the case be rescheduled to 6/2/04 at 10 AM. (Chee, Alvin) (Entered: 05/24/2004) |
| 05/18/2004 | | ENDORSED ORDER as to Arthur Alonzo: Request approved. Case rescheduled to 6/2/04 at 10 AM. Endorsed on document #1410. C/M. Signed by Judge Raymond J. Dearie on 5/18/04. (Chee, Alvin) (Entered: 05/24/2004) |
| 06/02/2004 | 1411 | Minute Entry for proceedings held before Raymond J. Dearie :Sentence Conference as to Arthur Alonzo held on 6/2/2004. AUSA: David Pitofsky, Lee Ginsberg for Defendant. PTS: Laura Famhy present. Court received a letter from Samaritan Village dated 6/2/04, through the office of Pre-trial in regards to defendants' progress. Court: defendant will remain in the residential treatment program at Samaritan Village until he satisfactorily completes the program. Next Court Date: June 28,2004@10:00AM. (Court Reporter Shelly Silverman.) (Williams-Jackson, Sandy) (Entered: 06/07/2004) |
| 07/15/2004 | 1413 | ORDER as to John Lembo III: The Court orders the modification of conditions upon the request of USPO Luis Caso as follows: Deft shall pay restitution in the amount of $10,000,000 at the rate of $800 per month effective 5/1/04 until such time as the Court may alter that payment schedule in the interests of justice. The US Probation Office and the US Attorney's Office shall monitor the payment of restitution and report to the Court |

| | | |
|---|---|---|
| | | any material change in the deft's ability to pay. C/M. Signed by Judge Raymond J. Dearie on 7/15/04.(Chee, Alvin) (Entered: 07/22/2004) |
| 07/15/2004 | 1417 | Minute Entry for proceedings held before Charles P. Sifton : Status Conference as to Michael Perrine held on 7/15/2004 (Court Reporter Winnie Valentine.) Status conf. held. (Jackson, Ramona) (Entered: 07/29/2004) |
| 07/21/2004 | 1415 | ORDER as to Neil Brauner: The Court orders the termination of deft's supervision as scheduled on 10/8/04 upon the request of USPO Sharon Dial. C/M . Signed by Judge Raymond J. Dearie on 7/9/04. (Chee, Alvin) (Entered: 07/27/2004) |
| 07/22/2004 | 1414 | Letter dated 7/22/04 from Mark Arisohn, Esq. to Hon. Raymond J. Dearie requesting the Court's approval for deft Miano to travel on a long-planned and already paid for family reunion cruise. (Chee, Alvin) (Entered: 07/23/2004) |
| 07/22/2004 | | ENDORSED ORDER as to Christopher L. Miano: The Court will consider deft's request to travel upon confirmation that the Florida court has given permission. Endorsed on document #1414. C/M. Signed by Judge Raymond J. Dearie on 7/22/04. (Chee, Alvin) (Entered: 07/23/2004) |
| 07/22/2004 | 1416 | Letter dated 7/22/04 from Mark Arisohn, Esq. to Hon. Raymond J. Dearie enclosing a copy of the Florida Court's order issued on 7/20/04 removing all travel restrictions on Mr. Miano and enabling him to proceed with his planned cruise. (Chee, Alvin) (Entered: 07/28/2004) |
| 07/22/2004 | | ENDORSED ORDER as to Christopher L. Miano: Deft's request to travel on a family cruise approved. Endorsed on document #1416. C/M by chambers. Signed by Judge Raymond J. Dearie on 7/22/04. (Chee, Alvin) (Entered: 07/28/2004) |
| 07/27/2004 | 1418 | Satisfaction of Judgment as to John Asaro. (Chee, Alvin) (Entered: 07/29/2004) |
| 08/09/2004 | 1420 | ORDER as to Michael Trocchio: The Court orders the modification of conditions upon the request of USPO Robert Anton as follows: Deft shall participate in an outpatient and/or inpatient drug treatment or detoxification program approved by the Probation Department. Deft shall pay the costs of such treatment. C/M . Signed by Judge Raymond J. Dearie on 8/9/04. (Chee, Alvin) (Entered: 08/16/2004) |
| 08/12/2004 | 1422 | Minute Entry for proceedings held before Raymond J. Dearie: Violation of Supervised Release as to John Claudino held on 8/12/2004. AUSA Shannon Jones, Paul Rinaldo for deft. USPO Nella Yelenovic also present. Court is informed by the Probation Officer that the deft was arrested on 7/26/04 by the NYPD and arraigned in Criminal Court, charged with criminal possession of a controlled substance and other charges. AUSA requests that the deft be remanded until deft is sentenced. (Deft pled guilty to violation of supervised release on 2/20/04 and was directed to attend an intensive outpatient substance abuse program). Discussion held. Court breaks to confer with Probation Officer. 2nd call: Court: Deft will be remanded into the custody of the US Marshal until 8/16/04 when deft will be placed into the custody of Daytop for inpatient treatment. In the event that Daytop does not take custody of the deft on 8/16/04, the deft will remain in the custody of the US Marshal. AUSA directed to submit order. Deft will be sentenced when he completes his program at Daytop. (Court Reporter: Stephanie Drexler.) (Chee, Alvin) (Entered: 08/23/2004) |
| 08/13/2004 | 1419 | ORDER as to John Claudino: The Court orders that the deft be released on 8/16/04 into the custody of Daytop for transport to the Daytop drug treatment facility for inpatient treatment. In the event that Daytop does not take custody of the deft on 8/16/04, the deft shall remain in the custody of the US Marshals. Copy delivered to US Marshals. Signed by Judge Raymond J. Dearie on 8/13/04. (Chee, Alvin) (Entered: 08/13/2004) |

| 08/16/2004 | 1421 | ORDER as to John Asaro: Early termination from supervision is granted upon the request of USPO Luis Caso . Signed by Judge Raymond J. Dearie on 8/9/04. (Chee, Alvin) (Entered: 08/18/2004) |
| --- | --- | --- |
| 08/17/2004 | 1427 | Minute Entry for proceedings held before Charles P. Sifton : Status Conference as to Michael Perrine held on 8/17/2004 (Jackson, Ramona) (Entered: 12/13/2004) |
| 09/29/2004 | 1428 | Minute Entry for proceedings held before Charles P. Sifton : Status Conference as to Michael Perrine held on 9/29/2004 (Jackson, Ramona) (Entered: 12/13/2004) |
| 10/26/2004 | 1423 | ORDER as to William Joseph Battista: The Court orders the issuance of a summons upon the request of USPO George Doerrbecker . Signed by Judge Raymond J. Dearie on 10/19/04. (Chee, Alvin) (Entered: 10/29/2004) |
| 11/08/2004 | 1429 | Minute Entry for proceedings held before Charles P. Sifton : Status Conference as to Michael Perrine held on 11/8/2004 (Jackson, Ramona) (Entered: 12/13/2004) |
| 11/12/2004 | 1424 | Minute Entry for proceedings held before Joan M. Azrack: Violation of Probation as to William Joseph Battista held on 11/12/2004. AUSA John Nathanson, Nancy Ennis for deft. Deft released on personal recognizance bond. Status conference set for 12/3/04 at 12:30 PM before Judge Dearie. (Tape #04/224 (2204-2302).) (Chee, Alvin) (Entered: 11/22/2004) |
| 11/12/2004 | 1425 | ORDER Setting Conditions of Release and Bond: Deft released on personal recognizance bond. Signed by Judge Joan M. Azrack on 11/12/04. (Chee, Alvin) (Entered: 11/22/2004) |
| 11/12/2004 | 1426 | CJA 20 as to William Joseph Battista: Appointment of Attorney Nancy Lee Ennis . Signed by Judge Joan M. Azrack on 11/12/04. (Chee, Alvin) (Entered: 12/01/2004) |
| 12/03/2004 | 1430 | Minute Entry for proceedings held before Raymond J. Dearie: Violation of Supervised Release as to William Joseph Battista held on 12/3/2004. AUSA Jeffrey Knox, Nancy Ennis for deft. USPO Carolann Avallone also present. Discussion held. Parties inform Court that they have agreed upon a resolution to this violation subject to the Court's approval. Agreement as follows: Deft will pay a minimum of $200 per month in payment towards his restitution obligation. Court approves agreement as follows: Deft directed to pay a minimum of $200 per month by the 15th as payment towards his restitution obligation. Rate of payment to be adjusted from time to time after full periodic financial disclosure as and when required by the Court through the Office of the Probation Department. Next status conference: 3/4/05 at 11 AM. (Court Reporter: Marsha Diamond.) (Chee, Alvin) (Entered: 12/29/2004) |
| 12/13/2004 | 1431 | Minute Entry for proceedings held before Charles P. Sifton : for a Status Conference as to Michael Perrine held on 12/13/2004. Case called, Defendatn present without counsel. (Sica, Michele) (Entered: 01/06/2005) |
| 01/13/2005 | 1432 | ORDER as to Paul Tahan: The Court orders the modification of conditions upon the request of USPO Luis Caso as follows: The offender shall participate in 40 hours of community service as directed by the Probation Department. C/M . Signed by Judge Raymond J. Dearie on 1/13/05. (Chee, Alvin) (Entered: 01/20/2005) |
| 02/23/2005 | 1447 | Minute Entry for proceedings held before Raymond J. Dearie: Sentencing held on 2/23/2005 for Arthur Alonzo (10), Count(s) 1s-2s, 3, 3s, 4, 4s, 7, 8. AUSA David Pitofsky, Lee Ginsberg for deft. PTS Officer Laura Fahmy also present. Court accepted plea of guilty on 6/14/00 to counts 3,4,7,8 of 98-cr-1129 (S) of 34 count superseding indictment and counts 1,2,3,4 of 98-cr-1129 (S-9) of 4 count superseding information. Deft sentenced as follows: Time Served on all counts. 3 years supervised release. Conditions of SR: 1) Continued treatment for substance abuse as directed by the Court through the Office of the Probation Department; 2) Psychological counseling as may be |

| | | |
|---|---|---|
| | | deemed necessary by the Court through the Office of the Probation Department; 3) 250 hours of community service during the first year of the supervised release period as directed by the Probation Department; 4) Restitution in the amount of $2,040,000 to be paid as directed pursuant to a schedule to be set by the Probation Department; 5) Full periodic financial disclosure as and when directed by the Court through the Office of the Probation Department. $100 special assessment on each count for a total of $800. Open counts dismissed on govt's motion. (Court Reporter: ESR.) (Chee, Alvin) (Entered: 06/09/2005) |
| 03/04/2005 | 1433 | Minute Entry for proceedings held before Raymond J. Dearie: Violation of Supervised Release as to William Joseph Battista held on 3/4/2005. AUSA Matthew Levine, Nancy Ennis for deft. USPO Carolann Avallone also present. Discussion held regarding restitution payments. Court: Deft is directed to comply with the following modified restitution payment schedule: Deft will pay $200 every month by the 20th of the month. (Court Reporter: ESR.) (Chee, Alvin) (Entered: 03/16/2005) |
| 03/04/2005 | 1434 | Minute Entry for proceedings held before Raymond J. Dearie: Violation of Supervised Release as to Kirk Ruffler held on 3/4/2005. AUSA Matthew Levine, Larry Hockheiser for deft. USPO Ken Wong also present. Discussion held. For the reasons stated on the record, the Court adjourns this case for 60 days for a trial period to see how the deft proceeds with refraining from drug use. Case adjourned to 5/6/05 at 10 AM. (Court Reporter: ESR.) (Chee, Alvin) (Entered: 03/16/2005) |
| 03/22/2005 | 1435 | Minute Entry for proceedings held before Charles P. Sifton : Status Conference as to Michael Perrine held on 3/22/2005 (Court Reporter Unknown.) Status Conf. held (Jackson, Ramona) (Entered: 03/22/2005) |
| 03/28/2005 | 1436 | NOTICE of Conditional Acceptance For Value, Request for Proof of Claim by subsequent, optional, exception special visitation by Barry Miele. (Chee, Alvin) (Entered: 04/06/2005) |
| 04/05/2005 | | ENDORSED ORDER as to Barry Miele: Clerk to forward to AUSA Alonso. Endorsed on document #1436. Signed by Judge Raymond J. Dearie on 4/5/05. (Chee, Alvin) (Entered: 04/06/2005) |
| 04/05/2005 | 1437 | Letter dated 4/5/05 from Hon. Raymond J. Dearie to Barry John Miele acknowledging receipt of submission (document #1436) and requesting clarification on the nature of the complaint and the relief sought from the Court or the named respondents. C/M. Submission forwarded to AUSA Dan Alonso and Charles Clay, Esq. (Chee, Alvin) (Entered: 04/06/2005) |
| 04/08/2005 | 1439 | Minute Entry for proceedings held before Raymond J. Dearie: Status Conference as to Kirk Ruffler held on 4/8/2005. AUSA Matthew Levine, Larry Hockheiser for deft. USPO Ken Wong also present. Case called for status conference regarding status report from probation officer. Discussion held. Court: Case is adjourned until 4/22/05 at 12 PM. Court wants to see how deft is doing with his drug problem. (Court Reporter: Anthony Mancuso.) (Chee, Alvin) (Entered: 04/25/2005) |
| 04/11/2005 | 1438 | ORDER as to Dominick Froncillo: The Court orders the modification of conditions of supervision upon the request of USPO Adrina Korb as follows: The remainder of the restitution/fine shall be paid in installments of $25 per month over the period of supervision to commence immediately. C/M . Ordered by Judge Raymond J. Dearie on 4/11/05. (Chee, Alvin) (Entered: 04/20/2005) |
| 04/21/2005 | 1440 | Minute Entry for proceedings held before Charles P. Sifton : Status Conference as to Michael Perrine held on 4/21/2005 (Court Reporter Unknown.) (Jackson, Ramona) (Entered: 05/02/2005) |

| | | |
|---|---|---|
| 04/22/2005 | 1441 | Minute Entry for proceedings held before Raymond J. Dearie: Violation of Supervised Release as to Kirk Ruffler held on 4/22/2005. AUSA Matthew Levine, Larry Hockheiser for deft. USPO Ken Wong (EDNY) and Colleen Butterwick (District of New Jersey) also present. Deft enters a plea of guilty to charge 1 of the violation of supervised release report. Court finds that the plea of guilty was made knowingly, voluntarily and not coerced. The Court finds a factual basis for the plea and accepts the plea of guilty. Deft sentenced as follows: Imprisonment of 18 months. The Court strongly recommends that deft be placed in the 500 hour drug program. The Court invites consideration of designation to an institution in the NY Metropolitan area for family visitation reasons, with the understanding that the Court's main concern is treatment for deft's serious drug addiction problem. (Court Reporter: Mickey Brymer.) (Chee, Alvin) (Entered: 05/02/2005) |
| 04/29/2005 | 1443 | ORDER endorsed on Memorandum dated 4/26/05 from USPO Michelle Staffa to Hon. Raymond J. Dearie as to Christopher L. Miano: Deft's request to travel to Italy and Germany from 6/9/05 through 6/22/05 approved. C/M . Ordered by Judge Raymond J. Dearie on 4/29/05. (Chee, Alvin) (Entered: 05/03/2005) |
| 04/29/2005 | 1449 | Letter dated 4/29/05 from AUSA David Pitofsky to Hon. Raymond J. Dearie advising the Court that the restitution order contained in the judgment for Arthur Alonzo should not be made joint and several with any co-defts. (Chee, Alvin) (Entered: 06/15/2005) |
| 05/02/2005 | 1442 | Violation of Supervised Release Order as to Kirk Ruffler: Imprisonment of 18 months. The Court strongly recommends that deft be placed in the 500 hour drug program. The Court invites consideration of designation to an institution in the NY Metropolitan area for family visitation reasons, with the understanding that the Court's main concern is treatment for deft's serious drug addiction problem. Copies distributed. Ordered by Judge Raymond J. Dearie on 4/29/05. (Chee, Alvin) (Entered: 05/02/2005) |
| 05/04/2005 | 1444 | ORDER as to Ronald Cataggio: The Court approves deft's travel to the Carribean from 6/10/05 to 6/13/05 upon the request of USPO Harry R. Collins. No further travel requests will be considered unless deft is in FULL compliance with conditions of supervised release. C/M . Ordered by Judge Raymond J. Dearie on 5/4/05. (Chee, Alvin) (Entered: 05/04/2005) |
| 05/26/2005 | 1445 | Minute Entry for proceedings held before Charles P. Sifton : Status Conference as to Michael Perrine held on 5/26/2005 (Court Reporter Unknown.) Status conf. held. (Jackson, Ramona) (Entered: 05/31/2005) |
| 06/09/2005 | 1448 | JUDGMENT as to Arthur Alonzo (10), Count(s) 1s-2s, 3, 3s, 4, 4s, 7, 8: Time Served on all counts. 3 years supervised release. Conditions of SR: 1) Continued treatment for substance abuse as directed by the Court through the Office of the Probation Department; 2) Psychological counseling as may be deemed necessary by the Court through the Office of the Probation Department; 3) 250 hours of community service during the first year of the supervised release period as directed by the Probation Department; 4) Restitution in the amount of $2,040,000 to be paid as directed pursuant to a schedule to be set by the Probation Department; 5) Full periodic financial disclosure as and when directed by the Court through the Office of the Probation Department. $100 special assessment on each count for a total of $800. Open counts dismissed on govt's motion. Copies distributed. Ordered by Judge Raymond J. Dearie on 4/29/05. (Chee, Alvin) (Entered: 06/09/2005) |
| 06/29/2005 | 1450 | Minute Entry for proceedings held before Charles P. Sifton : Status Conference as to Michael Perrine held on 6/29/2005 (Jackson, Ramona) (Entered: 06/30/2005) |
| 07/13/2005 | 1451 | Letter dated 6/29/05 from Lawrence Hochheiser, Esq. to Hon. Raymond J. Dearie informing the Court that the sentence imposed by the Court is not long enough to allow deft to be placed in the 500 hour drug program. Counsel requests a conference with the |

| | | |
|---|---|---|
| | | Court to consider re-sentencing Mr. Ruffler and imposing a sentence fashioned to accomplish a drug treatment program. (Chee, Alvin) (Entered: 07/20/2005) |
| 07/13/2005 | | ENDORSED ORDER as to Kirk Ruffler: Status conference scheduled for 7/20/05 at 11 AM. All counsel, deft and probation officer shall be present. Endorsed on document #1451. C/M by chambers. Ordered by Judge Raymond J. Dearie on 7/13/05. (Chee, Alvin) (Entered: 07/20/2005) |
| 07/21/2005 | 1452 | Minute Entry for proceedings held before Raymond J. Dearie: Status Conference as to Kirk Ruffler held on 7/21/2005. AUSA Matthew Levine, Lawrence Hochheiser for deft. USPO Ken Wong also present. Discussion held regarding defense letter dated 6/29/05. Court is informed that deft is not eligible for the 500 hour drug treatment program because of the shortness of the jail time imposed. Court: Attorneys will look into what authority, if any, the Court has to revise the sentence imposed. Attorneys will report back to the Court in writing and advise when they are ready to come again before the Court to resolve this problem. (Court Reporter: Gene Rudolph.) (Chee, Alvin) (Entered: 07/28/2005) |
| 07/26/2005 | 1453 | ORDER TO TERMINATE TERM OF SUPERVISED RELEASE as to Michael Perrine: Deft's term of supervised release is terminated this date . Ordered by Judge Charles P. Sifton on 7/25/05. (Chee, Alvin) (Entered: 08/04/2005) |
| 08/05/2005 | 1454 | Minute Entry for proceedings held before Charles P. Sifton :Status Conference as to Michael Perrine held on 8/5/2005 (Jackson, Ramona) (Entered: 08/05/2005) |
| 08/09/2005 | 1455 | Letter dated 8/8/05 from the Clerk, EDNY, to David Schottenfeld, Esq., enclosing a signed and notarized Satisfaction of Mortgage pertaining to this case. (Vaughn, Terry) (Entered: 08/09/2005) |
| 08/09/2005 | 1456 | Letter from Matthew L. Levine to The Honorable Raymond J. Dearie Regarding Vacating the Sentence of the Defendant (Levine, Matthew) (Entered: 08/09/2005) |
| 08/11/2005 | | Case as to Michael Perrine reassigned to Judge Charles P. Sifton. Judge Raymond J. Dearie no longer assigned to the case. (Bowens, Priscilla) (Entered: 08/15/2005) |
| 08/12/2005 | 1457 | Letter dated 8/11/05 from David Schottenfeld, Esq. to Clerk of Court enclosing a check in the amount of $36,377.16 with reference to the sale of Mr. Ageloff's property. (Chee, Alvin) (Entered: 08/15/2005) |
| 08/22/2005 | 1458 | Writ of Habeas Corpus ad Prosequendum issued as to Kirk Ruffler for 8/25/05. Signed by Judge David G. Trager on 8/22/05. (Chee, Alvin) (Entered: 08/23/2005) |
| 08/25/2005 | 1459 | Minute Entry for proceedings held before Raymond J. Dearie: Status Conference as to Kirk Ruffler held on 8/25/2005. AUSA Matthew Levine, Larry Hochheiser for deft. USPO Kenneth Wong also present. Discussion held. Court: The previously imposed sentence of 18 months imprisonment by this Court on 4/29/05 for violation of supervised release is hereby vacated pursuant to 28 U.S.C. 2255. The Court re-sentences deft as follows: Time served. One year supervised release. Condition of SR: Deft to participate in an out-patient drug treatment program: Diocese of Trenton Catholic Charities, Project Free, as directed by the Probation Department. All other previously imposed conditions of supervised release remain in place. (Court Reporter: ESR.) (Chee, Alvin) (Entered: 08/26/2005) |
| 08/26/2005 | 1460 | Violation of Supervised Release Order as to Kirk Ruffler: Time served. One year supervised release. Condition of SR: Deft to participate in an out-patient drug treatment program: Diocese of Trenton Catholic Charities, Project Free, as directed by the Probation Department. All other previously imposed conditions of supervised release remain in place. Copies distributed. Ordered by Judge Raymond J. Dearie on 8/25/05. |

| | | (Chee, Alvin) (Entered: 08/26/2005) |
|---|---|---|
| 09/08/2005 | 1461 | ORDER as to Rui Reis Figueiredo: The Court orders the modification of conditions upon the request of USPO Vincent Danielo as follows: For a period of 120 days, deft shall remain in his home of record. Deft is only authorized to leave for employment or other necessary activities with the approval, in advance, of the Probation Department. Deft shall wear an electronic monitoring bracelet or similar tracking device. In addition, deft shall pay the costs of home confinement to the degree he is reasonably able. Deft shall disclose all financial information and documents to the Probation Department to assess his ability to pay . Ordered by Judge Allyne R. Ross on 9/8/05. (Chee, Alvin) (Entered: 09/16/2005) |
| 09/16/2005 | 1462 | ORDER as to Paul Medaglia: The Court orders the modification of conditions upon the request of USPO Vincent Danielo as follows: For a period of 90 days, deft shall reside in a Community Confinement Center (CCC) approved by the Probation Department. While in the CCC, deft shall adhere to all rules and conditions established by the CCC, including the payment of sustenance costs. Ordered by Judge Allyne R. Ross on 9/12/05. (Chee, Alvin) (Entered: 09/21/2005) |
| 09/30/2005 | 1463 | ORDER as to John Besarany: The Court orders the early termination of deft's supervised release term upon the request of USPO Roula Eleopoulos. C/M . Ordered by Judge Raymond J. Dearie on 9/30/05. (Chee, Alvin) (Entered: 10/04/2005) |
| 11/09/2005 | 1464 | ORDER as to Paul Tahan: The Court orders the modification of conditions upon the request of USPO Luis Caso as follows: The offender shall participate in 80 hours of community service as directed by the Probation Department. C/M. Ordered by Judge Raymond J. Dearie on 11/4/05. (Chee, Alvin) (Entered: 11/09/2005) |
| 11/16/2005 | 1465 | SELAED ENVELOPE containing log notes and cd. (Stanisic, Catherine) (Entered: 11/16/2005) |
| 12/08/2005 | 1466 | Minute Entry for proceedings held before Raymond J. Dearie: Status Conference as to Kirk Ruffler held on 12/8/2005. AUSA Matthew Levine; Larry Hockheiser for deft. USPO Ken Wong also present. Case called for status conference regarding undated memo from Probation that deft has tested positive for morphine. Discussion held. Govt requests that the deft be remanded and that supervision be revoked and a jail term imposed. Defense counsel opposes and suggests that deft be considered for placement into a drug treatment program. Defense counsel advises Court that deft's brother Keith Ruffler would like to address the Court. Court invites Keith Ruffler to come forward and offer his remarks on the record. Court: Deft will go into a long term drug treatment program after the first of the year. If deft does test positive for drug usage, the Court will remand deft. (Court Reporter: Holly Driscoll.) (Chee, Alvin) (Entered: 12/14/2005) |
| 01/04/2006 | 1467 | Minute Entry for proceedings held before Raymond J. Dearie: Status Conference as to Kirk Ruffler held on 1/4/2006. AUSA Tayna Hill for Matthew Levine; Larry Hockheiser for deft. USPO Ken Wong also present. Discussion held. Court is advised by defense counsel that deft admitted himself in a residential program Veritas Villa, Inc. on 12/28/05. Probation Officer advises Court that this program is not approved by the Probation Department but there is a possiblity that the program will be approved after Probation investigates the program. Probation officer informs Court that he will submit a memo to the Court and counsel after reviewing this program and speaking to his supervisor. Court: More information is needed about this program before the Court approves it. Deft will for the time being continue with the program and remain status quo. The Court awaits the memo from probation. The Court has not set any further appearance dates. Court will set a date in the future, if need be. (Court Reporter: Shelly Silverman.) (Chee, Alvin) (Entered: 01/09/2006) |

| | | |
|---|---|---|
| 06/14/2006 | 1468 | ORDER as to Thomas Plamenco: The Court orders the modification of conditions upon the request of USPO Luis Caso as follows: The offender is to make restitution in the amount of $10,000,000 jointly and severally with Joel Nazareno at the minimum rate of $250 per month or 10% of his gross monthly income whichever is greater. Ordered by Judge Raymond J. Dearie on 6/14/06. (Chee, Alvin) (Entered: 07/10/2006) |
| 07/18/2006 | 1469 | ORDER as to Barry Miele: The Court orders the modification of conditions upon the request of USPO Ivan Ruhnke as follows: Deft shall make restitution payments at a minimum of $1,000, plus 25% of any gross monthly income in excess of $3,000. Ordered by Judge Raymond J. Dearie on 7/10/06. (Chee, Alvin) (Entered: 07/20/2006) |
| 08/11/2006 | 1470 | ORDER as to Arthur Alonzo: The Court orders the modification of conditions upon the request of USPO Kathleen Slevin as follows: For a period of 90 days, deft shall remain in his home of record. Deft is only authorized to leave for employment or other necessary activities with the approval, in advance, of the Probation Department. The home confinement period shall commence on a date approved by the Probation Department. While serving the period of home confinement, deft shall wear an electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established for Home Confinement by the Probation Department and the Administrative Office of US Courts. In addition, deft shall pay the costs of home confinement, including the price of electronic monitoring equipment, to the degree he is reasonably able. Deft shall disclose all financial information and documents to the Probation Department to assess his ability to pay. C/M. Ordered by Judge Raymond J. Dearie on 8/11/06. (Chee, Alvin) (Entered: 08/14/2006) |
| 04/25/2007 | 1471 | NOTICE OF ATTORNEY APPEARANCE: William John Keahon appearing for Joseph Dibella (Keahon, William) (Entered: 04/25/2007) |
| 05/03/2007 | 1472 | First MOTION for Early Termination of Probation *Supervised Release* by Joseph Dibella. (Keahon, William) (Entered: 05/03/2007) |
| 06/19/2007 | 1473 | ORDER as to Joseph Dibella: Defendant's 1472 motion for early termination of supervised release is denied without prejudice to renewal at two year mark assuming strict compliance with all conditions. Ordered by Judge Raymond J. Dearie on 6/19/07. (Chee, Alvin) (Entered: 06/20/2007) |
| 08/17/2007 | 1474 | SCHEDULING ORDER as to Robert Catoggio, Roy Ageloff: A status conference has been scheduled for 9/7/07 at 2:30 PM in Courtroom 10A-S. Out of state counsel, Mr. Bieber is permitted to appear telephonically. It is requested that Mr. Bieber advise the Court in writing if he wishes to appear telephonically. C/M by chambers. Ordered by Judge Raymond J. Dearie on 8/17/07. (Chee, Alvin) (Entered: 08/20/2007) |
| 08/22/2007 | 1475 | MOTION for Leave to Appear Pro Hac Vice Pro Hac Vice Filing fee $ 25, receipt number 2524901. by Roy Ageloff. (Bieber, Brian) (Entered: 08/22/2007) |
| 08/22/2007 | 1476 | Letter dated 8/22/07 from Brian Bieber, Esq., to Hon. Raymond J. Dearie requesting permission to appear by telephone at the status conference on 9/7/07 at 2:30 PM. (Chee, Alvin) (Entered: 08/28/2007) |
| 09/07/2007 | 1477 | Minute Entry for proceedings held before Raymond J. Dearie: Status Conference as to Robert Catoggio, Roy Ageloff held on 9/7/2007. AUSA Suzanne McDermott; Stephen Yorowitz for defendant Catoggio, Brian Bieber by phone for defendant Ageloff. Case called for conference regarding remand for restitution for defendant Ageloff. Counsel for defendant Catoggio does not need to participate since this does not involve his client. Defendant's counsel requests to discuss with the government, both defendants, and government's experts. Next conference set for 10/26/07 at 2 PM. (Court Reporter: Holly Driscoll.) (Chee, Alvin) (Entered: 09/13/2007) |

| | | |
|---|---|---|
| 10/22/2007 | 1478 | MOTION to Vacate *Restitution Order and Incorporated Memorandum of Law* by Roy Ageloff. (Bieber, Brian) (Entered: 10/22/2007) |
| 10/26/2007 | 1479 | Minute Entry for proceedings held before Raymond J. Dearie: Status Conference as to Roy Ageloff held on 10/26/2007. AUSA Suzanne McDermott; Brian Bieber for defendant. Case called for status conference regarding restitution issue. Defense counsel advises Court that his client has asked that his appearance be waived. Discussion held. Parties report that they are attempting to work out a disposition to resolve issue. Parties will report back to Court if they are successful; if not, next court appearance scheduled for 11/26/07 at 11 AM. If necessary, Court will set a motion schedule at that time. (Court Reporter: Henry Shapiro.) (Chee, Alvin) (Entered: 10/30/2007) |
| 10/29/2007 | | Per the 10/29/07 e-mail from Ms. Dimeglio with the U.S. Attorney's Offic e: Attorney Suzanne McDermott for USA added. (Vaughn, Terry) (Entered: 10/29/2007) |
| 12/06/2007 | 1480 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Initial Appearance re Revocation of Supervised Release as to Arthur Alonzo held on 12/6/2007. Appearances: AUSA Patrick Sinclair, Def counsel Lee Ginsberg and P.O. Kathleen Slevin. Case called for violation of supervised release. Dft advised of rights. Dft enters a plea of guilty to violating the terms of supervised release, specifically charge 1. Court finds that the plea of guilty was made knowingly and voluntarily and not coerced and finds a factual basis for the plea. Court accepts plea of guilty. Sentence is adjourned to 2/15/08 @ 10:30 a.m. Dft will continue in strict compliance w/his conditions of supervised release. Probation will file w/the Court a status report by Mid-January 2008. (ESR) (Abdallah, Fida) (Entered: 12/07/2007) |
| 12/11/2007 | 1481 | SCHEDULING ORDER as to Roy Ageloff: Please note that a Status Conference is scheduled for December 18, 2007, at 2:30 p.m. in Courtroom 10A-S. Counsel Brian H. Bieber is permitted to appear telephonically. Ordered by Chief Judge Raymond J. Dearie on 12/11/2007. C/M by Chambers. (Abdallah, Fida) (Entered: 12/11/2007) |
| 12/19/2007 | 1482 | ORDER granting 1475 Motion for Brian Bieber, Esq., to appear pro hac vice on behalf of defendant Roy Ageloff. Ordered by Chief Judge Raymond J. Dearie on 12/19/07. (Chee, Alvin) (Entered: 12/28/2007) |
| 12/19/2007 | 1483 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Status Conference as to Roy Ageloff held on 12/19/2007. AUSA Suzanne McDermott; Brian Bieber (by telephone) for defendant. Discussion held regarding restitution issue. Counsel advise Court that they are close to a settlement to resolve the outstanding restitution issue. Case adjourned to 1/25/08 at 12 PM, defense counsel permitted to appear telephonically. (Court Reporter: Victoria Butler.) (Chee, Alvin) (Entered: 12/28/2007) |
| 02/08/2008 | 1484 | ORDER Modifying Conditions or Term of Supervision as to Joel Nazareno: The offender shall pay restitution in the amount of $10,000,000.00, jointly and severally, at the minimum rate of 10% of his gross monthly income. Ordered by Chief Judge Raymond J. Dearie on 2/7/2008. (Brucella, Michelle) (Entered: 02/08/2008) |
| 02/13/2008 | 1485 | Letter *Violation of Supervised Release* as to Arthur Alonzo (Ginsberg, Lee) (Entered: 02/13/2008) |
| 02/13/2008 | 1486 | Letter *to Judge Dearie regarding sentencing recommendation* as to Arthur Alonzo (Sinclair, Patrick) (Entered: 02/13/2008) |
| 02/15/2008 | 1487 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Violation of Supervised Release Sentence as to Arthur Alonzo held on 2/15/2008. For reasons stated on the record, defense counsel requests that sentence be adjourned due to defendant's medical condition/appointments. Sentence is adjourned to 4/4/2008 at 11 AM. Defense |

| | | |
|---|---|---|
| | | counsel will submit defendant's updated medical report before sentence date. Defendant is reminded that he remains under supervision of probation and that he will report in person every Tuesday by 10:30 AM with the exception of medical appointments. (Court Reporter: Nicole Warren) (Brucella, Michelle) (Entered: 02/21/2008) |
| 03/12/2008 | 1488 | Second MOTION for Early Termination of Probation for Joseph Dibella (27) Count 1,2,3,4,5,6,7,8 *On Two Year Mark* by Joseph Dibella. (Keahon, William) (Entered: 03/12/2008) |
| 03/13/2008 | 1489 | Letter dated 2/25/08 from Robert Catoggio to Hon. Raymond J. Dearie requesting that his Presentence Report be unsealed. (Chee, Alvin) (Entered: 03/18/2008) |
| 03/19/2008 | | ENDORSED ORDER as to Robert Catoggio: Probation authorized to release copy of PSR to Mr. Catoggio. Endorsed on document #1489. C/M. Ordered by Chief Judge Raymond J. Dearie on 3/19/08. (Chee, Alvin) (Entered: 03/20/2008) |
| 04/02/2008 | 1490 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Violation of Supervised Release as to Arthur Alonzo held on 4/2/2008. AUSA Patrick Sinclair; Lee Ginsberg for defendant. Defendant sentenced as follows: Imprisonment for 1 day. Supervised release for 2 years. Special conditions of SR: 1) Defendant to serve 6 months in a halfway house and is required to pay subsistence payments as required by that institution; 2) Defendant permitted to work under strict conditions as directed and approved by the Court through the Office of the Probation Department; 3) Defendant to abstain from use of alcohol and drugs; 4) All special conditions previously imposed on 2/23/05 remain intact with the exception of the community service condition which has been removed. Sentence stayed for 30 days until 5/2/08. Defendant remanded to the custody of the U.S. Marshal for the EDNY to serve his one day sentence today. Defendant will be released from custody today before 5 PM. All pending violation charges dismissed on government's motion. (Court Reporter: Marsha Diamond.) (Chee, Alvin) (Entered: 04/11/2008) |
| 04/11/2008 | 1491 | Violation of Supervised Release Order as to Arthur Alonzo: Imprisonment for 1 day. Supervised release for 2 years. Special conditions of SR: 1) Defendant to serve 6 months in a halfway house and is required to pay subsistence payments as required by that institution; 2) Defendant permitted to work under strict conditions as directed and approved by the Court through the Office of the Probation Department; 3) Defendant to abstain from use of alcohol and drugs; 4) All special conditions previously imposed on 2/23/05 remain intact with the exception of the community service condition which has been removed. Sentence stayed for 30 days until 5/2/08. Defendant remanded to the custody of the U.S. Marshal for the EDNY to serve his one day sentence today. Defendant will be released from custody today before 5 PM. All pending violation charges dismissed on government's motion. Ordered by Chief Judge Raymond J. Dearie on 4/2/08. (Chee, Alvin) (Entered: 04/11/2008) |
| 05/06/2008 | 1493 | ORDER as to Joseph Dibella (27): Joseph DiBella renews his application for early termination of his three year term of supervised release, due to terminate in March 2009. Assuming continued, strict compliance with the conditions of release, supervision will terminate October 1, 2008. Ordered by Chief Judge Raymond J. Dearie on 5/2/08. (Chee, Alvin) (Entered: 05/06/2008) |
| 07/28/2008 | 1494 | DISMISSAL OF COUNTS on Government Motion as to Rico Locascio. (Brucella, Michelle) (Entered: 07/28/2008) |
| 08/14/2008 | 1495 | ORDER Modifying Conditions or Term of Supervision as to Barry Miele: The Court allows defendant to terminate from supervised release as scheduled. Ordered by Chief Judge Raymond J. Dearie on 8/14/08. (Chee, Alvin) (Entered: 08/15/2008) |

| 09/12/2008 | 1496 | ORDER as to Barry Miele: The Court orders the issuance of a summons upon the request of USPO Darcy Zavatsky. Ordered by Chief Judge Raymond J. Dearie on 9/12/08. (Chee, Alvin) (Entered: 09/12/2008) |
| 09/15/2008 | 1497 | NOTICE OF ATTORNEY APPEARANCE: Michael L. Macklowitz appearing for Barry Miele *Defendant #3* (Macklowitz, Michael) (Entered: 09/15/2008) |
| 09/29/2008 | 1498 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Violation of Supervised Release as to Barry Miele held on 9/29/2008. AUSA Jonathan Green; Michael Macklowitz for defendant. Discussion held. Parties jointly request that the case be adjourned to early November due to the voluminous documents. Case adjourned to 11/7/08 at 10 AM. (Court Reporter: Burt Sulzer.) (Chee, Alvin) (Entered: 10/01/2008) |
| 10/22/2008 | 1499 | SCHEDULING ORDER as to Barry Miele: Violation of Supervised Release conference had been re-scheduled for 12/3/2008 at 10:45 AM in Courtroom 10A-S, before Chief Judge Raymond J. Dearie. Ordered by Chief Judge Raymond J. Dearie on 10/21/2008. (Brucella, Michelle) (Entered: 10/22/2008) |
| 10/22/2008 | 1500 | Order to Unseal Pre-sentence Investigation Report as to Roy Ageloff: Upon the application of AUSA Daniel Spector, defendant's PSR is unsealed to be used as evidence in defendant's Middle District of Florida case. Ordered by Chief Judge Raymond J. Dearie on undated. (Chee, Alvin) (Entered: 10/22/2008) |
| 12/03/2008 | 1501 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Violation of Supervised Release Conference as to Barry Miele held on 12/3/2008. AUSA Jonathan Green; Michael Macklowitz for defendant. Discussion held. Court sets violation hearing for 2/13/09 at 2 PM. (Court Reporter: Shelly Silverman.) (Chee, Alvin) (Entered: 12/05/2008) |
| 12/15/2008 | 1502 | Letter to Randy Ashenfarb from Judge Dearie dated December 11, 2008 regarding a request made November 25, 2008. (Hugh, Lewis) (Entered: 12/15/2008) |
| 01/05/2009 | 1503 | Mail Returned as Undeliverable. Letter dated 12/11/08 from Judge Dearie, document #1502, sent to Randy Ashenfarb at 5 Hendrickson Row, Point Pleasant Beach, NJ 08742 returned on 1/5/09. RTS: Not deliverable as addressed. (Chee, Alvin) (Entered: 01/05/2009) |
| 01/22/2009 | 1504 | SATISFACTION OF JUDGMENT by USA as to Neil Brauner (Schwartz, Beth) (Entered: 01/22/2009) |
| 02/11/2009 | 1505 | Letter *requesting adjournment* as to Barry Miele (Singer, Gino) (Entered: 02/11/2009) |
| 02/11/2009 | 1506 | NOTICE OF ATTORNEY APPEARANCE: Gino Josh Singer appearing for Barry Miele (Singer, Gino) (Entered: 02/11/2009) |
| 02/18/2009 | 1507 | Letter Motion to Continue *to reschedule* as to Barry Miele (Singer, Gino) Modified on 2/19/2009 (Lee, Tiffeny) (Entered: 02/18/2009) |
| 02/19/2009 | 1508 | ORDER granting 1507 Motion to Continue as to Barry Miele (3). Conference adjourned to 2/25/2009 @ 10:00 a.m. So Ordered by Chief Judge Raymond J. Dearie on 2/18/2009. (Lee, Tiffeny) (Entered: 02/19/2009) |
| 02/19/2009 | 1509 | Letter *As To Plea* as to Barry Miele (Singer, Gino) (Entered: 02/19/2009) |
| 02/24/2009 | 1510 | SCHEDULING ORDER as to Barry Miele: The violation of supervised release status conference has been re-scheduled to 3/4/09 at 10 AM in Courtroom 10A-S. Ordered by Chief Judge Raymond J. Dearie on 2/23/2009. (Chee, Alvin) (Entered: 02/24/2009) |
| 02/25/2009 | 1511 | Letter *re: restitution* as to Roy Ageloff (Attachments: # 1 Response to Defendant's |

| | | |
|---|---|---|
| | | Objections to Restitution Order) (Spector, Daniel) (Entered: 02/25/2009) |
| 03/04/2009 | 1512 | Letter *to Judge 3-4-09* as to Roy Ageloff (Bieber, Brian) (Entered: 03/04/2009) |
| 03/06/2009 | 1513 | SCHEDULING ORDER as to Barry Miele: A status conference has been scheduled for 3/12/09 at 10 AM in Courtroom 10A-S. Ordered by Chief Judge Raymond J. Dearie on 3/6/2009. (Chee, Alvin) (Entered: 03/06/2009) |
| 03/09/2009 | 1514 | Letter *to adjourn* as to Barry Miele (Singer, Gino) (Entered: 03/09/2009) |
| 03/10/2009 | 1515 | ORDER as to Barry Miele re 1514 Letter to adjourn status conference to 3/17/09 at 11:00 AM: Application Granted. Ordered by Chief Judge Raymond J. Dearie on 3/10/2009. (Brucella, Michelle) (Entered: 03/10/2009) |
| 03/17/2009 | 1516 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Violation of Supervised Release as to Barry Miele held on 3/17/2009. AUSA Jonathan Green; Gino Singer for defendant. Discussion held. Court is advised that defendant will enter a plea of guilty to violating the terms of supervised release. Defendant attempted to allocute, however, Court not satisfied with defendant's allocution. Hearing scheduled for 5/12/09 at 10 AM. (Court Reporter: Michelle Nardone.) (Chee, Alvin) (Entered: 03/19/2009) |
| 03/24/2009 | 1517 | MOTION to Withdraw as Attorney by Brian H. Bieber. by Roy Ageloff. (Bieber, Brian) (Entered: 03/24/2009) |
| 03/27/2009 | 1518 | ORDER granting 1517 Motion to Withdraw as Attorney. Brian H. Bieber withdrawn from case as to Roy Ageloff (8). Ordered by Chief Judge Raymond J. Dearie on 3/27/2009. (Chee, Alvin) (Entered: 03/31/2009) |
| 05/12/2009 | 1519 | AMENDED SCHEDULING ORDER as to Barry Miele: The Violation of Supervised Release hearing that was previously scheduled for 5/12/09 has been rescheduled to 6/16/09 at 10 AM in Courtroom 10A-S. Ordered by Chief Judge Raymond J. Dearie on 5/12/2009. (Chee, Alvin) (Entered: 05/12/2009) |
| 06/10/2009 | 1520 | First MOTION for Disclosure by Barry Miele. (Singer, Gino) (Entered: 06/10/2009) |
| 06/11/2009 | 1521 | RESPONSE to Motion re 1520 First MOTION for Disclosure (Green, Jonathan) (Entered: 06/11/2009) |
| 06/16/2009 | 1524 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Violation of Supervised Release Hearing as to Barry Miele held on 6/16/2009. AUSA Jonathan Green; Gino Singer for defendant. Government witness probation officer Jim Lee sworn, examined and crossed. Following exhibits received into evidence: Government exhibits 1,2,3,4,5,6. Defense exhibits 1,2,3,4,5,6,11. Court exhibits A and B marked for identification. Hearing will continue on 6/18/09 at 10 AM (Court Reporter: Holly Driscoll.) (Chee, Alvin) (Entered: 06/24/2009) |
| 06/17/2009 | 1522 | Letter *requesting adjournment of hearing* as to Barry Miele (Singer, Gino) (Entered: 06/17/2009) |
| 06/19/2009 | 1523 | ORDER REASSIGNING JUDGE as to Michael Perrine. Reassigned to Chief Judge Raymond J. Dearie. Senior Judge Charles P. Sifton no longer assigned to the case. Ordered by Chief Judge Raymond J. Dearie on 6/19/2009. (Bowens, Priscilla) (Entered: 06/23/2009) |
| 06/25/2009 | 1525 | AMENDED SCHEDULING ORDER as to Barry Miele: The violation of supervised release hearing will continue on 7/15/09 at 10 AM in Courtroom 10A-S. Ordered by Chief Judge Raymond J. Dearie on 6/24/2009. (Chee, Alvin) (Entered: 06/25/2009) |
| 06/25/2009 | 1526 | MOTION to Appoint Counsel by Roy Ageloff. (Chee, Alvin) (Entered: 06/29/2009) |

| | | |
|---|---|---|
| 07/02/2009 | 1527 | Letter *to Judge Dearie requesting adjournment of the continued hearing* as to Barry Miele (Singer, Gino) (Entered: 07/02/2009) |
| 07/07/2009 | 1528 | ORDER as to Barry Miele re 1527 Letter requesting adjournment of the continued hearing: Request granted. Hearing will continue on July 27, 2009 at 10:00 AM. Ordered by Chief Judge Raymond J. Dearie on 7/6/2009. (Brucella, Michelle) (Entered: 07/07/2009) |
| 07/22/2009 | 1529 | Letter *to Judge Dearie directing government to provide unredacted version of Probation Officer's report* as to Barry Miele (Singer, Gino) (Entered: 07/22/2009) |
| 07/27/2009 | 1530 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Continuation of Supervised Release hearing as to Barry Miele held on 7/27/2009. AUSA Jonathan Green; Gino Singer for defendant. Case called for continuation of violation of supervised release hearing that began on 6/16/09. Government witness probation officer Jim Lee re-takes stand and is reminded he is still under oath. Cross of witness continued by Mr. Singer. Government counsel re-directs witness. Government moves into evidence all exhibits as noted on exhibit list. Court exhibits received. Government rests. Defense rests. Court: For the reasons recited on the record, Court finds defendant guilty of violating charges 1 and 2 of the violation of supervised release report. Court will sentence defendant on 8/5/09 at 12 PM. Sentencing submissions, if any, due as follows: defense due no later than 12 PM on 7/30/09; government due no later than 12 PM on 8/4/09. (Court Reporter: Shelly Silverman.) (Chee, Alvin) (Entered: 07/29/2009) |
| 07/27/2009 | 1531 | COURT EXHIBIT LIST regarding Violation of Supervised Hearing as to Barry Miele for dates of 6/16/09 and 7/27/09. (Chee, Alvin) (Entered: 07/29/2009) |
| 07/29/2009 | 1532 | SEALED DOCUMENT as to Barry Miele containing an unredacted version of the Probation Department's Chronological Record Report. (Chee, Alvin) (Entered: 07/29/2009) |
| 07/30/2009 | 1533 | SENTENCING MEMORANDUM by Barry Miele (Singer, Gino) (Entered: 07/30/2009) |
| 08/04/2009 | 1534 | SENTENCING MEMORANDUM by USA as to Barry Miele (Attachments: # 1 Aquarius Memorandum) (Green, Jonathan) (Entered: 08/04/2009) |
| 08/05/2009 | 1535 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Sentence on Violation of Supervised Release as to Barry Miele held on 8/5/2009. AUSA Jonathan Green; Gino Josh Singer for defendant. Court found defendant guilty of violating charges 1 and 2 of the violation of supervised release report. Defendant sentenced as follows: Term of supervised release is revoked. Defendant sentenced to 24 months imprisonment on charges 1 and 2, to run concurrently. (Court Reporter: Fred Guerino.) (Chee, Alvin) (Entered: 08/10/2009) |
| 08/10/2009 | 1536 | Violation Probation/Supervised Release Order as to Barry Miele: Term of supervised release is revoked. Defendant sentenced to 24 months imprisonment on charges 1 and 2, to run concurrently. Ordered by Chief Judge Raymond J. Dearie on 8/5/2009. (Chee, Alvin) (Entered: 08/10/2009) |
| 08/11/2009 | 1538 | Letter *requesting designation to Atlanta Facility* as to Barry Miele (Singer, Gino) (Entered: 08/11/2009) |
| 08/13/2009 | 1539 | MOTION to Appoint Counsel *filed* by Roy Ageloff. (Galeano, Sonia) (Entered: 08/17/2009) |
| 09/03/2009 | 1540 | SCHEDULING ORDER as to Roy Ageloff: Telephone Conference set for 9/22/2009 at 3:00 PM in Courtroom 10A-S before Chief Judge Raymond J. Dearie. The Court will initiate the call to parties. Ordered by Chief Judge Raymond J. Dearie on 9/3/2009. |

| | | (Brucella, Michelle) (Entered: 09/03/2009) |
|---|---|---|
| 09/22/2009 | 1541 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie:Telephone Status Conference as to Roy Ageloff held on 9/22/2009. Telephone Conference set for at 11/12/2009 at 03:00 PM in Courtroom 10A South before Chief Judge Raymond J. Dearie (Court Reporter Burt Sulzer.) (Fernandez, Erica) (Entered: 09/23/2009) |
| 10/09/2009 | 1542 | Writ of Habeas Corpus ad Prosequendum Issued as to Roy Ageloff for 11/12/2009 at 3:00 p.m. Ordered by Magistrate Marilyn D. Go, on 10/09/2009. (Barrett, C) (Entered: 10/14/2009) |
| 11/20/2009 | 1543 | MOTION for Order directing the U.S. Marshal to return a box of legal documents lost during transfer from the Atlanta Holdover Facility to MDC Brooklyn by Roy Ageloff. (Chee, Alvin) (Entered: 11/23/2009) |
| 11/20/2009 | 1544 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Status Conference as to Roy Ageloff held on 11/20/2009. AUSA Daniel Spector; Brian Bieber by telephone for defendant. Case called for status conference regarding representation of defendant. Mr. Bieber advises Court that he is unclear if his client wishes him to continue representing him. Mr. Ageloff advises Court that he cannot afford counsel and requests court appointed counsel. Court: Mr. Bieber is relieved as counsel. Court will appoint CJA counsel. Case adjourned to 12/2/09 at 12 PM. (Court Reporter: Marsha Diamond.) (Chee, Alvin) (Entered: 11/25/2009) |
| 11/25/2009 | 1545 | ORDER denying 1543 Motion for Return of Property as to Roy Ageloff: Motion denied without prejudice. Clerk to inquire of Marshal. C/M. Ordered by Chief Judge Raymond J. Dearie on 11/25/2009. (Chee, Alvin) (Entered: 12/02/2009) |
| 12/02/2009 | 1546 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Status Conference as to Roy Ageloff held on 12/2/2009. AUSA Daniel Spector; Scott Fenstermaker for defendant. CJA counsel Scott Fenstermaker appointed. Case ready for ruling subject to defense counsel's input. Case adjourned to 1/22/10 at 2:30 PM. (Court Reporter: Victoria Butler.) (Chee, Alvin) (Entered: 12/03/2009) |
| 12/02/2009 | 1547 | CJA 20 as to Roy Ageloff: Appointment of Attorney Scott Lloyd Fenstermaker for Roy Ageloff. Ordered by Chief Judge Raymond J. Dearie on 12/2/2009. (Chee, Alvin) (Entered: 12/03/2009) |
| 01/27/2010 | 1548 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Status Conference as to Roy Ageloff held on 1/27/2010. AUSA Daniel Spector; Scott Fenstermaker for defendant. Discussion held. Government requests more time in light of document request by defense counsel. Court grants request. Defense counsel will respond in writing prior to next court appearance regarding restitution issue. Case adjourned to 2/24/10 at 11 AM. (Chee, Alvin) (Entered: 01/28/2010) |
| 02/21/2010 | 1549 | Letter *stating status of resentencing matter* as to Roy Ageloff (Attachments: # 1 Exhibit Exhibit A to Letter to Chief Judge Dearie, # 2 Exhibit Exhibit B to Letter to Chief Judge Dearie, # 3 Exhibit Exhibit C to Letter to Chief Judge Dearie, # 4 Exhibit Exhibit D to Letter to Chief Judge Dearie, # 5 Exhibit Exhibit E to Letter to Chief Judge Dearie) (Fenstermaker, Scott) (Entered: 02/21/2010) |
| 02/23/2010 | 1550 | NOTICE OF ATTORNEY APPEARANCE Daniel A. Spector appearing for USA. (Spector, Daniel) (Entered: 02/23/2010) |
| 02/25/2010 | 1551 | Letter *re: discovery* as to Roy Ageloff (Spector, Daniel) (Entered: 02/25/2010) |
| 02/26/2010 | 1552 | Letter *clarifying factual misstatement of AUSA Daniel Spector contained in February 24, 2010 letter copied to the Court* as to Roy Ageloff (Fenstermaker, Scott) (Entered: |

| | | 02/26/2010) |
|---|---|---|
| 02/27/2010 | 1553 | Letter *apologizing to the Court and to AUSA Dan Spector for counsel's unfair and unwarranted attack on AUSA Spector* as to Roy Ageloff (Fenstermaker, Scott) (Entered: 02/27/2010) |
| 03/03/2010 | 1554 | Letter *re: restitution* as to Roy Ageloff (Spector, Daniel) (Entered: 03/03/2010) |
| 03/05/2010 | 1555 | **AMENDED** SCHEDULING ORDER as to Roy Ageloff Status Conference set for 3/23/2010 at 12:00 PM in Courtroom 10A South before Chief Judge Raymond J. Dearie. Ordered by Chief Judge Raymond J. Dearie on 3/3/2010. (Lee, Tiffeny) (Entered: 03/05/2010) |
| 03/07/2010 | 1556 | Letter *responding to government's March 3, 2010 sentencing submission* as to Roy Ageloff (Attachments: # 1 Exhibit Defendant's October 8, 2002 Discovery Request) (Fenstermaker, Scott) (Entered: 03/07/2010) |
| 03/21/2010 | 1557 | Letter *withdrawing defendant's pro se filing* as to Roy Ageloff (Fenstermaker, Scott) (Entered: 03/21/2010) |
| 03/23/2010 | 1558 | Letter *seeking preapproval for expert witness services* as to Roy Ageloff (Fenstermaker, Scott) (Entered: 03/23/2010) |
| 03/23/2010 | 1560 | Minute Entry for proceedings held before Chief Judge Raymond J. Dearie: Status Conference as to Roy Ageloff held on 3/23/2010. AUSA Daniel Spector; Scott Fenstermaker for defendant. Discussion held regarding restitution issue. Motions due 4/6/10. Hearing scheduled for 5/17/10 at 9:30 AM. (Court Reporter: ESR.) (Chee, Alvin) (Entered: 03/26/2010) |
| 03/25/2010 | 1559 | Letter *seeking preapproval of transcripts of status conferences held on October 26, 2007, December 19, 2007, and March 23, 2010* as to Roy Ageloff (Fenstermaker, Scott) (Entered: 03/25/2010) |
| 03/26/2010 | 1561 | ORDER as to Roy Ageloff re 1558 Letter seeking preapproval for expert witness services: I will defer consideration of this request until the contemplated motion has been addressed. Ordered by Chief Judge Raymond J. Dearie on 3/26/2010. (Chee, Alvin) (Entered: 03/26/2010) |
| 03/26/2010 | 1562 | ORDER as to Roy Ageloff re 1559 Letter seeking preapproval of transcripts: Application approved. Ordered by Chief Judge Raymond J. Dearie on 3/26/2010. (Chee, Alvin) (Additional attachment(s) added on 3/26/2010: # 1 CJA 24 Forms) (Chee, Alvin). (Entered: 03/26/2010) |
| 03/26/2010 | 1564 | ORDER Modifying Conditions or Term of Supervision as to Arthur Alonzo: Permit to terminate supervision as scheduled on 4/1/10. Ordered by Chief Judge Raymond J. Dearie on 3/26/2010. (Chee, Alvin) (Entered: 03/29/2010) |
| 03/27/2010 | 1563 | Letter *clarifying statement made at status conference and seeking court order for expert witness to the MDC counsel visiting area* as to Roy Ageloff (Attachments: # 1 Exhibit Judgment in a Criminal Case, # 2 Exhibit Expert Witness CV, # 3 Proposed Order Proposed MDC Access Order) (Fenstermaker, Scott) (Entered: 03/27/2010) |
| 03/29/2010 | 1565 | ORDER as to Roy Ageloff re 1563 Letter clarifying statements made at status conference: The Court has come to no conclusion. Ordered by Chief Judge Raymond J. Dearie on 3/29/2010. (Chee, Alvin) (Entered: 03/30/2010) |
| 04/05/2010 | 1566 | TRANSCRIPT of Proceedings as to Roy Ageloff held on 3/23/10, before Judge Dearie. Court Transcriber ARIA TRANSCRIPTIONS, Telephone number 215-767-7700. Transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| | | Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/26/2010. Redacted Transcript Deadline set for 5/6/2010. Release of Transcript Restriction set for 7/6/2010. (Hong, Loan) (Entered: 04/05/2010) |
| 04/07/2010 | 1568 | Letter *seeking consideration of Defendant's request for expert services and for an order directing production of defendant's legal file at FCI Yazoo City* as to Roy Ageloff (Fenstermaker, Scott) (Entered: 04/07/2010) |
| 04/14/2010 | 1569 | ORDER as to Roy Ageloff: The Warden of FCI Yazoo City Low is directed to forward all of the legal materials of Roy Ageloff, 57431-053 to his counsel, Scott L. Fenstermaker, Esq., 300 Park Avenue, 17th Floor, New York, NY 10022 forthwith. C/M by chambers. Ordered by Chief Judge Raymond J. Dearie on 4/13/2010. (Chee, Alvin) (Entered: 04/14/2010) |
| 04/19/2010 | 1570 | Letter *requesting consideration of defendant's requests for expert services* as to Roy Ageloff (Fenstermaker, Scott) (Entered: 04/19/2010) |
| 04/26/2010 | 1571 | Second MOTION to Dismiss *the resentencing proceeding* by Roy Ageloff. (Attachments: # 1 Memorandum in Support Memorandum of law in support of motion to dismiss, # 2 Declaration Declaration in support of Motion to dismiss, # 3 Exhibit Exhibit A to Fenstermaker Declaration, # 4 Exhibit Exhibit B to Fenstermaker Declaration, # 5 Exhibit Exhibit C to Fenstermaker Declaration, # 6 Exhibit Exhibit D to Fenstermaker Declaration, # 7 Exhibit Exhibit E to Fenstermaker Declaration, # 8 Exhibit Exhibit F to Fenstermaker Declaration, # 9 Exhibit Exhibit G to Fenstermaker Declaration, # 10 Exhibit Exhibit H to Fenstermaker Declaration, # 11 Exhibit Exhibit I to Fenstermaker Declaration, # 12 Declaration Brian H. Bieber Declaration, # 13 Exhibit Exhibit A to Bieber Declaration, # 14 Exhibit Exhibit B to Bieber Declaration, # 15 Exhibit Exhibit C to Bieber Declaration, # 16 Exhibit Exhibit D to Bieber Declaration, # 17 Declaration Joel Hirschhorn Declaration, # 18 Exhibit Exhibit A to Hirschhorn Declaration, # 19 Exhibit Exhibit B to Hirshhorn Declaration, # 20 Declaration Declaration of Roy Ageloff, # 21 Exhibit Exhibit A to Ageloff Declaration, # 22 Exhibit Exhibit B to Ageloff Declaration, # 23 Exhibit Exhibit C to Ageloff Declaration) (Fenstermaker, Scott) (Entered: 04/26/2010) |
| 04/27/2010 | 1572 | CJA 24 as to Roy Ageloff: Authorization to Pay Henry Shapiro Voucher # 100416000007. Ordered by Chief Judge Raymond J. Dearie on 4/6/2010. (Abdallah, Fida) (Entered: 04/27/2010) |